IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK HALEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIRLINES, INC.,<br><br>Defendant. | Case No. 1:21-cv-01076-TCB |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's motion to consolidate this action, *Haley v. Delta Airlines, Inc.*, 1:21-cv-01076 (*Haley*), with *Reep v. Delta Airlines, Inc.*, 1:21-cv-01005-TCB (*Reep*), the motion is hereby GRANTED. It is ORDERED that *Haley* and *Reep* shall be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, and it is further ORDERED that:

1. The Plaintiff in *Reep* shall not file a response to Defendant's motion to dismiss, ECF No. 13, and the motion will be denied without prejudice as moot;

2. The Plaintiffs in *Haley* and *Reep* shall file a consolidated amended complaint within 14 days of the entry of this Order;

1

2

3. Defendant shall file an answer or otherwise respond to the amended consolidated complaint on or before 45 days after the filing of the amended complaint;

4. If the Defendant files a motion in response to the consolidated amended complaint, Plaintiffs shall file their response on or before 45 days after the motion is filed;

5. Defendant shall file any reply on or before 14 days after the Plaintiffs' response to Defendant's motion is filed.

Dated: _____   _____
                                                                         Hon. Timothy C. Batten