UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELTA AIRLINES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:21-CV-01076-SEG |

## O R D E R

This case is before the Court on Plaintiff Haley's Motion for Clarification on the Scope of Expert Discovery in the Scheduling Order. (Doc. 88.) Plaintiff Haley's motion is **GRANTED**.

In his motion, Plaintiff Haley asks the Court to clarify the scope of discovery as set out in its June 22, 2022 scheduling order (Doc. 57). The Court clarifies that discovery in this matter is bifurcated. The schedule set forth in the Court's June 22, 2022 order pertains only to class certification discovery. As such, the scope of the expert discovery in the scheduling order is limited to class certification issues.

The parties will be permitted to engage in further discovery following the Court's order on Plaintiffs' motion for class certification. The parties will

have the opportunity to weigh in on the scope and length of the second stage of discovery at a later date.

Also pending before the Court is Plaintiff Haley's fully briefed motion to compel. (Doc. 76.) The Court intends to rule on Plaintiff Haley's motion in an expeditious fashion but notes that class certification fact discovery is set to expire on January 10, 2023. Should either party wish to extend the discovery deadline, they may file a motion to that effect.

**SO ORDERED** this 6th day of January, 2023.

_____
SARAH E. GERAGHTY
United States District Judge