UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DELTA AIRLINES, INC.,<br><br>Defendant | Civil Action No. 1:21-cv-01076-SEG<br><br>**Plaintiff Haley's Motion to Extend Time to Move to Compel Responses to Interrogatories** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Haley hereby moves this Court for an order extending his time to move to compel Defendant Delta Airlines, Inc. to provide further responses to his interrogatories nos. 1, 2, 6, 9, and 13 from today, January 10, 2023, to February 3, 2023.[1]

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Colin M. Downes and exhibits thereto, the Proposed Order, all of the pleadings and documents on file with the Court in this action, and further

---

[1] This Court's standing order in civil cases provides that '[n]otwithstanding Local Rule 37.1,' counsel must contact the Courtroom Deputy Clerk and seek leave of court prior to filing any motion to compel." Counsel thus understands the motion to compel deadline fixed by local rule to govern the deadline by which counsel must so seek leave of court to file any such motion.

1

evidence and argument as may be submitted prior to the Court's decision on this motion.

Dated: January 10, 2023

Respectfully submitted,

/s/ Colin M. Downes

Colin M. Downes*
R. Joseph Barton*
BARTON & DOWNES LLP
1633 Connecticut Ave., NW
Suite 200
Washington D.C. 20009
Tel: (202) 734-7046
Email: colin@bartondownes.com
Email: jbarton@bartondownes.com

Vincent Cheng*
BLOCK & LEVITON LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 968-8999
Email: vincent@blockleviton.com

Michael J. Scimone*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Tel: (212) 245-1000
Email: mscimone@outtengolden.com

Stephen J. Anderson
Georgia Bar No. 018325
Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth GA 30096
Tel: (770) 820-0893
Email: sanderson@attorneykennugent.com

Peter Romer-Friedman*
Robert Friedman*
GUPTA WESSLER PLLC
2001 K Street NW, Suite 850 North
Washington, D.C. 20006
Tel: (202) 888-1741
Email: peter@guptawessler.com
Email: robert@guptawessler.com

Matthew Z. Crotty*
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
Email: matt@crottyandson.com

Thomas G. Jarrard*
LAW OFFICE OF THOMAS G. JARRARD LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Email: Tjarrard@att.net

*Attorneys for Plaintiff Patrick Haley*

*Admitted *pro hac vice*