**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant | Civil Action No. 1:21-cv-01076-SEG<br><br>**Second Declaration of R. Joseph Barton in Support of Plaintiffs' Motion for Class Certification** |

I, R. Joseph Barton, declare as follows:

1. I am a partner at the law firm of Barton & Downes LLP. I am co-counsel for Plaintiff Haley and proposed Class representative Benjamin A. Best in the above-referenced matter. I am an active member of the Bars of the State of California and the District of Columbia, as well as numerous federal courts, and have been admitted to practice *pro hac vice* in this Court. I submit this declaration in support of Plaintiffs' Motion for Class Certification. ECF No. 118.

2. Based on my records, my first contact with Mr. Best was on June 2, 2023. It is my understanding that no one else at my firm had spoken with Mr. Best prior to that date.

3. Mr. Best first informed me on June 7, 2023 that he was wiling to serve as class representative in this litigation. He executed a retainer agreement with the firms who also represent Plaintiff Haley and with counsel who also represents Plaintiff Reep on June 8, 2023.

4. On June 9, 2023, I notified counsel for Delta Air Lines, Inc. by email that Plaintiffs intended to propose Mr. Best as a class representative and offered to agree to allow Delta to engage in discovery related to Mr. Best and as necessary modify the schedule for class certification. None of Delta's counsel responded to my email until Friday June 23, 2023 at 6pm ET at which time Delta's counsel James Washburn informed me that Delta would respond to Plaintiffs' class certification motion on the existing schedule. Delta's counsel never requested any discovery from Mr. Best or suggested that Delta would be prejudiced. Attached hereto as Exhibit A is true and correct copy of the email chain that is described in this paragraph and constitutes the sole communication between Plaintiffs' counsel and Delta's counsel about Mr. Best.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August 2023 in Washington, DC.

*<u>/s/ R. Joseph Barton</u>*
R. Joseph Barton