# Exhibit A

## Ming Siegel

**From:** R. Joseph Barton
**Sent:** Tuesday, June 27, 2023 10:05 AM
**To:** Washburn, James A.; Ben Stone; Mann, Lindsey B.; DiBella, Bianca; Tom Munger
**Cc:** Crystal Matter; Colin Downes; Michael Scimone - Outten & Golden LLP (mscimone@outtengolden.com); Stephen J. Anderson; Joe Coomes; Peter Romer-Friedman; Thomas Jarrard; Matthew Z. Crotty
**Subject:** RE: Haley v. Delta Ps Motion for Class Certification

James

Thank you for your response. The purpose of my email on June 9 was to ensure that Delta could obtain discovery as to Mr. Best that was relevant to the class certification and to the extent that Delta believed it was necessary. As Delta does not believe any additional discovery is necessary, Plaintiffs have no need to modify the schedule.

Joe

R. Joseph Barton, Esq
Barton & Downes LLP
1633 Connecticut Ave.NW, Ste 200
Washington DC 20009
Main Phone: 202-734-7046
Direct Phone: 202-734-5458
Email: jbarton@bartondownes.com

---

**From:** Washburn, James A. <James.Washburn@troutman.com>
**Sent:** Friday, June 23, 2023 6:05 PM
**To:** R. Joseph Barton <jbarton@bartondownes.com>; Ben Stone <ben.stone@mungerandstone.com>; Mann, Lindsey B. <lindsey.mann@troutman.com>; DiBella, Bianca <Bianca.DiBella@troutman.com>; Tom Munger <tom.munger@mungerandstone.com>
**Cc:** Crystal Matter <crystal@matterlawapc.com>; Colin Downes <colin@bartondownes.com>; Michael Scimone - Outten & Golden LLP (mscimone@outtengolden.com) <mscimone@outtengolden.com>; Stephen J. Anderson <sanderson@attorneykennugent.com>; Joe Coomes <ajc@jcoomeslaw.com>; Peter Romer-Friedman <peter@prf-law.com>; Thomas Jarrard <tjarrard@att.net>; Matthew Z. Crotty <mzc@riverside-law.com>
**Subject:** RE: Haley v. Delta Ps Motion for Class Certification

Joe,

I am writing to acknowledge and respond to your email of June 9. You appeared to suggest in your email that we might propose to the court suspending the class certification briefing schedule in light of your updated Rule 26(a) disclosures. Since then, of course, you've since filed your motion on the current schedule, and we will plan to respond to the motion on the current schedule.

Have a good weekend.

James

**James A. Washburn**
**Partner**
**troutman pepper**
Direct: 404.885.3346 | Mobile: 404.309.0367 | Internal: 11-3346

james.washburn@troutman.com

---

**From:** R. Joseph Barton <jbarton@bartondownes.com>
**Sent:** Friday, June 9, 2023 12:30 PM
**To:** Ben Stone <ben.stone@mungerandstone.com>; Mann, Lindsey B. <lindsey.mann@troutman.com>; DiBella, Bianca <Bianca.DiBella@troutman.com>; Washburn, James A. <James.Washburn@troutman.com>; Tom Munger <tom.munger@mungerandstone.com>
**Cc:** Crystal Matter <crystal@matterlawapc.com>; Colin Downes <colin@bartondownes.com>; Michael Scimone - Outten & Golden LLP (mscimone@outtengolden.com) <mscimone@outtengolden.com>; Stephen J. Anderson <sanderson@attorneykennugent.com>; Joe Coomes <ajc@jcoomeslaw.com>; Peter Romer-Friedman <peter@prf-law.com>; Thomas Jarrard <tjarrard@att.net>; Matthew Z. Crotty <mzc@riverside-law.com>
**Subject:** Haley v. Delta Ps Motion for Class Certification

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

This is to advise you that as of yesterday afternoon, counsel for Plaintiff Haley and counsel for Plaintiff Reep were retained by Benjamin Best, a current Delta pilot. With the consent of Mr. Haley and Mr. Reep, Plaintiffs' counsel intends to propose Mr. Best as a class representative.

Plaintiffs intend to supplement their Rule 26(a) disclosures to provide the information required by Rule 26 about Mr. Best later today.

Plaintiffs' counsel expect that Delta will want some discovery from Mr. Best. Plaintiffs' counsel is amenable to agreeing to modify the schedule to allow reasonable time for Delta to take any relevant discovery from Mr. Best. I am available this afternoon if you want to discuss that.

R. Joseph Barton, Esq
Barton & Downes LLP
1633 Connecticut Ave.NW, Ste 200
Washington DC 20009
Main Phone: 202-734-7046
Direct Phone: 202-734-5458
Email: jbarton@bartondownes.com

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.