**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant | Civil Action No. 1:21-cv-01076-SEG<br><br>**Second Declaration of Colin M. Downes in Support of Plaintiffs' Motion for Class Certification** |

I, Colin M. Downes, declare as follows:

1. I am a partner at the law firm Barton & Downes LLP, which is co-counsel for Plaintiff Patrick Haley and proposed Class representative Benjamin A. Best in the above-captioned matter. I am an active member of the bars of New York and the District of Columbia and have been admitted to practice before this Court *pro hac vice*. I submit this declaration in support of Plaintiffs' Motion for Class Certification (ECF No. 118).

2. I reviewed records of military leave taken by Delta Air Lines, Inc. employees contained in data produced in this litigation. Based on my review of this data, Delta's data contains military leaves taken by Mr. Best.

3. Attached are true and correct copies of the following documents:

**Exhibit 9:** Excerpts of the Deposition of Patrick Haley taken December 19, 2022;

**Exhibit 10:** Military Posting Guide for Delta Pilots produced by Plaintiffs in this litigation and bearing bates number PLAINTIFF_000490;

**Exhibit 11:** A comparison between versions of 32 C.F.R. § 104.6 effective March 1, 2016 to June 4, 2020 and June 5, 2020 [current], retrieved by Plaintiffs' counsel via Westlaw August 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August 2023, in Washington, DC

*/s/ Colin M. Downes*
Colin M. Downes