# Exhibit 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------x
PATRICK HALEY and RANDAL )
REEP, on behalf of themselves )
and all others similarly )
situated, )
) Civil Action File No.
Plaintiffs, )
) 1:21-CV-01076-SEG
v. )
)
DELTA AIR LINES, INC., )
)
Defendant. )
------------------------------x

-o0o-

The videotaped deposition of PATRICK HALEY, taken on behalf of the Defendant, taken pursuant to the stipulations contained herein; the reading and signing of the deposition being reserved; taken before Karen D. Fuhs, Certified Court Reporter, commencing at 9:39 a.m., on the 19th day of December, 2022, at 600 Peachtree Street, NE, Suite 3000, Atlanta, Georgia.

P R O C E E D I N G S

THE VIDEOGRAPHER: We're on the record. My name is Mike Brown representing Veritext Legal Solutions. The date, December the 19th, 2022. Time on the video monitor, 9:39 a.m.

This video deposition taking place at 600 Peachtree Street, Atlanta, Georgia in the matter, Patrick Haley, et al. versus Delta Air Lines, Incorporated. Name of our witness, Patrick Haley.

Counsel, please state your name for the record and whom you represent?

MR. WASHBURN: James Washburn representing Delta Air Lines.

MR. MUNGER: Tom Munger representing Delta Air Lines.

MS. DiBELLA: Bianca DiBella representing Delta Air Line.

MR. BARTON: Joseph Barton representing the Plaintiff, Patrick Haley.

THE VIDEOGRAPHER: Counsel on Zoom?

MS. MATTER: Crystal Matter representing Plaintiff Reep.

THE VIDEOGRAPHER: Court reporter, Karen Fuhs.

Will the court reporter please swear in the witness?

PATRICK HALEY,

after first having been duly sworn, testified as follows:

CROSS-EXAMINATION

BY MR. WASHBURN:

Q Could you state your full name for the record, please?
A Patrick Allen Haley, H-a-l-e-y.
Q And what is your current address?
A 9050 Seward Park Avenue, South, Seattle, Washington, 98118.
Q How long have you lived at that address?
A That address, about two years.
Q Are you currently employed?
A Yes, I am.
Q By whom are you employed?
A The Port of Seattle.
Q How long have you been employed by the Port of Seattle?
A Since September 24th, 2018.
Q And what is your position at the Port of Seattle?
A I'm the air cargo facilities manager under

A I do not recall their names.
Q Have you agreed to be responsible for any out-of-pocket costs associated with your participation as a plaintiff in this case?
A No.
Q All right.
MR. WASHBURN: Let's take a break.
THE VIDEOGRAPHER: Off the record, 4:01.
(Whereupon, a short break was taken.)
THE VIDEOGRAPHER: Back on the record, 4:14.
BY MR. WASHBURN:
Q Mr. Haley, I have no further questions for you at this time.
MR. BARTON: I have just a handful.
THE VIDEOGRAPHER: Microphone.
MR. BARTON: Yep.

DIRECT EXAMINATION

BY MR. BARTON:
Q Earlier today you used the term voluntold, you remember that?
A Yes, I do.
Q Can you explain what that term means?
A Basically, a -- a very strongly suggested request that you should be performing a duty or you should be involved in this training.

Q Is that a term that is commonly used in your experience in the military?

A Yes.

Q If you were voluntold something, is it your understanding you're expected to do it?

A Technically, legally, unless there's an order cut, no; however, if you were to continue your career or maintain your qualification or have the hours to fly or maintain that qualification, yes.

Q You testified about a schedule for training that is issued -- I think you said -- on the fiscal year basis; do you remember that?

A Yes.

Q And approximately when does that schedule come out?

A Normally, the fiscal year schedule is produced the last month of the previous fiscal year; for instance, September for the first of October.

Q And does that schedule then provide a schedule for the train -- the monthly training on a -- the next calendar year?

A Yes.

Q Is that schedule subject to change?

A Yes.

Q In your experience, does it, in fact,