# Exhibit 10

# MILITARY POSTING GUIDE FOR DELTA PILOTS

THE PURPOSE OF THIS GUIDE IS TO HELP PILOTS POST, EXTEND, CANCEL OR RETURN FROM MILITARY LEAVE

PLEASE NOTE: IF YOU ARE A NEW HIRE, ALL MILITARY POSTINGS PRIOR TO INITIAL OE NEED TO BE SUBMITTED THROUGH THE MILITARY LEAVE NOTIFICATION LOG ON DELTANET

# POSTING MILITARY LEAVE




IF YOU HAVE ANY ISSUES POSTING MLOA TO ICREW, PLEASE USE THE MILITARY NOTIFICATION LOG TO SUBMIT THE LEAVE TO PILOT LEAVES.

# CANCELLATION OF MILITARY LEAVE



# RETURN TO WORK FROM MILITARY LEAVE

