**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>*Defendant* | Civil Action No. 1:21-cv-01076-SEG<br><br>**Plaintiff Haley's Second Notice of Supplemental Authority in Support of Motion for Class Certification** |

Plaintiff Haley and proposed Class Representative Best notify the Court of a decision by another district court, *Onate v. AHRC Health Care, Inc.*, No. 20-CV-8292 (AS), 2023 WL 8648167 (S.D.N.Y. Dec. 14, 2023), that was issued after the close of briefing in this case. In *Onate*, "three of the four proposed class representatives [who were] not named plaintiffs in th[e] lawsuit" were appointed as class representatives. The *Onate* found there were no "obvious procedural issue arising from this quirk" and cited other cases that similarly found that an absent class member can serve as a class representative because nothing in Rule 23 prevents it. *Onate*, 2023 WL 8648167, at *12.

Dated: January 16, 2024

Respectfully submitted,

*/s/ R. Joseph Barton*

R. Joseph Barton*
Colin M. Downes*
BARTON & DOWNES LLP
1633 Connecticut Ave., NW
Suite 200
Washington D.C. 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@bartondownes.com
Email: colin@bartondowns.com

*/s/ Stephen J. Anderson*
Stephen J. Anderson
Georgia Bar No. 018325
Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth GA 30096
Tel: (770) 820-0893
Email:
sanderson@attorneykennugent.com

Peter Romer-Friedman*
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 355-6364
Email: peter@prf-law.com

Robert Friedman*
GUPTA WESSLER PLLC
2001 K Street NW, Suite 850 North
Washington, D.C. 20006
Tel: (202) 888-1741
Email: robert@guptawessler.com

Michael J. Scimone*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Tel: (212) 245-1000
Email: mscimone@outtengolden.com

Matthew Z. Crotty*
RIVERSIDE LAW GROUP, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
Email: mzc@riverside-law.com

Thomas G. Jarrard*
LAW OFFICE OF THOMAS G. JARRARD LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Email: Tjarrard@att.net

*Attorneys for Plaintiff Patrick Haley*

**Admitted pro hac vice*

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing notice is filed with the Clerk of Court using the CM/ECF system, which will automatically serve the following counsel of record:

Thomas J. Munger
Benjamin Alexander Stone
Munger & Stone
999 Peachtree Street, NE
Suite 2850
Atlanta, GA 30309
Tel: 404-815-1884
tom.munger@mungerandstone.com
ben.stone@mungerandstone.com

Lindsey B. Mann
James A. Washburn
William N. Withrow , Jr.
Bianca N. DiBella
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
Tel: 404-885-3000
lindsey.mann@troutman.com
james.washburn@troutman.com
william.withrow@troutmansanders.com
bianca.dibella@troutman.com

Crystal L. Matter*
Matter Law, APC
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Tel: 916-735-7495
Email: crystal@matterlawapc.com

Andrew Joseph Coomes
Georgia Bar No. 184999
Law Office of A. Joseph Coomes, LLC
990 Hammond Drive, Suite 840
Atlanta, GA 30328
Tel: 404-285-1745
Email: ajc@jcoomeslaw.com

*/s/ Ming Siegel*
Ming Siegel