**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant | Civil Action No. 1:21-cv-01076-SEG |

**DECLARATION OF JAMES A. WASHBURN, ESQ. IN SUPPORT OF DEFENDANT DELTA AIR LINES, INC.'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, James A. Washburn, Esq., declare as follows:

1. I am an attorney admitted to practice before this Court, a partner at Troutman Pepper Hamilton Sanders LLP, and counsel to Defendant Delta Air Lines, Inc. ("Delta"). I submit this Declaration in support of Delta's Supplemental Response in Opposition to Plaintiffs' Motion for Class Certification.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the Deposition of Benjamin Best taken April 5, 2024.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of a military order received by Benjamin Best dated April 26, 2017 (BEST_000176).

4. Attached hereto as **Exhibit 3** is a true and accurate copy of a military order received by Benjamin Best dated June 27, 2017 (BEST_000001).

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the iCrew data from Delta's systems (DELTA_00018301), which consists of Delta's records reflecting: (1) Best's employee ID number (first column); (2) the dates Delta was aware that Best was absent from work due to vacation, jury duty or other legal service, military service, a death in the family, or sickness (second column); (3) the status code of Best's absence (third column); and (4) the dates that Best notified Delta of a request to be absent from work or that Delta inputted such request by Best, due to Best's representation that he would be on vacation, performing jury duty or other legal service, performing military service, had a death in the family, or is sick (fourth column).

6. Attached hereto as **Exhibit 5** is a true and accurate copy of the letter dated September 16, 2019 from the U.S. Department of Labor regarding Benjamin Best v. Delta Air Lines GA-2019-00042-10-G (DELTA_00018298).

7. Attached hereto as **Exhibit 6** is a true and accurate copy of a military order received by Benjamin Best dated January 28, 2019 (DELTA_00018292).

8. Attached hereto as **Exhibit 7** is a true and accurate copy of a military order received by Benjamin Best dated March 1, 2019 (DELTA_00018283).

9. Attached hereto as **Exhibit 8** is a true and accurate copy of a military order received by Benjamin Best dated May 23, 2019 (DELTA_00018296).

10. Attached hereto as **Exhibit 9** is a true and accurate copy of a military order received by Benjamin Best dated August 8, 2019 (DELTA_00018290).

11. Attached hereto as **Exhibit 10** is a true and accurate copy of the Michigan Air National Guard Memorandum dated September 18, 2019 regarding Major Benjamin A. Best Military Leave (DELTA_00018282).

12. Attached hereto as **Exhibit 11** is a true and accurate copy of Benjamin Best's Point Credit Accounting and Reporting System ("PCARS") data (BEST_000031).

13. Attached hereto as **Exhibit 12** is a true and accurate copy of Benjamin Best's Individual Flying Time Summary (BEST_000263).

14. Attached hereto as **Exhibit 13** is a true and accurate copy of the Class Certification Order in *White v. United Airlines, Inc. et al.*, No. 1:19-cv-00114, ECF 127 (N.D. Ill. Mar. 24, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2024

*/s/ James A. Washburn*
James A. Washburn