# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,

Plaintiffs,

Civil Action No.

vs.

1:21-cv-01076-SEG

DELTA AIR LINES, INC.,

Defendant.

VIDEOTAPED DEPOSITION OF BENJAMIN A. BEST

April 5, 2024 - 9:30 a.m.

600 Peachtree Street NE

Suite 3000

Atlanta, Georgia

J. David Brown, B-1401

INDEX OF EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Mr. Best's record of leave | 27 |
| Exhibit 2 | September 18, 2019 Memorandum from LtCol Brian Boeding | 49 |
| Exhibit 3 | 9/16/2019 letter from Ms. Anderson to Mr. Stone | 53 |
| Exhibit 4 | 4/26/2017 order | 95 |
| Exhibit 5 | 8/1/2021 Flight Operations Manual | 111 |
| Exhibit 6 | 1/18/2006 20 CFR Section 1002.85 | 115 |
| Exhibit 7 | 2/10/2024 Point Credit Summary | 131 |
| Exhibit 8 | 2/10/2024 Point Credit Summary | 131 |
| Exhibit 9 | 2/10/2024 Point Credit Summary | 132 |
| Exhibit 10 | 4/2/2024 Flying History Report | 145 |
| Exhibit 11 | 4/2/2024 Individual Flying Time Summary | 151 |
| Exhibit 12 | 4/25/2017 order | 157 |
| Exhibit 13 | 1/19/2018 order | 163 |
| Exhibit 14 | 6/27/2017 order | 173 |
| Exhibit 15 | 11/27/2019 order | 180 |
| Exhibit 16 | military leave logged from iCrew | 182 |
| Exhibit 17 | 1/14/2020 order | 186 |
| Exhibit 18 | 3/29/2021 memo from Major Beenken To Whom It May Concern | 190 |

| | | |
|---|---|---|
| Exhibit 19 | Proposed Class Representative Benjamin Best's Responses to Defendant Delta Air Lines, Inc.'s First Set of Interrogatories | 196 |
| Exhibit 20 | Declaration of Benjamin A. Best in Support of Plaintiff's Motion for Class Certification | 226 |

INDEX TO EXAMINATIONS

| | PAGE |
|---|---|
| By Mr. Washburn | 6, 243 |
| By Mr. Barton | 231 |

APPEARANCES OF COUNSEL:

On behalf of the Plaintiffs Haley and Best:

R. JOSEPH BARTON, ESQ.
COLIN M. DOWNES, ESQ.
Barton & Downes LLP
1633 Connecticut Avenue NW
Suite 200
Washington, D.C. 20009
202.734.7046

On behalf of Plaintiffs Reep and Best:

CRYSTAL L. MATTER, ESQ. (via Zoom)
Matter Law, APC
101 Parkshore Drive
Suite 100
Folsom, California 95630
916.735.7495

On behalf of the Defendants:

JAMES A. WASHBURN, ESQ.
HANNAH LEIGH BASKIND, ESQ.
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE
Suite 3000
Atlanta, Georgia 30308
404.885.3000

Also Present:

KELLY GIUSTINA, ESQ.
MICHAEL BROWN, Videographer

P R O C E E D I N G S

THE VIDEOGRAPHER: We are on the record. The date April the 5th, 2024. Time on the video record 9:31 a.m. Marks the beginning of video one, deposition of Benjamin Best in the matter Patrick Haley, et al. versus Delta Air Lines, Incorporated. Location of the deposition 600 Peachtree Street, Atlanta, Georgia. My name is Mike Brown representing Veritext Legal Solutions. I'm the videographer. Our court reporter is David Brown.

Counsel in the room, please state your name for the record and whom you represent.

MR. WASHBURN: James Washburn for Defendant Delta Air Lines.

MS. BASKIND: Hannah Baskind for Defendant Delta Air Lines.

MR. BARTON: Ma'am.

MS. GIUSTINA: Kelly Giustina for Delta Air Lines.

MR. BARTON: Joseph Barton for Plaintiff Patrick Haley and Benjamin Best.

MR. DOWNES: Colin Downes for Plaintiff Patrick Haley and proposed class representative Benjamin Best.

THE VIDEOGRAPHER: Attorneys on Zoom.
MS. MATTER: Good morning. This is Crystal Matter, Plaintiff for -- counsel for Plaintiff Randal Reep and co-counsel for Benjamin Best.
THE VIDEOGRAPHER: Would the court reporter please swear in the witness.

BENJAMIN A. BEST

having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. WASHBURN:

Q Good morning. Could you state your full name for the record, please.
A Benjamin August Best.
Q And what is your current home address?
A 49151 Running Trout Lane, Northville, Michigan 48168.
Q Have you ever been deposed before, Mr. Best?
A No.
Q Let me go over a few of the ground rules that we will try to adhere to today. I'm going to ask you a series of questions and ask you to answer those questions. I understand you have an attorney

representing you in your deposition; is that correct?

A Yes.

Q We have a court reporter here who is taking down everything that is said today. So therefore, I am going to do my best to not begin asking a question until you have finished answering my previous question. I will ask that you attempt to not begin answering a question until I have finished asking a question. Okay?

A Okay.

Q Because we have a court reporter who's here trying to take everything down, it is important that you give verbal responses to my questions, so nods of the head are very difficult for the court reporter to interpret. Similarly, uh-huh and huh-uh are hard for the court reporter to mark on a transcript. So I'll ask that you give verbal responses. All right?

A Understood.

Q I will do my very best to ask questions that are comprehensible to you. If there's ever a question that you don't understand, please let me know, I will try to rephrase the question. If you answer a question, I will assume that you have

understood the question. Okay?
A Okay.
Q If you need to take a break at any point, just let me know. We're happy to accommodate you. I would only ask that you not take a break while a question is pending, in other words, before you have answered a question. Okay?
A Okay.
Q All right. You just testified that you haven't been deposed before. Have you ever testified in court before?
A I testified in the hearing in January for this case.
Q Other than that hearing in January of 2024, have you testified in any other court proceeding?
A No.
Q Have you testified at any arbitration proceeding?
A No.
Q Have you testified in any administrative proceeding like through a government agency?
A No.
Q Have you participated, whether testifying or not, in any union proceeding?

MR. BARTON: Objection to form.
BY MR. WASHBURN:
Q You can answer.
A Oh. Participation meaning like?
Q As a party, a participant, been involved with in any way?
A I have been involved in a pre-grievance, two.
Q And when you say pre-grievance, what do you mean?
A In the Pilot Working Agreement, it is the first step of a grievance process. It is a pre-grievance process.
Q And was one of those pre-grievances in 2016?
A No.
Q When was the first pre-grievance that you were involved in?
A I believe either last year or the year before.
Q 2023 or 2022?
A Yes.
Q Describe for me the circumstances of the first pre-grievance that you were involved in.
A Both pre-grievances were similar issues,

which were being passed over for trips, trips that were assigned out of order.

Q I appreciate they will have similarities, but let's focus on one at a time if we can.

A Okay.

Q So the first one, describe for me what -- you initiated a grievance; is that correct?

A Yes.

MR. BARTON: Objection.

BY MR. WASHBURN:

Q And what was the process by which you initiated the pre-grievance?

A So if there's a discrepancy or something you feel as a pilot that you have been -- that something wasn't done correctly in accordance with the contract, then your first step is to contact the company, so a phone call to Scheduling or to the Chief Pilot's Office. You can then contact the union. And if you don't get a settlement or a, you know, a resolution, then the next step is to do a pre-grievance which is an email to the Regional Director.

Q The Regional Director of the union?

A No. The company. The Chief Pilot is what it is labeled as, but it is the boss of the

Chief Pilots.

Q So you believed that you had not been treated appropriately under the Pilot Working Agreement by Delta; is that correct?

A I believed that there was a violation of the contract.

Q And again focused on that first pre-grievance, what was the violation of the contract that you believed had occurred?

A I don't recall specifically. It was either 23M, N, or O, which is the trip coverage.

Q And I don't have the working agreement with me, so describe for me in your own words what you believed had been done that was inconsistent with the terms of the Pilot Working Agreement.

A So I believe the first one was a matter of a pilot was coming up for a trip out of order repeatedly, so there was some sort of a programming error that was causing this pilot to get awarded a trip out of seniority order in accordance with the contract.

Q And were you that pilot who was coming up for the trip?

A No.

Q Were your trips being affected by this

other pilot coming up for the trip?

A Yes. So I had a request in to fly the trip, and this pilot was awarded it, even though he was senior to me, he was on his second green slip, so he was getting awarded it out of order ahead of me incorrectly.

Q And were these trip awards being made after the initial posting of flight schedules for the particular month?

A If I recollect correctly, so again, there's two pre-grievances that I remember, and I believe the first one had to do with this green slip issue which would be after the award of the schedules.

Q And if I understood your previous answer correctly, your perception was that this pilot had been awarded a trip improperly not just once but more than once; is that correct?

A I am not certain that that's what the pre-grievance was about if that was this situation or a different one. Yeah.

Q So you contacted the company first --

A Yes.

Q -- about this concern?

A Yes.

Q Who at the company did you contact?
A For a scheduling issue I contacted Crew Scheduling.
Q And what was the response from Crew Scheduling?
A I don't recall the specifics of the first pre-grievance. Again, I don't recall for sure that it was due to the green slip issue or what Scheduling's response was. But that is the normal first step, and that is what I do.
Q I understood from your earlier responses to my questions that you don't get to the pre-grievance step if the situation is resolved by first contacting the company; is that right?
A No. If you get it resolved, then there's no need to do a pre-grievance.
Q Right. And so you didn't get it resolved through your initial contact to the company, right?
A Correct.
Q So then you followed the next steps to pursue a pre-grievance; is that correct?
A Yes. And normally I don't just do one contact, it is multiple contacts with Scheduling as they have different supervisors on shift at different times.

Q And so when you were describing the first step, you're saying that wasn't just a one-time thing, you made multiple attempts --
A Correct.
Q -- to reach out to the company before filing a pre-grievance through the union; is that correct?
A Yes.
Q So those multiple attempts to reach out to the company were ultimately unsuccessful in resolving your concern, correct?
A Correct.
Q So then you reached out to the union to initiate the pre-grievance process?
A I think I initiated the pre-grievance process myself. I may have contacted the union about the process.
Q Do you recall who at the union you spoke with?
A I don't recall.
Q And what was the result -- again focused on that first pre-grievance -- what was the result after filing or initiating the pre-grievance?
A The first one was resolved within 24 hours.

Q And how was it resolved?
A The Regional Director contacted Scheduling, someone in Scheduling, either a supervisor or a scheduler, to resolve the issue.
Q And was this before the trip that had been improperly awarded in your view had taken place?
A I think by that time it for sure was after the trip was already started.
Q So how was the issue resolved?
A They pay me for the trip.
Q And just so I am clear, they paid you for the trip that you would have taken had the rules been followed as you understood them; is that correct?
A Correct.
Q And who was the Regional Director that you referred to, what is that person's --
A Michael Perrin.
Q Do you know how to spell the last name?
A P-E-R-R-I-N I believe.
Q The second pre-grievance, can you describe the circumstances that led you to initiate that pre-grievance.
A It was another trip coverage violation,

and I don't remember the specifics of it.
Q Do you recall whether it was use of green slips or other for posting awards of trips?
A It was either a green slip or a white slip.
Q So this occasion again was a situation where you were trying to get a trip after the monthly schedule had been posted?
A Yes.
Q And what were the circumstances that you understood that led you not to be awarded a trip that you thought you should be awarded?
A Again, I don't recall this time what the specifics were of why I didn't -- why I wasn't awarded the trip.
Q So what did you do first?
A So once I am aware of a trip that was not awarded to me that I believed should have been, I called Crew Scheduling.
Q And what happened when you called Crew Scheduling?
A There was no resolution.
Q Did they disagree with you or did they just not act?
A I don't recall for sure.

Q Do you recall who you spoke with?
A No.
Q And then what did you do next?
A Then I filed a pre-grievance.
Q And is there a form that you file?
A No.
Q So how do you initiate the pre-grievance?
A Just send an email to the Regional Director with what your claim is and what your desired resolution is, and they investigate it.
Q And was this Mr. Perrin again?
A Yes.
Q And what was the resolution?
A They have the option of scheduling a pre-grievance hearing, so this time he did schedule that hearing.
Q And did you participate in the hearing?
A Yes.
Q And was it a virtual hearing or was it in person?
A In person.
Q And where was that?
A In Detroit Chief Pilot's Office.
Q I take it you participated in the hearing; is that correct?

A Yes.
Q And did Mr. Perrin participate?
A Yes.
Q Who else participated?
A Mike Bell is the first officer representative for Detroit, the Air Line Pilots Association.
Q Anybody else?
A No.
Q Do you know when that hearing was?
A No.
Q Can you estimate the year?
A I can estimate 2022.
Q And what was the result of the hearing?
A By the time I actually went into his office to meet with him, he had already fixed the issue and paid for the missed trip.
Q So did any hearing take place?
A He just said is this the trip you're talking about. And I said yes. And he said okay. So does this look right now. And I said yes.
Q Do you know whether that hearing was recorded in any way?
A I don't believe it was recorded. He may have made notes about it.

Q Do you know whether there was any written communication or documentation regarding the resolution of that pre-grievance?
A There could be on my schedule in iCrew, but I don't recall any recording of it.
Q And do you recall whether there was any documentation of the resolution of the first pre-grievance?
A I don't recall.
Q Other than those two pre-grievances that you have described this morning, have you initiated any other grievances against Delta Air Lines?
A Not that I can remember.
Q Have you spoken with anyone, any representatives from the federal government regarding any alleged violations of law by Delta?
A Yes.
Q How many times have you done that?
A How many times have I spoken to someone?
Q How many incidents have you spoken to members of the federal government about alleged violations of law by Delta?
A I am not sure if ESGR is part of the federal government, but I do recall two Department of Labor complaints that I have filed.

Q And were those asserting violations of USERRA?

A Yes.

Q We'll talk about those in a bit. Any other complaints that you have initiated with respect to any -- in which you have communicated with a member of any federal agency?

A Not that I can recall.

Q You mentioned SGR; is that correct?

A ESGR, Employee Support of the Guard and Reserve.

Q And have you initiated any complaint -- let me ask a different question. Have you spoken to a representative of ESGR about any concern you had regarding your employment at Delta?

A I spoke with a representative from the ESGR when I initially had concerns over USERRA, potential USERRA violations.

Q Are those the alleged violations of USERRA that you later spoke to the Department of Labor about?

A Yes, I believe. There may have been more issues that I talked to the ESGR about.

Q So in addition to the two incidents where you spoke to someone at the Department of Labor,

there may have been others that you spoke to a representative of ESGR about?

A No. I think before I had filed the Department of Labor complaint, I had spoken with someone at ESGR, and I don't recall what all I had talked to them. That was ten years ago almost.

Q What do you recall talking to the ESGR about sitting here today?

A When I was in my first year of employment at Delta, I had several phone calls from the Chief Pilot's Office, and I felt like that I was being somehow targeted at the time. And I wanted to find out what my resources were to figure out if that was true for one and if there was any support for me.

Q Who was the Chief Pilot who was calling you?

A So these were assistant chief pilots in Atlanta, Kevin Hansen and I don't remember the other name.

Q And do you recall the subject or subjects that these assistant chief pilots were calling you about?

A Yes, at least some of them.

Q What were they?

A They were calling about my military leave asking, you know, whether I could do less essentially.

Q When did you begin work at Delta?

A February 17th, 2014.

Q And do I recall correctly that you initiated a long-term leave later in 2014?

A Yes.

Q So were the calls that you are describing in your testimony in the period between February 17 and the time that you initiated your long-term leave?

A Some of them were.

Q Some were after you initiated your long-term leave?

A Yes.

Q So when you say the assistant chief pilots were asking you whether you could do less, could you explain what you mean.

A I know the initial phone call was just about my first military leave at Delta after I had a schedule. It didn't take very long when I had more than two or three calls that they were not just seeking information, but one of the gentlemen said that he thought I was not upholding my

obligations to Delta.
Q And you don't recall whether that was Mr. Hansen or somebody else?
A That was Kevin Hansen.
Q And did Mr. Hansen explain what he meant with respect to not upholding your obligations to Delta?
A I believe he did. I had an understanding of what he meant.
Q What was your understanding?
A Was that so he had also mentioned that it is not normal for someone to take as much military leave as what I did in my first year while I'm on probation.
Q So was there a probationary period that you were under when you began work at Delta?
A Yes.
Q And what was your understanding of that probationary period?
A Probation is one year normally or 400 flight hours or if you upgrade to captain.
Q Or if you upgrade to captain?
A Yes.
Q So if you upgrade to captain, then you're not subject to the probationary period?

A Correct.
Q Did you upgrade to captain in your first year?
A No.
Q So were there specific responsibilities that you had during that probationary period that you didn't have after the probationary period?
A The only responsibilities that I can recall are you have to meet with the chief pilots, so at that time I believe they wanted two or three meetings throughout your probation just to touch base.
Q Two or three meetings through the course of the year?
A Yes.
Q And did you have those meetings?
A Yes.
Q Because of your long-term leave, did that probationary period extend after you returned from your long-term leave?
A Yes. It was more than a calendar year.
Q And did you have any of those meetings in the period of time between your beginning of your employment at Delta and the initiation of your long-term leave?

A Yes.
Q Were they in-person meetings?
A Yes.
Q And were they with Mr. Hansen or anybody else?
A I don't recall who it was with.
Q And was that in person?
A Yes.
Q And where was that?
A In the Atlanta Chief Pilot's Office.
Q Were you based in Atlanta at that time?
A Yes.
Q Did you meet with the Chief Pilot or just an assistant chief pilot?
A I honestly can't remember. I do know at the time they had these two gentlemen they would normally kind of assign to anybody that was in the Guard or Reserve.
Q Do I understand your testimony to be that there would be particular assistant chief pilots who were assigned to work with pilots who were in the Air National Guard or Reserve?
A Yes. The two pilots had military experience, so I believe they referred to them for folks that were in the Guard and Reserve.

Q So Mr. Hansen for example had military experience?
A Yes.
Q Do you know whether he was in the Reserve at the time?
A I don't believe he was ever in the Reserves. He was retired Marine Corps.
Q And was it in that in-person meeting that Mr. Hansen expressed his concern to you that you were taking too much leave, military leave?
A No.
Q That was a separate phone call?
A Yes.
Q Do you recall any other specifics about what he said about what was too much leave?
A So what I recall was a phone call or two over two separate leaves followed by two phone calls over the same leave from two different pilots, and the second one was Kevin. And I asked him if he had already talked to the other Chief Pilot, and he said yes. And that's when I realized that this was not just seeking information.
Q So if I'm following correctly, you took a military leave somewhere in the months after February of 2014, correct?

A Yes.
Q And someone from the Chief Pilot's Office called you to ask about that leave; is that correct?
A Yes.
Q And did you simply provide information about what the leave was and the purpose of the leave?
A The first call seemed somewhat normal, you know, I think if I was a Chief Pilot I would, you know, it wouldn't be abnormal to make sure that people understand the policies and just I suppose. Sorry. What was the question?
Q I was just trying to understand what happened in the first call.
MR. BARTON: Can you read back the question.
THE REPORTER: Question: And did you simply provide information about what the leave was and the purpose of the leave?
A I think so, yes.
(Exhibit 1 marked)
BY MR. WASHBURN:
Q Mr. Best, let me show you what's been marked as Exhibit 1.

MR. WASHBURN: And Crystal, we have got a link for exhibits that Hannah is going to send you.
MS. MATTER: Thank you.
MR. WASHBURN: Sure.
BY MR. WASHBURN:
Q Mr. Best, do you recognize Exhibit 1?
A No.
Q I'll represent to you that it is a pull of data showing leaves as reflected in Delta's system for you. Do you recognize on the far left do you see that first column Employee Number?
A Yes.
Q And do you recognize 155375 as your employee number?
A Yes.
Q So if you look just at the top of the first page, you'll see the second column reads Leave Type. Do you see that?
A Yes.
Q And MLOA, do you recognize that as a military leave?
A Yes.
Q Then the next two columns have Start Date and End Date. Do you see that?
A Yes.

Q The start date for the first leave is May 27, 2014 and the end date listed on Exhibit 1 is May 29, 2014. Do you see that?

A Yes.

Q Is that consistent with your recollection as to the first military leave you took after beginning employment at Delta?

A No.

Q So your recollection is that you took military leaves before May of 2014; is that correct?

A So prior to bidding on schedule, you're owned by the Training Department and you're also on a salary. So the military leave when you're on salary as a new hire is done differently.

Q So I take it your answer to my question was that you did take military leave -- you recall taking military leaves before May of 2014; is that correct?

A I don't recall if I had any military leave. I did military duty.

Q So when you say you did military duty, you're distinguishing between performing duties as a member of either the Air National Guard or Reserves without any interference with your

responsibilities from Delta on the one hand versus taking a leave which is you're notifying Delta that you are going to be away from your responsibilities for Delta on the other hand; is that correct?

A Correct.

Q So let me ask the question again. Do you recall taking any military leaves before May 27, 2014?

A I recall working with the training planner for military obligations, and I don't recall any, you know, absence from work recorded requiring any pay loss.

Q So if I understand your testimony, you worked with the planner to ensure that you could fulfill your military duties without missing any obligations from Delta; is that correct?

A Correct.

Q And did that require a change in your training schedule?

A I believe it -- I'm not really sure.

Q But do you recall whether it was before May 27, 2014 that you had your first call with the Assistant Chief Pilot about military leave?

A I don't recall. I don't think so.

Q You think the first call that you had

with the Assistant Chief Pilot took place after that May 27, 2014?
A I believe so.
Q If you look back at Exhibit 1, the second row shows a military leave beginning on June 9 and ending on June 10. Do you see that?
A Yes.
Q Do you recall, recognizing it is nearly ten years ago, do you recall the sequence of those leaves in late May, early June 2014?
MR. BARTON: Objection to form.
A Do I recall the sequence of the leaves?
MR. WASHBURN: Excuse me. Let's go off the record for a second.
THE VIDEOGRAPHER: Off the record 10:11.
(A pause was had in the proceedings.)
THE VIDEOGRAPHER: Back on the record 10:12.
BY MR. WASHBURN:
Q Do you recall taking a leave the end of May and then taking another leave from Delta June 9-June 10 of 2014?
A I don't recall it. But I'm sure it happened.
Q Does seeing those dates on Exhibit 1

refresh your recollection as to when you had your first call with the Assistant Chief Pilot about your taking of military leaves?

A No.

Q Do you think it was after the June 9-June 10 leave?

A Well, what I recall was all of the phone calls were in response to military leaves, so they would have definitely been after at least the first leave, maybe after each leave.

Q And then describe for me the sequence -- I know you said you spoke with one person initially, and I understood your testimony to be that that person in the Chief Pilot's Office was asking questions about leaves; is that correct?

A Yes.

Q Is there anything else other than asking about the particulars of the leaves that you had taken?

A Prior to my long-term leave, not that I can recall.

Q And then you spoke with Mr. Hansen after those initial calls with someone else in the Assistant Chief Pilot's Office, correct?

A I don't remember the exact sequence, but

they were kind of tag-teaming back and forth at that one point at least.

Q And you spoke with Mr. Hansen before you started your long-term leave; is that correct?

A Yes.

Q And Mr. Hansen -- well, what did you do, if anything, in response to -- what did you say in response to Mr. Hansen?

A Say in response to his phone call?

Q Yes.

A Is that what you're asking?

Q Or in the phone call.

A Well, I know after one of the phone calls I decided to email him. I believe this was after I was on long-term military leave though.

Q Do you still have that email?

A I don't know. I might.

Q Do you recall what you said in that email to him?

A I remember saying that email is the best way to contact me now, so that's why I'm pretty sure I was already on long-term military leave.

Q Did you have other contact with the Chief Pilot's Office about your military leaves after you returned from long-term leave in 2016?

A I am not sure.
Q Did Mr. Hansen reach out to you again?
A No. When I returned, I was Detroit based.
Q And therefore, there was a different Chief Pilot's Office?
A Yes.
Q Do you recall being contacted by any representative of the Chief Pilot's Office in Detroit regarding what you would perceive as complaints about your taking military leave?
A Can you say that again.
Q Sure. So I want to focus your attention on the time after you returned from your long-term military leave in 2016 to the present, so for that period of time. Have you been contacted by any representative of the Chief Pilot's Office in Detroit regarding what you perceived to be a complaint from Delta about your taking military leave?
A I was contacted to do my last probationary meeting, and I accomplished the meeting.
Q You did what to the meeting?
A We did the meeting, yes.

Q So after you came back from your long-term leave, you have completed your probationary period; is that correct?
A I had not yet.
Q But subsequent to your returning from long-term leave, you had a period of probationary period to complete, correct?
A Yes.
Q You completed it, correct?
A Yes.
Q And you had a meeting with some representative of the Detroit Chief Pilot's Office about the completion of your probationary period?
A Yeah. The meeting is one of the regularly scheduled probationary meetings where they cover different topics and go over any questions you have.
Q And during that meeting did the subject of military leaves come up?
A Yes.
Q And what occurred in that meeting?
A So I remember the gentleman, I can't think of his actual name, but his nickname is Curly. And he essentially went over my schedule from when I got hired until then, and just spoke

about his philosophies that he called the motherhood briefing. And he was a former pilot in my squadron that had retired back in the nineties, and so his motherhood was essentially describing what he thought was military leave abuse and his personal opinions about how folks should execute their military duties.

Q And what did he say constituted military leave abuse?

A I don't recall specifically what he said what he thought was military leave abuse. But I do recall that in later conversations with him his opinion was anytime that you would take military leave in order to adjust your schedule in a favorable way to yourself, he didn't think that was right.

Q Do I understand your testimony about what this gentleman nicknamed Curly said what --

A Jim Bereaugh. Sorry.

Q His name is Jim Bereaugh?

A Jim Bereaugh, yes.

Q Do you know if it is B-E-R-E-A?

A B-E-R-E-A-U-G-H I believe.

Q What you recall from Mr. Bereaugh's conversation with you about what he considered was

military leave abuse was taking military leave to create a more favorable Delta schedule for yourself; is that correct?

A Something to that extent I believe.

Q Do you recall anything else that Mr. Bereaugh said that he considered to be military leave abuse?

A No, not specifically.

Q Do you remember anything generally?

A I just recall him going over my schedule and making comments as if I were doing it.

Q Did he say that you were engaging in military leave abuse?

A No. But I remember one specific comment was oh, you returned in mid-July or conveniently after the 4th of July so he said.

Q Looking back at Exhibit 1, the fifth row down shows a military leave beginning August 1, 2014 and ending July 1, 2016, correct?

A Well, that's what that line shows, yes.

Q Right. And then the next line shows a military leave beginning on July 2, 2016 and ending on July 7, 2016. Do you see that?

A Yes.

Q Do you recall when your long-term leave

ended in 2016?
MR. BARTON: Objection to form.
A I believe it was the 7th.
BY MR. WASHBURN:
Q Do you have any understanding why Delta's records reflect a breakup of that period, in other words, one ending on July 1 and then a second period going from July 2 through July 7?
A I believe I do, yes.
Q And what's your understanding?
A So my understanding is the MIL on line 5 is when you are removed from category and placed in a military leave category. And then in the month that you are going to return to category, they put a separate line for the portion of that month that you are on military leave, which would be in this case the 2nd through the 7th. The July month starts on the 2ndth.
Q Do you recall when your military duties ended with respect to that long-term period?
A I don't.
Q Let me ask a more pointed question. Do you recall whether your duties ended on or about July 7?
A Do I recall?

Q Whether your duties for that extended period of time ended on July 7?
A I don't.
Q Looking at the fourth row on the first page of Exhibit 1, there's also an MLOA listed beginning July 15, 2014 and ending July 31, 2014. Do you see that?
A Yes.
Q And you'll agree with me that taking the fourth through the sixth rows together, it shows a continuous period of military leave in one form or another from July 15, 2014 through July 7, 2016, correct?
A Yes.
Q Do you have any understanding of why that first period from July 15, 2014 through July 31, 2014 is separated from the longer period beginning August 1, 2014 and going through July 1, 2016?
A It is my understanding that it is for the same reason as the last line that you mentioned, that I was in the category for that month and on military leave for the last 16, 17 days, and then the next month August I was removed from my category.
Q What was the duty that you had during

that long-term leave?
A So the initial order I took to do my flight lead upgrade, and then we had a combat deployment approaching sometime in 2015. So there was at least one or two more orders that were more training preparing for the deployment.
Q So you had a series of orders reflecting a series of duties during that period between July 15, 2014 and July 7, 2016; is that correct?
A Yes, a series of orders as well as inactive duty training periods.
Q Going back to Mr. Bereaugh's conversation with you, you referenced earlier a comment that you recall him making about returning after the 4th of July. Do you recall any other comments from Mr. Bereaugh in that discussion in 2016 about what he perceived to be military leave abuse?
A Not from my memory, no.
Q And I believe you testified earlier that you recalled that Mr. Bereaugh had served in the same squadron in which you were serving; is that correct?
A Yes.
Q And which squadron was that?
A The 107th Fighter Squadron in Michigan.

Q But Mr. Bereaugh had retired from the Reserves at the time that you and he had that conversation in 2016; is that correct?

A Yes.

Q Did you ever have any other discussions with Mr. Bereaugh at which the subject of your military leave came up?

A Not that I recall.

Q And going back to the question that led to that, do you recall any other communications you had with members of the Chief Pilot's Office in Detroit about your taking military leave?

A The only other conversations I recall was a question about when I needed to do my next meeting, because I was going back to training on a new aircraft and I was on probation. And I received a phone call from Mark Duncan saying I needed to go in and do a meeting very soon. And I contacted the office and another person, John -- his nickname is Nails, I'll think of his name later -- said don't worry about it until you're done with IOE, Initial Operating Experience.

Q And was the training on the new aircraft for Delta?

A Yes. And the gentleman's name is

Carroll, John Carroll.
Q C-A-R-R-O-L-L?
A I believe, yes.
Q So he said for you to reach out to talk to him after you had completed IOE; is that correct?
A Yes. He said don't worry about the meeting until I'm back in Detroit complete with training, which IOE is the last part of training.
Q And I'm sorry, what does IOE stand for?
A Initial Operating Experience.
Q I'm not following how that conversation related to your taking of military leave. Can you explain that for me.
A Well, the reason being that I was on probation, and by the time I finished training I would be off probation. So the question was whether I needed another meeting or not. Because per the contract, I am off probation once the time is up whether you have a meeting or not.
Q I see. But the probation period is pursuant to your relationship to Delta, correct?
A It is. But it is prescribed in the Pilot Working Agreement.
Q Right. I'm trying to understand

whether -- my initial question was what communications did you have with any member of the Chief Pilot's Office about your taking military leaves. And I understand Mr. Carroll and you had some communications about scheduling the last meeting for the conclusion of your Delta probationary period. I'm asking did those communications include discussion of military leaves?

A Not that I recall.

Q So did you have any other communications with any members of the Delta Chief Pilot's Office about military leaves after 2016 other than the one you described with Mr. Bereaugh?

A Well, in more recent years I have contacted them for military leave.

Q In any communication you have had with the Chief Pilot's Office, has anyone talked to you about allegations that you have engaged in military leave abuse?

A No.

Q Has anyone from the Delta's Chief Pilot's Office since your conversation with Mr. Bereaugh made any complaints about the frequency or means by which you have taken military leaves?

A You're asking if any of the Chief Pilots have made any complaints about me?

Q Or talked to you in any way expressing a concern about your taking of military leaves?

A Not that I can recall.

Q Putting the Chief Pilot's Office aside, can you think of anyone at Delta who has said anything to you since the conversation with Mr. Bereaugh expressing any concern about your taking military leave?

A Since the conversation, not that I can recall. Actually so since the conversation to now again?

Q Yes.

A Yes.

Q How many times?

A So regarding military leave or return from leave is actually what I was contacted about, and this was a couple times in 2019.

Q Who did you speak with about military leave in 2019?

A Jim Mangie and Theresa Livingston.

Q Did they reach out to you?

A I believe they reached out to my squadron commander.

Q Do you know whether they did so as a group in one conversation or did they do so separately in multiple conversations?
A They called -- so Jim Mangie and Theresa called together, and it was my squadron commander's understanding that Jim Mangie was a Delta representative and that Theresa was a union representative.
Q And who was your squadron commander?
A Brian Boeding.
Q B-O-E-D-I-N-G?
A Yes.
Q And I take it that Mr. Boeding relayed his understanding of the conversation to you; is that correct?
A Yes.
Q And what did he tell you about that conversation?
A I can't recall at this time specifically what he said.
Q Do you recall anything about what he relayed to you about the conversation other than it took place?
A I remember him saying that he thought that Delta was not happy with me.

Q And do you recall him saying any reason why Delta was not happy with you?

A I believe it was related to the dates of my return versus the end date of my orders.

Q And what in particular was the concern?

A That there was -- I returned to work on 1 August and my orders ended on either 8 or 13 August; 8, 12, or 13 August.

Q And had you had any conversations with anyone at Delta about any difference between your orders and your return to work before this conversation between Mr. Boeding and Mr. Mangie and Ms. Livingston?

A I had a one-way email to Mr. Tully when my end of order was approaching that I was not going to be home as planned. But I never got a response.

Q So you emailed Mr. Tully who is a Delta employee, correct?

A Yes.

Q You emailed Mr. Tully to say that you would be returning to Delta later than initially planned?

A So I think it requires more explanation than that.

Q Please.
A So I submitted my return to work from this order sometime in June returning on August 1. In late July as I am coming home from the deployment, we keep getting delayed, and I emailed Mr. Tully saying -- and so after I had notified my return to work, they scheduled me for training on August 1.
So I realized it was going to be tight. And I emailed him and said I don't want to MIL leave it but I also don't want to shortchange my family. What is your opinion or what should I do. And he never responded, so I decided what to do on my own.
Q And what did you decide to do?
A To return to work. To go to work for Delta.
Q Were you still on duty with the military when you went back to work for Delta on August 1, 2019?
A No.
Q We have some of those orders. We can maybe talk about those in the context of those particular documents.
Did you ever speak with Mr. Mangie or

Ms. Livingston about any concerns about this return to work in 2019?
A I believe I did. Definitely Theresa I did.
Q And did you understand that Ms. Livingston was in fact a union representative?
A No.
Q Was she a Delta employee?
A Yes.
Q And do you know what her role was at the time?
A She was taking over -- that summer she was taking over for Mr. Tully as the Military Affairs Liaison or the Assistant Chief Pilot slash Military Affairs Liaison for Delta Air Lines.
Q Not just for the Detroit base but for the entire airline; is that correct?
A Correct.
Q And did you reach out to Ms. Livingston or did Ms. Livingston reach out to you?
A I don't recall.
Q And what was the nature of your conversation with Ms. Livingston?
A I think we had several conversations. There were conversations about the orders, the

certification of the orders, the dates on the orders, and whether they were going to be able to pay my 401(k) due to the overlap of orders and working at Delta. And also about being on leave, we had conversations about whether I was on leave or not.

(Exhibit 2 marked)

BY MR. WASHBURN:

Q Mr. Best, let me show you what's been marked as Exhibit 2.

Mr. Best, do you recognize Exhibit 2?

A Yes.

Q And the subject is Major Benjamin A. Best Military Leave dated 18 September 2019, correct?

A Yes.

Q And this is from Lieutenant Colonel Boeding; is that correct?

A Yes.

Q Did you ask Lieutenant Colonel Boeding to prepare this memo to send to Delta?

A Yes.

Q And what did you ask Mr. Boeding to do exactly?

A So I recall Theresa was trying to resolve the issue with the overlap, and the request was

that I provide terminal leave or documentation of leave. I didn't have any leave documents other than this memo, so that was in response to a request from Theresa.

Q So you asked Mr. Boeding to prepare the memo that's reflected in Exhibit 2 in response to Ms. Livingston's request?

A I believe so, yes.

Q So I think you testified earlier that you had been on deployment and you were coming back. Exhibit 2 states in the first sentence that: Major Benjamin A. Best was on Active Duty for Contingency Operations and under my command from 1 June 2019 to 26 July 2019.

Do you see that?

A Yes.

Q So were you on deployment until the 26th of July?

A I believe 26 July was when we made it home I'm guessing.

Q Where were you, do you recall?

A On 26 July?

Q Or you said you had been deployed. Where had you been deployed?

A Oh, Afghanistan.

Q And Mr. Boeding writes: Major Best was then on terminal leave from 27 July 2019 through 8 August 2019 when his orders ended, correct?
A Yes.
Q So what does terminal leave mean to you?
A Well, that was one of the discussions with Theresa. To me it means the leave at the end of an order.
Q You're still performing military duties --
A No.
Q -- during that period?
You're not performing military duties?
A Correct. Leave is leave.
Q Leave from the military?
A Yes.
Q And were you paid by the military during that period of terminal leave?
A You're paid for whatever orders you're on, yes.
Q Which would include orders that include military leave or terminal leave; is that correct?
A Yes.
Q Were you still under Lieutenant Colonel Boeding's command through August 8, 2019?

A Well, I mean technically you're -- you know, he was my commander for several years. But when I'm on -- you know, he doesn't have any legal jurisdiction when I am a civilian or -- on leave there's specific jurisdictions that I am not familiar with but ...

Q Let me ask a different question. Are you under Mr. Boeding's command when you're on military orders?

A On this trip yes.

Q So in your discussions with Ms. Livingston about trying to reconcile the orders and the work that you were doing for Delta beginning August 1, 2019, what was the resolution?

A Well, the resolution with Ms. Livingston was -- I mean the resolution -- the initial part of the resolution happened when I returned to work, so I was employed. The remainder of the issue was the 401(k) contributions.

Q So you were re-employed by Delta effective August 1, 2019; is that correct?

A Yes.

Q Do you know whether there's any dispute about that, whether Delta takes a different view as to whether you began re-employment on August 1,

2019?
A I don't know. But I showed up to work and they didn't send me home, so I would assume there's no dispute.
Q And did you get paid?
A Yes.
Q Then did you have further discussions with Ms. Livingston about the 401(k) piece?
A Yes.
Q And how were those resolved?
A So ultimately that's when I filed the DOL complaint, and it was unresolved until Delta paid the 401(k).
Q So Delta ended up paying 401(k) beginning August 1, 2019 for periods of service at Delta beginning August 1, 2019?
A So the issue was the pension contributions in accordance with USERRA for the military leave time period.
(Exhibit 3 marked)
BY MR. WASHBURN:
Q Mr. Best, I'll show you what's been marked as Exhibit 3. Do you recognize Exhibit 3?
A Yes.
Q And is this a letter from the Department

of Labor to a lawyer for Delta Air Lines to your understanding?

A Yes.

Q And this is regarding the dispute that we have just been talking about; is that correct?

A I would have to read it for sure. But I assume that's in here somewhere. Yes.

Q So I just have a couple of questions about the letter. First, the letter is dated September 16, 2019 and the memo from Lieutenant Colonel Boeding, which is Exhibit 2, is dated September 18, 2019. Do you have an understanding of why the memo came after the letter?

A I don't other than I was trying to resolve the issue essentially with the company as well as through DOL simultaneously. And so as far as the dates, I don't recall how that ...

Q Who did you talk to at the DOL?

A I believe her name was J'Metria.

Q So if you look at the third page of Exhibit 3, the letter is signed by J'Metria Anderson. Is that the person you spoke with?

A Yes, as well as her supervisor.

Q Do you remember what that supervisor's name was?

A No.

Q Did you talk to Ms. Anderson by telephone or in person?

A By telephone.

Q Was it by video or just a voice call?

A Voice.

Q What was the process by which you initiated your Department of Labor complaint?

A Through the DOL Vets website I believe it is called. It is on a website.

Q Did you fill out a form on the website?

A I believe there's an electronic form that you fill out.

Q And then did Ms. Anderson reach out to you after you submitted the form?

A Yes.

Q Do you recall when you submitted the form?

A No.

Q Sometime in August of 2019?

A I would guess later than that, but I'm not sure.

Q The letter that's reflected in Exhibit 3 is dated September 16. Do you believe that you reached out to the Department of Labor sometime in

September of 2016?
A It is possible. I don't recall exactly when I filed.
Q Did you have more than one conversation with Ms. Anderson or just one?
A More than one.
Q How many did you have?
A I don't know. Probably at least five.
Q Did she show you a draft of the letter that became Exhibit 3?
A I believe she sent everything to me that she sends to Delta.
Q And my question is did she send you a draft before she sent anything to Delta?
A I'm not sure. Probably I would guess, but I'm not sure.
Q Did she send those communications by email?
A So I don't know that she sent that because I know these letters would come in certified mail to me. So I don't think there was a draft now that I am thinking about it because they literally show up as a UPS package.
Q Did you exchange any emails with Ms. Anderson?

A Yes.
Q Do you still have those?
A I may.
Q But you don't recall whether any of those emails had a draft letter attached?
A I don't recall.
Q So there are a couple of issues that were raised in the letter. The first, the third paragraph, page 1, Exhibit 3 discusses your request to receive FAA leave sometime between May and July of 2019; is that correct?
A Yes.
Q And what was the request for FAA leave?
A So that was a separate and coincidental issue. So I was authorized FAA leave, but due to the military leave was not provided it. And I had already discussed it with the company as well.
Q Who did you discuss that with?
A With Mike Perrin.
Q Would you have emails with Mr. Perrin about that or just phone calls?
A Yes, emails at some point, yes.
Q Do you still have those emails?
A I may.
Q So there's that dispute. And if you look

at the bottom of the fourth paragraph on page 1 of Exhibit 3, the last sentence reads: Mr. Best also states that he was not on any leave status from June 1, 2019 to June 10, 2019.

Do you see that?

A I see it.

Q And do you recall discussing with Ms. Anderson whether you had been on any leave status from June 1, 2019 to June 10, 2019?

A I don't recall that, no.

Q Did you read this letter when you received it by certified mail?

A I probably did. I don't know that I received this exact letter but ...

Q Well, if you look on page 3, you're listed as a cc, as having received a copy of the letter. Do you see that?

A Yes.

Q Is your testimony today that you don't recall whether you received this letter or not?

MR. BARTON: Objection asked and answered.

A I believe that this is a typo on the letter if that's what you're asking.

BY MR. WASHBURN:
Q No. My question is did you receive the letter?
A I don't know.
Q Do you recall having any discussion with Ms. Anderson saying that the last sentence in the fourth paragraph on page 1 of Exhibit 3 was a typo?
A I don't recall.
Q Did you have any conversations with Ms. Anderson after September 16, 2019?
A Yes.
Q But you don't recall whether that came up in the context of any of those conversations?
A I don't recall anything that has to do with 1 June to 10 June.
Q If you look at Exhibit 2, which is the memo from Lieutenant Colonel Boeding, you'll agree with me that that memo states that you were on active duty from 1 June 2019 through 26 July 2019, correct?
A Well, it says I was under his command.
Q On active duty for contingency operations, correct?
A Yes.
MR. BARTON: James, when you get to a

stopping point, we've been going for about an hour and a half.

MR. WASHBURN: Just a second.

MR. BARTON: Okay.

BY MR. WASHBURN:

Q And if you look back at Exhibit 1, the leave data, if you turn to the second page and look at the third and fourth rows, you'll see that the third row reflects MLOA June 1, 2019 through June 1, 2019, correct?

A Yes.

Q And then the fourth row shows military leave from June 2, 2019 through July 31, 2019, correct?

A Yes.

Q Do you have any understanding why Delta's data reflects a split in that leave?

A Yes.

Q What is your understanding?

A My understanding is the same as the previous discussion about that, the June 1st is the last day of the May 5th period, so it is separated out as the last day of that month that I was on military leave. And then June 2nd starts when I am removed from the category, and it is labeled MIL.

Q How do you know when a particular bid period ends?
A It is in the Pilot Working Agreement.
Q Each calendar year is broken out like when each bid period begins and ends?
A No. Every year is the same except for obviously leap years.
Q Leap years?
A Yeah.
MR. WASHBURN: Let's take a break.
THE VIDEOGRAPHER: Off the record 11:01.
(Recess 11:01-11:17 a.m.)
THE VIDEOGRAPHER: Back on the record 11:17.
BY MR. WASHBURN:
Q All right, Mr. Best, just to show you just how far we got off of my outline, have you ever been sued before?
A I don't think so.
MR. BARTON: Objection to form.
A I don't think so.
BY MR. WASHBURN:
Q Do you understand the question?
MR. BARTON: Well, you said before. I'm not sure he's ever been sued, period.

MR. WASHBURN: Before today.
MR. BARTON: Has he been sued today?
MR. WASHBURN: Has he ever been sued before today.
A I don't think I've ever been sued.
BY MR. WASHBURN:
Q Have you ever sued anyone, initiated a lawsuit against anyone?
A No.
Q Have you ever been arrested?
A No.
Q I take it then you've never been convicted of any crime; is that correct?
A Correct.
Q Did you prepare for your deposition today? Did you prepare for your deposition that's taking place today?
A Yes.
Q How did you prepare?
A I met with my counsel yesterday.
Q For about how long?
A About four hours.
Q Here in Atlanta?
A Yes.
Q Did you review any documents?

A Yes.
Q What documents do you recall reviewing?
A I can recall reviewing a document similar to this, the Exhibit 1, but not the same.
Q How was it different?
A I recall that it was less columns and it may have not had the complete start and end date.
MR. BARTON: Just one second. Crystal has emailed us that she cannot hear.
MR. WASHBURN: Let's go off the record.
THE VIDEOGRAPHER: Off the record 11:20.
(A pause was had in the proceedings.)
THE VIDEOGRAPHER: Back on the record 11:27.
MR. WASHBURN: Can you read back the last question.
THE REPORTER: Question: What documents do you recall reviewing?
Answer: I can recall reviewing a document similar to this, the Exhibit 1, but not the same.
Question: How was it different?
Answer: I recall that it was less columns and it may have not had the complete start and end date.

BY MR. WASHBURN:
Q Any other documents you can recall reviewing as part of your preparation for today's deposition?
A There was one other document but I can't remember what it was.
Q Was it a letter or an order?
A It wasn't -- yeah, I did have the stack of orders that were produced.
Q Anything else other than the orders and that spreadsheet?
A Not that I can recall.
Q Could you describe for me your educational background starting with completion of high school.
A So I went to Eastern Michigan University and studied aviation flight technology.
Q Did you go right after high school?
A Yes, after the summer.
Q And did you receive a degree from Eastern Michigan?
A Yes.
Q What was that degree?
A It was a bachelor's of science in aviation flight technology.

Q And when did you receive that degree?
A I believe it was June of 2005.
Q Were you in the ROTC when you were at Eastern Michigan?
A No.
Q Had you had any military training before graduation from Eastern Michigan?
A No.
Q What did you do after graduating from Eastern Michigan in June 2005?
A So I started flight instructing I believe April of that year before I graduated, and then I continued flight instructing until my first real flying job I guess.
MR. WASHBURN: Off the record.
THE VIDEOGRAPHER: Off the record 11:30.
(A pause was had in the proceedings.)
THE VIDEOGRAPHER: Back on the record 11:30.
BY MR. WASHBURN:
Q Other than your bachelor's of science, do you hold any certificates or licenses?
A Yes.
Q And what certificates or licenses do you hold?

A So I have my driver's license; I have several certificates from the FAA, Flight Instructor, Ground Instructor, and Airline Transport Pilot Certificate.
Q You have a pilot's license, correct?
A Yes.
Q And who issued that pilot's license?
A So it is called a certificate.
Q Okay.
A Even though it kind of looks like a license. But the FAA issues that or a representative.
Q And when did you obtain your first -- you said you had multiple certificates from the FAA. What was the first certificate you earned?
A The first one earned would be the Private Pilot Certificate.
Q And when did you earn that?
A I believe it was in 2002.
Q What was the next certificate you earned after the Private Pilot's Certificate?
A My instrument rating.
Q And when did you earn that?
A I'm not sure but I think it was in 2003.
Q What was the next certificate that you

earned?
A The next one I believe was my Commercial Multi-Engine Certificate.
Q And when did you earn that?
A It was either '03 -- 2003 or 2004.
Q What was your next certificate you earned after the Commercial Multi-Engine Certificate?
A Was the Commercial Single-Engine Add-on.
Q When did you earn that?
A Probably 2004. But again, that could have been still '03.
Q While you were in college, correct?
A Yes.
Q All right. What was the next certificate you earned?
A The Certified Flight Instructor Certificate Single-Engine.
Q And when did you learn that?
A 2005.
Q What was the next certificate you earned from the FAA after Certified Flight Instructor, if any?
A So the next two were my Instrument Instructor Rating and my Multi-Engine Instructor Rating.

Q And when did you earn the Instrument Instructor Rating?
A 2005.
Q And when did you earn the Multi-Engine Instructor Rating?
A I believe that was also 2005.
Q What was the next certificate you earned?
A I don't know, at some point in there I did the Advanced Ground Instructor Rating, and that was probably in April 2005 when I did my Flight Instructor Rating.
Q What was the next certificate you earned?
A 2006 I was hired by a corporate place, and did a Citation second-in-command rating on a Citation 500 series.
Q And you said 2006?
A Yes.
Q Next certificate that you earned?
A My next certificate was my Airline Transport Pilot Certificate, and I am not sure when I got my initial Airline Transport Pilot Certificate.
Q Sometime before 2010?
A Yes.
Q Are there other certificates you have

earned since then?

A From the FAA, so anytime you add a type rating, you get a new certificate. So when I went to my first airline new airplane and then upgrade to captain, another type rating, and then not until I was at Delta another rating.

Q Since you have been at Delta, have you -- as I understand you have only flown 717s at Delta; is that correct?

A No.

Q What other aircraft have you flown?

A I have flown the 757 and the 767, and we call the category 7ER.

Q And that's a separate aircraft, the 7ER?

A So the Boeing -- the 7ER category is made up of all of the Boeing 757-767 variants with the exception of the 767-400 which has its own separate category.

Q Did you obtain any formal education after graduating from Eastern Michigan aside from obtaining certificates from the FAA?

A Well, the military education I would assume is considered formal.

Q Other than through the military, have you pursued any formal education, again, also other

than obtaining the FAA certificates?
A No.
Q So what did you do after graduating from Eastern Michigan? I think you testified that you went into flight instructing. Did you go to work for a particular company?
A I worked for the same school that I went through, so it was called Eagle Flight Center.
Q And where was Eagle Flight Center?
A At Willow Run Airport in Ypsilanti, Michigan.
Q Were you an employee at Eagle Flight Center?
A Yes.
Q How long were you employed by Eagle Flight Center?
A I am not sure when my employment actually ended, but my full-time employment ended in September 2006.
Q And did you take different employment in September 2006?
A Yes.
Q What did you do?
A I worked for a place called Corporate Flight flying Citations private and charter.

Q Were you an employee at Corporate Flight?
A Yes.
Q How long were you employed at Corporate Flight?
A About ten months.
Q Until sometime in the middle of 2007?
A Yes.
Q And what did you do after you left Corporate Flight?
A I went to Mesaba Airlines.
Q M-A-S-A-B-A?
A M-E-S-A-B-A.
Q And what was your position at Mesaba Airlines when you started?
A I was hired as a Detroit CRJ-900 first officer.
Q How long did you serve in that role at Mesaba?
A So I was in the position twice. The first time was until about March of 2008.
Q And what did you do in March 2008?
A I upgraded to Saab 340 captain.
Q Saab 340, is that what you said?
A Yes.
Q And Saab 340 is a type of aircraft?

A Yes.
Q Still with Mesaba; is that correct?
A Yes.
Q And how long did you hold the position of Saab 340 captain at Mesaba?
A I believe it was the fall of '09. I was displaced sometime in there, late '09.
Q You were displaced, is that what you said?
A Yes.
Q What do you mean by displaced?
A The airline got rid of the Saabs, and I was involuntarily bumped from my position, and I went back to the CRJ-900 first officer.
Q And how long did you serve as a first officer for CRJ-900s for Mesaba the second time?
A I was in that category until I went out on long-term military leave in around May of 2010 I believe.
Q How long was that long-term military leave that began in May of 2010?
A From May 2010 until sometime in early 2014, so either January or February shortly before coming to Delta.
Q So were you on active duty in the

military from May 2010 until early 2014?
A I was in the Air National Guard in the training pipeline until 2012 at which point I started my seasoning orders.
Q When did you join the Air National Guard?
A June 2009.
Q And did you sign up with a particular unit?
A Yes.
Q And which unit did you sign up with?
A So the position was with the 107th Fighter Squadron. When you join, you swear in to the State, so the Michigan Air National Guard.
Q Let me ask you, did you have any discussions with any representatives of Mesaba Airlines wherein Mesaba expressed any complaint to you about your military service?
A No.
Q Did you pursue any complaints against Mesaba for any violation of USERRA?
A No.
Q Did you go back to Mesaba after completing your military duty with the Air National Guard in 2014?
A No.

Q Have you been a member of the Michigan Air National Guard at all times during your Delta employment?
A Yes.
Q What's your current rank?
A Major.
Q When did you become major?
A The date of rank is January 2019, and I was pinned on in later that year.
Q When you were going through your training beginning in May 2010, what aircraft were you training on?
A So the initial portion of the training is the Academy of Military Science which is the Officer Training School now.
Q So you weren't training on a particular aircraft at that point?
A No.
Q Did you subsequently train on an aircraft?
A Yes.
Q And what was the first aircraft you trained on?
A The Diamond DA20 is the first trainer that they used at the time.

Q Was there a particular -- well, what was the first aircraft that is used in deployment that you trained on?
A The A-10.
Q Have you ever trained on another aircraft for deployment?
A No.
Q Do you have any role in the -- or I understand you have a role as a Senior Offensive Duty Officer in the Air National Guard; is that correct?
A Yes.
Q And when did you obtain that responsibility?
A So in 2021 I transferred to a new unit that was a command and control unit, so over the course of the year after that is when I I guess took on that responsibility.
Q So you transferred out of the 107th Fighter Squadron?
A Yes, as an attached person.
Q I'm sorry, explain to me what you mean by that.
A So I transferred but I'm still attached to the old unit, so I still fly with them. But

officially my administrative control is under Battle Creek, the new unit, 217th Air Operations Group.

Q I'm sorry, the 217th Air Operations Group?

A Yes.

Q And that's out of Battle Creek, Michigan?

A Yes, Battle Creek.

Q Where Kellogg's is?

A Yes. And Post.

Q So how did your responsibilities change in taking on this new role in transferring to the 217th?

A So I was no longer a combat mission ready pilot in the fighter squadron, so that wasn't my primary job. I became a command and control duty officer for this new squadron group with an API code which is a -- I don't know what the API stands for, but it is a position code which allows you to fly.

Q You're still able to fly in your current role; is that correct?

A Yes.

Q And do you still fly in your current role --

A Yes.
Q Let me be clear. Do you still fly as part of your military duties in your current role in the Air National Guard?
A Yes.
Q Do you fly less than you were flying before?
A Yes.
Q Do you have control over when you fly in your current role?
MR. BARTON: Objection to form.
A I have control to the extent that I submit my availability based on the flying calendar of the squadron that I fly with.
BY MR. WASHBURN:
Q Do you have some flexibility in trying to set your calendar to fly based on the availability of aircraft and other variables?
A So a squadron produces their flying schedule and they produce an availability spreadsheet late in the month for the following month, and then each pilot submits their availability based on the flying schedule.
Q And how is flying time assigned after those schedules are submitted?

A So the squadron scheduler every week builds a schedule for the following week.
Q Do you know how that schedule is created, like what variables are used to create that schedule?
A Yes.
Q What are those variables?
A So the first part is the aircraft availability when they build the shell of the schedule which has normally some times and how many lines are going to be flown each day throughout the month, and that's how they create the availability calendar. And then each week when the scheduler produces the schedule, he takes the availability and matches them with the priorities that the squadron commander has set, and he builds the schedule, puts names to lines and mission types.
Q And you mentioned priorities set by the commander. Do you have an understanding of what those priorities are?
A I do.
Q What are they?
A So each month the commander puts out an air operations directive, and it kind of broadly says what the priorities are for that month based

on what he's trying to achieve. And then the scheduler uses literally a list of priorities to help them build the schedule.

Q Can you give me an example of some of these priorities that you are describing.

A Yeah. So typically the number one priority is maintaining combat mission readiness of all squadron assigned pilots. So in order to maintain combat mission readiness, each pilot that's experienced has to fly six sorties per month or 17 sorties in the last three months, and they refer to that as look-back.

So most of the time that's the number one priority because the squadron needs to maintain its overall combat mission readiness with respect to the pilots being qualified. But there's other things like check rides that need to be completed, training that needs to be accomplished, upgrade training and continuation training.

Q Now that you are in your current role, do you have to maintain combat readiness?

A No. Correction, I don't need to maintain combat readiness in the A-10. I need to maintain combat mission readiness in my position in command and control, my SODO, Senior Offensive Duty Officer

position.
Q Does that require you to take six sorties per month or 17 in each three months?
A No. It is not a flying position, so it doesn't require any flying to maintain it.
Q Does seniority play a role in the creation of a flying schedule?
A So you're referring to the Air Force seniority?
Q Yes.
A Yeah. The seniority does not really play a role at all.
Q Now, I'm going to break this into two parts. The first part is from the time you assumed your current role to the present. Have you had occasion to ask that your flying schedule be changed after it is initially assigned by the military or by the Air National Guard?
A Not really asked to be changed. You know, in schedulings you're either available or not available, and so I have changed my availability occasionally.
Q Well, I understood you to say that you and the other members of the group would submit their availability for the coming month and then a

schedule is created weekly. Do you recall that testimony?

A Yes.

Q So you have submitted your list of available times and then had occasion to alert your unit that that availability has now changed; is that correct?

A Yes. Usually it would be if I needed to add more availability due to fallout, weather, maintenance, or because I'm not a priority for the schedule. A high priority I should say.

Q And so you haven't had occasion to notify the unit I have got more availability than I had previously?

A I have had to come up, yes, produce availability in order to maintain my currencies.

Q After the schedules are released, have you had occasion to notify your unit or ask your unit whether you can adjust your flying schedule for a particular week?

A So again, when you say adjust, you mean so what I could change and say I am no longer available or I am available, so in that way that would be an adjustment to my availability I believe.

Q So you have had occasion after the weekly schedule is announced to notify the unit and say I'm no longer available for a particular flight to which you had been assigned?
A Yes.
Q And has that been true, what you just described with respect to notifying the unit with respect to your availability, was that true both after your assignment to your new role and before your assignment to your new role?
A Yes. Within the confines of the, you know, what's available, so the flying schedule.
Q Is there a particular date on each month when you notify your Air National Guard unit of your availability?
A So they want the initial availability for the month prior to the start of the next month, which would be, you know, the Monday of whenever the first day of the following month is, the scheduler needs your availability. In reality they only need the first week, but they use your whole month to try to determine how much they're going to have to schedule you. If you're only available four days for example, it kind of adjusts your priority slightly.

Q Just so I am clear, do I understand you correctly, you have to notify your military unit for the month of April, you need to notify them before the end of March or before the end of February?

A No, before the end of March. So April 1 was this week, so last Monday would have been when they wanted no later than your monthly availability.

Q So if they wanted your monthly availability for the month of April on March 25, which was the last Monday in March?

A If that is the last Monday in March, yes. But again, if the first of the month was on a Thursday for example, now you would need it the Monday before that. So it could be earlier calendar-wise. Because the flying schedule is Monday through Thursday normally.

Q Did you have an hours requirement? I understood you to refer to sorties in terms of maintaining level of combat readiness. Was there an hours requirement in terms of maintaining any currencies, to use the term you used, in the military?

A There's no hours requirements in the Air

Force for currencies. The only hour requirements are in order to do upgrades, certain upgrades.

Q And upgrades to a different piece of equipment?

A No. Like in a single seat fighter, it would be to upgrade to the flight lead, you would need 300 hours in the airplane for example.

Q Other than flying, what are your current military duties?

A So overall readiness which are all the normal, anybody that's in the military has to maintain medical readiness and physical fitness readiness as well as ancillary training which are mostly computer-based training but some of it is in-person training. My other duties, I'm an Assistant Division Chief of the Combat Operations Division, and that is in my operations group position.

Q So are you given orders to fulfill your readiness obligations?

A So the way that folks are expected to maintain their readiness is through the unit training assemblies or the regularly scheduled drills as well as annual training, so those resources are allocated to each wing for everyone

to maintain their readiness.
Q And then are those unit training assemblies set periods of time each year?
A Normally there's a calendar of the, you know, they're also called drill weekends or, yeah, RSD, which is regularly scheduled drill. They are scheduled for the fiscal year typically.
Q And so do I understand that you receive notification of when those drills will take place like for a year at a time?
A They should have it by September for the next fiscal year. Really they should have it earlier but it is typically late summer, September, that they have the schedule for the year.
Q After that schedule is set, do those drill periods change in your experience?
A So the annual schedule is typically built by the wing, and the wing doesn't own all of the individual unit's training, so it does change occasionally.
Q When you say occasionally, how frequently?
A Maybe three or four times a year.
Q And in what way does it change, like we're not doing it on this weekend, we're doing it

on a different weekend or something like that?
A Yes, that would be something like that.
Q You mentioned doing training or maintaining certain readiness through computer training. Can you explain what you mean by that.
A There is a whole list of computer-based training the Department of Defense, you know, has available, and each position you have different -- a different list of requirements. So like your cyber awareness, your self aid buddy care which is like, you know, medical training, a lot of those things are done on a computer.
Q And are those to be done whenever -- are they like modules that you can complete when you are available?
A In order to complete them, you need to be on a status. In order to be on a status, you need to get approval from normally your commander but the commander can delegate it down. So the short answer would be you typically do them over drill weekends.
Q But if you wanted to complete say computer training, could you reach out to your commander and say I'd like to go on a status to complete computer training on a particular day?

A You could ask that. But typically you would be robbing resources from when there's already something planned. So an example where you would do that would be a year or so ago there was an intel leak, and we were mandated that everybody needed to do this training, and they allowed us to do it anytime during the week whenever we could.

Q So explain to me, I'm trying to understand the mechanics of this. So there are training sessions that are set up to be completed on a computer; is that correct?

A Yes.

Q And does it have to be a particular kind of computer or is it simply internet based such that you can log on from wherever to do it?

A You have to be CAC'd in, common access card access.

Q I'm not sure what that means. Does that mean you have to be on a base?

A No. You can set your personal computer to be able to do it.

Q So you can be in your home, complete the security requirements for your personal computer, and then engage in the training; is that right?

A You could, yes. But again, you'd have to

be authorized to work from home.
Q Right.
A Yeah.
Q So there are portions of your training that you can complete from your home upon authorization from your commanding officer; is that correct?
A Yes. The issue is the resource that you need in order to do it. They wouldn't necessarily just give you a training period to do it because you're pulling from some other mandatory training time.
Q I guess that's what I'm trying to understand. If you could complete the training like from your home using your personal computer, I'm not following what you mean by robbing a resource.
A So each member is given 48 training, inactive training periods which are the drill periods, 48 periods.
Q Per year?
A Per year, per fiscal year, four per month which are normally two per day on a Saturday and Monday of a drill weekend. Different units do it differently. My unit in Battle Creek, we do every

other month a Thursday through Sunday. If I needed to complete or wanted to complete some training on a Wednesday, let's say I have drill next or this month, if I wanted to complete the training tomorrow, I would need one of those periods in order to accomplish it. And then now I only have three training periods for that weekend, and I'm expected to be at the unit for the whole weekend. So now I don't have enough period -- enough inactive duty training periods to cover the weekend.

Q I'm not sure I'm following why you need -- I'm not sure how that's robbing of a resource. Can you explain what you mean.

A Yeah. So the expectation is that you're going to show up to drill weekends unless there's some reason that you can't or -- yeah, unless there's some reason you can't. So if you use one of those periods at a different time, the commander has to approve it. Otherwise he would just have people willy-nilly not showing up at drill because they don't have training periods. And everyone needs to be there so ...

Q So the expectation is everyone will complete the training at the same time?

A No. But the expectation is that everyone will be at drill.

Q And you couldn't be at drill -- well, could you be at drill even if you had completed one of the trainings outside of drill?

MR. BARTON: Objection to form, calls for speculation.

A You could, yes. I mean I could log in this afternoon and complete training without being on a training, you know, just on my own accord. But that's not normal. That would be, you know, you're not protected by the status.

BY MR. WASHBURN:

Q When you say not protected by the status, what do you mean?

A I mean it would just be like you doing training for the DOD, there's no -- yeah, I guess you would be working for free for one and/or not be protected meaning like if something were to happen, so when you go to drill you're on a status which allows you certain protections.

Q The status being that you are taking a period of time to complete military duty either through taking military leave from a civilian employer or otherwise; is that what you mean?

A No. I mean for example if I go fly and I'm not on a status and I crash and die, then my family gets nothing and I am not protected under, you know, the rules that protects service members for accomplishing their service.

Q The flying requirements that you had before you assumed your current role in whatever flying -- well, that you had before your current role, that was completed in addition to these drills that you have just been describing?

A In my current role my flying?

Q No. Before you assumed your current role when you were with the 117th.

MR. BARTON: Objection to norm.

BY MR. WASHBURN:

Q 107th, is that right?

A Yes. The 107th I was -- so our drill weekends would also include flying, and you needed to fly outside of that. Typically they would fly on the Saturday of drill.

Q And you would fly at other times as well?

A Yes.

Q And currently in your current role do you fly while on drill weekends?

A No.

Q And you still have certain flying responsibilities; is that correct?
A Yes.
Q And so you complete all of those outside of the drill periods; is that correct?
A Yes.
Q How are you paid for your military service?
A I believe it is a DoDI that specifies the way that Reservists are paid.
Q Is it per day that you are on status?
A So it is either per training period which are like the UTAs or the regularly scheduled drills, our four-hour periods. Those are called inactive duty training periods or active duty training days.
Q Are you paid differently based on inactive duty training periods or active duty training?
A Yes.
Q And how is it different?
A Inactive duty training periods are paid based on your base pay only. So in my case a major, 14 years, there's a pay chart that has my base pay. They divide it by I believe 30, and each

training period, inactive duty training period is paid 1/30 of that. An active duty day is paid 1/30 plus allowance for housing, basic allowance for housing. So on inactive you can do two periods in a day 1/30, no allowance for housing. Active is one period -- it's one day of pay essentially.

Q And the base pay is like a monthly allotment, and so each day that you are -- is that right? When you're referring to base pay from which the 1/30 is calculated, is the base pay like a monthly amount that would be paid to a major?

A Yes.

Q And so for each training period you get paid based on the way you just described, is that correct, either for active duty or inactive duty?

A Correct.

Q Well, I guess for both you get 1/30 of the base pay amount. But for active duty you also get a housing allowance; is that right?

A Well, for inactive duty training periods you can do two in a day, so you get 1/30 and 1/30, no housing allowance.

Q So for your four-day drills that you do every other month, you would end up with 8/30 of a base pay because you're doing four days of two

inactive duty periods per day; is that right?
A Yes.
Q And do you occasionally do active duty training as part of those four-day drills?
A Typically not.
Q So are those assigned differently than the annual calendar that you were describing earlier?
A The annual training is not part of the annual calendar.
Q Well, you said annual training. I think you meant active duty training. Let me ask a different question. How are you assigned to active duty training?
A Yeah. So annual training is a type of active duty training, and annual training is the allotment that each Guard member is given annually to complete their training, so which is normally 15 days. Each person has to do 48 drills plus 15 days.
Q And how do you know when to complete the active duty training?
A It varies. Usually there's some sort of an exercise that we're expected to support or maybe more than one exercise that we have to support.

Q Do you get orders for active duty training?

A Yes.

Q Always?

A If it is active duty, then yes, you'll always have orders.

Q Do I understand correctly that you don't receive orders for inactive duty training?

A There's a memo that I believe they might call an order that's the MM-1 order, but it is a memo that just specifies the initial calendar of inactive duty training days.

Q I think I understand. I just want to make sure.

(Exhibit 4 marked)

BY MR. WASHBURN:

Q Mr. Best, I'm going to show you what has been marked Exhibit 4. The only questions I have about Exhibit 4 are with respect to format. So for active duty training you will receive an order in a form similar to what Exhibit 4 is; is that correct?

A Yes.

Q And for inactive duty trainings, you will not receive an order similar to the format of Exhibit 4; is that correct?

A Correct.
Q You'll get a different document that spells out the training calendar for the coming fiscal year, correct?
A For a portion of the inactive training, yes.
Q It will spell out the drill weekends, correct?
A Correct.
Q And are you able to access all of your orders similar to what's reflected in Exhibit 4 --
MR. BARTON: Objection to form.
BY MR. WASHBURN:
Q -- for your entire period of service?
A I am not sure I have access to all of them. But there's a system that I can get on at the Air Force and access them.
Q And in response to the discovery requests in our case, did you access that system from the Air Force to obtain those orders?
A Yes. I also asked for them from my unit.
Q From your current unit?
A Actually from the fighter squadron.
Q Did you happen to obtain any orders from the fighter squadron that you weren't able to

obtain from the system?
A No.
Q Did you ask your current unit for a list of orders in response to our discovery requests?
A I did. There was not -- there was not any times where I was at the unit that I could have gotten them physically and there's no way to send them via email because they are encrypted. So that's why I had to physically go into the nearest place which was the fighter squadron.
Q And when you went to the fighter squadron, did you get the orders not only for the period of time that you were in the 107th but also from your current unit?
A I got the orders all the way from when I started at Delta until now.
Q And based on your review, what you could access on the system was the same as what you got from the 107th; is that correct?
A I am not sure of the question. What I asked --
Q Well, I think you said that you tried two different ways to get --
A Yes.
Q -- the orders. You went on the system,

and you were able to pull your orders that way or at least what was available on the system. And then you also went to the 107th to get a set of your orders, correct?

A Yes. I didn't get any from -- they weren't able to send me any, again, because of the encryption issue trying to get them into my personal email, so I had to physically go in and pull them myself.

Q Did you attempt to obtain any of the memoranda that set forth the drill weekends?

A I searched for every one that I could -- yes, I looked thoroughly for any memoranda that I had.

Q And where did you look?

A In my emails and on my computer.

Q And that's how they are sent, they are sent by email?

A I also searched in WhatsApp. And they're normally sent by email, yeah.

Q And are those encrypted?

A Yes. Any attachments are supposed to be encrypted. It has CUI, Controlled Unclassified Information.

Q Did you have any problems with

de-encrypting the memoranda to make them available to us?

A Well, no. Because I only had -- I think I on had one, so I maybe had two, one or two, and they were in my personal email.

Q And did you ask the 107th for those documents as well?

A No.

Q Why not?

A Because they're not something that are saved on a database anywhere. It just would be physically asking around for anybody that might have a copy of it, and I did not go to that extent.

Q How do you know they're not saved on a database?

A Because there's no database that tracks it. So the system, the AROWS system, doesn't have the MM1 orders. It is a memo or a, you know, a PDF or Word document.

Q Look back at Exhibit 1, please. I wanted to ask you about your positions at Delta. And I will note that there's a column in the middle of the page that says Job Title. Do you see that?

A Yes.

Q And you'll see that your job title is

listed as Pilot-First Officer for each military leave until or each leave, excuse me, until August 4, 2018 and then thereafter your job title is listed as Pilot-Captain for the remainder of the dates on this spreadsheet. Do you see that?

A Yes.

Q Is that consistent with your recollection of transitioning from pilot-first officer to pilot-captain at Delta in terms of the date?

A Yes.

Q And what was the first aircraft that you were assigned to at Delta?

A The Boeing 717.

Q And for the period of time that you were a first officer, were you ever assigned to a different piece of equipment?

A Yes.

Q When were you assigned to a different piece of equipment?

A When I returned from military leave 2016, sometime that summer.

Q And what piece of equipment were you transitioned to?

A The 7ER category.

Q Then when was the next time you were

transitioned to a different piece of equipment?
A When I upgraded to captain.
Q And when you upgraded to captain, what piece of equipment were you transitioned to?
A The Boeing 717.
Q And since you have been upgraded to captain in August 2018, have you transitioned to another piece of equipment?
A No.
Q Are you currently assigned as a captain to the 717?
A Yes.
Q Looking also at Exhibit 1, two columns to the left of Job Title is Hourly Rate. Do you see that?
A Yes.
Q And the first five rows that is listed as 68.08 and then it goes to 154.1 and up from there. Is that your hourly rate that you are paid for your work at Delta?
A I assume so.
Q Well, what would you do to check?
A I would look at an old contract of the Pilot Working Agreement.
Q Looking at the hourly rates that are

reflected in Exhibit 1 all the way through August 2022, do any of those rates look incorrect to you based on your recollection sitting here today?
A My recollection is that they are correct.
Q And how are you paid by Delta?
MR. BARTON: Objection to form.
BY MR. WASHBURN:
Q And specifically are you paid differently if you bid for a reserve line or for a reserve role versus a line?
A So my understanding of the pay is it is your hourly rate multiplied by your pay-in credit on a monthly basis.
Q And how is that pay-in credit determined?
A It is determined in several ways in accordance with the Pilot Working Agreement, and it is calculated in iCrew typically as well as our Pilot Activity Statement.
Q Do you know what your current base pay is in the military?
A No.
Q Can you estimate it for me? And by that I mean the figure for which you get 1/30 for a training session.

A So I also get incentive pay for being a pilot, which is I know that is $33.
Q Per?
A Period. And the base pay is probably around $300 per period.
Q So for each training you get 1/30, that would be $10?
A No, no, no. That is for the period. So the period would pay $330-ish.
Q So for each piece of inactive duty training, you get roughly $330?
A Yes, gross.
Q Which is base plus the incentive?
A Yes.
Q And that 300 is 1/30 of the major base pay; is that right?
A Yes.
Q Do you also receive benefits from the military?
A If I'm on active duty, I get TRICARE and life insurance, and as a Reservist I can pay for them and I do pay for that.
Q And are you also earning points toward a retirement benefit?
A Yes.

Q And do you earn points for each training or flight that you participate in?
A It is based on the points, so the training period is one point. An annual training day or active duty day is one point.
Q What about flights, sorties that you fly outside of those periods?
A The flights have nothing to do with the retirement.
Q As you've acquired more seniority at Delta, have you had more flexibility in setting your schedule at Delta?
A Well, when you say flexibility, I mean I'm more senior, so I am higher on the, you know, the seniority of getting to choose within the parameters that are allowed in schedule construction. So the flexibility is still very much dependent on the structure that we work under.
MR. WASHBURN: Why don't we break for lunch if that's okay.
MR. BARTON: Sure.
THE VIDEOGRAPHER: Off the record 12:33.
(Recess 12:33-1:29 p.m.)
THE VIDEOGRAPHER: Back on the record 1:29.

BY MR. WASHBURN:

Q All right, Mr. Best, you have had occasion to seek military leave from Delta, correct?

A I have taken military leave from Delta.

Q What is the process that you typically follow when obtaining military leave from Delta?

A Normally I will submit it in iCrew.

Q And when you say submit into iCrew, describe for me the process that you follow.

A So under PCS, Pilot Change Schedule, there's a button on iCrew that takes you to the Pilot Change Schedule menu, and there's two I believe buttons that are military leave, one is military leave prior to the cutoff and military leave after the cutoff. You click on that, on the link, and then fill out the form and hit submit and it posts it, normally posts the military leave to your schedule.

Q When you say normally, are there occasions when you have found that it has not?

A Yes. If it is now less than seven days out, then it will not do it. Or if it conflicts with certain holiday periods, it won't automatically post the military leave.

Q And what do you do in those circumstances when it is either less than seven days -- and when you say less than seven days out, that's when you're posting on iCrew for military leave that's less than seven days from the date of the posting?

A Yes.

Q Or when you mentioned holiday periods, when you are seeking military leave for a day or days around a major holiday; is that right?

A Yeah, it is at least the holiday -- the APD holidays, and there may be a couple additional days. But it is the period around those -- APD is the Authorized Personal Drop holidays that are in the Pilot Working Agreement. But there's nine days, and then each -- or nine holidays and then each holiday has a period of two days before and one day after that is part of that exclusion period.

Q So in those circumstances, either the less than seven days out or within those holiday periods, what do you do to provide notice of the military leave?

A So within the last year there's a flowchart on Deltanet that tells you how you're supposed to post military leave. And if it is less

than seven days out, then I believe it says to email or contact your Chief Pilot's Office. For the other instances it is fill out the Military Leave Log which is on Deltanet is another form that gets filled out, electronic form.

Q You mentioned that did the process change in the last year? And I'm thinking specifically about the process when it is either less than seven days out or around the holiday periods.

A I believe it was last summer when that flowchart was created, that was the chart that was in the previous hearing that was submitted I think by you guys that was it had a flowchart of how to submit military leave. And I think that was created last summer sometime.

Q Did you have access to that flowchart last summer?

A I had seen it. I had seen it in the email. I saw it in an email.

Q An email from whom?

A I think it was from the union, Delta MEC. Or there might have been a link to it. I can't recall.

Q I guess my question is did your receipt of that flowchart cause you to change your behavior

with respect to how you notified Delta of upcoming military leave?
A Well, it forced me to in some ways. I know that there -- really maybe the way I discovered it was I tried to put in a military leave day within seven days and it was denied. I know I had that one time, and I needed to -- and I had to contact the Chief Pilot's Office. Where in the past that wasn't a restriction of iCrew.
Q So at some point during your tenure at Delta, you could notify Delta of upcoming military leaves less than seven days away through iCrew; is that correct?
A Yes.
Q And at some point you could no longer notify Delta of a military leave within seven days through iCrew, correct?
A Correct.
Q And when did that happen?
A I don't know exactly when it happened, but I --
Q Was it before last summer?
A That's -- last summer is my guess of when that occurred.
Q Do you submit all of your military duties

as military leave to Delta?
A No.
Q And why not?
A Because there's no reason to and it is not required for days that are off days or if the military duty doesn't require my absence from work.
Q When you say not required, what do you mean?
A I mean there's not a requirement -- there's not a company policy that requires it nor is there a good reason to do it.
Q When you say there's not a good reason to do it, what do you mean?
A So, you know, it would be like asking for Sunday off when you already have Sunday off in order to go to, you know, a baseball game or something. There's no reason to request the day off if you already have the day off.
Q Are you familiar with the Flight Operations Manual?
A Yes.
Q Do you have a general practice in terms of how soon before a military duty that you notify Delta of the need for military leave?
A Yeah. My practice is once I recognize

that I need to perform duty that's going to conflict with my work and I require the day off, then I notify them.

Q So do you wait until you see whether you have a conflicting Delta duty before you notify Delta?

A Usually yes.

Q If I understand you correctly, that would require you to have received your schedule from Delta for the month, is that right, to know whether you have a Delta duty?

A Usually yes. But I also can have an expectation of what days I would get off based on my seniority.

Q Do you always bid for a line as opposed to reserve duty?

A No, I do both.

Q How frequently do you do each?

A So recently I have been bidding more lines, but over my career I would say maybe 75 percent reserve is a guess.

Q And what has led you to bid more lines recently?

A The trips that are available as well as my seniority.

Q You have access to better trips now because you're more senior?

A So that's part of it. So being senior allows me to bid, you know, within the trips that are available. And then in addition there are -- there were trips that are -- that I would prefer that are now built which is just every month is different so ...

(Exhibit 5 marked)

BY MR. WASHBURN:

Q Let me show you what's been marked as Exhibit 5. Do you recognize Exhibit 5, Mr. Best?

A It looks like a copy of the Flight Operations Manual from 2021 maybe.

Q I'll ask you to flip to the page that's marked in the bottom right as Delta_00017563, which may be flagged. And that's entitled MLOA Notification to Delta; is that correct?

A 2753 is MLOA Notification to Delta, yes.

Q And do you recognize this to be Delta policy with respect to notification for a military leave?

A This is an old policy. So yes, I believe it was the previous policy it looks like August of 2021.

Q Well, do you know whether the notification, this 27.5.3 has changed since 2021?
A Yes, it has.
Q Let me direct your attention to the second paragraph under 27.5.3.1.1 General. And the first sentence reads: When a pilot becomes aware of a military obligation, notification should be given as soon as the requirement for duty is known. This allows Delta to better serve the pilot's needs and optimize its Crew Scheduling/Crew Resources functions while complying with USERRA.
Do you see that?
A Yes.
Q Did I read that correctly?
A Yes.
Q If I understand your previous responses, you make Delta aware of -- you notify Delta of military obligations after you receive your Delta schedule, correct, typically?
A That's probably typical, but that's not the trigger.
Q Well, as I understood your previous testimony, the trigger was determining whether you had military obligations that conflicted with your Delta obligations, correct?

A Yes. But I can sometimes assume that I will, so I do sometimes have to put that in advance when I know that I am not going to have enough days in the month available.

Q So when you say you're not going to have enough days in the month available, tell me what you mean.

A So for example when I bid reserve, each month they put out a number of days that you will be able to bid off. So right now we have the bid package for May. It's a 31-day bid month. We can bid 14 days off, 14 X days. If I build my schedule on a whiteboard or however I'm constructing my schedule plan, I see that I'm not going to be able to fit in all of my commitments plus military obligations within those 14 days, then I can post military leave at that time.

Q So if you know that you are not going to be able to -- if you know ahead of submitting your schedule to Delta that you are not going to be able to have enough days to fulfill your military obligations for the coming month, then you might notify Delta ahead of your submission of your bid package of military leave; is that right?

A Correct.

Q Otherwise, you might wait -- and if you're a line pilot for example, you might wait to see what your Delta schedule is before you notify Delta of any military obligations; is that correct?
A Yes.
Q Do you believe that the two sentences I read from that second paragraph are different now than they were in 2021?
A I don't know.
Q The last sentence of 27.5.3.1.1 reads: To ensure correct retirement benefits and profit sharing calculations, all periods of military leave must be entered on the pilot's schedule to include scheduled off days.
Did I read that correctly?
A You read it correctly as it is written there, yeah.
Q And do you recognize that to be Delta's policy as of 2021, that sentence?
A I recognize that this is written in the FOM that you have given me, so yes.
Q And do you know whether that sentence remains in the current FOM?
A I don't know. I also don't think that it is true.

Q True in what sense?
A That it is not required, meaning it is just not true.
Q Why do you think it is not required?
A Because I know how they calculate the profit sharing and retirement benefits to a certain extent, and this only comes into play in very specific circumstances.
Q I understood your answer to mean that you understand to a certain extent how Delta calculates retirement benefits and profit sharing calculations; is that correct?
A Correct.
Q Do you claim to know to a full extent how Delta calculates retirement benefits and profit sharing calculations?
A I don't think anyone can make that claim.
Q But you certainly are not making that claim?
A No.
(Exhibit 6 marked)
BY MR. WASHBURN:
Q I show you what's been marked as Exhibit 6. I'll represent to you, Mr. Best, that Exhibit 6 is a copy of a federal regulation

regarding USERRA. And I am not going to ask you to interpret it, I'm just going to ask you a couple of questions about Subsection (d). But please feel free to take your time to read the whole thing to the extent you want to.

A Okay.

Q And let me know when you're ready.

A Okay.

Q Subsection (d) of 20 C.F.R. Section 1002.85, the first sentence reads: Although USERRA does not specify how far in advance notice must be given to the employer, an employee should provide notice as far in advance as is reasonable under the circumstances.

Did I read that sentence correctly?

A Yes.

Q And do you understand that notice in this sentence is referring to notice of service in the uniformed services?

MR. BARTON: Objection to form --

A No.

MR. BARTON: -- and foundation.

A No.

BY MR. WASHBURN:

Q Do you see the title up at the top, it is

about a third of the way where it says: Must the employee give advanced notice to the employer of his or her service in the uniformed services?

A Yes.

Q Do you understand the first sentence of Subsection (d) to refer to notice of anything else other than service in the uniformed services?

MR. BARTON: Objection to form, foundation.

A More specifically I understand it to mean so (a), Section (a) says: Yes, the employee, or an appropriate officer of the uniformed service in which his or her service is to be performed, must notify the employer that the employee intends to leave the employment position to perform service in the uniformed services with certain exceptions described below.

Q So do you take that for leaving -- how is that sentence relevant to your answer?

MR. BARTON: Objection to form, foundation.

A What I believe it means is that if you are leaving your position of employment, you're going on long-term military leave, that you need to provide notice as soon as or that you should

provide -- strongly recommends that you provide advanced notice to the employer.

Q But you don't believe that this -- your understanding is that leaving the employment position to perform service in the uniformed services does not apply to a short-term, a leave of a day or two; is that correct?

A I don't believe so, no.

Q And what's the basis for that understanding?

MR. BARTON: Objection to form, foundation.

A It is just that the term leave the employment position. When you take a day off, you're not leaving your employment position I don't believe. Again, it is just my opinion based on that.

BY MR. WASHBURN:

Q Getting back to (d) and with respect to situations where notice is to be provided, are there circumstances that you perceive inure in the course of your service in the Air National Guard that affect how long you can provide -- how long in advance -- sorry, how far in advance you can provide notice to your civilian employer?

MR. BARTON: Objection to form.
A Yes.
BY MR. WASHBURN:
Q And what are those?
A So I understand the question is are there things that limit my ability to different lengths of notification of military leave; is that right?
Q Or that affect how much notice you can provide.
A Are there things that affect my ability to provide different lengths of notification?
Q Yes.
A So yeah, there's several things. One would be whether I am aware of the duty, whether it has been funded, whether there's a chance that the duty will get canceled. In some instances if things aren't funded, then you may not even get an order.
Q Any others that you can think of sitting here today?
A And that also if the duty is going to conflict or require absence from work.
Q So do you become aware of duties through means other than receipt of an order?
A Officially the order is the notification

I believe. I mean there's always a chance that somebody mentions it, but it is not for sure until there's an order in place, and really until the order gets executed on day one.

Q I have seen orders, and we'll look at them in a few minutes, that are after the date that you are supposed to appear for duty. Are you familiar with those?

A Yes.

Q I'm guessing, but please correct me if I'm wrong, that you have received some other notification that you are supposed to be present for military obligations before the first day that you are ordered to arrive; is that correct?

MR. BARTON: Objection to form.

A Correct. And I think what you are specifically referring to is a verbal order of the commander which normally gets documented after the fact.

BY MR. WASHBURN:

Q So how do those get communicated to you, verbal orders of the commander?

A The commander says it and you're a witness to it, then it could be a legal order if they have the authority.

Q But getting back to my original question -- and we'll come back to that issue in a minute -- but one circumstance or one factor that determines what's reasonable notice is when you become aware of the duty, correct?

MR. BARTON: Objection to form.

A I am not familiar with reasonable notice.

BY MR. WASHBURN:

Q Well, just looking at (d), in the sentence it says as far in advance as is reasonable under the circumstances. And I asked you what factors played a role in determining how far in advance you could provide notice to your civilian employer.

So would you agree with me that one factor that applies to whether the notice is as far in advance as is reasonable, one factor that plays into reasonable is whether you know of the duty?

MR. BARTON: Objection to form, foundation, calls for improper opinion.

A So a reasonable -- okay, a little convoluted. But you're saying that advanced notice whether it is a reasonable ...

BY MR. WASHBURN:

Q Yeah. I'm trying to understand, do you

make an effort to provide -- when you provide notice the Delta, do you undertake to provide reasonable advanced notice to Delta?
A Yes.
Q And is that determination of what's reasonable based on the circumstances around the duty that you are providing notice of?
A So I guess you keep saying the word reasonable, reasonable, and that's not something that is concerning. Because normally I'm providing notice if I am required, and there's no motive for me not to provide the notice. You know, why would I wait intentionally to provide it late unless it might not happen. So that's why I'm a little confused about the question.
Q And so part of what you consider when you are deciding when to provide notice of a particular leave is whether it might happen or not, right?
A Correct.
Q Even if you have been notified by the military you're due to arrive on such and such date, do you go through a process of evaluating whether in fact that will get canceled or not funded or something else such that it won't actually happen?

MR. BARTON: Objection to form.
A Yes.
BY MR. WASHBURN:
Q And how do you evaluate that, whether it will be funded or actually happen?
A So I usually ask, you know, what the likelihood of it is. But, you know, typically when you have orders, physical copies of the orders, that's a pretty good chance that it is going to happen, so that's ...
Q So who do you contact to ask whether it is likely to happen when you do make that request?
A It just depends on what the situation.
Q Well, give me an example.
A So every year almost since I have been in the unit, we have had continuing resolutions. So when they start planning an exercise or trip, whoever is planning it I can ask if it is funded. And if it is not funded, you know, when can we expect orders.
Q Explain to me, please, what you mean by continuing resolutions.
A The continuing resolutions in the federal budget, the annual budget.
Q And how does that affect your -- I'm

trying to understand how that relates to whether a particular exercise is going to take place.

A Because all -- so everything has to be paid for and Congress has to agree to it, right, all the way from the top down. When a chunk of a year is approved/authorized, then there's only a certain amount of funding cut for that for everybody. And as it trickles down to the units and our training plans, we are allocated days and dollars or travel funds and man days, orders days to accomplish our training.

So if a continuing resolution is kicked out to let's say December 1st, the fiscal year starts October 1, they give two months-ish, two months' worth of annual funding. Well, if that unit typically does two weeks of training every year, they may get none, they may get four days' worth, they may get, you know, the full amount. So if you have a training event in January planned and, you know, the continuing resolution ends before it, there's very likely that it won't get funded or it will get funded too late.

Q Does that process apply to the drills that you have described --

A Yes.

Q -- earlier today?
A Yes.
Q So there are drill periods that are included in that memorandum that's circulated every September or so, those may or may not occur based on funding?
A In my experience eventually we get funded, so they might have to just get pushed back until a budget gets passed.
Q And do I understand it correctly that your practice is not to notify Delta of upcoming military duties until such time as you know that they are going to occur and that they're going to conflict with your Delta obligations?
A It kind of depends.
Q In addition to -- well, what does it depend on?
A So when I got hired, you know, the normal process was to provide notice as soon as it happens. Well, in 2014 I had went out on long-term military leave, and my first set of orders ended, and I was expecting orders that were going to continue much longer. And that was the verbal order of the commander said yeah, you will get orders through the end of or for some period of

time through the deployment.

And so I do duty expecting orders to back that up, and then the orders dropped and it doesn't cover -- it is different, not the same number of days. So normally that wouldn't have been an issue. Fine, I was doing duty. We can figure out other resources to cover the days.

But Delta took an issue with it, which is why I changed the way that I have to execute it because they took an issue with the fact that the orders didn't encompass the days. And to avoid that, I just wait until I'm more certain, at least reasonably certain that it will happen. Additionally, depending on the month, I might be able to just bid the time off and not need to take military leave.

Q So your first explanation was that you started out right after you were employed by Delta providing notice as soon as you became aware of military duty, correct?

A Yes. Just whenever it was asked of me, I did.

Q And then you had a particular military duty that you expected -- you received -- you were made aware by the military that it was going to

extend for a certain period of time, and then the orders that ultimately were finalized was for a shorter period of time; is that correct?

A Yes.

Q Was that the leave that began in July of 2014 and ended in July of 2016?

A Yes.

Q Did you expect that that deployment, those duties would extend longer than the middle of 2016?

A No. I expected to be on continuous orders through to my deployment in 2015. Instead I ended up having to use inactive duty training periods in the meantime and some portion of orders that were published.

Q So you were on military leave from Delta the entire period, that roughly two-year period. But the orders that you anticipated from the military did not materialize?

A Some of them didn't.

Q Some of them didn't?

A Yes.

Q But you still conducted military service for that entire period, it just was a different kind of service?

MR. BARTON: Objection to form.
A Yeah. So there was -- so the first order I believe was 90 days. Okay. That takes me through mid-October. The expectation was with the new fiscal year, I was going to get more orders that were going to take me all the way through the deployment. Our deployment orders were going to be sometime in March of '15.
So during November, sometime in there, I was doing, you know, working either Monday through Friday, Monday through Thursday, whatever the schedule was with the military. And when the days dropped for the fiscal year, which is not always before it starts, you know, I had to submit inactive duty training periods because they only had so many orders that they kind of overpromised if you will.
Q So you said that Delta had a problem with that?
A Yes.
Q What problem did Delta have with that?
A Well, the end of my 90-day order was when I started getting more phone calls again from Chief Pilot's Office including Jim Mangie. And I am not sure exactly what the issue was other than I was

just trying to do my duty and I think they were trying to get me to come back. But the specific reasoning I am not sure.

There were, you know, claims that it was in order to calculate 401(k) benefits. But I am not certain what Delta's issue was other than, you know, saying you don't have orders, you know, you need to be available then on Saturday, Sunday, and yeah.

Q How did he communicate to you -- well, first of all, was it only Jim Mangie who communicated to you?

A No. Also Kevin Hansen.

Q Did they communicate to you by email?

A So I believe this is the time that I emailed Kevin when he called me. And then he left me a voice mail saying I told you to call me. Your other option is to come down to Atlanta and meet me face to face.

Q That was in a voice mail?

A Yes.

Q Do you still have that?

A Yes, I believe I do.

Q Did you experience any employment -- change in your employment in any way from Delta as

Page 130

a result of the circumstances of that leave from July of 2014 through July of 2016?

A Did I suffer any changes in my employment?

Q Yes. Did you experience any changes in your employment?

A No.

Q And as I understand your testimony, you relied on that experience to decide that you were going to be more sure of whether military duties would happen and when they would happen before you would notify Delta of military duty; is that right?

A Based on my experience, I wanted to avoid, you know, avoid any further conflict with that. So yes, that was part of it.

Q Was there another part?

A No, I think that was it.

Q Have you had occasion to utilize drops or swaps of Delta flights in order to accommodate military duty?

A I have -- yes, I believe so.

Q Have you kept records of the times that you have dropped or swapped flights?

A No.

Q Do you know whether Delta keeps track of

drops or swaps in order to accommodate military service?
A I don't know.
(Exhibit 7 marked)
BY MR. WASHBURN:
Q Mr. Best, let me show you what's been marked Exhibit 7. Do you recognize Exhibit 7?
A Yes.
Q And what is it?
A It is an Air National Guard Point Credit Summary inquiry. It is all pages.
Q It is what pages, 12 pages?
A It is all pages.
Q All pages.
(Exhibit 8 marked)
BY MR. WASHBURN:
Q Let me show you what's been marked Exhibit 8. Can you tell me, do you recognize Exhibit 8?
A Yes.
Q And what is that?
A It is the same thing except not all pages. So it is missing just the Q&A at the end I believe. That's what it appears like, Definitions and FAQ is missing.

(Exhibit 9 marked)

BY MR. WASHBURN:

Q Let me show you what's been marked Exhibit 9. Do you recognize Exhibit 9?

A Yes.

Q And what is Exhibit 9?

A It is the Point Credit Summary, so Air National Guard Point Credit Summary.

Q So is Exhibit 9 just a subpart of Exhibit 7?

A So if you were to ask for the Point Credit Summary, that would be Exhibit 9. When you go in to request the Point Credit Summary, there's three different ways that you can select it. One of them is selecting all pages which is where it ends up with the Frequently Asked Questions at the end.

Q And that's Exhibit 7?

A Exhibit 7. And then Exhibit 8 is another way that it produces a Point Credit Summary, a more detailed view.

Q And does Exhibit 8 include any information that's not in Exhibit 7?

MR. BARTON: Objection to form, foundation.

BY MR. WASHBURN:
Q Do you know?
A I don't believe so.
Q And then does Exhibit 9 include any information that's not contained in Exhibit 7 to your knowledge?
A I don't believe so. I think they are essentially adding more.
Q So if you look at Exhibit 9, it appears to have an annual summary of -- well, there are certain Summary Information and then a table of Last Anniversary Year Points Earned and Current Anniversary Year Points Earned. Those tables are -- the table on Exhibit 9 is the same as those tables on Exhibit 7; is that correct?
A Which table?
Q The three tables at the sort of the top half of the first page of Exhibit 9 and the middle third of the first page of Exhibit 7 you have got a Summary Information table on the left, you have a Last Anniversary Year Points Earned table in the middle, and a Current Anniversary Year Points Earned table on the right. Do you see that?
A Yes.
Q Do you see that on Exhibit 7?

A Yes.
Q And do you see that on Exhibit 9?
A Yes.
Q And those appear to me to contain exactly the same information. Is that consistent with your understanding?
A I would agree with you.
Q So Exhibit 9 has below those three tables an All Points Earned table that carries over to the second page. Do you see that?
A Yes.
Q And that appears to me to include one row per year beginning on 19th of June 2009 that include values for each year. So in other words, you'll have the values for various columns for the year 19th of June 2009 through the 18th of June of 2010 and so on, correct?
A Yes.
Q And do you understand that that table on Exhibit 9 includes the total number of presumably points or credits that are earned in various categories for that year period?
A Yes.
Q Exhibit 7 includes detail of points that are earned through the course of each year and the

dates that those points are earned; is that correct?

A Yes. And I believe the summary is also in here somewhere too.

Q So Exhibit 7 does not include a table like Exhibit 9 does that summarizes like each year's points and each of the categories that are Exhibit 9, but at the end of each list of the activities for a particular year there is like a summary line that includes certain values, correct?

A Yeah, it appears that each one of these years from Exhibit 9 is expanded out in 7.

Q Right. And then if you look for example at the page that's numbered at the bottom right Best__000032, so the second page of the exhibit, down toward the bottom there is a row that begins 19 June 2010, then the next column reads 18 June 2011, and then there is a series of eight values starting with 0365, 0000, 0000, and so on. Do you see that?

A Yes.

Q And that value is consistent with Exhibit 9 -- well, it is not actually. I guess do you understand what Exhibit 7, what that row is?

A Exhibit 7, yes, it does seem to be

consistent with Exhibit 9. You're looking at Exhibit 9, the second row, 19 June of 2010 through 18 June 2011, and you go across and they're the same numbers, 0365, 0000, 0000, 0000, 015, 380. Yeah, so this is the expanded view of Exhibit 9.

Q And so if I wanted to find where -- the first row of the All Points Earned table that's included in Exhibit 9, if I wanted to find that on Exhibit 7, I would look to the first page of Exhibit 7, Best_000031, and under All Points Earned there's a from date 19 June 2009 through 18 June 2010, and the values that are in that row are the same as in the row on Exhibit 9 for the same dates, correct?

A Yes.

Q All right. So do you know what the abbreviations are, and I'm looking at the Exhibit 7, first page, what we were just looking at, the from date 19 June 2009, through date 18 June 2010, there's a series of abbreviations, the first being AD. Do you see that?

A Yes.

Q What does AD stand for?

A I assume that's active duty.

Q Do you know what IDT is?

A I assume that would be inactive duty training.
Q Do you know what ADL is?
A I believe that would be advanced distance learning.
Q And what about IDS?
A I'm not sure.
Q Do you know what MBR is?
A I don't know what it stands for, but it appears to be the membership points.
Q What are membership points?
A Those are the points that if you complete a Guard or Reserve year, you get 15 free points essentially.
Q And then there's a total, and it appears to me that that is all of the -- at least AD plus IDT plus MBR in your case to get to the total, correct?
A Yes.
Q And then to the right of that is retire. Do you know what that addresses?
A That's how many points of the total that would apply to your retirement points.
Q And then there's the column to the right of that is Sat. Svc. Do you know what that stands

for?
A I believe it is satisfactory service.
Q And do you know what the value 010000 refers to?
A I think that is one month or one year, zero months, zero days.
Q So turning to Exhibit 7, the page bottom right Best_000037. I want to focus your attention on the bottom half of the page referring to the year beginning 19 June 2014. Do you see that?
A Yes.
Q And then there's a series of entries below that, correct?
A Yes.
Q So that includes the period of duty that you were describing where you felt like you were going to have orders that extended beyond what they ultimately were extended for; is that correct?
A That period would be looks like starting on the 15th of October 2014.
Q So there's a series of entries beginning on the 15th of October that are listed as 6: AFTP, correct?
A Yes.
Q And do you know what AFTP stands for?

Page 139

A Additional flight training period.
Q And before the entries immediately above the 15th of October there are seven entries for School Tour, correct?
A Yes.
Q And they range from one day, the first entry is one day or one point, excuse me, and then 14 to 16 points after that, correct?
A Yes.
Q And those appear to reflect, as you were describing, a point per day, correct?
A Yes.
Q So you then have eight entries carrying over to the next page of AFTP running through October 24, correct?
A The 8 point is 24 October.
Q And for each entry there were two points per entry, correct?
A You're referring to those 8?
Q Yes, those 8 beginning --
A Yes.
Q -- on October 15, 2014.
Two points per entry, correct?
A Yes.
Q For each day, correct?

A Yes.
Q And then there is a series of entries, ten of them, beginning October 28 through November 6th, 2014. Do you see that?
A Yes.
Q And it is paid inactive duty; is that correct?
A Yes.
Q And again, that's each day has a separate listing, and for each listing there are two points assigned; is that correct?
A Yes.
Q And were you being compensated by the military for the period of time you were conducting AFTP and paid inactive duty?
A Yes.
Q Then the next entry is listed as from the 10th of November through the 21st of November, correct?
A Yes.
Q And that's listed as active duty other, correct?
A Yes.
Q And that was a 12-day period for which you received 12 points, correct?

A Yes.
Q Do you recall what you were engaged with with active duty other?
A I mean I know I was doing training throughout this whole period, so it was no different than any of the other periods.
Q So throughout all of the periods, whether school tour or AFTP or paid inactive duty or active duty other, you were doing the same training?
A Essentially yes.
Q And then you have four entries of school tour that follow the active duty other for periods ranging from 7 to 16 days, correct?
A Yes.
Q And was that effectively continuous service for the 107th Squadron?
A I believe so, yes.
Q Are you aware of anyone else who doesn't believe so?
A Well, that was the crux of the issue that I had with the Chief Pilot's Office was whether I needed to be available, for example, on 18 and 19 October or 25, 26, 27 October to Delta.
Q Were there other periods within your leave from 2014 to 2016 where you received

phonecalls or other communications from the Chief Pilot's Office?
A You said from twenty --
Q July 2014 through July 2016.
A I think the last call I had was from Chris Frederick, and he said you're good. And that's the last I heard of it.
Q Who was Chris Frederick?
A At the time he was a Regional Director in Atlanta.
Q And when did you speak with Mr. Frederick? Did you speak with him or --
A Yes.
Q -- did he leave a voice mail?
You spoke with him live or by phone?
A By phone.
Q And when did you talk to him?
A I don't recall the exact date, but it had to be in the fall of 2014 sometime October/November maybe.
Q So if I understand the timeline right, you received a call, a voice mail from Mr. Hansen or Jim Mangie asking about your availability at some point in October of 2014; is that correct?
A That's what I recall.

Q And then at some point, either October or November of 2014, you spoke with Chris Frederick, the Regional Director in Atlanta, who told you you're good?

A So I reached out to the union first, the Atlanta LEC, Local Executive Council Chairman, and he said he would go and talk to Chris Frederick. I also was forwarded an ESGR person, I forget, Don Harvel I think his name was, who was -- prior to the Military Affairs Committee he was a representative for the company is my understanding. He was the Employee Support of the Guard and Reserve representative for the airline.

And I contacted him at one point, and his suggestion was that I take personal leave for some of my military duty. And I then -- that's when I contacted the LAC chairman who then talked to Chris. Then Chris called me and said sorry, we have a couple of knuckle-draggers in the office.

Q Is that a quote?

A Yep.

Q Did you take personal leave in 2014 for these periods in October of 2014?

A No.

Q And after that phone call you had from

Chris Frederick for the period of time from November 2014 until you returned in July of 2016, there was no contact from anyone from Delta saying you need to come fly for Delta when you're not actively or during this period; is that right?

A I don't believe I had any other contact with anyone during that time.

Q I'm sorry, I asked you this before and I've forgotten, so I'm going to ask you again. What does AFTP stands for?

A Additional Flight Training Period.

Q So are those training periods when you're flying that aren't on drills?

A Correct.

Q And would those include like the sorties that would be required in order for you to maintain combat readiness?

A You would use an AFTP as the paid duty status resource in order to accomplish your training.

Q And if you look at Best_000040 down at the like two-thirds of the way down the page, there are four entries -- well, there are eight entries for AFTP within a set of ten. Do you see that for beginning 18 July 2016 through 30 September 2016?

A Yes.
Q And those appear to be for one day each, correct, those eight entries for AFTP?
A Yes.
Q And were you awarded two points for each of those eight entries?
A Yes.
Q And similarly, if you look over on page 41, the next page, you'll see entries for AFTP from November 2016 through July 2017, also one-day periods for which you received two points for each day, correct?
A Yes.
(Exhibits 10-11 marked)
BY MR. WASHBURN:
Q Mr. Best, let me show you what's been marked as Exhibit 10. I'll also show you what's been marked as Exhibit 11. First with Exhibit 10, can you tell me what Exhibit 10 is.
A 10 appears to be a Flying History Report.
Q And did you obtain the Flying History Report in response to our request?
A Yes.
Q How did you go about obtaining it?
A I requested our Aircrew Resource

Management in the 107th Fighter Squadron to send it.

Q And can you tell me -- so Exhibit 10 is a one-page document I believe. Can you tell me what Exhibit 11 is.

A 11 looks like it is an Individual Flying Time Summary.

Q So if you go back to 10, it appears to be a summary page of amount of hours and sorties and other statistics that you have accumulated over a period of time; is that correct?

A Yes.

Q And so it covers the period -- well, let me ask you, does it cover the period from October 11, 2013 -- I'm sorry, the 13th of October 2011 through the 18th of March 2014?

A Yeah, it actually starts before 13 October 2011. It starts when I became a student or when I became a winged aviator.

Q In the Air National Guard?

A Yes. Well, in the Air Force in this case because I was in training in the pipeline, so you're winged as Air Force pilot, and that's when you can officially start logging flight time and that's when they track your records. Prior to that

it is a student report, and it doesn't have any of your ...

Q How can you tell that this covers periods of time before the 13th of October 2011?

A Well, just the fourth column here that's labeled F37AT114.

Q Yes.

A That one starts 2 November '11.

Q Right. As after October 13, 2011 though, right?

A Okay. Yes. Sorry.

Q No, that's fine. It was confusing to me, so I feel better. So if I understand you correctly, there was some flying that you conducted before October 13, 2011 as a quote/unquote student in uniformed services that is not reflected in this Exhibit 10?

A Correct, as a student.

Q Even though you were licensed as a private pilot, you were a student for purposes of the military; is that correct?

A Yes.

Q And the four, if I am reading this correctly, the four columns, the second, third, fourth and fifth columns of Exhibit 10 reflect the

number of hours and other statistics for different kinds of aircraft; is that correct?
A I believe the second one is the A-10 simulator, the SM.
Q And then the third column is the A-10?
A The third column is the T38CIFF which is --
Q Oh, I'm sorry, when I refer to the first column, I'm referring to the one that has the like aircraft MDS.
A Okay.
Q So that I'm counting as the first column. And the second column reads A010C(S).
A Yes. And that should be the aircraft, the A-10.
Q That's the aircraft.
A Yes.
Q And then to the right of that, so what I am calling the third column, reads SMA010C(Q), and that is the simulator?
A I believe so, yes.
Q For the A-10?
A Yes.
Q Then to the right of that, the fourth column, what I am calling the fourth column, reads

T38CIFF(Z). Is that for T-38 trainer?
A Yes.
Q And it appears that you flew that from October 13, 2011 through January 18, 2012 and not since; is that correct?
A Correct.
Q To the right of that the fifth column at the top reads F37AT114(Q), and that's for a different aircraft?
A I think that is the simulator for the T-38 but I am not certain. Just based on the dates, that would make sense that it is the T-38 simulator.
Q And for that either simulator or aircraft, you are listed as having flown it beginning November 2nd, 2011 and your last flight listed is January 9, 2012, correct?
A Yes.
Q And a total of 10.4 hours; is that correct?
A Yes.
Q To the right of that there's a column that includes other values. Can you tell me what primary time means.
A Primary time is when you are the pilot

but not an instructor.

Q And then two rows below that is instructor time. Can you tell me what that means.

A That's when you are listed as the instructor.

Q So you are instructing another pilot?

A Yes. Or pilots.

Q It appears that you add those two values up along with other time to get total time of 1701.7, correct?

A Yes. Yes.

Q Well, that doesn't add up exactly, does it?

A You added in the other time.

Q That gets us to 1682 or something. I am not going to waste our time on that. But then below that there's student time and combat time. Are those included in your primary time or instructor time?

MR. BARTON: Object to form.

A They can be either. So student time is included as they don't really count it for much other than student time. I don't think that's included in your total time is student time. That's all the time prior to getting winged. Your

combat time can be instructor or primary, and it has to be one or the other also.

Q And then you have got NVG time down toward the time. Is that navigator time?

A That's night vision goggle.

Q Night vision goggle. Not even close to navigator. And is that flying at night using --

A Yes.

Q -- particular equipment?

A Using night vision goggles at night.

Q All right. Look at Exhibit 11. Does this reflect your flying for a particular period of time?

A The gentlemen that pulled this, they are aircrew or ARMS, Aircrew Resource Management, yeah, I believe it is Aircrew Resource Management person. Said that they can only go back 18 months, so I believe this is 18 months back for line by line.

Q And does it reflect each time you flew for the military within that period of time?

A It should, yes.

Q And if you look on the far left, MDS A010C, does that reflect that each of these entries you were flying an A-10?

A Yes.

Q And do I understand your previous response to be that when you asked for this data, the person you asked said they can only go back 18 months?
A He said the system only holds the last 18 months, so that's the most they can get.
MR. BARTON: Is this a good time for a break? We've been going about another hour and a half.
MR. WASHBURN: Yes, let's take a break.
THE VIDEOGRAPHER: Off the record 2:50.
(Recess 2:50-3:16 p.m.)
THE VIDEOGRAPHER: Back on the record 3:16.
BY MR. WASHBURN:
Q Mr. Best, is your flying time summary accurate and complete to the best of your knowledge?
A To the best of my knowledge it is, yes.
Q If you look at Exhibit 11, which is the detail for the period January 1, 2023 through April 2, 2024, you see there's an entry for December 7, 2023. You see that?
A Yes.
Q And it reflects I guess 1.3 hours of

flying time?
A Primary time, yes.
Q Primary time. Let's look at the PCARS data, Exhibit 7, and go to 2023. Are you there? The page at the bottom is Best_000052. Are you on that page?
A Yes.
Q You see there's an entry for December 6 but there's not an entry for December 7. Do you see that?
A Yes.
Q The entry for December 6 is AFTP, correct?
A Yes.
Q Do you understand why there's a discrepancy between the December 6 date for PCARS and December 7 for your flying time summary?
A No, I don't. I don't understand why, no.
Q Do you know which one is correct, if either?
A I would have to look at my calendar. But my guess is the flight time log is the correct one.
Q Exhibit 11?
A Yes.
Q Exhibit 11 --

A Yes.
Q -- the flight time log?
And then if you look at your PCARS again, Exhibit 7, the same page, Best_000052, if you look up there are entries on October 23, 24, November 8, and November 29. Do you see that?
A Yes.
Q If you look at your flying time summary, Exhibit 11, there's an entry showing you're flying on October 23 but not on any of the other days listed, October 24, November 8, or November 29, correct?
A Yes.
Q Do you understand why that might be?
A That would most likely be I was doing simulator training or other flying-related training but not actually flying.
Q So the flying time summary does not include simulator training?
A I don't see simulator on here, so I don't believe it does.
Q Do you see simulator training on Exhibit 11?
A Yes.
Q Where do you see that?

A Down at the bottom here, SMA010C.
Q I see. And so you have got simulator training that's listed on July 10, September 8 of 2023, and January 10 and February 20 of 2024, correct?
A Yes.
Q But not on the days listed in your PCARS for AFTP October 24, November 8, or November 29, right?
A Correct.
Q And so your explanation is there might have been other flight-related training that you were engaged in on those days?
A Or stimulator training. This log of simulator time is only if I log, you know, a flight record for it. I can train in the simulator and not log it as simulator time.
Q What would be the reason for flying in a simulator or working in a simulator and not logging it?
A Well, actually the better question is what is the purpose of logging it, and there's not really a purpose for me anymore. Some people would log it just to increase their total time. It is not required that I log any simulator time other

than logging the simulator training that's required, which is a different form so ...

Q Do you happen to recall whether you were assigned to fly a simulator on those days, the 24th of October and those two days in November, or if you volunteered to do that or do you recall the circumstances?

A I do not recall.

Q Can you look, please, at Exhibit 3. I'm sorry, Exhibit 4. It should be an order dated April 26, 2017.

A Yes.

Q With me? All right. So you received or Exhibit 4 is an order dated April 26, 2017. And if you look at number 5, the Itinerary states April 21, 2017 through May 22, 2017, correct?

A Yes.

Q And number 7 states for duty with the 107th Fighter Squadron for April 21, 2017 through May 22, 2017, correct?

A Yes.

Q Do you happen to recall whether you engaged in this duty?

A No, I don't recall. Is there another order for this, a modification, or no?

Q Well, yeah, let's take a look at ...
(Exhibit 12 marked)
BY MR. WASHBURN:
Q I show you what's been marked as Exhibit 12. I have shown you what's been marked as Exhibit 12, which I understand to be a modification of Exhibit 4. Do you agree that Exhibit 12 is a modification of Exhibit 4?
A I think so, yes.
Q And the way that I am determining that Exhibit 12 is a modification of Exhibit 4 is if you look at the AROWS Tracking Number for Exhibit 4, that's 7799123. The AROWS Tracking Number for Exhibit 12 is 7799123/1, correct?
A Yes.
Q And is that how you would determine that those orders are related?
A Well, that's how I just made that assumption right now as you presented it to me, so I don't know if there's any other indication. But it does say modified also in number 5 as far as what mod number, I think that's the only thing that would indicate that it appears.
Q Right. And it is for at least some overlapping dates. Both orders would start on

April 21, 2017, correct?
A Yes.
Q And Exhibit 12 reflects a modification to change the end date of the orders from May 22, 2017 to May 29, 2017, correct?
A Yes.
Q So adding another week, correct?
A Yes.
Q So I asked you before I think generally but I'll ask you specifically with respect to Exhibit 4, how does it work in practice for you to receive an order dated April 26, 2017 that requires you to be on duty with 107th on April 21?
A You are asking how that happens in practice?
Q Yes.
A I think they hadn't published the order yet I guess. I don't really remember. Yeah.
Q So let me just sort of accentuate the point. Turn to page 2 of Exhibit 4, and item 13 reads: Effective date of active duty is 21 April 2017, correct?
A Yes.
Q And then it says in the fourth sentence: Failure to report within proscribed time limits

will place the member in AWOL status, correct?
A Yes.
Q So how do you know to be there?
A That's a great question.
Q Let me direct your attention to item 16 on the second page of Exhibit 4, which reads: The verbal orders of the commander on 25 April 2017 are confirmed. Circumstances prevented written orders in advance.
Do you have an understanding of how even a verbal order from the commander on April 25 could require you to appear on April 21?
A No, I don't have an understanding of that.
Q Are there other ways that you learn that you are to appear for duty other than through written orders for circumstances that would otherwise require written orders? In other words, I appreciate that the memoranda for drills does not necessarily include an order and you are expected to show up for that. For those duties where written orders are issued but those orders are dated after the initial date that you are supposed to appear, how do you know to be there?
A I don't know. I mean ...

Q I mean I have seen it more than once in the orders that you have produced.
A Yeah.
Q Do you recall this occurring and how you have dealt with it?
A Well, you know, honestly when I do my duty, I am not so concerned with the legal aspects of it most of the time. Because the job is to train when we're in garrison and then, you know, do the mission when we're deployed.
So, you know, looking at this number 16, my first thought is they somehow, you know, weren't able to make the order on time, but there I believe would have been an understanding that I was there. I don't recall this specific one. I don't know how many actually have that VOCO, but I know that is a legal way of documenting a verbal order. So I suppose, you know, somebody could call me and say we need you here now, and then I would trust that it is a legal order and show up here.
Q Has that happened?
A I recall one time in 2019 they moved up our deployment order by a handful of days, and I did at the time look to -- try to look into whether that was legal for them to do that or not. And

ultimately I don't think I found out the truth data on that.

Q That was in 2019?

A Yes. I believe it was a similar circumstance either after the date or, you know, the day prior they said oh, you actually need to appear tomorrow. And, you know, you just learn to deal with things in the military whether they're right or wrong so ...

Q Would you agree with me that the orders for this duty -- and this is for active duty, correct?

A What order?

Q Exhibit 4 and Exhibit 12.

A Yes, they're active days.

Q That, as modified by Exhibit 12, is for a period of 39 days from April 21 through May 29, correct?

A Yes.

Q Do you know how you reported this to Delta, if at all?

A No, I don't.

Q Let's go back to Exhibit 1 which is the leave data. And I want to direct your attention to it is about 15 entries down, but there are entries

beginning on April 21, 2017 as a start date. Do you see that?

A Yes.

Q And that reflects an end date of April 22, 2017. Do you see that?

A Yes.

Q And then the next entry reflects a start date of April 24, 2017, ending on April 30, 2017. Do you see that?

A Yes.

Q Then you have a third entry reflecting a start date of May 2, 2017 through May 15, 2017, correct?

A Yes.

Q And then a fourth entry reflecting a start date of May 25, 2017 and an end date of May 25, 2017, correct?

A Yes.

Q Do you have an understanding of why Delta's data reflects the same time period reflected in Exhibit 12 as 39 days of active duty as four different periods of leave?

A Well, it would appear that I had posted military leave sometime after receiving this order for the period 2. Because 2 through 15 is an

entire chunk, you know, starting from the beginning of the bid period. But I think that it is just the fact that these orders, you know, were published late that they're taking leave that way. But I don't recall exactly how that was reported so ...

Q You'll agree with me, won't you, that Delta's data reflects four periods of leave that are each less than 30 days, correct?

A Yes.

Q And the orders in Exhibit 4 and 12 reflect a single period of active duty of 39 days, correct?

A As amended, yes.

(Exhibit 13 marked)

BY MR. WASHBURN:

Q I show you what's been marked Exhibit 13. So Exhibit 13 reflects orders for active duty beginning January 20, 2018; is that correct?

A Yes.

Q And it is dated January 19, 2018; is that correct?

A Yes.

Q And you are being ordered for duty at Patrick Air Force Base, correct?

A Yes.

Q In Florida --
A Yes.
Q -- right?
I'll ask again, you were living in Michigan at the time, right?
A Yes.
Q So did you get a heads-up before January 19 that you were due to be at Patrick Air Force Base in Florida on January 20?
A Well, it looks like the 20 Jan starts the transportation from home of record to Patrick. But as far as a heads-up, I don't recall.
Q You might have, you might not have, you just don't know?
A Well, I remember the trip. I planned the trip. And it was also that weekend that was a government shutdown.
Q So did you take the trip because of the shutdown?
A The Patrick trip?
Q Yes.
A No. I was the project officer for the trip.
Q And as project officer, were you responsible for organizing the activities of the

active duty?

A I was supposed to be -- you know, as project officer you're supposed to be the conduit to plan it all. So you're supposed to essentially run the meetings that help develop the entire training exercise.

Q In that case is it fair to assume that you knew about the dates of the trip in advance of January 19?

A That would be safe to assume I knew roughly, you know, as far as the particulars of the travel days, you know, that I am sure was changing a lot closer in just due to the pending CR.

Q Take a look at Exhibit 1 again. And as I read Exhibit 1, there's no MLOA listed for any date of January 20 through 28; is that correct?

A On Exhibit 1, no, there's not.

Q And do you have a recollection as to whether you reported this active duty to Delta?

A I would guess I didn't if it is not on here, so I probably was either on vacation time or just days off.

Q Well, just while we're on Exhibit 1, take a look at the reason codes about two-thirds of the way across the page. Do you see that?

A Reason.
Q Yes.
A Yes.
Q Where the heading says reason. And then below that it has got military leave of absence or sick or others. But then down below like halfway through there's a reference to an individual vacation day, vacation block, other references to vacation blocks, and then there are also references to secondary vacation. Do you have an understanding of what those phrases refer to, individual vacation day or secondary vacation?
A Yes.
Q What do those refer to?
A So an individual vacation day is a vacation day that you take from a future vacation and apply to a current bid month.
Q What about secondary vacation?
A Secondary would refer to they label the rounds of vacation bidding as primary, secondary, tertiary, binary I think.
Q Whatever the fourth is?
A Yeah.
Q And if you look on page 2 of Exhibit 1, there are other references to primary vacation day,

secondary vacation, tertiary vacation. Do you know just looking at this whether this document includes the vacation days that you took for the period of time 2014 through 2022?

A Say again.

Q Do you know, can you tell sitting here today whether this chart accurately reflects the vacation days that you took from Delta for the periods of time beginning May 2014 through August 2022?

MR. BARTON: Objection to form, no foundation.

A I can't tell. I can assume that it is correct.

Q Did you use vacation days for -- have you used vacation days to do military service?

A I have done military duty on vacation days, yes.

Q And why have you done that?

A Really to minimize the impact to my schedule at Delta.

Q And is that a situation where you might pull a vacation date into an earlier bid period in order to accommodate a day of military service?

A I don't know if I have done that in

particular. But I know for sure I have done military duty over, you know, a period of a scheduled vacation.

Q Have you used other kinds of leave from Delta to perform military service?

A Yes.

Q And what other kinds of leave have you used?

A The most common is payback days or labeled as TOFF, T-O-F-F, if there are banked payback days or they would just be simply payback days that's not banked.

Q Let's look at your PCARS, Exhibit 7, please. And I want to direct your attention to the page that's labeled at the bottom right of Best_000046. And I want to direct your attention further to the fifth entry down, December 3, 2019. It reflects that you are on paid inactive duty, correct?

A Yes.

Q And it looks like that's at least you were also on paid inactive duty on December 5, December 6, December 7, and December 8, correct?

A Yes.

Q But not the 4th, right?

A That's what it appears.
Q Yeah. That's just what it looks like to me.
A Okay.
Q Now, take a look at Exhibit 1, and I want you to look at December 3, 2019 on the second page. And Delta's data reflects that you were sick on that day. Do you have an understanding, did you call in sick in order to perform military duty?
A No.
Q Do you have an understanding of why Delta's data reflects a sick day for you on December 3, 2019?
A I was most likely sick or otherwise unable to fly due to medical reasons.
Q And can you explain how that can be true and you also were on paid inactive duty for the military as reflected in your PCARS report?
A Well, I can see that I did one point that day, which probably means I was working remotely as a project officer.
Q Do you know you were working remotely as a project officer?
A I don't know. But that would be my guess. Because typically if I go in, I don't just

work one period.
Q So if you look at December 15, 2019, that's also a day where you're on paid inactive duty and you had one point, correct?
A Oh, yes, that's one point.
Q And then also on December 31, 2019?
A Yes.
Q And January 7 and January 8?
A Yes.
Q Do you recall the circumstances of those days?
A Not specifically. But I know that I was, again, a project officer for a trip that was in late January of 2020, so January through February. So I worked extensively from home to help.
Q So fair to say that you had sick leave on December 3, 2019 from Delta and also performed some duty for the military on December 3, 2019?
A Yes. It is also possible that the way that Delta's sick time works, if you call in well, they still have it posted as a sick day even if you're already called in well.
Q I'm sorry, explain that to me.
A So if you're out sick, so I call in sick, I'm sick. Well, if for example I'm on call on

Monday and I call in well on Sunday after now 6:00 a.m., then Monday -- I'm sorry. If I call in well, you know, in the morning, there's a cutoff where you still get charged sick time for the day even if you called in well. Including if you called out sick for a trip and you call in well before the trip, they still have to post a day of sick on your schedule in order to pay the trip.

Q I appreciate that explanation. But wouldn't one expect to see other sick days on either side of December 3 in order for that to work?

A No. Because if it were the beginning of a block of reserve, then it is possible that I was out sick for the entire block. But as soon as you call in well, they mark the balance of the days not sick. But I don't know if that's this case because there was duty after that, but I'm just saying that that is possible. Because I don't recall ever, you know, working when I was out sick unless I was working from home.

Q Similarly, just the next entry on Exhibit 1, December 8 to December 9, 2019 is reflected as sick as well, correct?

A Yes.

Q And then your PCARS data, Exhibit 7, page 000046, reflects that you were on paid inactive duty for two points on December 8, correct?

A Yes.

Q So you'll agree with me that at least Delta's data reflects that you were sick or you called in sick on December 8 and December 9, correct?

A Well, this data doesn't show when I called in sick, but Delta does have that information I believe. But it is possible that I called in sick in the evening of the 8th.

Q And would you have called in sick on a day that you were not listed to fly either under reserve duty or on the line?

A Yes. Yeah, normally you call in when you're not at work yet, so it would be before or after. But what I am saying is, you know, you'd have to look at the schedule to figure out the context of the sick time.

What I am saying is that it is possible that the duty was done in the morning and then the evening I was out. If you call in -- Delta does everything in calendar days. If you call in sick

at 11:59, they mark you sick right then. Obviously you wouldn't want to call right at 11:59.

Q I hear you. But your PCARS, Exhibit 7, reflects two points for December 8, which as I understand your previous testimony reflects like two sessions of like a full day of inactive duty, correct?

A Yes, two four-hour periods.

(Exhibit 14 marked)

BY MR. WASHBURN:

Q I show you what's marked as Exhibit 14. All right, Mr. Best, I'm showing you what's been marked as Exhibit 14. It is an order dated June 27, 2017 for annual training due to begin on June 16 and end on June 24, correct?

A Yes.

Q I'll represent to you that I am not aware of any other modification of this particular order as having been produced. I'll note that paragraph 10 reflects the verbal orders of the commander on June 26, 2017 are confirmed. But you'll agree with me that June 26 also postdates the itinerary listed in the orders, correct?

A Yes.

Q And this was annual training; is that

correct?

A This is a Red Flag exercise in Eielson, Alaska.

Q Do you recall participating in this exercise?

A Yes.

Q And you did participate in it roughly June 16 through 24, 2017?

A Probably, yes, that would make sense.

Q And I'll ask again in case you may have a different answer. Do you have an understanding of how you knew to show up in Alaska on the 16th of June when you didn't have orders until the 27th of June?

A Well, I think I, you know, was either told to go by the commander. I would assume that was the verbal order at some point.

Q Well, I guess I really am trying to understand this practically. You're going to Alaska for eight days from Michigan. You have a job --

A Yes.

Q -- that's independent of the Reserves that the Reserves know about. Presumably most of the Reservists also have jobs, civilian jobs. How

do you find out that you are due to report in Alaska, or maybe it is report in Michigan to travel to Alaska, but for a period of eight days?

A So just like the combat deployments, they have the training exercise planned. Okay. And they have got, you know, many documents that need to be filled. The part that they don't know until potentially, you know, late is what names are going to go into the manning document to fill the lines.

Q So they know there's going to be an exercise. They don't know who exactly is going to participate?

A Correct.

Q How much advanced warning do you get? And I realize that's a variable question. I'll ask specifically to the extent that you can remember with respect to Exhibit 14 and the trip to Alaska, how much advanced warning do you get that you need to be on the way to Alaska for a week?

A So typically, you know, these exercises are on the calendar prior to the start of the fiscal year, so this is maybe a Tier 2 exercise. And so by October of 2016 it is scheduled, and at some point prior to the exercise they get units assigned to it.

And then when the unit finds out, then they figure out what our manning document needs to be, how many people do we need of different qualifications. They build, you know, a shell or an MD, manning document, with just qualifications. And then, you know, they send out an email hey, we're going to Red Flag 2017. You know, this is the number of people we need and, you know, looking for volunteers. Usually they ask for volunteers. But, you know, typically with the numbers, it is pretty obvious that, you know, they need everybody or, you know, how many people could potentially not go.

And then, you know, they get a handful of folks that say yeah, I want to go and then there's other people that are like no, I don't want to go. And then they basically the commander or whoever, you know, in this case the squadron commander can try to talk to individuals and say like hey, can you at least go for half or can you go here, you know. And that's how you end up with these orders that -- I mean because this wasn't the entire exercise. It was really one week of it so. And I was one of the people that was, you know, pulled into it I guess.

Q So the Red Flag exercise in Alaska was longer than eight days?
A Yes.
Q But your portion of it was eight days?
A Well, the total order I think is nine days. I'd have to look at a calendar. But I think that flying exercise was two weeks, like a Monday through Friday times two. But the movement up there takes several days, so the folks that went for the whole time were probably a total of three weeks on orders for a two-week exercise. I was on nine days for potentially five exercise days.
Q And your particular orders ended up, if I understood your testimony correctly, you ended up at nine days instead of a longer period through some discussion with your commander; is that correct?
A I think I had initially said that I wasn't going to go or, you know, I wasn't a volunteer, I'll say that. And this is not a mobilization, so they technically can't force anybody to go. But they still have to fill it. Otherwise it won't happen so ...
Q So he's negotiating with you to get you to go?

A Essentially yes.
Q And if there's not a deployment, they captain force you to go; is that correct?
A Not officially. I mean legally it doesn't say that -- you know, I don't really know the answer to that question. That's a good question.
Q Last question about that particularly. Look back at Exhibit 1 again and turn -- well, it is the first page. You have a leave, an MLOA leave from June 17 to June 21, correct?
A Yes.
Q Of 2017. Do you know a reason why you did not list the entire length of time you were away as military leave?
MR. BARTON: Objection to form.
BY MR. WASHBURN:
Q Let me restate the question. Will you agree with me that Delta's data reflects military leave from June 17 through June 21, 2017?
A Am I aware that that's what it's reflected, is that what you said?
Q Will you agree with me that Exhibit 1 reflects that you took military leave from June 17, 2017 through June 21, 2017?

A Yes.
Q Do you have a recollection as to why you didn't list the entire period of the order reflected in Exhibit 14 as military leave --
MR. BARTON: Objection.
Q -- with Delta?
MR. BARTON: Objection to form.
A I can only speculate because I don't recall. But as the previous testimony that I said the exercise I participated in was five days of flying, so my guess is that that part is what I knew about, Monday through Friday or whatever it was, and that's why I took the military leave for those days. That's my guess. Whereas, as you can see, the order wasn't published until after, so the days that might have been a requirement for them to put travel days or something front and back.
BY MR. WASHBURN:
Q Well, if there were travel days on the front and back, you would not have been available to fly for Delta while you were traveling to and from Alaska, right?
A No, not as -- no, I could have potentially been available. The travel days are just that they, you know, I'm just saying that may

be a limitation of how they build these orders that there may be a certain number of a travel days that have to be built into the order. Whether I am available or not is not tied to that necessarily.

Q Does your payment from the military tied to the orders, in other words, were you paid by the military from the 16th of June to the 24th of June if that's what the orders reflect?

A Usually that's the way it should work, yes.

(Exhibit 15 marked)

BY MR. WASHBURN:

Q Let me show you what's been marked as Exhibit 15. All right, Mr. Best, Exhibit 15 appears to be an order dated November 27, 2019 for full time National Guard duty for December 11 through December 13, 2019, correct?

A Yes.

Q And is that active duty?

A That would be, yes, active duty. It says -- yes.

Q How can you tell that it is active duty?

A Well, you don't get an order I guess if it is inactive duty training. I was trying to see if it said what type of active duty.

Q And the active duty here is full time National Guard duty; is that right? I see that's referenced as the authority. I don't know if that's the type of duty or not.

A Well, it has the purposes is for the chamber training.

Q What does that mean?

A That's where you go into a barometric chamber and they take you up to 25,000 feet in a vacuum sealed container.

Q How is that?

A And they ask you several questions.

Q All right. Exhibit 1 on the second page reflects military leave just -- well, for December 12, 2019. Do you see that?

A Yes.

Q Beginning December 12, ending December 12?

A Yes.

Q And that's reflected as military leave. Do you have an understanding of why you did not list the entire length of the orders as military leave in this case?

MR. BARTON: Objection to form.

A I don't know for sure. I know that this

says MLOX which is a day off. The 12th most likely was when the actual chamber was. And, you know, the training is down in Ohio, so it is not very far.

BY MR. WASHBURN:

Q But consistent with your answer I think with respect to the last order we looked at, you would expect to be paid by the military for the full three days reflected in the order, correct?

A Yes, unless there was an amendment to it that shortened it but ...

(Exhibit 16 marked)

BY MR. WASHBURN:

Q Let me show you what's been marked as Exhibit 16. Are you familiar with Exhibit 16?

A I have seen it before, yes. I believe this is the same one.

Q Yeah. Do you understand that this is a document reflecting when certain leaves were uploaded either through iCrew or some other means?

MR. BARTON: No foundation.

A So can you say that again, please.

BY MR. WASHBURN:

Q Do you have an understanding that Exhibit 16 represents information establishing when

certain leaves -- the notice of certain leaves were updated to iCrew or otherwise?

MR. BARTON: No foundation.

A I don't have that understanding.

BY MR. WASHBURN:

Q Do you have an understanding of what the data reflects?

A I can only guess based on what I am seeing it looks like my military leave logged maybe from iCrew.

Q So you'll see beginning at the like two-thirds of the way down the second page of Exhibit 16 there was a total of four columns. The leftmost column is your employee number, correct?

A Yes.

Q And then there's a second column that is dates. The third column reflects MLOA which is a military leave status at Delta, right?

A Yes.

Q And then the fourth column has a date and what appears to be a timestamp. Would you agree with me?

A Yes.

Q And as you have seen the document before, do you have an understanding of what that fourth

column represents?

MR. BARTON: Objection to form, no foundation.

A The timestamp, no.

BY MR. WASHBURN:

Q I'll represent to you that this is data from Delta's systems reflecting when certain military leaves were -- when notice was uploaded into Delta's systems of certain military leaves. If you look at the MLOA at the bottom of the second page, you'll see that there's a date of 12/12/2019, correct?

A Yes.

Q And you'll agree with me that that date is consistent with the day we were looking at in Exhibit 1 for the military leave associated with the order in Exhibit 15, correct?

A Yes.

Q To the right of that in that fourth column there's a date of December 7, 2019 at 1:23. I mean this looks like a 24-hour clock, so I think it is 1:23 a.m. as the date -- and again, I'll represent to you that's the date that this information was provided to Delta's systems. I'm not asking you to confirm or deny that. But I am

asking you do you recall providing notice of that leave on December 7 -- that was effective December 12 on December 7?

A No.

Q Would you have expected to have provided notice of the leave earlier?

MR. BARTON: Objection to form.

A Well, I don't recall it, so I don't know how I could expect to do it earlier.

BY MR. WASHBURN:

Q Well, is it consistent with your general practice to provide say five days' notice of a leave to Delta?

MR. BARTON: Objection to form.

A What did you say, general practice?

BY MR. WASHBURN:

Q Is it consistent with your practice in providing notice to Delta of military leaves to provide five days' notice to Delta of a leave?

A No.

Q Well, how is it different from your normal practice?

A Well, my normal practice is just providing the leave when I recognize that I need the time off to do the duty.

Q Whenever that appears?
A Yes.
Q And it could be as little as five days?
A Yes.
(Exhibit 17 marked)
BY MR. WASHBURN:
Q I show you what's been marked Exhibit 17. All right. Exhibit 17 is an order dated January 14, 2020 for a period of service beginning January 21, 2020 through February 2, 2020, correct?
A Correct.
Q And do you recall this exercise at MacDill?
A Yes.
Q And were you a planning officer for this exercise?
A Yes.
Q So you knew about this exercise before January 14th presumably, correct?
MR. BARTON: Objection to form.
A Yes. And again, the total exercise was four weeks.
BY MR. WASHBURN:
Q So in this situation did you negotiate with your commander about how long of the four

weeks you could participate?

A So at this time we actually didn't have any commanders, so it was just a matter of, you know, trying to pick the dates that would be the least intrusive with my Delta schedule.

Q Let's go back to Exhibit 1.

A Yeah, in fact, I think I wanted to do the next two weeks. But because I was the project officer, I needed to be there at the beginning of it.

Q So looking at Exhibit 1 which, again, is Delta's record of your leaves. If you look at January 2020 which is on page 2, you have a leave from -- there's a leave that's reflected just on January 22. Do you see that?

A Where are you looking at?

Q Exhibit 1. Sorry. You're looking at a different exhibit, yeah. Exhibit 1, page 2, about 35 percent of the way down, the record beginning January 21, 2020. And there's one day listed for that January 22 and then you have another day -- you have another leave right below that for January 23 through January 27 and then a third leave for January 28 through January 30 and then a fourth leave for January 31 and a fifth leave for

February 2.
Do you have an understanding of why this was broken up into five different leaves?
A Well, I can see that December -- sorry, January 22 is an MLOX, which is a day off, so these are just -- those are all one continuous leave through the 31st. But there are mixed days of reserve and days off. That's why it is labeled and split up I believe in the Delta system here.
Why there is one day on the second and not on the first I don't know other than it looks like in the other log I was maybe guessing at the dates for the February. Because you can see when the time it was the day prior that I notified them of January 31st and then on the day of the order I notified them of the remainder of January probably with the intent of bidding the February time off and maybe I didn't get it. That would be my guess.
Q So looking, as you just beat me to it, you looked at Exhibit 16, correct, which is the list of notifications?
A Yes.
Q And at page 3 of Exhibit 16 there are several entries beginning with the third entry for January 23, 2020. And it appears that you provided

notice to Delta on January 14 of your military duty for January 23 through 27, you provided that notice to Delta on January 14, correct?

A I mean what's it appears based on this product, yeah.

Q But then the next entry for military leave of January 31 there was notice given based on this document on January 13, correct?

A Correct.

Q Do you have a recollection of why that would be?

A I don't recall. But I can only, you know, conjecture based on, you know, what I am seeing why that would be.

Q And why is that?

A Again, that would have been while the bid was processing for February, so 31 January is a February bid month day, and so maybe I thought the order was going to end on the 31st and I put that day in prior to having the order. Or I was planning on bidding the last two days off, February 1st and 2nd.

Q But then you ultimately provided notice to Delta on January 28, 2020 of the need for leave on the 2nd of February, correct?

MR. BARTON: Objection to form.

A That's what it would appear based on this. Or at least I think this is input time, so I'm not sure how they ...

BY MR. WASHBURN:

Q Right. That's the time that it was input into the Delta system.

(Exhibit 18 marked)

BY MR. WASHBURN:

Q I show you what's been marked Exhibit 18. Mr. Best, are you familiar with Exhibit 18?

A Yes.

Q Do you have a recollection as to why Exhibit 18 was prepared?

A Yes.

Q What is that?

A So we had a Letter of Agreement signed in 2020 between the Air Line Pilots Association and Delta that was I think it was LOA 2004, and in that it provided for paid leave for anything that had to do with COVID-19 essentially. So if you needed to take time off due to COVID-19, then you could get they call it NFLY, N-F-L-Y. And the reporting instructions for this exercise required a quarantine period, and that fell underneath the

Letter of Agreement. So I needed a letter from the doctor mandating the quarantine, and that's what this is.

Q And did you take military leave for that period?

A No.

Q So instead did you get a different kind of leave that was paid?

A No. I think I ended up just working at Delta.

Q For the period April 1 through April 7, 2021, you just worked at Delta?

A I believe so. I know there was a period in there that I had a trip during the quarantine. Because the question was whether I would be able to go on the trip or not if I didn't comply with the quarantine.

Q So even though you were under -- the document says you were under quarantine or supposed to be under quarantine for April 1 through April 7, you ended up doing a Delta trip during that period; is that right?

A I believe so, yes.

Q Did you end up participating in a military exercise?

A Yes.
Q And was there any ramification from the military associated with your failure to quarantine for that period of time?
A There wasn't.
Q Did you discuss that with your superiors in the military?
A Yes. The commander, I brought it to his attention that, you know, I wasn't going to be able to comply. And ultimately he had to sign that we were complying with the quarantine, so it was up to him to decide to do that or not.
Q And he ended up allowing you to participate in the exercise?
A I believe he signed that we complied with the quarantine.
Q Do you know whether you participated in the exercise for the entire period from April 8 through April 24?
A I recall I think going finishing a day or two early potentially.
Q And let's go back to Exhibit 1, and let's look at that time period. On page 2 of Exhibit 1 you'll see an entry about two-thirds of the way down for MLOA from April 8, 2021 through April 9,

2021, correct?
A Yes.
Q And then another entry from April 17 through April 18, 2021. Do you see that?
A Yes.
Q Do you have a recollection sitting here today whether or not you provided notice of the entire exercise from April 8 through April 24 to Delta?
A Well, I provided this (indicating).
Q Okay.
A But as far as what Delta did with it, I mean it appears they didn't put in the exercise dates.
Q Do you know whether you provided notice of military leave through iCrew?
A I don't know for sure.
Q Let's look back at the Exhibit 16. Page 3 and you'll see about a third of the way down that page, there's an entry for April 8, 2021. Do you see that?
A Yes.
Q As having been provided on April 5. And then for April 9, 2021, leave on that day provided on April 7, correct?

A Yes.
Q But then April 17 and April 18, 2021, notice was provided on March 5th, 2021, correct?
MR. BARTON: Objection to form.
A That's what it would appear.
BY MR. WASHBURN:
Q Do you recall providing notice for some of the exercise in March and some of the exercise in April?
A Well, I don't recall.
Q And you don't recall whether or not you provided notice through iCrew of the entire period of the exercise?
MR. BARTON: Asked and answered.
BY MR. WASHBURN:
Q Is that correct?
A Do you have the order? Because I'm curious, it might jog my memory about the 8th and 9th. It is possible that the original trip didn't start that early. That's what would make sense.
Q I don't think I do. That's fine.
A So I don't recall how I posted it.
Q Understood. Thank you.
MR. BARTON: We've been going another hour and 20 minutes. If we get to a breaking point

soon.

MR. WASHBURN: Let's take a break.

THE VIDEOGRAPHER: Off the record 4:34.

(Recess 4:34-4:56 p.m.)

THE VIDEOGRAPHER: On the record 4:56.

BY MR. WASHBURN:

Q All right, Mr. Best, let me direct your attention back to Exhibit 1. I see you have that in front of you. You'll note that there are various references to sick under the reason column for leave. Looking at this document, do you have any reason to believe that Exhibit 1 is not an accurate reflection of when you took sick leave from Delta?

A I mean I have no reason to believe that it is inaccurate.

Q And do you have any reason to believe that Delta would not retain accurate records of your sick leave?

MR. BARTON: No foundation.

A Other than the things I already mentioned which was just how they execute the sick time with regard to when you call in sick and well for a trip or when they mark you off sick for a trip.

BY MR. WASHBURN:
Q Do you have an understanding of the purpose for sick leave at Delta?
A Yes.
Q What is it?
A Well, I believe the purpose is to -- is really for safety for the airline so that, you know, that pilots don't have to decide between going to work sick or whether or not legal to fly due to medical reasons and still get compensated.
Q Have you taken legal duty leave at Delta?
A Yes.
Q And how many times have you taken legal duty leave?
A I believe three.
(Exhibit 19 marked)
BY MR. WASHBURN:
Q I'm going to show you what's been marked as Exhibit 19. Do you recognize Exhibit 19?
A Yes.
Q And what is it?
A It is my responses to the interrogatories, the first set of interrogatories.
Q Do you know whether you have signed a verification of these responses?

A I believe I did.
MR. WASHBURN: Did you guys provide that to us?
MR. BARTON: I believe we did.
MR. DOWNES: We did about 24 hours after we provided the rogs themselves.
MR. WASHBURN: Thank you.
BY MR. WASHBURN:
Q Take a look, please, at pages 6 and 7 of Exhibit 19. Do you see on page 6 there's an interrogatory number 4 asking that you identify each date that Best missed work from Delta in order to serve as a member of jury or as a witness in any legal proceeding and identify the legal proceeding. Do you see that?
A Yes.
Q And your response on page 7 reflects that you missed work from Delta on November 14, 2016 and May 1, 2023 to perform jury duty. And is that response still accurate to the best of your recollection?
A No. Because of today.
Q Well, just with respect to the sentence, so just cutting through it, have you had jury duty twice while employed at Delta?

A I believe so, yes.
Q And once in 2016; is that right?
A Yes. Yes. That was information I got from Delta. But I believe I did, yeah.
Q So you went to Delta's records to see when you thought you missed work from Delta to have jury duty; is that correct?
A Not for the one in May of 2023.
Q But for the one in 2016, you checked Delta's records; is that right?
A I believe so, yes.
Q And do you have any independent recollection of that day?
A I vaguely recall doing it, but yeah.
Q Were you called into court? Did you get selected for a jury?
A No.
Q So you did get called into court; is that right?
A I believe it was like the one I did in 2023, I had to go to the courthouse and, you know, wait and see if you get selected for jury.
Q And in both 2016 and 2023 you didn't get selected for a jury; is that right?
A Correct.

Q So you had a total of one day each of those two occasions, correct?
A I believe so, yes.
Q And then the response goes on to note that you missed work from Delta to serve as a witness in the evidentiary hearing in this case on January 17, 2024, correct? That's what it says?
A Yes.
Q And then did I understand your previous testimony that you would add today's experience to the list to the answer to interrogatory number 4?
A No, I guess I wouldn't because I didn't miss work because of.
Q Did you miss work in January?
A I don't recall.
Q Do you recall whether you swapped or dropped a flight in order to attend the evidentiary hearing in January?
A I believe they had to drop a single day trip if I recall.
Q How often have you taken death in the family leave from Delta?
A I remember two times I believe.
Q And when was the first time?
A I don't recall. So it was my grandmother

and my wife's grandfather. So I believe it has been two years for my grandma and I don't remember when my wife's grandfather, when that was.

Q Take a look again at Exhibit 1. And turn to page 2, the very bottom, do you see a reference to DIF in the second column?

A Yes.

Q And the dates are October 1, 2021 through October 4, 2021, correct?

A Yes.

Q And under reason it is reflected as death in the family, correct?

A Yes.

Q Does that refresh your recollection as to at least one of the days, one of times that you took death in the family leave?

A I think that is my grandmother I'm thinking because that would be two years from this last fall.

Q And you recall taking death in the family leave one other time while employed at Delta?

A I recall that I did, yes.

Q Was it earlier or later than when your grandmother passed?

A I don't know. Is it not on here?

Q I don't think so.
A It might have been later I guess because this ends at '22 so.
Q Which is part of the reason for my question was whether it might have been later.
A Okay. I think it was. Because yeah, my grandma was still under COVID protocol and my grandfather wasn't or my wife's grandfather.
Q We talked a bit earlier about vacation days, and there are vacation leave days reflected in Exhibit 1. Looking at Exhibit 1, do you have any reason to believe that Exhibit 1 does not list the vacations that you have taken while at Delta?
MR. BARTON: Objection no foundation.
A So you asked is there any reason that it wouldn't list vacations that I have taken?
BY MR. WASHBURN:
Q Any reason to believe for you to believe looking at Exhibit 1 sitting here today that this does not accurately reflect the vacation days that you have taken while at Delta at least from 2014 through August 2022?
MR. BARTON: No foundation.
A Yeah, I have no idea. But I don't have a reason to believe that that I can come up with.

BY MR. WASHBURN:
Q So you have to request vacation time as a pilot at Delta, correct?
A Yes.
Q And the process of granting vacation time depends in part on seniority and availability of other pilots, correct?
A Yeah, I mean it is entirely controlled by the Pilot Working Agreement. Well, that's how it is laid out, the process, and the bidding of it.
Q How many times did you use vacation time for military duty?
A I don't know.
Q More than ten?
A I don't know. Probably less -- well, when you say how many times, probably less than ten because I usually have maybe two vacations a year or so. So if it were more than ten, that would be every vacation almost.
Q So when you say you typically have two vacations each year --
A In general vacation time, yes.
Q And when you are using the term vacation time in that context, are you talking about taking an actual vacation with family or otherwise to get

away from any other duties?
MR. BARTON: Objection to form.
A No. I just mean vacation time. So, you know, for the first five years of my employment, you know, I had two weeks of vacation accrue each year.
BY MR. WASHBURN:
Q I guess I'm not following. I'm trying to distinguish between taking time off to not engage in military duties or some other purpose but to take vacation for vacation sake. Do you follow me? So I'm trying to understand do you do that twice per year?
MR. BARTON: Objection to form.
A I don't know.
BY MR. WASHBURN:
Q All right.
A How often I take vacation is your question I guess?
Q Yes.
A Yeah.
Q You don't know?
A I mean they're small trips that you maybe would consider vacation and there's workcation.
Q Fair enough. Have you ever taken

parental leave of any kind at Delta?
A I don't believe I have taken parental leave. I have used FMLA.
Q So you used FMLA leave in connection with the birth of a child?
A Yes.
Q And when was that?
A I believe that was in 2016.
Q And how long did you take?
A I think I took one day.
Q Why did you join the Air National Guard?
A So I always wanted to join the military when I was younger. As I, you know, got into college, my understanding in order to be a pilot in the military, it was that you had to do ten years or longer active duty time.
So when I was at Mesaba Airlines I learned about the Air National Guard and the opportunity to serve as a part-timer in the Guard that you could actually take military leave in order to serve your country and that you wouldn't have to do, you know, essentially commit to a career; that you could serve on weekends. And the Michigan Air National Guard was, you know, a great opportunity to do that, to be able to help people.

Q And why do you continue to serve?

A So the first opportunity that I had to get out was in 2021 when my pilot training commitment ended in fall of '21. And probably about a year prior to that or so is when I started thinking about whether I wanted to separate or stay in.

And ultimately, you know, just my experiences in combat with, you know, the ability to help people that really need it. You know, when somebody really needs help and you're able to provide it in a powerful way, you know, it is hard to replace that feeling of being able to help someone that really needs it. So that's what kept me in.

Q And are you committed for another period of time?

A No. I think I'm pretty much a free agent other than maybe two years ago I think I signed a small bonus. But I would just have to pay it back if I got out in less than four -- it was a four-year commitment.

Q So if I understand correctly, roughly two years ago you signed a four-year commitment to the Air National Guard; is that correct?

A Yes. But it is small enough that it is really not a factor to my decision of whether I get out or not.

Q You were jumping ahead of my next question which is fine. As part of that four-year commitment, you received a bonus from the Air National Guard sort of as a retention effort?

A Yes. It was a retention bonus.

Q How much was that bonus?

A It was $10,000.

Q And if I understood your testimony correctly, if you left the Air National Guard before the expiration of that four-year period, you would have to repay the 10,000?

A I believe you would have to repay a pro rata share of it.

Q Does it decline $2,500 a year?

A I believe that's how it was, yeah.

Q How did you learn about this case?

A Well, I learned about it from Jeremy Sorenson I believe initially.

Q How do you know Jeremy Sorenson?

A We were new hires together at Delta, the same new hire class.

Q When did he tell you about the case?

A I don't recall when he told me about it. You know, we talk regularly. I think, you know, around the time when the initial filing happened I was aware of it. And then again, you know, we discussed it last year or it came up again last year.

Q And Mr. Sorenson has another case pending against Delta; is that correct?

MR. BARTON: Objection to form.

A I don't know.

BY MR. WASHBURN:

Q Are you aware whether Mr. Sorenson has another case pending against Delta?

A I believe it is not. But I'm not sure of the status of that case.

Q Was he once a plaintiff in a class action asserting USERRA violations against Delta to your knowledge?

A Yes.

Q And did you talk with Mr. Sorenson about that case where he was a plaintiff?

A Yes.

Q And did you talk with him at the time that case was filed about the case?

A I don't recall exactly when. But I know

that I had filed a DOL complaint with similar, you know, accusations I guess at similar times.

Q And so in 2019, we looked at this letter earlier, there was a letter written by Ms. Anderson to Delta's lawyer about getting 401(k) contributions for a period of time, right?

A This DOL complaint was in either '16 or '17 that I am referring to.

Q And how was that complaint resolved?

A I don't recall what ended up being -- I don't know if I retained the final letter.

Q You don't recall one way or the other how that complaint was resolved?

A Well, I only remember from the second one that they kind of usually end up with a clock of 90 days, and at the end of it, you know, at some period during that the investigator determines whether they think there's merit. And then at the end of the 90 days they can either declare it resolved or unresolved. And I know it wasn't resolved, but I don't know whether they found merit either.

Q No lawsuit was filed on your behalf as a result of the 2016 labor complaint, correct?

A Correct. And I don't remember if it was

2016 or 2017, but yeah.
Q But you talked to Mr. Sorenson about the lawsuit in which he was a plaintiff. And then at some point he also he told you about the lawsuit in which you're being deposed right now, correct?
A Yes.
Q Approximately when it was being filed?
A I believe so.
MS. MATTER: Object to form.
BY MR. WASHBURN:
Q Did you talk to anybody else other than Mr. Sorenson about this lawsuit, the lawsuit in which you're being deposed right now, at about the time that it was filed?
A I don't believe so.
Q Do you know Randal Reep?
A I know of him. I don't know him.
Q Have you ever talked to him?
A No.
Q Do you know Patrick Haley?
A No.
Q Have you ever talked to Patrick Haley?
A No.
Q What did Mr. Sorenson tell you about this lawsuit?

MR. BARTON: Vague as to time.
MR. WASHBURN: Sorry. Thank you for the clarification.
BY MR. WASHBURN:
Q At the time that you first talked to Mr. Sorenson about this lawsuit, what did he tell you?
A I don't recall exactly. If there's anything I recall, it was that I believe there were other suits filed, similar suits filed at a similar time or maybe before. And that would be if he had told me about it, it was those cases too.
Q And the other suits that you are talking about, against other airlines or against Delta?
A Other airlines.
Q Did you respond to Mr. Sorenson in any way about your interest in any of those lawsuits?
A At that time no.
Q In what context did Mr. Sorenson tell you about those lawsuits, like where were you?
A Where was I? I don't know.
Q Was it on the phone? Was it in person? Was it ...
A Yeah, it was probably on the phone. Because we haven't met in person in years.

Q Did he ask you to do anything in connection with this lawsuit against Delta?
A At that time no.
Q When was the next time you spoke with Mr. Sorenson about this lawsuit?
A So what I recall was in late May of last year he and I were talking about a podcast, and he brought up this case again.
Q What podcast were you talking about?
A He had done a few podcasts for medical -- military medical benefits.
Q And he brought up this case in the context of that conversation?
A I believe that's how it came up was just talking to him about that, and he brought up this case.
Q Did he identify a connection between military medical benefits and this lawsuit?
A No.
Q Did you perceive a connection between military medical benefits and this lawsuit?
A No.
Q It was like a new paragraph on his part where he brought up this case after talking about the podcast?

A Yeah. I don't recall the conversation, but I know that we had talked about this -- it was at the time that this podcast came out and then we had talked about this case so ...

Q And what did he tell you in that conversation in May of 2023?

A I don't recall.

Q You don't recall what he said at that point?

A No, I don't recall what he said when we first talked about it. All I know is that at some point I had decided to contact Crystal and/or Joe. So yeah, as far as why, I don't remember exactly.

Q Why had you decided to contact Crystal or Joe?

A I think -- so I think he had mentioned that they may need someone or that there might be a good reason for me to talk to him about the case or just get a better understanding of the status of it. So up to that point I hadn't been tracking it at all or at least I hadn't recently in a year or more.

Q Was there a time after your initial conversation with Mr. Sorenson about this case that you were tracking it?

A No, I never tracked it. Just when he initially told me about it, I looked into, you know, kind of asked why is the case being filed. And that's when I believe it was after an appeal on one of the other cases.

Q So what did you do to look into why the case had been filed?

A Just, you know, Google it to read if I could find the filing and/or, you know, Google the other case that was appealed.

Q Other than Googling it, did you do anything else to look into this case or any of the other cases filed against the other airlines?

A So he did send me the actual filing of this case.

Q The complaint?

A I believe it was the complaint, yes.

Q And to be precise on time, was that around the time that you had your first conversation with Mr. Sorenson about this case?

A No. The time I recall was in May of last year.

Q All right. So let me make sure I am understanding your testimony. So you had an initial conversation with Mr. Sorenson around the

time this case was filed, correct?
A I believe so.
Q And at that time you did some of your own research on Google or otherwise into this case and similar cases against other airlines, correct?
A Yes.
Q And at that time you didn't talk to anybody else about this case, correct?
A Correct.
Q Did you do anything else other than do some Google searches?
A At that time no.
Q So that was roughly 2021, correct?
A I'm not sure. Yeah.
Q Did you do anything in the interim period between that first conversation with Mr. Sorenson and your Google searching and the time in May of 2023 when you spoke with Mr. Sorenson again with respect to researching this case?
A I don't believe so.
Q Did you talk to Mr. Sorenson about other topics in that intervening period?
A Yes.
Q But this case did not come up; is that correct?

A It is hard to say. I do talk with him regularly.
Q How often?
A Probably twice a month.
Q Did he talk to you about his other case against Delta?
A Yeah.
Q And what did he tell you about that?
A When?
Q In the intervening period between the time he first told you about this case and May 2023.
A Oh, I don't think there was -- I believe he was out of the case by then. I'm not really sure. I think he kind of stepped away from that one.
Q Did he tell you when he stepped away from that case?
A He told me I think when it was falling apart I guess.
Q And what did he say?
A I believe he said there was some infighting among the counsel and the plaintiffs. And ultimately I believe it was a summary judgment on at least parts of it. I think that's where his

portion kind of ended.

Q So you're still having regular conversations with Mr. Sorenson if I understand your testimony correctly. And then in May of 2023 did he bring up this case?

A I'm sure he did. Because I wasn't thinking about it at all.

Q And did I hear you testify earlier correctly that he mentioned that Crystal or Joe may need someone --

MR. BARTON: Objection to form.

Q -- to participate in the case?

MS. MATTER: (Unintelligible).

THE WITNESS: What did she say?

A I don't recall that. But obviously he must have said something that, you know, made me ask for the filing and then ultimately contact Crystal and Joe.

BY MR. WASHBURN:

Q So you reached out to -- who did you reach out to first?

A I believe it was Crystal.

Q And did you retain Crystal in your first conversation?

A No.

Q What did you talk about?
MR. BARTON: You're asking him what he talked about?
MR. WASHBURN: Yes.
MR. BARTON: To the extent he was seeking legal advice, I'm going to instruct him not to answer.
BY MR. WASHBURN:
Q Were you seeking legal advice?
A I don't recall. I mean I think I was trying to figure out the status of the case and potentially join it. Yeah. Because it was pretty quick.
Q Yeah. How long was it between the time that you had your first conversation with Ms. Matter and the time that you engaged them?
A I believe it was about four or five days. Well, I guess you said engage, and I'm not sure exactly what that word means.
Q Signed a -- well, take a look at Exhibit 19 and specifically page 10. So the response at the top of the page is what I am asking you about. If you want to go back and look at the question and the interrogatories, you're welcome to. But I'm just trying to understand the

timeline.

So it says in the first sentence: Subject to and without waiving the foregoing objections, on May 31, 2023, another Delta pilot informed me of the class complaint in this case.

And so is that the conversation you had with Mr. Sorenson?

A I believe so. I think that's when he sent me the complaint.

Q Had you talked to him earlier in May of 2023 about the case and then on May 31 he sent you the complaint?

A I don't believe so. I think it was the same day.

Q And then you contacted Ms. Matter on June 4; is that correct?

A And I believe I may have actually called -- I think this may actually be June 2nd.

Q Then you spoke to Ms. Matter and Mr. Barton on June 7; is that correct?

A I believe so.

Q And then the last sentence reads: I engaged Barton & Downes LLP and Matter Law APC as my counsel in this matter by letter on June 8 of 2023.

Is that consistent with your recollection as to when you engaged these law firms?

A Yes.

Q And is it accurate June 8?

A I believe that is, yes.

Q Have you spoken with any other Delta employee about this case other than Mr. Sorenson?

A Yes. Not necessarily about the specifics of the case, but just about in general joining a case against Delta, a USERRA case.

Q And who have you talked to?

A So in that time between what I believe was June 2nd and the 7th or 8th, I had spoken with several pilots, so Brian Boeding, my former commander, Garrick Webb.

Q Garrick?

A Garrick, yes.

Q G-A-R-R-I-C-K?

A I believe so.

Q All right. Anybody else?

A And David Maynarich.

Q M-A-N-E-R-I-C-H?

A M-A-Y-N-A-R-I-C-H.

Q And you spoke with each of them in this period between June 2 and 7?

A I believe so, yes. I'm not certain I spoke with Garrick at that point but ...

Q When do you think you might have spoken with Mr. Maynarich? No, Garrick Webb, right, when did you speak with Mr. Webb?

A Well, I don't know. I think I talked to him about it before I made the decision. But that part I'm not sure. Again, another person I talk to somewhat regularly so ...

Q Did Mr. Sorenson encourage you to talk to others as to potentially get involved in the case?

A No.

Q And what did you talk to these three individuals about?

A Mostly just seeking opinions of folks that are in my similar circumstances of what they thought of the, you know, whether it was safe and whether it was the right thing to do.

Q And starting with Mr. Boeding, what did he tell you in response?

A I would say I mean he agreed that it is the right thing to do. However, the safety part, I think that he said you probably are safe from retribution. But there's the potential that, you know, down the line that there could be indirect

retribution.
Q By whom?
A By the airline.
Q In what way?
A Just that, you know, if I were to screw something up in the future that, you know, maybe the company wouldn't go out of their way as much as they would had I not participated in a lawsuit against them.
Q Did you agree with him?
A I didn't say whether I agreed or disagreed.
Q Putting aside what you told him, did you agree with him?
A So you wondering if I do agree with him. I think there's the potential for that.
Q Why?
A Just based on the bits I know about some pilots that were terminated.
Q Who?
A Well, Mr. Reep for one. I actually don't know of anybody else that's been terminated, but I know that there was other pilots that had I believe resigned.
Q Who?

A I don't know their names, but the other plaintiffs in the Sorenson case.
Q What did Mr. Webb, what did you talk to Mr. Webb about?
A The same thing.
Q And what did he tell you?
A So he agreed that he thought it was the right thing to do, and he tended to think that it is probably safe. But his concern was more about just the amount of time and energy that it would take to participate, and that I definitely agreed with him on.
Q What about Mr. Maynarich, what did you talk to him about?
A The same thing.
Q And what was his reaction?
A Well, Maynarich is a non-military person, and so he -- and he also worked in the Chief Pilot's Office. And he just said that he believes the company is at times vindictive and that it is possible that, you know, that could be an issue in the future. But he's also not familiar with any of the protections under USERRA or that familiar.
Q Did you talk to anybody else other than those three gentlemen who are employees of Delta

about this case?
A Not at that time, no.
Q Have you subsequently talked to other employees of Delta about the case?
A I believe it has come up with at least one pilot that I have flown with.
Q Who is that?
A David Atkinson.
Q A-D-K-I-N-S-O-N?
A I think it is A-T-K-I-N-S-O-N, at.
Q And when did you talk to him?
A I flew with him several day trips throughout January and February.
Q Of 2024?
A Yes.
Q And what did you tell him about the case?
A From what I recall just the general, you know, complaint and, you know, up to this point what my participation has been.
Q And what was his reaction?
A Well, he tended to, you know, talk more about issues with other members and other military leave issues with Delta versus this particular complaint.
Q Like what?

A Just harassment for the most part or verbal pressure to not do duty especially during the holidays.

Q Verbal pressure by whom?

A By Delta Chief Pilots or actually the current Military Affairs Liaison.

Q And who is that?

A Matt Benza I believe it still is.

Q So Mr. Atkinson was discussing pressure by Delta Chief Pilots and Mr. Benza not to do what?

A Yeah, I'm not sure actually if he talked about Matt Benza, but I know that he specifically talked about one period of leave that he had to take that he received a phone call from a Chief Pilot, and I don't think he remembered who it was that called him, asking him about the leave and if he could do it some other time and -- yeah.

Q And did Mr. Atkinson reschedule that leave to your knowledge after receiving the phone call?

A He did not.

Q And did he experience any ramification from taking that leave to your knowledge?

A I mean nothing physical. Just the fact that, you know, the conversation he didn't want to

have again so ...
Q And do you have an understanding based on your conversation with Mr. Atkinson why he didn't want to have the conversation again?
A Yes.
Q Which is what?
A It is assumed that if somebody is trying to, you know, question your integrity for doing military duty that he wouldn't want to be, you know, questioned about that. Especially when you're just trying to do your duty and -- yeah.
Q I appreciate this is secondhand. But did you have an understanding that Mr. Atkinson's -- the phone call to Mr. Atkinson was questioning Mr. Atkinson's integrity?
A I believe so, yeah.
Q Based on what Mr. Atkinson told you?
A Yes.
Q And what did he tell you that led you to that conclusion?
A That somehow that duty is not necessary or that it is, you know, somehow that you're just taking military leave in order to get the holidays off which is the complete opposite of the truth in his case.

Q Anybody else that you have talked about to about this case who are employees of Delta?
A Not that I can remember.
Q Who have you talked to about this case other than your counsel who are not employees of Delta?
A My wife.
Q Anybody else?
A I don't believe so.
Q Did your wife express any opinion about your participating in this case?
MR. BARTON: I'm going to -- that's a spousal communication. I'm going to direct him not to answer that question.
(Exhibit 20 marked)
BY MR. WASHBURN:
Q Let me show you what's been marked as Exhibit 20. Do you recognize Exhibit 20?
A Yes.
Q Is this the affidavit or declaration that you signed on June 9, 2023?
A Yes.
Q I want to direct your attention to paragraph 5. And it reads: After reviewing the Consolidated Complaint and the duties of a class

representative, I am willing to serve as a class representative and to represent other pilots at Delta who took short-term military leave and were not paid by Delta for those periods of leave.

Did I read that correctly?

A Yes.

Q So what are you doing to represent the other pilots who took short-term military leave and were not paid by Delta for those periods of leave?

A Well, appearing here today for one. Yeah, I'm just acting in their best interest.

Q Are you seeking compensation on behalf of all pilots who have taken short-term military leave and not been paid for their leave?

A All Delta pilots that will potentially be class members, yes.

Q That wasn't my question. My question is are you purporting to represent all Delta pilots who took short-term military leave and were not paid for that leave?

MR. BARTON: Objection to form, asked and answered.

A I don't understand how that's different than what I answered but ...

BY MR. WASHBURN:
Q Are you seeking payment for all short-term military leaves from Delta?
A All short-term military leaves of all the pilots that have done that during the time period that's covered in the complaint and in the future, yes.
Q My understanding, Mr. Best, is that you're currently not seeking recovery for all short-term military leaves but you're seeking for short-term military leaves that are in Delta's data. Okay? That's my understanding. Do you have a different understanding of what you're currently seeking?
A Well, I believe that Delta's data is, you know, the most correct data that shows when you were absent from work and, therefore, on military leave from Delta.
Q You will agree with me that we have looked at some of your leaves that reflect that you were absent from Delta on certain days that aren't reflected in Delta's data, wouldn't you?
MR. BARTON: Objection to form.
A Looking at the leaves that we have looked over, I don't believe there was any time that I was

on military leave from Delta that it wasn't reflected in Delta's documents.

BY MR. WASHBURN:

Q But certainly you were performing military duties on certain days that you didn't notify Delta about, right?

A Yes.

Q And there are certainly times when you have performed military duties while taking vacation days, right?

A Yes.

Q Are you seeking compensation for those days?

A No.

Q Why not?

A Because there is no -- there was no leave, so the absence from work wasn't required.

Q How do you represent those pilots who pre-posted their leaves and, therefore, received schedules that were arranged around their leaves?

MR. BARTON: Objection to form.

A It would be the same as when I pre-post leave and the schedule doesn't get built around. You know, you say around them, but typically those pre-posted leaves, the schedule gets built whether

you pre-post it or not. It is just whether the conflicts are the same and when the conflict happens.

BY MR. WASHBURN:

Q And as I understand, your typical practice is to evaluate first there are conflicts and then notify Delta of military leaves, correct?

MR. BARTON: Objection to form, mischaracterizes his prior testimony.

A I think that -- no, I don't think that's the general. I don't think that can be generally said. I think that my scheduling practice is to minimize the conflicts with my Delta schedule.

BY MR. WASHBURN:

Q And you notify Delta of military leave after you have evaluated those conflicts, right?

MR. BARTON: Objection to form.

A Sometimes I do. Sometimes I notify them before.

MR. WASHBURN: Give me a minute. I'll see if I have any other questions.

THE VIDEOGRAPHER: Off the record 5:52.

(Recess 5:52-6:09 p.m.)

THE VIDEOGRAPHER: Back on the record 6:09.

MR. WASHBURN: I have no further questions at this time.

EXAMINATION

BY MR. BARTON:

Q All right, Mr. Best, I'm going to have a few questions for you. Earlier today you used the phrase remove from category. Do you remember that?

A Yes.

Q Can you explain what that means.

A So removed from category means I'm a Detroit 717 captain and that's my category. Removed meaning if I go on long-term military leave, I'm put into a No Paid Category, NPC Military, and they have it broken down further as A or B meaning captain or first officer.

Q Earlier today counsel for Delta asked you a number of questions about the method by which your schedule, particularly your flying duties, were scheduled in the Michigan Air National Guard. Do you remember that?

A Yes.

Q Do you know whether or not the way the Michigan Air National Guard schedules flying duties is similar to how other Guards schedule flying duties?

MR. WASHBURN: Objection.
A Yes, I'm familiar with at least a few other units.
BY MR. BARTON:
Q And you're talking about units in Michigan or outside of Michigan?
A Outside of Michigan.
Q And to your understanding is their scheduling similar?
MR. WASHBURN: Objection.
A Yes.
BY MR. BARTON:
Q Earlier today counsel for Delta asked you whether or not you were currently required to have combat mission readiness in your current position. Do you remember that?
A Yes.
Q Are you required to maintain flying readiness or currentness in your current position?
A I need to -- I have several currencies that I have to maintain in my flying position.
Q And has that been true since you transitioned to the current position in 2021?
A Yes.
Q You mentioned also that the commander

sets certain priorities with respect to scheduling. Do you remember that?

A Yes.

Q Does that affect your ability to schedule your flying time for the military?

A Yes.

Q And are you considered a priority in terms of scheduling for flying time for the military?

MR. WASHBURN: Object to the form of the question.

A Currently I am -- for that flying unit I am one of the lowest priorities.

BY MR. BARTON:

Q Earlier today counsel for Delta asked you about the possibility of doing computer-based training from your home. Do you remember that?

A Yes.

Q Have you ever asked to do computer-based training from your home?

A No.

Q Do you have an understanding in terms of whether or not that request would be granted?

MR. WASHBURN: Object to the form of the question.

A That's probably the reason I haven't asked is that, you know, it wouldn't be approved unless they needed it. And in that case I wouldn't be asking, they would be telling me.

BY MR. BARTON:

Q You mentioned earlier today you made a comment about something about a reason not to show up for drill weekends and that there was an expectation to show up for drill weekends. Do you remember that?

A Yes.

MR. WASHBURN: Object to the form of the question.

BY MR. BARTON:

Q Do you have an understanding in terms of what reasons someone can have for validly not showing up for drill weekends?

MR. WASHBURN: Object to the form.

A An example would be like a wedding for, you know, an immediate family member probably.

BY MR. BARTON:

Q You were asked some questions in terms of the structure by which you are paid by the military. Do you remember that?

A Yes.

Q Do you have an understanding of whether or not the structure that you described for yourself is similar to all Guard and Reserve people or pilots?

MR. WASHBURN: Object to the form.

A I do.

BY MR. BARTON:

Q And what is your understanding?

A My understanding is that it is the same because it is written into Department of Defense instruction.

Q You were also asked questions about the benefits that you receive from serving in the military. Do you have an understanding of whether or not the type of benefits that you receive are similar to other Reservists or other pilot Reservists?

A Yes, I do.

Q And what is your understanding?

A Is that it is the same.

Q Shortly before the break you expressed that you attempted or tried to minimize I think it was conflicts between your Delta duties and your military duties. Do you remember that?

MR. WASHBURN: Object to the form.

A I try to maximize my or minimize my time away from Delta I believe is what I said.
BY MR. BARTON:
Q And what do you do to do that?
A To the max extent I bid around any of my military duties and then I make an assessment when I'm given an order or a training order whether it is going to be funded before I post it. Otherwise I would be, you know, removed from Delta's availability and versus if I don't, then I can still fly for Delta.
Q Since 2021 has the frequency by which your duties for the military been ordered declined?
A The number of orders I have gotten since I have been in the new position has been less, yes.
Q Can you estimate on an annual basis the number of times that you have duties for which you are receiving orders?
A I would say about one a year.
Q And when you don't have orders and are expected to perform military duties since 2021, what are you doing to assess whether or not the dates of those duties are likely to occur?
A So you said if I don't have orders?
Q Yes, for short-term military service.

A Then it is just whether or not the drill week, you know, drill weekends whether I can bid it off or not, whether I need to post military leave.

Q Is there a financial incentive to you to drop trips in order to perform military service or take military leave?

MR. WASHBURN: Object to the form of the question.

A There would be a financial disincentive to do that.

BY MR. BARTON:

Q Counsel for Delta asked you a variety of questions about your ability or flexibility in scheduling with Delta and your flexibility or scheduling at the military. As you have become more senior both at Delta and in the military and you have been flying less, do you still need to take military leave in order to perform military duties?

A Yes, occasionally.

Q You were asked a number of questions about submitting notifications of military leave to Delta about your military service, and you mentioned iCrew. Do you remember that?

A Yes.

Q Has posting on iCrew been a way to submit notifications regarding military leave since you started at Delta?
A I believe it has, yes.
Q Since the frequency by which you have received orders for short-term military service has declined, has there been less certainty in advance as to whether these duties would occur or when they would occur?
MR. WASHBURN: Object to the form.
A Yes, that would coincide with when I was no longer part of the flying squadron, so my flying has to be done outside of drill weekend which makes it less predictable.
BY MR. BARTON:
Q Would you take a look at I think what's Exhibit No. 5.
A Yes.
Q It what's entitled Flight Ops Manual.
A Yes.
Q Turn your attention to what is Bates stamped Delta_17563 and the section that's entitled MLOA Notification to Delta. Do you see that?
A Yes.
Q And counsel for Delta pointed you to the

last sentence or the last paragraph of this section. Do you know whether or not this still remains the policy of Delta today?

A I don't believe it is because of the new Pilot Working Agreement that specifically specifies that you do not -- that you do not need to enter military leave for scheduled off days.

Q Do you know when that changed?

A The contract was signed in March of 2023.

Q Why don't you take a look at Exhibit No. 11 is your detailed flying time summary for the last what, I guess from May 2023 through March 2024. Do you have that?

A Yes.

Q You were asked some questions as to why December 7, 2023 did not show up on your PCARS. Do you remember that?

A Yes.

Q Do you know whether or not it shows up as leave at Delta?

A It does not show up as leave at Delta.

Q Did you take military leave at Delta?

A Not that day, no.

Q Do you know whether or not you took military leave on the 31st of January 2024?

A I am not sure about that date.
Q Do you know why that date might not show up on the PCARS report?
A I don't recall that being one of the days that was ...
Q You were asked questions about a number of orders and whether they matched with leave records at Delta. Do you remember that?
A Yes.
Q For any of those dates of military service, do you know whether or not you dropped trips at Delta or dropped reserve availability?
A I don't know if I dropped anything or not.
Q Counsel for Delta asked you the question whether or not you understood whether time that was recorded as vacation time that was used for military service would be sought as part of the compensation in this case. Do you remember that?
A Yes.
Q Do you have an understanding of whether or not this lawsuit seeks compensation if pilots perform military service when they took personal days or sick leave?
MR. WASHBURN: Object to the form of the

question.

A I understand the lawsuit does not seek compensation for any leave that wasn't military leave.

BY MR. BARTON:

Q You were asked questions about a leave that appears to be recorded in Delta data on December 3rd, 2019 as sick leave. Do you remember that?

A Yes.

Q What is your understanding in terms of what is required to take sick leave or when it is allowed to take sick leave at Delta?

MR. WASHBURN: Object to the form of the question.

A It is my understanding that you are allowed to take sick leave anytime you're sick or you're otherwise unavailable to fly due to medical reasons which could include medicine or, you know, direction from a health provider.

BY MR. BARTON:

Q Do you have an understanding that even if you feel perfectly fine but are unable or unsuited -- unable to fly or not suited to fly that you should take sick leave?

MR. WASHBURN: Object to the form of that question.

A I mean that's definitely possible. There's a lot of medicine that have certain wait times after you have taken it the last time where you have to wait maybe even several days before you can be legal to fly and, therefore, you can use sick.

BY MR. BARTON:

Q For days that you are not scheduled to fly for Delta but you wake up feeling ill, do you have an understanding of whether or not you were supposed to let Delta know that you are sick on that day?

MR. WASHBURN: Object to the form.

A I'm not sure whether, you know, whether there's something that says you're supposed to or not. But I know that if you call in sick on a day off, they don't post sick time to your schedule if there's nothing there, if there's not a flying activity or training.

BY MR. BARTON:

Q Since you started your current position in the military in 2021, have you still occasionally, despite attempting to minimize any

conflicts and maximizing your availability for Delta, had to drop trips in order to perform military service?

MR. WASHBURN: Object asked and answered.

A I believe I have.

MR. BARTON: I have no further questions at this time.

EXAMINATION

BY MR. WASHBURN:

Q I have a few follow-up questions. You were asked by Mr. Barton whether you were familiar with units other than the Michigan Air National Guard. Do you remember those questions?

A Yes.

Q And you said that you were familiar with other units. Do you recall that response?

A Yes.

Q And I think you were specifically asked whether you were familiar with how units other than the Michigan Air National Guard scheduled flying time. How are you familiar with how other units scheduled flying time?

A So talking to other pilots in other squadrons and specifically when I was a scheduler trying to seek out better ways to do the process,

looking at how other squadrons did to get a better understanding of what we were doing versus everyone else.
Q And so you talked to other people about what they did?
A Yes.
Q And that's the source of your familiarity with how other units scheduled?
A I have also both deployed and went on training exercises with several other units, and during that time there are scheduling functions that have to happen. So, you know, not only talked to them but also, you know, flown in their units.
Q Have you been scheduled by other units?
A Yes.
Q Which other units have you been scheduled by?
A Baltimore, a -- well, so an active duty squadron. And then a Fort Wayne.
Q Baltimore, that's an active duty squadron?
A No, Baltimore is a Guard squadron and so is Fort Wayne.
Q It's a what squadron?
A An Air National Guard squadron.

Q And so how did you interact with the Baltimore squadron in terms of being scheduled?
A So we swapped them in out in 2019 from the deployment, and they had some pilots that stuck around with us. And during the swap out you have a period of time where the previous squadron is scheduling your flights.
Q And were you scheduled during that period?
A I believe I was, yeah.
Q For how long a period were you scheduled by the Baltimore squadron?
A I think it is normally like a week or so.
Q And what do you recall from the scheduling function of the Baltimore squadron?
A So that they do things similarly, so the biggest difference between the squadrons is just how much they fly, how much they fly on drill weekends and, you know, how they tend to be more efficient.
Q You testified that you have not conducted computer-based training in your home. Did I hear that correctly?
MR. BARTON: Objection to form.
A No.

BY MR. WASHBURN:
Q You have participated in computer-based training at your home?
A Yes.
Q And was that subject to some approval process before doing so?
A Yes.
Q How many times have you participated in computer-based training at your home?
A I don't know. Maybe half a dozen.
Q Each time was subject to approval?
A Anytime you --
MR. BARTON: Objection to form.
A Anytime you work remotely, it needs to be approved in accordance with the I believe it is an ANGI that covers that.
Q What's ANGI?
A An Air National Guard Instruction.
Q Did you request approval each time you participated in computer-based training from your home?
A So I guess that was the difference in the question was whether I requested or the unit requested, and that's where I have never asked to do training from home but I have been asked to do

training from home, and in that case they authorize it automatically.

Q Have you ever sought to do training in your home?

A That would be the same thing as asking I suppose.

Q No. Have you ever wanted to do training in your home?

A Oh, absolutely, yes.

Q And who have you talked to about whether that would be approved?

A It would be my, you know, I would run it through -- you know, currently I would run it through my division chief and then the squadron commander for approval if there's any training that I wanted to do so ...

Q And so your understanding of whether it would be approved or not is based on your conversations with those individuals?

A Yes. So I mean they would approve me to remote for drill if I had a good reason to. But as far as just accomplishing training at home that I could otherwise accomplish during drill, you know, there's not a good reason for that, you know, fiscally so ...

Q And all of that is based on your discussions with those commanders?

A Well, and I was a flight commander so I had to, you know, approve people for that. At one time the squadron commander, you know, that I had allowed the flight commanders to kind of manage that. And that's really the only reason I'm familiar with the rules on remote work or working, yeah, remote working.

Q And do you ever ask to approve training from home?

MR. BARTON: Objection to form.

A Training, I don't believe so. But, you know, I have had to do the project officer duties from home.

MR. WASHBURN: Nothing further.

MR. BARTON: I have nothing further.

THE VIDEOGRAPHER: Off the record 6:35.

(Deposition concluded at 6:35 p.m.)

(Signature reserved)

The following reporter and firm disclosures were presented by me at this proceeding for review by counsel:

REPORTER DISCLOSURES

The following representations and disclosures are made in compliance with Georgia Law, more specifically:

Article 10 (B) of the Rules and Regulations of the Board of Court Reporting (disclosure forms)

OCGA Section 9-11-28 (c) (disqualification of reporter for financial interest)

OCGA Sections 15-14-37 (a) and (b) (prohibitions against contracts except on a case-by-case basis).

- I am a certified court reporter in the State of Georgia.
- I am a subcontractor for Veritext Legal Solutions.
- I have been assigned to make a complete and accurate record of these proceedings.
- I have no relationship of interest in the matter on which I am about to report which would disqualify me from making a verbatim record or maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.
- I have no direct contract with any party in this action, and my compensation is determined solely by the terms of my subcontractor agreement.

FIRM DISCLOSURES

- Veritext Legal Solutions was contacted to provide reporting services by the noticing or taking attorney in this matter.
- There is no agreement in place that is prohibited by OCGA 15-14-37 (a) and (b). Any case-specific discounts are automatically applied to all parties, at such time as any party receives a discount.
- Transcripts: The transcript of this proceeding as produced will be a true, correct, and complete record of the colloquies, questions, and answers as submitted by the certified court reporter.
- Exhibits: No changes will be made to the exhibits as submitted by the reporter, attorneys, or witnesses.

- Password-Protected Access: Transcripts and exhibits relating to this proceeding will be uploaded to a password-protected repository, to which all ordering parties will have access.

CERTIFICATE

STATE OF GEORGIA:
COUNTY OF FULTON:

I hereby certify that the foregoing transcript was taken down to the best of my ability, as stated in the caption, and the colloquies, questions and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given upon said proceeding.

I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.

I have no relationship of interest in this matter which would disqualify me from maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

This the 14th day of April 2024.

_____________________________
J. DAVID BROWN, CCR-B-1401

DEPOSITION ERRATA SHEET

To: R. Joseph Barton, Esq.
Re: Signature of Deponent: Benjamin A. Best
Date Errata due back at our offices: 30 days

Greetings:

This deposition has been requested for read and sign by the deponent. It is the deponent's responsibility to review the transcript, noting any changes or corrections on the attached PDF Errata. The deponent may fill out the Errata electronically or print and fill out manually.

Once the Errata is signed by the deponent and notarized, please mail it to the offices of Veritext (below).

When the signed Errata is returned to us, we will seal and forward to the taking attorney to file with the original transcript. We will also send copies of the Errata to all ordering parties.

If the signed Errata is not returned within the time above, the original transcript may be filed with the court without the signature of the deponent.

Please send completed Errata to:
Veritext Production Facility
20 Mansell Court, Suite 300
Roswell, GA 30076
(770) 343-9696

ERRATA for ASSIGNMENT: ATL 6618384

I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that:

____ There are no changes noted.

____ The following changes are noted:

Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or OCGA 9-11-30(e), any changes in form or substance which you desire to make to your testimony shall be entered upon the deposition with a statement of the reasons given for making them. To assist you in making any such corrections, please use the form below. If additional pages are necessary, please furnish same and attach.

Page ___ Line ___ Change ___________________________

_____________________________________________________

Reason for change:

Page ___ Line ___ Change ___________________________

_____________________________________________________

Reason for change:

Page ___ Line ___ Change ___________________________

_____________________________________________________

Reason for change:

Page ___ Line ___ Change ___________________________

_____________________________________________________

Reason for change:

Page ___ Line ___ Change ___________________________
_____________________________________________________
Reason for change:
Page ___ Line ___ Change ___________________________
_____________________________________________________
Reason for change:
Page ___ Line ___ Change ___________________________
_____________________________________________________
Reason for change:
Page ___ Line ___ Change ___________________________
_____________________________________________________
Reason for change:
Page ___ Line ___ Change ___________________________
_____________________________________________________
Reason for change:
Page ___ Line ___ Change ___________________________
_____________________________________________________
Reason for change:

Deponent's Signature

Sworn to and subscribed before me this ___ day of
_______________, ________.

____________________
Notary Public
My Commission Expires:_____________

**&**

**&** 4:4 218:23

**0**

**0000** 135:19,19 136:4,4,4
**000031** 136:10
**000032** 135:15
**000037** 138:8
**000040** 144:21
**000046** 168:16 172:2
**000052** 153:5 154:4
**00017563** 111:16
**010000** 138:3
**01076** 1:7
**015** 136:4
**03** 67:5,11
**0365** 135:19 136:4
**09** 72:6,7

**1**

**1** 2:4 27:22,25 28:6 29:2 31:4 31:25 37:17,18 37:19 38:7 39:5,18,18 46:7 47:3,8,19 50:13 52:14,21 52:25 53:15,16 57:9 58:1,4,9 59:7,15,19 60:6,9,10 63:4 63:20 83:6 95:10 99:20 101:13 102:1 124:14 152:21 161:23 165:14 165:15,17,23 166:24 169:5 171:23 178:9 178:23 181:13 184:16 187:6 187:11,17,18 191:11,20 192:22,23 195:8,12 197:19 200:4,8 201:11,11,12 201:19
**1.3** 152:25
**1/14/2020** 2:21
**1/18/2006** 2:10
**1/19/2018** 2:17
**1/30** 93:2,2,5 93:10,17,21,21 102:24 103:6 103:15
**10** 2:14 31:6,22 32:6 58:4,9 59:15 75:4 79:23 103:7 145:17,18,19 145:20 146:3,8 147:17,25 148:3,5,15,22 151:24 155:3,4 173:20 217:21 249:5
**10,000** 206:10 206:14
**10-11** 145:14
**10.4** 149:19
**100** 4:9
**1002.85** 2:10 116:10
**101** 4:9
**107th** 40:25 73:11 75:19 91:16,17 97:13 97:19 98:3 99:6 141:16 146:1 156:19 158:13
**10:11** 31:15
**10:12** 31:18
**10th** 140:18
**11** 2:15 145:18 146:5,6,15 147:8 151:11 152:20 153:23 153:25 154:9 154:23 180:16 239:11
**11/27/2019** 2:19
**111** 2:9
**115** 2:10
**117th** 91:13
**11:01** 61:11
**11:01-11:17** 61:12
**11:17** 61:14
**11:20** 63:11
**11:27** 63:14
**11:30** 65:16,19
**11:59** 173:1,2
**12** 2:16 46:8 131:12 140:24 140:25 157:2,5 157:6,7,11,14 158:3 161:14 161:16 162:21 163:10 181:15 181:17,18 185:3
**12/12/2019** 184:11
**12:33** 104:22
**12:33-1:29** 104:23
**12th** 182:1
**13** 2:17 46:7,8 146:17 147:9 147:15 149:4 158:20 163:14 163:16,17 180:17 189:8
**131** 2:11,12
**132** 2:13
**13th** 146:15 147:4
**14** 2:18 92:24 113:12,12,16 139:8 173:9,11 173:13 175:17 179:4 186:9

189:1,3 197:18
**1401** 1:25 251:18
**14080** 251:17
**145** 2:14
**14th** 186:19 251:15
**15** 2:19 39:6,12 39:16 40:9 94:18,19 128:8 137:13 139:22 161:25 162:12 162:25 170:2 180:11,14,14 184:17
**15-14-37** 249:7 249:20
**151** 2:15
**154.1** 101:18
**155375** 28:13
**157** 2:16
**15th** 138:20,22 139:3
**16** 2:20 39:22 54:10 55:24 59:10 139:8 141:13 159:5 160:11 173:15 174:8 182:12 182:15,15,25 183:13 188:20 188:23 193:18 208:7
**163** 2:17
**1633** 4:4
**1682** 150:15
**16th** 174:12 180:7
**17** 2:21 22:10 39:22 79:11 80:3 178:11,20 178:24 186:5,7 186:8 193:3 194:2 199:7 208:8
**1701.7** 150:10
**173** 2:18
**17563** 238:22
**17th** 22:5
**18** 2:5,22 49:14 54:12 135:17 136:3,11,20 141:22 144:25 149:4 151:17 151:18 152:4,6 190:8,10,11,14 193:4 194:2
**180** 2:19
**182** 2:20
**186** 2:21
**18th** 134:16 146:16
**19** 3:1 135:17 136:2,11,19 138:10 141:22 163:20 164:8 165:9 190:21 190:22 196:16 196:19,19
197:10 217:21
**190** 2:23
**196** 3:2
**19th** 134:13,16
**1:21** 1:7
**1:23** 184:20,22
**1:29** 104:25
**1st** 60:21 124:13 189:22

**2**

**2** 2:5 37:22 38:8 49:7,10 49:11 50:6,11 54:11 59:16 60:13 147:8 152:22 158:20 162:12,25,25 166:24 175:22 186:10 187:13 187:18 188:1 192:23 200:5 219:25
**2,500** 206:17
**2/10/2024** 2:11 2:12,13
**20** 2:10 3:3 116:9 155:4 163:18 164:9 164:10 165:16 194:25 226:15 226:18,18 252:23
**200** 4:5
**20009** 4:5
**2002** 66:19
**2003** 66:24 67:5
**2004** 67:5,10 190:19
**2005** 65:2,10 67:19 68:3,6 68:10
**2006** 68:13,16 70:19,21
**2007** 71:6
**2008** 71:20,21
**2009** 73:6 134:13,16 136:11,19
**2010** 68:23 72:18,21,22 73:1 74:11 134:17 135:17 136:2,12,20
**2011** 135:18 136:3 146:16 146:18 147:4,9 147:15 149:4 149:16
**2012** 73:3 149:4,17
**2013** 146:15
**2014** 22:5,7 26:25 29:2,3 29:10,18 30:8 30:22 31:2,10 31:22 37:19 39:6,6,12,16,17 39:18 40:9

72:23 73:1,24 125:20 127:6 130:2 138:10 138:20 139:22 140:4 141:25 142:4,19,24 143:2,22,23 144:2 146:16 167:4,9 201:21
**2015** 40:4 127:12
**2016** 9:15 33:25 34:15 37:19,22,23 38:1 39:12,18 40:9,16 41:3 43:13 56:1 100:20 127:6 127:10 130:2 141:25 142:4 144:2,25,25 145:10 175:23 197:18 198:2,9 198:23 204:8 208:24 209:1
**2017** 145:10 156:11,14,16 156:16,19,20 158:1,4,5,12,22 159:7 162:1,5 162:8,8,12,12 162:16,17 173:14,21 174:8 176:7 178:13,20,25 178:25 209:1
**2018** 100:3 101:7 163:18 163:20
**2019** 2:5 44:19 44:21 47:20 48:2 49:14 50:13,14 51:2 51:3,25 52:14 52:21 53:1,15 53:16 54:10,12 55:20 57:11 58:4,4,9,9 59:10,19,19 60:9,10,13,13 74:8 160:22 161:3 168:17 169:6,13 170:2 170:6,17,18 171:23 180:15 180:17 181:15 184:20 208:3 241:8 245:3
**202.734.7046** 4:6
**2020** 170:14 186:9,10,10 187:13,20 188:25 189:24 190:18
**2021** 75:15 111:14,25 112:2 114:8,19 191:12 192:25 193:1,4,20,24 194:2,3 200:8 200:9 205:3 214:13 232:23 236:12,21 242:24
**2022** 9:21 18:13 102:2 167:4,10 201:22
**2023** 9:21 152:21,23 153:4 155:4 197:19 198:8 198:21,23 212:6 214:18 215:12 216:4 218:4,11,25 226:21 239:9 239:12,16
**2024** 1:17 5:4 8:15 152:22 155:4 199:7 223:14 239:13 239:25 251:15
**21** 156:16,19 158:1,13,21 159:12 161:17 162:1 178:11 178:20,25 186:10 187:20 205:4
**217th** 76:2,4,13
**21st** 140:18
**22** 156:16,20 158:4 162:5 187:15,21 188:5 201:3
**226** 3:4
**23** 154:5,10 187:23 188:25 189:2
**231** 3:10
**23m** 11:11
**24** 14:24 139:15,16 154:5,11 155:8 162:8 173:15 174:8 184:21 192:19 193:8 197:5
**243** 3:9
**24th** 156:4 180:7
**25** 83:11 141:23 159:7 159:11 162:16 162:17
**25,000** 181:9
**26** 50:14,19,22 59:19 141:23 156:11,14 158:12 173:21 173:22
**26th** 50:17
**27** 2:4 29:2 30:7,22 31:2 51:2 141:23 173:14 180:15 187:23 189:2

**27.5.3** 112:2
**27.5.3.1.1** 112:5 114:10
**2753** 111:19
**27th** 174:13
**28** 140:3 165:16 187:24 189:24
**29** 29:3 154:6 154:11 155:8 158:5 161:17
**2:50** 152:11
**2:50-3:16** 152:12
**2nd** 38:17 60:24 149:16 189:22,25 218:18 219:13
**2ndth** 38:18

**3**

**3** 2:6 53:20,23 53:23 54:21 55:23 56:10 57:9 58:2,15 59:7 156:9 168:17 169:6 169:13 170:17 170:18 171:11 188:23 193:19
**3/29/2021** 2:22
**30** 92:25 144:25 162:8 163:8 187:24 252:4 253:6
**300** 84:7 103:5 103:15 252:23
**3000** 1:21 4:14
**30076** 252:24
**30308** 4:15
**31** 39:6,16 60:13 113:11 170:6 187:25 189:7,17 218:4 218:11
**31st** 188:7,15 189:19 239:25
**33** 103:2
**330** 103:9,11
**340** 71:22,23,25 72:5
**343-9696** 252:24
**35** 187:19
**38** 149:1,11,12
**380** 136:4
**39** 161:17 162:21 163:11
**3:16** 152:14
**3rd** 241:8

**4**

**4** 2:8 95:15,18 95:19,21,25 96:11 100:3 156:10,14 157:7,8,11,12 158:11,20 159:6 161:14 163:10 197:11 199:11 200:9 218:16
**4/2/2024** 2:14 2:15
**4/25/2017** 2:16
**4/26/2017** 2:8
**400** 23:20
**401** 49:3 52:19 53:8,13,14 129:5 208:5
**404.885.3000** 4:15
**41** 145:9
**48** 88:18,20 94:19
**48168** 6:18
**49** 2:5
**49151** 6:17
**4:34** 195:3
**4:34-4:56** 195:4
**4:56** 195:5
**4th** 37:16 40:14 168:25

**5**

**5** 1:17 2:9 38:11 111:9,12 111:12 156:15 157:21 168:22 193:23 226:24 238:17
**500** 68:15
**53** 2:7
**5:52** 230:22
**5:52-6:09** 230:23
**5th** 5:4 60:22 194:3

**6**

**6** 2:10 3:9 115:21,24,25 138:22 153:8 153:12,16 168:23 197:9 197:10
**6/27/2017** 2:18
**600** 1:19 4:14 5:8
**6618384** 253:1
**68.08** 101:18
**6:00** 171:2
**6:09** 230:25
**6:35** 248:18,19
**6th** 140:4

**7**

**7** 2:11 37:23 38:8,24 39:2 39:12 40:9 131:4,7,7 132:10,18,19 132:23 133:5 133:15,19,25 134:24 135:5 135:12,24,25 136:9,10,18 138:7 141:13 152:23 153:4,9 153:17 154:4 156:18 168:13 168:23 170:8

172:1 173:3 184:20 185:2,3 191:11,20 193:25 197:9 197:17 218:20 219:25 239:16 253:6
**717** 100:13 101:5,11 231:11
**717s** 69:8
**75** 110:21
**757** 69:12
**757-767** 69:16
**767** 69:12
**767-400** 69:17
**770** 252:24
**7799123** 157:13
**7799123/1** 157:14
**7er** 69:13,14,15 100:24
**7th** 38:3,17 219:13

**8**

**8** 2:12 46:7,8 51:3,25 131:15 131:18,19 132:19,22 139:16,19,20 154:5,11 155:3 155:8 168:23 170:8 171:23 172:3,8 173:4 192:18,25
193:8,20 218:24 219:4
**8/1/2021** 2:9
**8/30** 93:24
**8th** 172:13 194:18 219:13

**9**

**9** 2:13 31:5,22 32:6 132:1,4,4 132:6,9,12 133:4,9,14,18 134:2,8,20 135:6,8,12,23 136:1,2,5,8,13 149:17 171:23 172:8 192:25 193:24 226:21
**9-11-28** 249:6
**9-11-30** 253:6
**9/16/2019** 2:6
**90** 128:3,22 208:16,19
**900** 71:15 72:14
**900s** 72:16
**916.735.7495** 4:10
**95** 2:8
**95630** 4:10
**9:30** 1:17
**9:31** 5:5
**9th** 194:19

**a**

**a.m.** 1:17 5:5 61:12 171:2 184:22
**a010c** 148:13 151:23
**abbreviations** 136:17,20
**ability** 119:6,10 205:9 233:4 237:13 251:4
**able** 49:2 76:21 87:21 96:10,25 98:1,6 113:10 113:14,19,20 126:15 160:13 191:15 192:9 204:25 205:11 205:13
**abnormal** 27:11
**above** 139:2 252:19
**absence** 30:11 109:6 119:22 166:5 229:17
**absent** 228:17 228:21
**absolute** 251:13
**absolutely** 247:9
**abuse** 36:5,9,11 37:1,7,13 40:17 43:20
**academy** 74:14
**accentuate** 158:19
**access** 87:16,17 96:10,15,17,19 97:18 107:16 111:1 250:1,2
**accommodate** 8:4 130:19 131:1 167:24
**accomplish** 89:6 124:11 144:19 247:23
**accomplished** 34:22 79:18
**accomplishing** 91:5 247:22
**accord** 90:10
**accordance** 10:15 11:20 53:18 102:17 246:15
**accrue** 203:5
**accumulated** 146:10
**accurate** 152:17 195:13 195:18 197:20 219:4 249:12
**accurately** 167:7 201:20
**accusations** 208:2
**achieve** 79:1

**acquired** 104:10
**act** 16:24
**acting** 227:11
**action** 1:6 207:16 249:15 251:9,12
**active** 50:12 59:19,22 72:25 92:15,18 93:2 93:5,15,18 94:3,12,13,16 94:22 95:1,5 95:20 103:20 104:5 136:24 140:21 141:3,8 141:12 158:21 161:11,15 162:21 163:11 163:17 165:1 165:19 180:19 180:20,22,25 181:1 204:16 244:18,20
**actively** 144:5
**activities** 135:9 164:25
**activity** 102:19 242:21
**actual** 35:23 182:2 202:25 213:14
**actually** 18:15 44:12,18 70:17 96:23 122:25 123:5 135:23 146:17 154:17 155:21 160:16 161:6 187:2 204:20 218:17 218:18 221:21 224:5,11
**ad** 136:21,23 137:16
**add** 67:8 69:2 81:9 150:8,12 199:10
**added** 150:14
**adding** 133:8 158:7
**addition** 20:24 91:9 111:5 125:16
**additional** 106:11 139:1 144:11 253:9
**additionally** 126:14
**address** 6:16
**addresses** 137:21
**adhere** 6:23
**adjust** 36:14 81:19,21
**adjustment** 81:24
**adjusts** 82:24
**adl** 137:3
**administrative** 8:21 76:1
**advance** 113:2 116:11,13 118:24,24 121:10,13,17 159:9 165:8 238:7
**advanced** 68:9 117:2 118:2 121:22 122:3 137:4 175:14 175:18
**advice** 217:6,9
**affairs** 48:14 48:15 143:10 224:6
**affect** 118:23 119:8,10 123:25 233:4
**affected** 11:25
**affidavit** 226:20
**afghanistan** 50:25
**afternoon** 90:9
**aftp** 138:22,25 139:14 140:15 141:8 144:10 144:18,24 145:3,9 153:12 155:8
**agency** 8:22 20:7
**agent** 205:18
**ago** 21:6 31:9 87:4 205:19,24
**agree** 39:9 59:17 121:15 124:4 134:7 157:7 161:10 163:6 172:6 173:22 178:19 178:23 183:21 184:14 221:10 221:14,15 228:19
**agreed** 220:21 221:11 222:7 222:11
**agreement** 9:11 11:4,12,15 42:24 61:3 101:24 102:17 106:14 190:17 191:1 202:9 239:5 249:16 249:19 251:12
**ahead** 12:5 113:19,23 206:4
**aid** 86:10
**air** 1:8 3:2 5:7 5:15,17,20 18:6 19:12 25:22 29:24 48:15 54:1 73:2,5,13,23 74:2 75:10 76:2,4 77:4 78:24 80:8,18 82:14 83:25

96:17,20 118:22 131:10 132:7 146:20 146:21,23 163:24 164:8 190:18 204:11 204:18,24 205:25 206:6 206:12 231:19 231:23 243:12 243:20 244:25 246:18
**aircraft** 41:16 41:23 69:11,14 71:25 74:11,17 74:20,22 75:2 75:5 77:18 78:8 100:11 148:2,10,14,16 149:9,15
**aircrew** 145:25 151:15,15,16
**airline** 48:17 66:3 68:19,21 69:4 72:12 143:13 196:7 221:3
**airlines** 71:10 71:14 73:16 204:17 210:14 210:15 213:13 214:5
**airplane** 69:4 84:7
**airport** 70:10
**al** 5:7
**alaska** 174:3,12 174:20 175:2,3 175:17,19 177:1 179:22
**alert** 81:5
**allegations** 43:19
**alleged** 19:16 19:21 20:19
**allocated** 84:25 124:9
**allotment** 93:8 94:17
**allowance** 93:3 93:3,5,19,22
**allowed** 87:6 104:16 241:13 241:17 248:6
**allowing** 192:13
**allows** 76:19 90:21 111:4 112:9
**amended** 163:13
**amendment** 182:10
**amount** 93:11 93:18 124:7,18 146:9 222:10
**ancillary** 84:13
**anderson** 2:6 54:22 55:2,14 56:5,25 58:8 59:6,10 208:4
**angi** 246:16,17
**anniversary** 133:12,13,21 133:22
**announced** 82:2
**annual** 84:24 85:17 94:7,9 94:10,11,15,16 104:4 123:24 124:15 133:10 173:14,25 236:16
**annually** 94:17
**answer** 6:24 7:25 9:3 12:15 29:16 63:19,23 86:20 115:9 117:19 174:11 178:6 182:6 199:11 217:7 226:14
**answered** 8:7 58:22 194:14 227:22,24 243:4
**answering** 7:7 7:9
**answers** 249:22 251:5
**anticipated** 127:18
**anybody** 18:8 25:4,17 84:11 99:12 177:22 209:11 214:8 219:20 221:22 222:24 226:1,8
**anymore** 155:23
**anytime** 36:13 69:2 87:7 241:17 246:12 246:14
**apart** 215:20
**apc** 4:8 218:23
**apd** 106:11,12
**api** 76:17,18
**appeal** 213:4
**appealed** 213:10
**appear** 120:7 134:4 139:10 145:2 159:12 159:16,24 161:7 162:23 190:2 194:5
**appearances** 4:1
**appearing** 227:10
**appears** 131:24 133:9 134:12 135:11 137:10 137:15 145:20 146:8 149:3 150:8 157:23

169:1 180:15 183:21 186:1 188:25 189:4 193:13 241:7
**applied** 249:20
**applies** 121:16
**apply** 118:6 124:23 137:23 166:17
**appreciate** 10:3 159:19 171:9 225:12
**approaching** 40:4 46:15
**appropriate** 117:12
**appropriately** 11:3
**approval** 86:18 246:5,11,19 247:15
**approve** 89:20 247:20 248:4 248:10
**approved** 124:6 234:2 246:15 247:11 247:18
**approximately** 209:7
**april** 1:17 5:4 65:12 68:10 83:3,6,11 152:22 156:11 156:14,16,19 158:1,12,13,21 159:7,11,12 161:17 162:1,5 162:8,8 191:11 191:11,20,20 192:18,19,25 192:25 193:3,4 193:8,8,20,23 193:24,25 194:2,2,9 251:15
**arbitration** 8:18
**arms** 151:15
**arows** 99:17 157:12,13
**arranged** 229:20
**arrangements** 251:13
**arrested** 62:10
**arrive** 120:14 122:21
**article** 249:5
**aside** 44:6 69:20 221:13
**asked** 26:19 50:5 58:21 80:19 96:21 97:21 121:11 126:21 132:16 144:8 152:2,3 158:9 194:14 201:15 213:3 227:21 231:16 232:13 233:15 233:19 234:2 234:22 235:12 237:12,21 239:15 240:6 240:15 241:6 243:4,11,18 246:24,25
**asking** 7:7,10 22:2,18 32:15 32:17 33:11 43:7 44:1 58:24 99:12 109:14 142:23 158:14 184:25 185:1 197:11 217:2,22 224:16 234:4 247:5
**aspects** 160:7
**assemblies** 84:23 85:3
**asserting** 20:1 207:17
**assess** 236:22
**assessment** 236:6
**assign** 25:17
**assigned** 10:2 25:21 77:24 79:8 80:17 82:4 94:6,13 100:12,15,18 101:10 140:11 156:4 175:25 249:11
**assignment** 82:9,10 253:1
**assist** 253:8
**assistant** 21:18 21:22 22:17 25:14,20 30:23 31:1 32:2,24 48:14 84:16
**associated** 184:16 192:3
**association** 18:7 190:18
**assume** 7:25 53:3 54:7 69:23 101:21 113:1 136:24 137:1 165:7,10 167:13 174:16
**assumed** 80:14 91:7,12 225:7
**assumption** 157:19
**atkinson** 223:8 224:9,18 225:3 225:14,17
**atkinson's** 225:13,15
**atl** 253:1
**atlanta** 1:2,23 4:15 5:9 21:19 25:10,11 62:23 129:18 142:10 143:3,6

**attach** 253:10
**attached** 57:5 75:21,24 252:9
**attachments** 98:22
**attempt** 7:8 98:10
**attempted** 235:22
**attempting** 242:25
**attempts** 14:3,9
**attend** 199:17
**attention** 34:13 112:4 138:8 159:5 161:24 168:14,16 192:9 195:8 226:23 238:21
**attorney** 6:25 249:19 251:8 252:16
**attorneys** 6:1 249:24
**august** 6:15 37:18 39:18,23 46:7,8,8 47:3,8 47:19 51:3,25 52:14,21,25 53:15,16 55:20 100:3 101:7 102:2 111:24 167:10 201:22
**authority** 120:25 181:3
**authorization** 88:6
**authorize** 247:1
**authorized** 57:15 88:1 106:13 124:6
**automatically** 105:25 247:2 249:20
**availability** 77:13,17,20,23 78:9,12,14 80:21,25 81:6 81:9,13,16,24 82:8,15,16,20 83:9,11 142:23 202:6 236:10 240:12 243:1
**available** 80:20 80:21 81:5,23 81:23 82:3,12 82:23 86:8,15 98:2 99:1 110:24 111:5 113:4,6 129:8 141:22 179:20 179:24 180:4
**avenue** 4:4
**aviation** 64:17 64:25
**aviator** 146:19
**avoid** 126:11 130:14,14
**award** 12:13
**awarded** 11:19 12:3,5,17 15:6 16:11,12,15,18 145:5
**awards** 12:7 16:3
**aware** 16:17 112:6,17 119:14,23 121:5 126:19 126:25 141:18 173:17 178:21 207:4,12
**awareness** 86:10
**awol** 159:1

**b**

**b** 1:25 36:22,23 45:11 71:11,12 231:15 249:5,7 249:20 251:18
**bachelor's** 64:24 65:21
**back** 27:16 31:4,17 33:1 35:1 36:3 37:17 40:12 41:9,15 42:8 47:19 50:10 60:6 61:13 63:13,15 65:18 72:14 73:22 79:12 99:20 104:24 118:19 121:1,2 125:8 126:2 129:2 146:8 151:17 151:18 152:3 152:13 161:23 178:9 179:17 179:20 187:6 192:22 193:18 195:8 205:20 217:23 230:24 252:4
**background** 64:14
**balance** 171:16
**baltimore** 244:18,20,22 245:2,12,15
**banked** 168:10 168:12
**barometric** 181:8
**barton** 3:10 4:3 4:4 5:18,21,21 9:1 10:9 27:16 31:11 38:2 58:21 59:25 60:4 61:20,24 62:2 63:8 77:11 90:6 91:14 96:12 102:7 104:21 116:20,22 117:8,20 118:11 119:1 120:15 121:6

121:19 123:1 128:1 132:24 150:20 152:7 167:11 178:16 179:5,7 181:24 182:21 183:3 184:2 185:7,14 186:20 190:1 194:4,14,24 195:20 197:4 201:14,23 203:2,14 207:9 210:1 216:11 217:2,5 218:20 218:23 226:12 227:21 228:23 229:21 230:8 230:17 231:4 232:4,12 233:14 234:5 234:14,21 235:7 236:3 237:11 238:15 241:5,21 242:9 242:22 243:6 243:11 245:24 246:13 248:12 248:17 252:2

**base** 24:12 48:16 87:19 92:23,25 93:7 93:9,10,18,25 102:20 103:4 103:13,15 163:24 164:9

**baseball** 109:16

**based** 25:11 34:4 77:13,17 77:23 78:25 84:14 86:6 87:14 92:17,23 93:14 97:17 102:3 104:3 110:13 118:16 122:6 125:5 130:13 149:11 183:8 189:4,7 189:13 190:2 221:18 225:2 225:17 233:16 233:19 245:22 246:2,9,20 247:18 248:1 251:12

**basic** 93:3

**basically** 176:17

**basis** 102:14 118:9 236:16 249:8

**baskind** 4:13 5:16,16

**bates** 238:21

**battle** 76:2,7,8 88:25

**beat** 188:19

**beenken** 2:22

**began** 23:16 52:25 72:21 127:5

**beginning** 5:5 24:23 29:7 31:5 37:18,22 39:6,17 52:14 53:14,16 74:11 134:13 138:10 138:21 139:20 140:3 144:25 149:16 162:1 163:1,18 167:9 171:13 181:17 183:11 186:9 187:9,19 188:24

**begins** 61:5 135:16

**behalf** 1:4 4:2,7 4:11 208:23 227:12

**behavior** 107:25

**believe** 9:19 11:16 12:12 15:21 18:24 20:22 23:8 24:10 25:24 26:6 30:20 31:3 33:14 36:23 37:4 38:3,9 40:19 42:3 44:24 46:3 48:3 50:8 50:19 54:19 55:9,12,24 56:11 58:23 65:2,11 66:19 67:2 68:6 72:6 72:19 81:25 92:9,25 95:9 105:14 107:1 107:10 111:23 114:6 117:22 118:3,8,16 120:1 128:3 129:15,23 130:21 131:24 133:3,7 135:3 137:4 138:2 141:17,19 144:6 146:4 148:3,21 151:16,18 154:21 160:13 161:4 172:12 182:16 188:9 191:13,23 192:15 195:12 195:15,17 196:6,15 197:1 197:4 198:1,4 198:11,20 199:3,19,23 200:1 201:12 201:18,18,25 204:2,8 206:15 206:18,21 207:14 209:8 209:15 210:9 211:14 213:4 213:17 214:2

214:20 215:13 215:22,24 216:22 217:17 218:8,13,17,21 219:5,12,19 220:1 221:23 223:5 224:8 225:16 226:9 228:15,25 236:2 238:4 239:4 243:5 245:10 246:15 248:13
**believed** 11:2,5 11:9,14 16:18
**believes** 222:19
**bell** 18:5
**benefit** 103:24
**benefits** 103:18 114:11 115:6 115:11,15 129:5 211:11 211:18,21 235:13,15
**benjamin** 1:15 3:1,3 5:6,22,25 6:4,8,15 49:13 50:12 252:3
**benza** 224:8,10 224:12
**bereaugh** 36:19 36:20,21 37:6 40:16,20 41:1 41:6 43:14,23 44:9
**bereaugh's** 36:24 40:12
**best** 1:15 3:3 4:2,7 5:6,22,25 6:5,8,15,20 7:6 7:21 27:24 28:6 33:20 49:9,11,13 50:12 51:1 53:22 58:2 61:16 95:17 105:2 111:12 115:24 131:6 135:15 136:10 138:8 144:21 145:16 152:16 152:17,19 153:5 154:4 168:16 173:12 180:14 190:11 195:7 197:12 197:20 227:11 228:8 231:5 251:4 252:3
**best's** 2:4 3:1
**better** 111:1 112:9 147:13 155:21 212:19 243:25 244:1
**beyond** 138:17
**bid** 61:1,5 102:10 110:15 110:22 111:4 113:8,10,10,11 113:12,23 126:15 163:2 166:17 167:23 189:16,18 236:5 237:2
**bidding** 29:12 110:19 166:20 188:17 189:21 202:10
**biggest** 245:17
**binary** 166:21
**birth** 204:5
**bit** 20:4 201:9
**bits** 221:18
**block** 166:8 171:14,15
**blocks** 166:9
**board** 249:6
**boeding** 2:5 45:10,13 46:12 49:17,19,22 50:5 51:1 54:11 59:17 219:14 220:19
**boeding's** 51:25 52:8
**boeing** 69:15 69:16 100:13 101:5
**bonus** 205:20 206:6,8,9
**boss** 10:25
**bottom** 58:1 111:16 135:14 135:16 138:7,9 153:5 155:1 168:15 184:10 200:5
**break** 8:3,5 61:10 80:13 104:19 152:8 152:10 195:2 235:21
**breaking** 194:25
**breakup** 38:6
**brian** 2:5 45:10 219:14
**briefing** 36:2
**bring** 216:5
**broadly** 78:24
**broken** 61:4 188:3 231:14
**brought** 192:8 211:8,12,15,24
**brown** 1:25 4:18 5:9,11 251:18
**buddy** 86:10
**budget** 123:24 123:24 125:9
**build** 78:9 79:3 113:12 176:4 180:1
**builds** 78:2,16
**built** 85:17 111:7 180:3 229:23,25
**bumped** 72:13
**button** 105:12

**buttons** 105:14

**c**

**c** 5:1 42:2 219:18,22,23 249:6
**c.f.r.** 116:9
**cac'd** 87:16
**calculate** 115:5 129:5
**calculated** 93:10 102:18
**calculates** 115:10,15
**calculations** 114:12 115:12 115:16
**calendar** 24:21 61:4 77:13,17 78:13 83:17 85:4 94:7,10 95:11 96:3 153:21 172:25 175:21 177:6
**california** 4:10
**call** 10:17 22:20 26:12,16 27:9,15 30:22 30:25 32:2 33:9,12 41:17 55:5 69:13 95:10 129:17 142:5,22 143:25 160:18 169:9 170:20 170:24,25 171:1,2,6,16 172:17,24,25 173:2 190:23 195:23 224:14 224:20 225:14 242:18
**called** 16:19,20 27:3 36:1 45:4 45:5 55:10 66:8 70:8,24 85:5 92:14 129:16 143:18 170:22 171:5,6 172:8,11,13,14 198:15,18 218:18 224:16
**calling** 21:16 21:22 22:1 148:19,25
**calls** 21:10 22:9 22:23 26:18 32:8,23 33:13 57:21 90:6 121:20 128:23
**canceled** 119:16 122:23
**captain** 23:21 23:22,24 24:2 69:5 71:22 72:5 100:4,9 101:2,3,7,10 178:3 231:11 231:15
**caption** 251:5
**card** 87:17
**care** 86:10
**career** 110:20 204:23
**carries** 134:9
**carroll** 42:1,1 43:4
**carrying** 139:13
**case** 8:13 38:17 92:23 96:19 137:17 146:21 165:7 171:17 174:10 176:18 181:23 199:6 206:19,25 207:7,13,15,21 207:24,24 211:8,12,16,24 212:4,18,24 213:3,7,10,12 213:15,20 214:1,4,8,19,24 215:5,11,14,18 216:5,12 217:11 218:5 218:11 219:7,9 219:10,10 220:11 222:2 223:1,4,16 225:25 226:2,4 226:11 234:3 240:19 247:1 249:8,8,20
**cases** 210:12 213:5,13 214:5
**categories** 134:22 135:7
**category** 38:12 38:13,14 39:21 39:24 60:25 69:13,15,18 72:17 100:24 231:7,10,11,13
**cause** 107:25
**causing** 11:19
**cc** 58:16
**ccr** 251:18
**center** 70:8,9 70:13,16
**certain** 12:19 84:2 86:4 90:21 92:1 105:24 115:6 115:10 117:16 124:7 126:12 126:13 127:1 129:6 133:11 135:10 149:11 180:2 182:19 183:1,1 184:7 184:9 220:1 228:21 229:5 233:1 242:4
**certainly** 115:18 229:4,8
**certainty** 238:7
**certificate** 66:4 66:8,15,17,20

66:21,25 67:3 67:6,7,14,17,20 68:7,12,18,19 68:20,22 69:3 251:1
**certificates** 65:22,24 66:2 66:14 68:25 69:21 70:1
**certification** 3:4 49:1
**certified** 56:21 58:12 67:16,21 249:9,23
**certify** 251:4,7 253:2
**cfr** 2:10
**chairman** 143:6,17
**chamber** 181:6 181:9 182:2
**chance** 119:15 120:1 123:9
**change** 30:18 76:11 81:22 85:16,19,24 105:11,13 107:6,25 129:25 158:4 253:12,14,15 253:17,18,20 253:21,23 254:1,3,4,6,7,9 254:10,12,13 254:15,16,18
**changed** 80:17 80:19,21 81:6 112:2 126:9 239:8
**changes** 130:3 130:5 249:23 252:9 253:3,4 253:6
**changing** 165:12
**charged** 171:4
**chart** 92:24 107:11 167:7
**charter** 70:25
**check** 79:17 101:22
**checked** 198:9
**chief** 10:18,24 11:1 17:23 21:10,16,18,22 22:17 24:9 25:10,13,14,20 26:20 27:2,10 30:23 31:1 32:2,14,24 33:23 34:6,9 34:17 35:12 41:11 43:3,12 43:18,22 44:1 44:6 48:14 84:16 107:2 108:8 128:23 141:21 142:1 222:18 224:5 224:10,14
247:14
**child** 204:5
**choose** 104:15
**chris** 142:6,8 143:2,7,18,18 144:1
**chunk** 124:5 163:1
**circulated** 125:4
**circumstance** 121:3 161:5
**circumstances** 9:23 15:23 16:10 106:1,19 115:8 116:14 118:21 121:11 122:6 130:1 156:7 159:8,17 170:10 220:16
**citation** 68:14 68:15
**citations** 70:25
**civil** 1:6 253:6
**civilian** 52:4 90:24 118:25 121:13 174:25
**claim** 17:9 115:14,17,19
**claims** 129:4
**clarification** 210:3
**class** 3:1,4 5:24 206:24 207:16 218:5 226:25
227:1,16
**clear** 15:12 77:2 83:1
**click** 105:16
**clock** 184:21 208:15
**close** 151:6
**closer** 165:13
**code** 76:18,19 249:14 251:11
**codes** 165:24
**coincide** 238:11
**coincidental** 57:14
**colin** 4:3 5:23
**college** 67:12 204:14
**colloquies** 249:22 251:5
**colonel** 49:16 49:19 51:24 54:11 59:17
**column** 28:11 28:17 99:22 135:17 137:24 147:5 148:5,6 148:9,12,13,19 148:25,25 149:7,22 183:14,16,17 183:20 184:1 184:20 195:10 200:6
**columns** 28:23 63:6,24 101:13

134:15 147:24 147:25 183:13
**combat** 40:3 76:14 79:7,9 79:15,21,23,24 83:21 84:16 144:17 150:17 151:1 175:4 205:9 232:15
**come** 35:19 56:20 81:15 121:2 129:2,18 144:4 201:25 214:24 223:5
**comes** 115:7
**coming** 11:17 11:22 12:1 47:4 50:10 72:24 80:25 96:3 113:22
**command** 50:13 51:25 52:8 59:21 68:14 75:16 76:16 79:24
**commander** 44:25 45:9 52:2 78:16,19 78:23 86:18,19 86:24 89:19 120:18,22,23 125:24 159:7 159:11 173:21 174:16 176:17 176:18 177:16
186:25 192:8 219:15 232:25 247:15 248:3,5
**commander's** 45:5
**commanders** 187:3 248:2,6
**commanding** 88:6
**comment** 37:14 40:13 234:7
**comments** 37:11 40:15
**commercial** 67:2,7,8
**commission** 254:25
**commit** 204:22
**commitment** 205:4,22,24 206:6 251:13
**commitments** 113:15
**committed** 205:16
**committee** 143:10
**common** 87:16 168:9
**communicate** 129:10,14
**communicated** 20:6 120:21 129:12
**communication** 19:2 43:17 226:13
**communicati...** 41:10 43:2,5,8 43:11 56:17 142:1
**company** 10:17 10:24 12:22 13:1,14,18 14:5,10 54:15 57:17 70:6 109:10 143:11 221:7 222:20
**compensated** 140:13 196:10
**compensation** 227:12 229:12 240:19,22 241:3 249:15 251:12
**complaint** 20:12 21:4 34:19 53:12 55:8 73:16 208:1,7,9,13,24 213:16,17 218:5,9,12 223:18,24 226:25 228:6
**complaints** 19:25 20:5 34:11 43:24 44:2 73:19
**complete** 35:7 42:8 63:7,24 86:14,16,22,25 87:22 88:5,14 89:2,2,4,25 90:9,23 92:4 94:18,21 137:12 152:17 225:24 249:11 249:22
**completed** 35:2 35:9 42:5 79:17 87:10 90:4 91:9 252:22
**completing** 73:23
**completion** 35:13 64:14
**compliance** 249:4,14 251:10
**complied** 192:15
**comply** 191:16 192:10
**complying** 112:11 192:11
**comprehensi...** 7:22
**computer** 84:14 86:4,6 86:12,23,25 87:11,14,20,23 88:15 98:16

233:16,19 245:22 246:2,9 246:20
**concern** 2:23 12:24 14:11 20:14 26:9 44:4,9 46:5 222:9
**concerned** 160:7
**concerning** 122:10
**concerns** 20:17 48:1
**concluded** 248:19
**conclusion** 43:6 225:20
**conducted** 127:23 147:14 245:21
**conducting** 140:14
**conduit** 165:3
**confines** 82:11
**confirm** 184:25
**confirmed** 159:8 173:21
**conflict** 110:2 119:22 125:14 130:14 230:2
**conflicted** 112:24
**conflicting** 110:5
**conflicts** 105:23 230:2,6 230:13,16 235:23 243:1
**confused** 122:15
**confusing** 147:12
**congress** 124:4
**conjecture** 189:13
**connecticut** 4:4
**connection** 204:4 211:2,17 211:20
**consider** 122:16 203:24
**considered** 36:25 37:6 69:23 233:7
**consistent** 29:5 100:7 134:5 135:22 136:1 182:6 184:15 185:11,17 219:1
**consolidated** 226:25
**constituted** 36:8
**constructing** 113:13
**construction** 104:17
**contact** 10:16 10:18 13:1,18 13:23 33:21,23 107:2 108:8 123:11 144:3,6 212:12,14 216:17
**contacted** 12:22 13:2 14:16 15:2 34:8,16,21 41:19 43:16 44:18 143:14 143:17 218:15 249:18
**contacting** 13:14
**contacts** 13:23
**contain** 134:4
**contained** 133:5
**container** 181:10
**context** 47:23 59:13 172:21 202:24 210:19 211:13
**contingency** 50:12 59:22
**continuation** 79:19
**continue** 125:23 205:1
**continued** 65:13
**continuing** 123:16,22,23 124:12,20
**continuous** 39:11 127:11 141:15 188:6
**contract** 10:16 11:6,9,21 42:19 101:23 239:9 249:15 251:11
**contracts** 249:8
**contributions** 52:19 53:18 208:6
**control** 75:16 76:1,16 77:9 77:12 79:25
**controlled** 98:23 202:8
**conveniently** 37:15
**conversation** 36:25 40:12 41:3 42:12 43:23 44:8,11 44:12 45:2,14 45:18,22 46:12 48:23 56:4 211:13 212:1,6 212:24 213:20 213:25 214:16 216:24 217:15 218:6 224:25 225:3,4

**conversations** 36:12 41:13 45:3 46:9 48:24,25 49:5 59:9,13 216:3 247:19
**convicted** 62:13
**convoluted** 121:22
**copies** 123:8 252:17
**copy** 58:16 99:13 111:13 115:25
**corporate** 68:13 70:24 71:1,3,9
**corps** 26:7
**correct** 7:2 10:7 11:4 12:18 13:19,21 14:4,7,11,12 15:15,16 17:25 20:9 24:1 26:25 27:4 29:11,19 30:4 30:5,16,17 32:15,24 33:4 35:3,7,9 37:3 37:19 39:13 40:9,22 41:3 42:6,22 45:15 46:19 48:17,18 49:14,17 51:3 51:14,22 52:21 54:5 57:11 59:20,23 60:10 60:14 62:13,14 66:5 67:12 69:9 72:2 75:11 76:22 81:7 87:11 88:7 92:2,5 93:15,16 95:21 95:25 96:1,4,8 96:9 97:19 98:4 102:5 105:4 108:13 108:17,18 111:18 112:19 112:25 113:25 114:4,11 115:12,13 118:7 120:10 120:14,16 121:5 122:19 126:20 127:3 133:15 134:17 135:2,10 136:14 137:18 138:13,18,23 139:4,8,11,15 139:18,23,25 140:7,11,19,22 140:25 141:13 142:24 144:14 145:3,12 146:11 147:18 147:21 148:2 149:5,6,17,20 150:10 153:13 153:19,22 154:12 155:5 155:10 156:16 156:20 157:14 158:1,5,7,22 159:1 161:12 161:18 162:13 162:17 163:8 163:12,18,21 163:24 165:16 167:14 168:19 168:23 170:4 171:24 172:4,9 173:7,15,23 174:1 175:13 177:17 178:3 178:11 180:17 182:9 183:14 184:12,17 186:10,11,19 188:20 189:3,8 189:9,25 193:1 193:25 194:3 194:16 198:7 198:25 199:2,7 200:9,12 202:3 202:7 205:25 207:8 208:24 208:25 209:5 214:1,5,8,9,13 214:25 218:16 218:20 228:16 230:7 249:22 251:6
**correction** 79:22
**corrections** 252:9 253:9
**correctly** 10:15 12:10,16 22:6 26:23 83:2 95:7 110:8 112:14 114:15 114:16 116:15 125:10 147:14 147:24 177:14 205:23 206:12 216:4,9 227:5 245:23
**council** 143:6
**counsel** 4:1 5:12 6:3,4 62:20 215:23 218:24 226:5 231:16 232:13 233:15 237:12 238:25 240:15 249:2
**count** 150:22
**counting** 148:12
**country** 204:21
**county** 251:2
**couple** 44:19 54:8 57:7 106:11 116:2 143:19

**course** 24:13 75:17 118:22 134:25
**court** 1:1 5:11 6:6 7:4,12,16 7:17 8:11,15 198:15,18 249:6,9,23 251:14 252:20 252:23
**courthouse** 198:21
**cover** 35:16 89:10 126:4,7 146:14
**coverage** 11:11 15:25
**covered** 228:6
**covers** 146:13 147:3 246:16
**covid** 190:21 190:22 201:7
**cr** 165:13
**crash** 91:2
**create** 37:2 78:4,12
**created** 78:3 81:1 107:11,15
**creation** 80:7
**credit** 2:11,12 2:13 102:13,15 131:10 132:7,8 132:12,13,20
**credits** 134:21
**creek** 76:2,7,8 88:25
**crew** 13:2,4 16:19,20 112:10,10
**crime** 62:13
**crj** 71:15 72:14 72:16
**crux** 141:20
**crystal** 4:8 6:3 28:1 63:8 212:12,14 216:9,18,22,23
**cui** 98:23
**curious** 194:18
**curly** 35:24 36:18
**currencies** 81:16 83:23 84:1 232:20
**current** 6:16 74:5 76:21,24 77:3,10 79:20 80:15 84:8 91:7,8,11,12,23 96:22 97:3,14 102:20 114:23 133:12,22 166:17 224:6 232:15,19,23 242:23
**currently** 91:23 101:10 228:9 228:13 232:14 233:12 247:13
**currentness** 232:19
**cut** 124:7
**cutoff** 105:15 105:16 171:3
**cutting** 197:24
**cv** 1:7
**cyber** 86:10

**d**

**d** 5:1 45:11 116:3,9 117:6 118:19 121:9 223:9
**d.c.** 4:5
**da20** 74:24
**data** 28:9 60:7 60:17 152:2 153:4 161:1,24 162:20 163:7 169:7,12 172:1 172:7,10 178:19 183:7 184:6 228:12 228:15,16,22 241:7
**database** 99:11 99:15,16
**date** 5:4 28:23 28:24 29:1,2 46:4 63:7,25 74:8 82:13 100:9 106:5 120:6 122:22 136:11,19,19 142:18 153:16 158:4,21 159:23 161:5 162:1,4,8,12,16 162:16 165:15 167:23 183:20 184:11,14,20 184:22,23 197:12 240:1,2 252:4
**dated** 49:14 54:9,11 55:24 156:10,14 158:12 159:23 163:20 173:13 180:15 186:8
**dates** 31:25 46:3 49:1 54:17 100:5 135:1 136:14 149:12 157:25 165:8 183:17 187:4 188:13 193:14 200:8 236:23 240:10
**david** 1:25 5:11 219:21 223:8 251:18
**day** 60:22,23 78:11 82:19 86:25 88:23 92:11 93:2,5,6 93:8,21,23 94:1,4 104:5,5 106:8,17 108:6 109:17,18

110:2 113:11 118:7,14 120:4 120:13 128:22 139:6,7,11,25 140:9,24 145:2 145:10,12 161:6 166:8,12 166:15,16,25 167:24 169:8 169:12,20 170:3,21 171:4 171:7 172:15 173:6 182:1 184:15 187:20 187:21 188:5 188:10,14,15 189:18,20 192:20 193:24 198:13 199:1 199:19 204:10 218:14 223:12 239:23 242:14 242:18 251:15 254:21

**days** 39:22 82:24 92:16 93:25 94:19,20 95:12 105:22 106:2,3,5,9,12 106:15,16,20 107:1,9 108:6 108:12,16 109:5,5 110:13 113:3,6,9,12,12 113:16,21 114:14 124:9 124:10,10,17 126:5,7,11 128:3,12 138:6 141:13 154:10 155:7,13 156:4 156:5 160:23 161:15,17 162:21 163:8 163:11 165:12 165:22 167:3,8 167:15,16,18 168:9,11,12 170:11 171:10 171:16 172:25 174:20 175:3 177:2,4,6,9,12 177:12,15 179:10,14,16 179:17,19,24 180:2 182:9 185:12,19 186:3 188:7,8 189:21 200:15 201:10,10,20 208:16,19 217:17 228:21 229:5,10,13 239:7 240:4,24 242:6,10 252:4

**de** 99:1

**deal** 161:8

**dealt** 160:5

**death** 199:21 200:11,16,20

**december** 124:13 152:23 153:8,9,12,16 153:17 168:17 168:22,23,23 168:23 169:6 169:13 170:2,6 170:17,18 171:11,23,23 172:3,8,8 173:4 180:16 180:17 181:15 181:17,18 184:20 185:2,3 185:3 188:4 239:16 241:8

**decide** 47:15 130:9 192:12 196:8

**decided** 33:14 47:13 212:12 212:14

**deciding** 122:17

**decision** 206:2 220:7

**declaration** 3:3 226:20

**declare** 208:19

**decline** 206:17

**declined** 236:13 238:7

**defendant** 1:9 3:1 5:15,17

**defendants** 4:11

**defense** 86:7 235:10

**definitely** 32:9 48:3 222:11 242:3

**definitions** 131:24

**degree** 64:20 64:23 65:1

**delayed** 47:5

**delegate** 86:19

**delta** 1:8 3:1 5:7,15,17,19 11:4 19:12,16 19:22 20:15 21:10 22:4,21 23:1,7,16 24:24 29:7 30:1,2,4,16 31:21 34:19 37:2 41:24 42:22 43:6,12 44:7 45:6,25 46:2,10,18,22 47:17,19 48:8 48:15 49:4,20 52:13,20,24 53:12,14,15 54:1 56:12,14 69:6,7,8 72:24 74:2 97:16 99:21 100:9,12 101:20 102:6

104:11,12 105:3,5,7 107:21 108:1 108:11,11,16 109:1,24 110:5 110:6,10,11 111:16,18,19 111:20 112:9 112:17,17,18 112:25 113:20 113:23 114:3,4 115:10,15 122:2,3 125:11 125:14 126:8 126:18 127:16 128:18,21 129:25 130:12 130:19,25 141:23 144:3,4 161:21 165:19 167:8,21 168:5 170:17 172:11 172:24 179:6 179:21 183:18 185:13,18,19 187:5 188:9 189:1,3,24 190:7,19 191:10,12,21 193:9,12 195:14,18 196:3,11 197:12,18,25 198:4,6 199:5 199:22 200:21 201:13,21 202:3 204:1 206:23 207:8 207:13,17 210:14 211:2 215:6 218:4 219:6,10 222:25 223:4 223:23 224:5 224:10 226:2,6 227:3,4,9,15,18 228:3,18,21 229:1,6 230:7 230:13,15 231:16 232:13 233:15 235:23 236:2,11 237:12,14,16 237:23 238:3 238:22,23,25 239:3,20,21,22 240:8,12,15 241:7,13 242:11,13 243:2
**delta's** 28:9 38:5 43:22 60:16 114:18 129:6 162:20 163:7 169:7,12 170:20 172:7 178:19 184:7,9 184:24 187:12 198:5,10 208:5 228:11,15,22 229:2 236:9
**deltanet** 106:24 107:4
**denied** 108:6
**deny** 184:25
**department** 19:24 20:20,25 21:4 29:13 53:25 55:8,25 86:7 235:10
**depend** 125:17
**dependent** 104:18
**depending** 126:14
**depends** 123:13 125:15 202:6
**deployed** 50:23 50:24 160:10 244:9
**deployment** 40:4,6 47:5 50:10,17 75:2 75:6 126:1 127:8,12 128:7 128:7 160:23 178:2 245:4
**deployments** 175:4
**deponent** 252:3 252:8,10,12,20
**deponent's** 252:8 254:20
**deposed** 6:19 8:10 209:5,13
**deposition** 1:15 5:6,8 7:1 62:15 62:16 64:4 248:19 252:1,8 253:7
**describe** 9:23 10:6 11:13 15:23 32:11 64:13 105:10
**described** 19:11 43:14 82:7 93:14 117:17 124:24 235:2
**describing** 14:1 22:9 36:4 79:5 91:10 94:7 138:16 139:11
**description** 2:3
**desire** 253:7
**desired** 17:10
**despite** 242:25
**detail** 134:24 152:21
**detailed** 132:21 239:11
**determination** 122:5
**determine** 82:22 157:16
**determined** 102:15,16 249:15
**determines** 121:4 208:17

**determining** 112:23 121:12 157:10
**detroit** 17:23 18:6 34:3,10 34:18 35:12 41:12 42:8 48:16 71:15 231:11
**develop** 165:5
**diamond** 74:24
**die** 91:2
**dif** 200:6
**difference** 46:10 245:17 246:22
**different** 12:21 13:24,25 20:13 26:18 34:5 35:16 52:7,24 63:5,22 70:20 84:3 86:1,8,9 88:24 89:19 92:21 94:13 96:2 97:23 100:16,18 101:1 111:8 114:7 119:6,11 126:4 127:24 132:14 141:6 148:1 149:9 156:2 162:22 174:11 176:3 185:21 187:18 188:3 191:7 227:23 228:13
**differently** 29:15 88:25 92:17 94:6 102:9
**difficult** 7:15
**direct** 112:4 159:5 161:24 168:14,16 195:7 226:13 226:23 249:15 251:11
**direction** 241:20 251:6
**directive** 78:24
**director** 10:22 10:23 15:2,17 17:9 142:9 143:3
**disagree** 16:23
**disagreed** 221:12
**disclosure** 249:6
**disclosures** 249:1,3,4,17
**discount** 249:21
**discounts** 249:20
**discovered** 108:5
**discovery** 96:18 97:4
**discrepancy** 10:13 153:16
**discuss** 57:18 192:6
**discussed** 57:17 207:5
**discusses** 57:9
**discussing** 58:7 224:9
**discussion** 40:16 43:8 59:5 60:21 177:16
**discussions** 41:5 51:6 52:11 53:7 73:15 248:2
**disincentive** 237:9
**displaced** 72:7 72:8,11
**dispute** 52:23 53:4 54:4 57:25
**disqualificati...** 249:6
**disqualify** 249:13 251:10
**distance** 137:4
**distinguish** 203:9
**distinguishing** 29:23
**district** 1:1,1
**divide** 92:25
**division** 1:2 84:16,17 247:14
**doctor** 191:2
**document** 63:3 63:20 64:5 96:2 99:19 146:4 167:2 175:9 176:2,5 182:19 183:24 189:8 191:19 195:11
**documentation** 19:2,7 50:1
**documented** 120:18
**documenting** 160:17
**documents** 47:24 50:2 62:25 63:2,17 64:2 99:7 175:6 229:2
**dod** 90:17
**dodi** 92:9
**doing** 37:11 52:13 85:25,25 86:3 90:16 93:25 126:6 128:10 141:4,9 154:15 191:21 198:14 225:8 227:7 233:16 236:22 244:2

246:6
**dol** 53:11 54:16 54:18 55:9 208:1,7
**dollars** 124:10
**don** 143:8
**downes** 4:3,4 5:23,23 197:5 218:23
**dozen** 246:10
**draft** 56:9,14 56:22 57:5
**draggers** 143:19
**drill** 85:5,6,16 86:20 88:19,24 89:3,16,21 90:2,3,4,5,20 91:17,20,24 92:5 96:7 98:11 125:3 234:8,9,17 237:1,2 238:13 245:18 247:21 247:23
**drills** 84:24 85:9 91:10 92:14 93:23 94:4,19 124:23 144:13 159:19
**drive** 4:9
**driver's** 66:1
**drop** 106:13 199:19 237:5 243:2
**dropped** 126:3 128:13 130:23 199:17 240:11 240:12,13
**drops** 130:18 131:1
**due** 13:8 49:3 57:15 81:9 122:21 164:8 165:13 169:15 173:14 175:1 190:22 196:10 241:18 252:4
**duly** 6:9
**duncan** 41:17
**duties** 29:23 30:15 36:7 38:19,23 39:1 40:8 51:10,13 77:3 84:9,15 108:25 119:23 125:12 127:9 130:10 159:21 203:1,10 226:25 229:5,9 231:18,23,25 235:23,24 236:6,13,17,21 236:23 237:19 238:8 248:14
**duty** 29:21,22 39:25 40:11 47:18 50:12 59:19,22 72:25 73:23 75:10 76:16 79:25 89:10 90:23 92:15,15,18,18 92:22 93:1,2 93:15,15,18,20 94:1,3,12,14,16 94:22 95:1,5,8 95:12,20,23 103:10,20 104:5 109:6,23 110:1,5,11,16 112:8 119:14 119:16,21 120:7 121:5,18 122:7 126:2,6 126:20,24 127:13 128:15 129:1 130:12 130:20 136:24 137:1 138:15 140:6,15,21 141:3,8,9,12 143:16 144:18 156:18,23 158:13,21 159:16 160:7 161:11,11 162:21 163:11 163:17,23 165:1,19 167:17 168:2 168:18,22 169:9,17 170:4 170:18 171:18 172:3,16,23 173:6 180:16 180:19,20,22 180:24,25 181:1,2,4 185:25 189:1 196:11,14 197:19,24 198:7 202:12 204:16 224:2 225:9,11,21 244:18,20

**e**

**e** 5:1,1 15:21 36:22,22,23,23 45:11 71:12 219:22 253:6,6
**eagle** 70:8,9,12 70:15
**earlier** 13:11 40:13,19 50:9 83:16 85:13 94:8 125:1 167:23 185:6,9 200:23 201:9 208:4 216:8 218:10 231:6 231:16 232:13 233:15 234:6
**early** 31:10 72:22 73:1 192:21 194:20
**earn** 66:18,23 67:4,9 68:1,4 104:1

**earned** 66:15 66:16,20 67:1 67:6,15,20 68:7,12,18 69:1 133:12,13 133:21,23 134:9,21,25 135:1 136:7,10
**earning** 103:23
**eastern** 64:16 64:20 65:4,7 65:10 69:20 70:4
**education** 69:19,22,25
**educational** 64:14
**effective** 52:21 158:21 185:2
**effectively** 141:15
**efficient** 245:20
**effort** 122:1 206:7
**eielson** 174:2
**eight** 135:18 139:13 144:23 145:3,6 174:20 175:3 177:2,4
**either** 9:19 11:11 15:3 16:4 29:24 46:7 67:5 72:23 80:20 90:23 92:12 93:15 106:2,19 107:8 128:10 143:1 149:14 150:21 153:20 161:5 165:21 171:11 172:15 174:15 182:20 208:7,19,22
**electronic** 55:12 107:5
**electronically** 252:10
**email** 10:21 17:8 33:14,16 33:18,20 46:14 56:18 97:8 98:8,18,20 99:5 107:2,19 107:19,20 129:14 176:6
**emailed** 46:18 46:21 47:5,10 63:9 129:16
**emails** 56:24 57:5,20,22,23 98:16
**employed** 52:18,20 70:15 71:3 126:18 197:25 200:21
**employee** 20:10 28:11,14 46:19 48:8 70:12 71:1 116:12 117:2,11,14 143:12 183:14 219:7 251:8
**employees** 222:25 223:4 226:2,5
**employer** 90:25 116:12 117:2 117:14 118:2 118:25 121:14
**employment** 20:15 21:9 24:24 29:7 52:25 70:17,18 70:20 74:3 117:15,23 118:4,14,15 129:24,25 130:4,6 203:4
**encompass** 126:11
**encourage** 220:10
**encrypted** 97:8 98:21,23
**encrypting** 99:1
**encryption** 98:7
**ended** 38:1,20 38:23 39:2 46:7 51:3 53:14 70:18,18 125:21 127:6 127:13 177:13 177:14 191:9 191:21 192:13 205:4 208:10 216:1
**ends** 61:2,5 124:20 132:16 201:3
**energy** 222:10
**engage** 87:24 203:9 217:18
**engaged** 43:19 141:2 155:13 156:23 217:16 218:23 219:2
**engaging** 37:12
**engine** 67:3,7,8 67:17,24 68:4
**ensure** 30:14 114:11
**enter** 239:6
**entered** 114:13 253:7
**entire** 48:17 96:14 127:17 127:24 163:1 165:5 171:15 176:22 178:14 179:3 181:22 192:18 193:8 194:12
**entirely** 202:8
**entitled** 111:17 238:19,22
**entries** 138:12 138:21 139:2,3 139:13 140:2

141:11 144:23 144:23 145:3,6 145:9 151:24 154:5 161:25 161:25 188:24
**entry** 139:7,17 139:18,23 140:17 152:22 153:8,9,12 154:9 162:7,11 162:15 168:17 171:22 188:24 189:6 192:24 193:3,20
**equipment** 84:4 100:16,19 100:22 101:1,4 101:8 151:9
**errata** 252:1,4 252:9,10,12,15 252:17,19,22 253:1
**error** 11:19
**esgr** 19:23 20:10,14,17,23 21:2,5,7 143:8
**especially** 224:2 225:10
**esq** 4:3,3,8,12 4:13,17 252:2
**essentially** 22:3 35:24 36:4 54:15 93:6 133:8 137:14 141:10 165:4
178:1 190:21 204:22
**establishing** 182:25
**estimate** 18:12 18:13 102:23 236:16
**et** 5:7
**ethics** 249:14 251:11
**evaluate** 123:4 230:6
**evaluated** 230:16
**evaluating** 122:22
**evening** 172:13 172:24
**event** 124:19
**eventually** 125:7
**everybody** 87:5 124:8 176:11
**evidence** 251:6
**evidentiary** 199:6,17
**exact** 32:25 58:14 142:18
**exactly** 49:23 56:2 108:20 128:25 134:4 150:12 163:5 175:11 207:25 210:8 212:13 217:19
**examination** 6:11 231:3 243:8
**examinations** 3:7
**examined** 6:9
**example** 26:1 79:4 82:24 83:15 84:7 87:3 91:1 113:8 114:2 123:14 135:13 141:22 170:25 234:19
**except** 61:6 131:22 249:8
**exception** 69:17
**exceptions** 117:16
**exchange** 56:24
**exclusion** 106:17
**excuse** 31:13 100:2 139:7
**execute** 36:6 126:9 195:22
**executed** 120:4
**executive** 143:6
**exercise** 94:24 94:25 123:17 124:2 165:6 174:2,5 175:5 175:11,22,24 176:23 177:1,7
177:11,12 179:10 186:12 186:16,18,21 190:24 191:25 192:14,18 193:8,13 194:8 194:8,13
**exercises** 175:20 244:10
**exhibit** 2:3,4,5 2:6,8,9,10,11 2:12,13,14,15 2:16,17,18,19 2:20,21,22 3:1 3:3 27:22,25 28:6 29:2 31:4 31:25 37:17 39:5 49:7,10 49:11 50:6,11 53:20,23,23 54:11,21 55:23 56:10 57:9 58:2 59:7,16 60:6 63:4,20 95:15,18,19,21 95:25 96:11 99:20 101:13 102:1 111:9,12 111:12 115:21 115:24,25 131:4,7,7,15,18 131:19 132:1,4 132:4,6,9,10,12 132:18,19,19 132:22,23

133:4,5,9,14,15 133:18,19,25 134:2,8,20,24 135:5,6,8,12,15 135:23,24,25 136:1,2,5,8,9 136:10,13,18 138:7 145:17 145:18,18,19 146:3,5 147:17 147:25 151:11 152:20 153:4 153:23,25 154:4,9,23 156:9,10,14 157:2,5,6,7,7,8 157:11,11,12 157:14 158:3 158:11,20 159:6 161:14 161:14,16,23 162:21 163:10 163:14,16,17 165:14,15,17 165:23 166:24 168:13 169:5 171:23 172:1 173:3,9,11,13 175:17 178:9 178:23 179:4 180:11,14,14 181:13 182:12 182:15,15,25 183:13 184:16 184:17 186:5,7 186:8 187:6,11 187:17,18,18 188:20,23 190:8,10,11,14 192:22,23 193:18 195:8 195:12 196:16 196:19,19 197:10 200:4 201:11,11,12 201:19 217:21 226:15,18,18 238:17 239:10

**exhibits** 2:1 28:2 145:14 249:23,24 250:1

**expanded** 135:12 136:5

**expect** 123:20 127:8 171:10 182:8 185:9

**expectation** 89:15,24 90:1 110:13 128:4 234:9

**expected** 84:21 89:8 94:24 126:24 127:11 159:20 185:5 236:21

**expecting** 125:22 126:2

**experience** 25:24 26:2 41:22 42:11 85:16 125:7 129:24 130:5,9 130:13 199:10 224:22

**experienced** 79:10

**experiences** 205:9

**expiration** 206:13

**expires** 254:25

**explain** 22:19 23:5 42:14 75:22 86:5 87:8 89:14 123:21 169:16 170:23 231:9

**explanation** 46:24 126:17 155:11 171:9

**express** 226:10

**expressed** 26:9 73:16 235:21

**expressing** 44:3 44:9

**extend** 24:19 127:1,9

**extended** 39:1 138:17,18

**extensively** 170:15

**extent** 37:4 77:12 99:13 115:7,10,14 116:5 175:16 217:5 236:5

**f**

**f** 168:10,10 190:23

**f37at114** 147:6 149:8

**faa** 57:10,13,15 66:2,11,14 67:21 69:2,21 70:1

**face** 129:19,19

**facility** 252:23

**fact** 48:6 120:19 122:23 126:10 163:3 187:7 224:24

**factor** 121:3,16 121:17 206:2

**factors** 121:12

**failure** 158:25 192:3

**fair** 165:7 170:16 203:25

**fall** 72:6 142:19 200:19 205:4

**falling** 215:19

**fallout** 81:9

**familiar** 52:6 109:19 120:8 121:7 182:15 190:11 222:22 222:23 232:2 243:11,15,19 243:21 248:8

**familiarity** 244:7
**family** 47:12 91:3 199:22 200:12,16,20 202:25 234:20
**faq** 131:25
**far** 28:10 54:16 61:17 116:11 116:13 118:24 121:10,12,16 151:22 157:21 164:12 165:11 182:4 193:12 212:13 247:22
**favorable** 36:15 37:2
**february** 22:5 22:10 26:25 72:23 83:5 155:4 170:14 186:10 188:1 188:13,17 189:17,18,22 189:25 223:13
**federal** 19:15 19:21,24 20:7 115:25 123:23 253:6
**feel** 10:14 116:3 147:13 241:23
**feeling** 205:13 242:11
**feet** 181:9
**fell** 190:25
**felt** 21:11 138:16
**fifth** 37:17 147:25 149:7 168:17 187:25
**fighter** 40:25 73:12 75:20 76:15 84:5 96:23,25 97:10 97:11 146:1 156:19
**figure** 21:13 102:24 126:6 172:20 176:2 217:11
**file** 17:5 252:16
**filed** 17:4 19:25 21:3 53:11 56:3 207:24 208:1,23 209:7 209:14 210:10 210:10 213:3,7 213:13 214:1 252:19
**filing** 14:6,23 207:3 213:9,14 216:17
**fill** 55:11,13 105:17 107:3 175:9 177:22 252:10,10
**filled** 107:5 175:7
**final** 208:11
**finalized** 127:2
**financial** 237:4 237:9 249:7
**financially** 251:8
**find** 21:12 136:6,8 175:1 213:9
**finds** 176:1
**fine** 126:6 147:12 194:21 206:5 241:23
**finished** 7:7,10 42:16
**finishing** 192:20
**firm** 249:1,17
**firms** 219:2
**first** 3:2 6:9 9:12,17,24 10:6,16 11:7 11:16 12:12,22 13:6,10,14 14:1,22,24 16:16 18:5 19:7 21:9 22:21 23:13 24:2 27:9,15 28:11,17 29:1 29:6 30:22,25 32:2,9 39:4,16 50:11 54:9 57:8 65:13 66:13,15,16 69:4 71:15,20 72:14,15 74:22 74:24 75:2 78:8 80:14 82:19,21 83:14 100:1,8,11,15 101:17 112:6 116:10 117:5 120:13 125:21 126:17 128:2 129:11 133:18 133:19 136:7,9 136:18,21 139:6 143:5 145:18 148:8 148:12 160:12 178:10 188:11 196:23 199:24 203:4 205:2 210:5 212:11 213:19 214:16 215:11 216:21 216:23 217:15 218:2 230:6 231:15
**fiscal** 85:7,12 88:22 96:4 124:13 128:5 128:13 175:22
**fiscally** 247:25
**fit** 113:15
**fitness** 84:12
**five** 56:8 101:17 177:12 179:10 185:12

185:19 186:3 188:3 203:4 217:17
**fixed** 18:16
**flag** 174:2 176:7 177:1
**flagged** 111:17
**flew** 149:3 151:19 223:12
**flexibility** 77:16 104:11 104:13,17 237:13,14
**flight** 2:9 12:8 23:21 40:3 64:17,25 65:11 65:13 66:2 67:16,21 68:10 70:5,8,9,12,16 70:25 71:1,4,9 82:3 84:6 104:2 109:19 111:13 139:1 144:11 146:24 149:16 153:22 154:2 155:12 155:15 199:17 238:19 248:3,6
**flights** 104:6,8 130:19,23 245:7
**flip** 111:15
**florida** 164:1,9
**flowchart** 106:24 107:11 107:13,16,25
**flown** 69:8,11 69:12 78:11 149:15 223:6 244:13
**fly** 12:2 75:25 76:20,21,24 77:2,6,9,14,17 79:10 91:1,19 91:19,21,24 104:6 144:4 156:4 169:15 172:15 179:21 196:9 236:11 241:18,24,24 242:7,11 245:18,18
**flying** 2:14,15 65:14 70:25 77:6,13,19,23 77:24 80:4,5,7 80:16 81:19 82:12 83:17 84:8 91:6,8,11 91:18 92:1 144:13 145:20 145:21 146:6 147:14 151:7 151:12,24 152:16 153:1 153:17 154:8,9 154:16,17,18 155:18 177:7 179:11 231:18 231:23,24 232:18,21 233:5,8,12 237:17 238:12 238:12 239:11 242:20 243:20 243:22
**fmla** 204:3,4
**focus** 10:4 34:13 138:8
**focused** 11:7 14:21
**folks** 25:25 36:6 84:21 176:15 177:9 220:15
**follow** 105:7,10 141:12 203:11 243:10
**followed** 13:20 15:14 26:17
**following** 26:23 42:12 77:21 78:2 82:19 88:16 89:12 203:8 249:1,4 253:4
**follows** 6:10
**folsom** 4:10
**fom** 114:21,23
**force** 80:8 84:1 96:17,20 146:21,23 163:24 164:9 177:21 178:3
**forced** 108:3
**foregoing** 218:3 251:4
**forget** 143:8
**forgotten** 144:9
**form** 9:1 17:5 31:11 38:2 39:11 55:11,12 55:15,18 61:20 77:11 90:6 95:21 96:12 102:7 105:17 107:4,5 116:20 117:8,20 118:11 119:1 120:15 121:6 121:19 123:1 128:1 132:24 150:20 156:2 167:11 178:16 179:7 181:24 184:2 185:7,14 186:20 190:1 194:4 203:2,14 207:9 209:9 216:11 227:21 228:23 229:21 230:8,17 233:10,24 234:12,18 235:5,25 237:7 238:10 240:25 241:14 242:1 242:15 245:24 246:13 248:12

253:7,9
**formal** 69:19 69:23,25
**format** 95:19 95:24
**former** 36:2 219:14
**forms** 249:6
**fort** 244:19,23
**forth** 33:1 98:11
**forward** 252:16
**forwarded** 143:8
**found** 105:21 161:1 208:21
**foundation** 116:22 117:9 117:21 118:12 121:20 132:25 167:12 182:21 183:3 184:3 195:20 201:14 201:23
**four** 62:22 82:24 85:23 88:22 92:14 93:23,25 94:4 124:17 141:11 144:23 147:23 147:24 162:22 163:7 173:8 183:13 186:22 186:25 205:21 205:22,24
206:5,13 217:17
**fourth** 39:4,10 58:1 59:7 60:8 60:12 147:5,25 148:24,25 158:24 162:15 166:22 183:20 183:25 184:19 187:25
**frederick** 142:6 142:8,12 143:2 143:7 144:1
**free** 90:18 116:4 137:13 205:18
**frequency** 43:24 236:12 238:5
**frequently** 85:22 110:18 132:16
**friday** 128:11 177:8 179:12
**front** 179:17,20 195:9
**fulfill** 30:15 84:19 113:21
**full** 6:13 70:18 115:14 124:18 173:6 180:16 181:1 182:9
**fulton** 251:2
**function** 245:15
**functions** 112:11 244:11
**funded** 119:15 119:17 122:24 123:5,18,19 124:22,22 125:8 236:8
**funding** 124:7 124:15 125:6
**funds** 124:10
**furnish** 253:9
**further** 53:7 130:14 168:17 231:1,14 243:6 248:16,17 251:7
**future** 166:16 221:6 222:22 228:6

**g**

**g** 5:1 36:23 45:11 219:18
**ga** 252:24
**game** 109:16
**garrick** 219:15 219:16,17 220:2,4
**garrison** 160:9
**general** 109:22 112:5 185:11 185:15 202:22 219:9 223:17 230:11
**generally** 37:9 158:9 230:11
**gentleman** 35:22 36:18
**gentleman's** 41:25
**gentlemen** 22:24 25:16 151:14 222:25
**georgia** 1:1,23 4:15 5:9 249:4 249:10 251:2
**getting** 12:5 47:5 104:15 118:19 121:1 128:23 150:25 208:5
**giustina** 4:17 5:19,19
**give** 7:14,18 79:4 88:10 117:2 123:14 124:14 230:20
**given** 84:19 88:18 94:17 112:8 114:21 116:12 189:7 236:7 251:6 253:8
**go** 6:22 31:13 35:16 41:18 47:16 63:10 64:18 70:5 73:22 86:24 90:20 91:1 97:9 98:8 99:13 109:16

122:22 132:13 136:3 143:7 145:24 146:8 151:17 152:3 153:4 161:23 169:25 174:16 175:9 176:13 176:15,16,20 176:20 177:19 177:22,25 178:3 181:8 187:6 191:16 192:22 198:21 217:23 221:7 231:12
**goes** 101:18 199:4
**goggle** 151:5,6
**goggles** 151:10
**going** 6:23 7:6 28:2 30:3 37:10 38:8,14 39:18 40:12 41:9,15 46:16 47:9 49:2 60:1 74:10 78:11 80:13 82:22 89:16 95:17 110:1 113:3,5 113:14,18,20 116:1,2 117:24 119:21 123:9 124:2 125:13 125:13,22 126:25 128:5,6 128:7 130:10 138:17 144:9 150:16 152:8 174:19 175:8 175:10,11 176:7 177:19 189:19 192:9 192:20 194:24 196:9,18 217:6 226:12,13 231:5 236:8
**good** 6:2,13 109:11,12 123:9 142:6 143:4 152:7 178:6 212:18 247:21,24
**google** 213:8,9 214:4,11,17
**googling** 213:11
**gotten** 97:7 236:14
**government** 8:22 19:15,21 19:24 164:17
**graduated** 65:12
**graduating** 65:9 69:20 70:3
**graduation** 65:7
**grandfather** 200:1,3 201:8 201:8
**grandma** 200:2 201:7
**grandmother** 199:25 200:17 200:24
**granted** 233:23
**granting** 202:5
**great** 159:4 204:24
**green** 12:4,12 13:8 16:2,4
**greetings** 252:6
**grievance** 9:7,9 9:12,13,17,24 10:7,12,21 11:8 12:20 13:7,13,16,21 14:6,14,15,22 14:23 15:22,24 17:4,7,15 19:3 19:8
**grievances** 9:14 9:25 12:11 19:10,12
**gross** 103:12
**ground** 6:22 66:3 68:9
**group** 45:2 76:3,5,17 80:24 84:17
**guard** 20:10 25:18,22,25 29:24 73:2,5 73:13,24 74:2 75:10 77:4 80:18 82:14 94:17 118:22 131:10 132:8 137:13 143:12 146:20 180:16 181:2 204:11 204:18,19,24 205:25 206:7 206:12 231:19 231:23 235:3 243:13,20 244:22,25 246:18
**guards** 231:24
**guess** 55:21 56:15 65:14 75:17 88:13 90:17 93:17 107:24 108:23 110:21 122:8 135:23 152:25 153:22 158:18 165:20 169:25 174:18 176:25 179:11,14 180:23 183:8 188:18 199:12 201:2 203:8,19 208:2 215:20 217:18 239:12 246:22
**guessing** 50:20 120:10 188:12

**guys** 107:13 197:2

**h**

**h** 36:23 219:22 219:23
**haley** 1:3 4:2 5:7,22,24 209:20,22
**half** 60:2 133:18 138:9 152:9 176:20 246:10
**halfway** 166:6
**hamilton** 4:13
**hand** 30:1,4
**handful** 160:23 176:14
**hannah** 4:13 5:16 28:2
**hansen** 21:19 23:3,4,5 25:4 26:1,9 32:22 33:3,6,8 34:2 129:13 142:22
**happen** 90:19 96:24 108:19 122:14,18,25 123:5,10,12 126:13 130:11 130:11 156:3 156:22 177:23 244:12
**happened** 16:20 27:15 31:24 52:17 108:20 160:21 207:3
**happens** 125:20 158:14 230:3
**happy** 8:4 45:25 46:2
**harassment** 224:1
**hard** 7:17 205:12 215:1
**harvel** 143:9
**head** 7:15
**heading** 166:4
**heads** 164:7,12
**health** 241:20
**hear** 63:9 173:3 216:8 245:22
**heard** 142:7
**hearing** 8:12,14 17:15,16,17,19 17:25 18:10,14 18:18,22 107:12 199:6 199:18
**help** 79:3 165:5 170:15 204:25 205:10,11,13
**hey** 176:6,19
**high** 64:15,18 81:11
**higher** 104:14
**hire** 29:15 206:24
**hired** 35:25 68:13 71:15 125:18
**hires** 206:23
**history** 2:14 145:20,21
**hit** 105:17
**hold** 65:22,25 72:4
**holds** 152:5
**holiday** 105:24 106:7,9,10,16 106:20 107:9
**holidays** 106:11,13,15 224:3 225:23
**home** 6:16 46:16 47:4 50:20 53:3 87:22 88:1,5 88:15 164:11 170:15 171:21 233:17,20 245:22 246:3,9 246:21,25 247:1,4,8,22 248:11,15
**honestly** 25:15 160:6
**hour** 60:1 84:1 92:14 152:8 173:8 184:21 194:25
**hourly** 101:14 101:19,25 102:13
**hours** 14:25 23:21 62:22 83:19,22,25 84:7 146:9 148:1 149:19 152:25 197:5
**housing** 93:3,4 93:5,19,22
**huh** 7:17,17

**i**

**icrew** 2:20 19:4 102:18 105:8,9 105:12 106:4 108:9,12,17 182:20 183:2 183:10 193:16 194:12 237:24 238:1
**idea** 201:24
**identify** 197:11 197:14 211:17
**ids** 137:6
**idt** 136:25 137:17
**immediate** 234:20
**immediately** 139:2
**impact** 167:20
**impacts** 251:13
**impartial** 251:14
**impartiality** 249:14 251:10

**important** 7:14
**improper** 121:20
**improperly** 12:17 15:6
**inaccurate** 195:16
**inactive** 40:11 88:19 89:10 92:15,18,22 93:1,4,15,20 94:1 95:8,12 95:23 96:5 103:10 127:13 128:15 137:1 140:6,15 141:8 168:18,22 169:17 170:3 172:3 173:6 180:24
**inc.'s** 3:2
**incentive** 103:1 103:13 237:4
**incidents** 19:20 20:24
**include** 43:8 51:21,21 91:18 114:13 132:22 133:4 134:12 134:14 135:5 144:15 154:19 159:20 241:19
**included** 125:4 136:8 150:18 150:22,24
**includes** 134:20 134:24 135:10 138:15 149:23 167:2
**including** 128:24 171:5
**inconsistent** 11:14
**incorporated** 5:7
**incorrect** 102:2
**incorrectly** 12:6
**increase** 155:24
**independent** 174:23 198:12
**index** 2:1 3:7
**indicate** 157:23
**indicating** 193:10
**indication** 157:20
**indirect** 220:25
**individual** 2:15 85:19 146:6 166:7,12,15
**individuals** 176:19 220:14 247:19
**infighting** 215:23
**information** 22:24 26:22 27:6,19 98:24 132:23 133:5 133:11,20 134:5 172:12 182:25 184:24 198:3
**informed** 218:5
**initial** 12:8 13:18 22:20 32:23 40:2 41:22 42:11 43:1 52:16 68:21 74:13 82:16 95:11 159:23 207:3 212:23 213:25
**initially** 20:17 32:13 46:22 80:17 177:18 206:21 213:2
**initiate** 14:14 15:23 17:7
**initiated** 10:7 10:12 14:15 19:11 20:5,12 22:7,11,14 55:8 62:7
**initiating** 14:23
**initiation** 24:24
**input** 190:3,6
**inquiry** 131:11
**instances** 107:3 119:16
**instruct** 217:6
**instructing** 65:11,13 70:5 150:6
**instruction** 235:11 246:18
**instructions** 190:24
**instructor** 66:3 66:3 67:16,21 67:24,24 68:2 68:5,9,11 150:1,3,5,19 151:1
**instrument** 66:22 67:23 68:1
**insurance** 103:21
**integrity** 225:8 225:15
**intel** 87:5
**intends** 117:14
**intent** 188:17
**intentionally** 122:13
**interact** 245:1
**interest** 210:17 227:11 249:7 249:12 251:9
**interested** 251:8
**interference** 29:25
**interim** 214:15
**internet** 87:14
**interpret** 7:16 116:2

**interrogatories** 3:2 196:23,23 217:24
**interrogatory** 197:11 199:11
**intervening** 214:22 215:10
**intrusive** 187:5
**inure** 118:21
**investigate** 17:10
**investigator** 208:17
**involuntarily** 72:13
**involved** 9:5,7 9:18,24 220:11
**ioe** 41:22 42:5,9 42:10
**ish** 103:9 124:14
**issue** 12:13 13:2,8 15:4,10 18:17 49:25 52:18 53:17 54:15 57:15 88:8 98:7 121:2 126:6,8 126:10 128:25 129:6 141:20 222:21
**issued** 66:7 159:22
**issues** 9:25 20:23 57:7 66:11 223:22 223:23
**item** 158:20 159:5
**itinerary** 156:15 173:23

**j**

**j** 1:25 251:18
**j'metria** 54:19 54:21
**james** 4:12 5:14 59:25
**jan** 164:10
**january** 8:12 8:14 72:23 74:8 124:19 149:4,17 152:21 155:4 163:18,20 164:8,9 165:9 165:16 170:8,8 170:14,14 186:9,10,19 187:13,15,20 187:21,23,23 187:24,24,25 188:5,15,16,25 189:1,2,3,7,8 189:17,24 199:7,14,18 223:13 239:25
**jeremy** 206:20 206:22
**jim** 36:19,20,21 44:22 45:4,6 128:24 129:11 142:23
**job** 65:14 76:16 99:23,25 100:3 101:14 160:8 174:21
**jobs** 174:25,25
**joe** 212:12,15 216:9,18
**jog** 194:18
**john** 41:19 42:1
**join** 73:5,12 204:11,12 217:12
**joining** 219:9
**joseph** 4:3 5:21 252:2
**judgment** 215:24
**july** 37:15,16 37:19,22,23 38:7,8,8,17,24 39:2,6,6,12,12 39:16,16,18 40:9,9,15 47:4 50:14,18,19,22 51:2 57:10 59:19 60:13 127:5,6 130:2 130:2 142:4,4 144:2,25 145:10 155:3
**jumping** 206:4
**june** 31:5,6,10 31:22,22 32:6 32:6 47:3 50:13 58:4,4,9 58:9 59:15,15 59:19 60:9,10 60:13,21,24 65:2,10 73:6 134:13,16,16 135:17,17 136:2,3,11,12 136:19,20 138:10 173:14 173:15,15,21 173:22 174:8 174:13,14 178:11,11,20 178:20,24,25 180:7,7 218:16 218:18,20,24 219:4,13,25 226:21
**jurisdiction** 52:4
**jurisdictions** 52:5
**jury** 197:13,19 197:24 198:7 198:16,22,24

**k**

**k** 49:3 52:19 53:8,13,14 129:5 208:5 219:18 223:9 223:10
**keep** 47:5 122:8

**keeps** 130:25
**kellogg's** 76:9
**kelly** 4:17 5:19
**kept** 130:22 205:14
**kevin** 21:19 23:4 26:19 129:13,16
**kicked** 124:12
**kind** 25:17 33:1 66:10 78:24 82:24 87:13 125:15 127:25 128:16 191:7 204:1 208:15 213:3 215:15 216:1 248:6
**kinds** 148:2 168:4,7
**knew** 165:8,10 174:12 179:12 186:18
**know** 7:24 8:4 10:20 15:20 18:10,22 19:1 22:2,20 25:15 26:4 27:10,11 30:11 32:12 33:13,17 36:22 45:1 48:10 52:2,3,23 53:2 56:8,19,20 58:13 59:4 61:1 68:8 76:18 78:3 80:20 82:12,18 85:5 86:7,11 90:10,11 91:4 94:21 99:14,18 102:20 103:2 104:14 108:4,7 108:20 109:14 109:16 110:10 111:4 112:1 113:3,18,19 114:9,22,24 115:5,14 116:7 121:18 122:12 123:6,7,19 124:18,20 125:12,18 128:10,14 129:4,7,7 130:14,25 131:3 133:2 136:16,25 137:3,8,9,21,25 138:3,25 141:4 153:19 155:15 157:20 159:3 159:24,25 160:6,9,11,12 160:15,16,18 161:5,7,20 163:1,3 164:14 165:2,11,12 167:1,6,25 168:1,2 169:22 169:24 170:12 171:3,17,20 172:19 174:15 174:24 175:6,7 175:8,10,11,20 176:4,6,7,8,10 176:11,12,14 176:18,21,24 177:19 178:5,5 178:13 179:25 181:3,25,25 182:2 185:8 187:4 188:11 189:13,13 191:13 192:9 192:17 193:15 193:17 196:8 196:24 198:21 200:25 202:13 202:15 203:4,5 203:15,22 204:13,22,24 205:8,9,10,12 206:22 207:2,2 207:4,10,25 208:2,11,16,20 208:21 209:16 209:17,17,20 210:21 212:2 212:11 213:3,8 213:9 216:16 220:6,17,25 221:5,6,18,22 221:23 222:1 222:21 223:18 223:18,21 224:12,25 225:8,10,22 228:16 229:24 231:22 234:2 234:20 236:9 237:2 239:2,8 239:19,24 240:2,11,13 241:19 242:13 242:16,18 244:12,13 245:19 246:10 247:12,13,23 247:24 248:4,5 248:14
**knowledge** 133:6 152:18 152:19 207:18 224:19,23
**known** 112:8
**knuckle** 143:19

**l**

**l** 4:8 42:2,2 190:23
**label** 166:19
**labeled** 10:25 60:25 147:6 168:10,15 188:8
**labor** 19:25 20:21,25 21:4 54:1 55:8,25 208:24
**lac** 143:17
**laid** 202:10

**lane** 6:17
**late** 31:10 47:4 72:7 77:21 85:13 122:13 124:22 163:4 170:14 175:8 211:6
**law** 4:8 19:16 19:22 218:23 219:2 249:4
**lawsuit** 62:8 208:23 209:3,4 209:12,12,25 210:6 211:2,5 211:18,21 221:8 240:22 241:2
**lawsuits** 210:17 210:20
**lawyer** 54:1 208:5
**lead** 40:3 84:6
**leak** 87:5
**leap** 61:7,8
**learn** 67:18 159:15 161:7 206:19
**learned** 204:18 206:20
**learning** 137:5
**leave** 2:4,20 22:1,7,12,15,21 23:13 24:18,20 24:25 26:10,10 26:15,18,24 27:3,7,8,19,20 28:18,21 29:1 29:6,14,17,21 30:2,23 31:5 31:20,21 32:6 32:10,10,20 33:4,15,22,25 34:11,15,20 35:2,6 36:5,9 36:11,14 37:1 37:1,7,13,18,22 37:25 38:13,16 39:11,22 40:1 40:17 41:7,12 42:13 43:16,20 44:10,17,18,21 47:11 49:4,5 49:14 50:1,2,2 51:2,5,7,14,14 51:15,18,22,22 52:4 53:19 57:10,13,15,16 58:3,8 60:7,13 60:17,24 72:18 72:21 90:24 100:2,2,20 105:3,5,7,14,15 105:16,18,25 106:4,8,22,25 107:4,14 108:2 108:6,16 109:1 109:24 111:22 113:17,24 114:12 117:15 117:24 118:6 118:13 119:7 122:18 125:21 126:16 127:5 127:16 130:1 141:25 142:14 143:15,22 161:24 162:22 162:24 163:4,7 166:5 168:4,7 170:16 178:10 178:10,15,20 178:24 179:4 179:13 181:14 181:20,23 183:9,18 184:16 185:2,6 185:13,19,24 187:13,14,22 187:24,25,25 188:6 189:7,24 190:20 191:4,8 193:16,24 195:11,13,19 196:3,11,14 199:22 200:16 200:21 201:10 204:1,3,4,20 223:23 224:13 224:16,19,23 225:23 227:3,4 227:8,9,13,14 227:19,20 228:18 229:1 229:17,23 230:15 231:13 237:3,6,18,22 238:2 239:7,20 239:21,22,25 240:7,24 241:3 241:4,6,8,12,13 241:17,25
**leaves** 26:17 28:9 29:10,18 30:7 31:10,12 32:3,8,15,18 33:24 35:19 43:4,9,13,25 44:4 108:12 182:19 183:1,1 184:8,9 185:18 187:12 188:3 228:3,4,10,11 228:20,24 229:19,20,25 230:7
**leaving** 117:18 117:23 118:4 118:15
**lec** 143:6
**led** 15:23 16:11 41:9 110:22 225:19
**left** 28:10 71:8 101:14 129:16 133:20 151:22 206:12
**leftmost** 183:14
**legal** 5:10 52:3 120:24 160:7 160:17,20,25

196:9,11,13 197:14,14 217:6,9 242:7 249:10,18
**legally** 178:4
**leigh** 4:13
**length** 178:14 181:22
**lengths** 119:6 119:11
**letter** 2:6 53:25 54:9,9,13,21 55:23 56:9 57:5,8 58:11 58:14,17,20,24 59:3 64:7 190:17 191:1,1 208:3,4,11 218:24
**letters** 56:20
**level** 83:21
**liaison** 48:14 48:15 224:6
**license** 66:1,5,7 66:11
**licensed** 147:19
**licenses** 65:22 65:24
**lieutenant** 49:16,19 51:24 54:10 59:17
**life** 103:21
**likelihood** 123:7
**likely** 123:12 124:21 154:15 169:14 182:1 236:23
**limit** 119:6
**limitation** 180:1
**limits** 158:25
**line** 18:6 37:20 37:21 38:11,15 39:20 102:10 102:11 110:15 114:2 135:10 151:18,18 172:16 190:18 220:25 253:12 253:15,18,21 254:1,4,7,10,13 254:16
**lines** 1:8 3:2 5:7 5:15,17,20 19:12 48:15 54:1 78:11,17 110:20,22 175:9
**link** 28:2 105:17 107:22
**list** 79:2 81:4 86:6,9 97:3 135:8 178:14 179:3 181:22 188:21 199:11 201:12,16
**listed** 29:2 39:5 58:16 100:1,4 101:17 138:22 140:17,21 149:15,17 150:4 154:11 155:3,7 165:15 172:15 173:23 187:20
**listing** 140:10 140:10
**literally** 56:23 79:2
**little** 121:21 122:14 186:3
**live** 142:15
**living** 164:4
**livingston** 44:22 46:13 48:1,6,19,20,23 52:12,15 53:8
**livingston's** 50:7
**llp** 4:4,13 218:23
**loa** 190:19
**local** 143:6
**location** 5:8
**log** 87:15 90:8 107:4 153:22 154:2 155:14 155:15,17,24 155:25 188:12
**logged** 2:20 183:9
**logging** 146:24 155:19,22 156:1
**long** 22:7,11,15 22:22 24:18,20 24:25 32:20 33:4,15,22,25 34:14 35:2,6 37:25 38:20 40:1 62:21 70:15 71:3,17 72:4,15,18,20 72:20 117:24 118:23,23 125:20 186:25 204:9 217:14 231:12 245:11
**longer** 39:17 76:14 81:22 82:3 108:15 125:23 127:9 177:2,15 204:16 238:12
**look** 18:21 28:16 31:4 54:20 57:25 58:15 59:16 60:6,7 79:12 98:15 99:20 101:23 102:2 120:5 133:9 135:13 136:9 144:21 145:8 151:11,22 152:20 153:3 153:21 154:3,4 154:8 156:9,15

157:1,12 160:24,24 165:14,24 166:24 168:13 169:5,6 170:2 172:20 177:6 178:9 184:10 187:12 192:23 193:18 197:9 200:4 213:6,12 217:20,23 238:16 239:10
**looked** 98:13 182:7 188:20 208:3 213:2 228:20,24
**looking** 37:17 39:4 101:13,25 121:9 136:1,17 136:18 160:11 167:2 176:8 184:15 187:11 187:16,17 188:19 195:11 201:11,19 228:24 244:1
**looks** 66:10 111:13,24 138:19 146:6 164:10 168:21 169:2 183:9 184:21 188:11
**loss** 30:12
**lot** 86:11 165:13 242:4
**lowest** 233:13
**ltcol** 2:5
**lunch** 104:20

**m**

**m** 4:3 71:11,12 219:22,23
**ma'am** 5:18
**macdill** 186:13
**made** 12:7 14:3 18:25 43:24 44:2 50:19 69:15 126:25 157:18 216:16 220:7 234:6 249:4,23 251:13
**mail** 56:21 58:12 129:17 129:20 142:14 142:22 252:13
**maintain** 79:9 79:14,21,22,23 80:5 81:16 84:12,22 85:1 144:16 232:18 232:21
**maintaining** 79:7 83:21,22 86:4 249:14 251:10
**maintenance** 81:10
**major** 2:22 49:13 50:11 51:1 74:6,7 92:24 93:11 103:15 106:9
**make** 27:11 95:14 99:1 112:17 115:17 122:1 123:12 149:12 160:13 174:9 194:20 213:23 236:6 249:11 253:7
**makes** 238:13
**making** 37:11 40:14 115:18 249:13 253:8,8
**man** 124:10
**manage** 248:6
**management** 146:1 151:15 151:16
**mandated** 87:5
**mandating** 191:2
**mandatory** 88:11
**mangie** 44:22 45:4,6 46:12 47:25 128:24 129:11 142:23
**manning** 175:9 176:2,5
**mansell** 252:23
**manual** 2:9 109:20 111:14 238:19
**manually** 252:10
**march** 71:20,21 83:4,6,11,12,13 128:8 146:16 194:3,8 239:9 239:13
**marine** 26:7
**mark** 7:18 41:17 171:16 173:1 195:24
**marked** 27:22 27:25 49:7,10 53:20,23 95:15 95:18 111:9,11 111:16 115:21 115:23 131:4,7 131:15,17 132:1,3 145:14 145:17,18 157:2,4,5 163:14,16 173:9,11,13 180:11,13 182:12,14 186:5,7 190:8 190:10 196:16 196:18 226:15 226:17
**marks** 5:5
**matched** 240:7
**matches** 78:15
**materialize** 127:19

**matt** 224:8,12
**matter** 4:8,8 5:6 6:2,3 11:16 28:3 187:3 209:9 216:13 217:16 218:15 218:19,23,24 249:12,19 251:10
**max** 236:5
**maximize** 236:1
**maximizing** 243:1
**maynarich** 219:21 220:4 222:13,17
**mbr** 137:8,17
**md** 176:5
**mds** 148:10 151:23
**mean** 9:10 22:19 51:5 52:1,16 72:11 75:22 81:21 86:5 87:19 88:16 89:14 90:8,15,16,25 91:1 102:24 104:13 109:8,9 109:13 113:7 115:9 117:10 120:1 123:21 141:4 159:25 160:1 176:22 178:4 181:7 184:21 189:4 193:13 195:15 202:8 203:3,23 217:10 220:21 224:24 242:3 247:20
**meaning** 9:4 90:19 115:2 231:12,15
**means** 43:24 51:7 87:18 117:22 119:24 149:24 150:3 169:20 182:20 217:19 231:9 231:10
**meant** 23:5,9 94:12
**mec** 107:21
**mechanics** 87:9
**medical** 84:12 86:11 169:15 196:10 211:10 211:11,18,21 241:18
**medicine** 241:19 242:4
**meet** 18:16 24:9 25:13 129:18
**meeting** 26:8 34:22,23,24,25 35:11,14,18,21 41:15,18 42:8 42:18,20 43:6
**meetings** 24:11 24:13,16,22 25:2 35:15 165:5
**member** 20:7 29:24 43:2 74:1 88:18 94:17 159:1 197:13 234:20
**members** 19:21 41:11 43:12 80:24 91:4 223:22 227:16
**membership** 137:10,11
**memo** 2:22 49:20 50:3,6 54:10,13 59:17 59:18 95:9,11 99:18
**memoranda** 98:11,13 99:1 159:19
**memorandum** 2:5 125:4
**memory** 40:18 194:18
**mentioned** 20:9 23:11 39:20 78:18 86:3 106:7 107:6 195:21 212:16 216:9 232:25 234:6 237:24
**mentions** 120:2
**menu** 105:13
**merit** 208:18 208:21
**mesaba** 71:10 71:13,18 72:2 72:5,16 73:15 73:16,20,22 204:17
**met** 62:20 210:25
**method** 231:17
**michael** 4:18 15:19
**michigan** 6:18 40:25 64:16,21 65:4,7,10 69:20 70:4,11 73:13 74:1 76:7 164:5 174:20 175:2 204:24 231:19 231:23 232:6,6 232:7 243:12 243:20
**mid** 37:15 128:4
**middle** 71:6 99:22 127:9 133:18,22
**mike** 5:9 18:5 57:19
**mil** 38:11 47:10 60:25

**military** 2:20 22:1,21 23:12 25:23 26:1,10 26:24 28:21 29:6,10,14,17 29:18,20,21,22 30:7,10,15,23 31:5 32:3,8 33:15,22,24 34:11,15,19 35:19 36:5,7,8 36:11,13 37:1 37:1,6,13,18,22 38:13,16,19 39:11,22 40:17 41:7,12 42:13 43:3,8,13,16,19 43:25 44:4,10 44:17,20 47:18 48:13,15 49:14 51:9,13,15,17 51:22 52:8 53:19 57:16 60:12,24 65:6 69:22,24 72:18 72:20 73:1,17 73:23 74:14 77:3 80:18 83:2,24 84:9 84:11 90:23,24 92:7 100:1,20 102:21 103:19 105:3,5,7,14,15 105:15,18,25 106:4,8,22,25 107:3,14 108:2 108:5,11,16,25 109:1,6,23,24 111:21 112:7 112:18,24 113:15,17,21 113:24 114:4 114:12 117:24 119:7 120:13 122:21 125:12 125:21 126:16 126:20,23,25 127:16,19,23 128:12 130:10 130:12,20 131:1 140:14 143:10,16 147:21 151:20 161:8 162:24 166:5 167:16 167:17,24 168:2,5 169:9 169:18 170:18 178:15,19,24 179:4,13 180:5 180:7 181:14 181:20,22 182:8 183:9,18 184:8,9,16 185:18 189:1,6 191:4,25 192:3 192:7 193:16 202:12 203:10 204:12,15,20 211:11,18,21 222:17 223:22 224:6 225:9,23 227:3,8,13,19 228:3,4,10,11 228:17 229:1,5 229:9 230:7,15 231:12,14 233:5,9 234:24 235:14,24 236:6,13,21,25 237:3,5,6,15,16 237:18,18,22 237:23 238:2,6 239:7,22,25 240:10,18,23 241:3 242:24 243:3

**minimize** 167:20 230:13 235:22 236:1 242:25

**minute** 121:3 230:20

**minutes** 120:6 194:25

**mischaracteri...** 230:9

**missed** 18:17 197:12,18 198:6 199:5

**missing** 30:15 131:23,25

**mission** 76:14 78:17 79:7,9 79:15,24 160:10 232:15

**mixed** 188:7

**mloa** 28:20 39:5 60:9 111:17,19 165:15 178:10 183:17 184:10 192:25 238:23

**mlox** 182:1 188:5

**mm** 95:10

**mm1** 99:18

**mobilization** 177:21

**mod** 157:22

**modification** 156:25 157:6,8 157:11 158:3 173:18

**modified** 157:21 161:16

**modules** 86:14

**monday** 82:18 83:7,12,13,16 83:18 88:24 128:10,11 171:1,2 177:7 179:12

**month** 12:9 38:13,15,17 39:21,23 60:23 77:21,22 78:12 78:23,25 79:10 80:3,25 82:13 82:17,17,19,22

83:3,11,14 88:22 89:1,4 93:24 110:10 111:7 113:4,6 113:9,11,22 126:14 138:5 166:17 189:18 215:4
**monthly** 16:8 83:8,10 93:7 93:11 102:14
**months** 26:24 71:5 79:11 80:3 124:14,15 138:6 151:17 151:18 152:4,6
**morning** 6:2,13 19:11 171:3 172:23
**motherhood** 36:2,4
**motion** 3:4
**motive** 122:11
**moved** 160:22
**movement** 177:8
**multi** 67:3,7,24 68:4
**multiple** 13:23 14:3,9 45:3 66:14
**multiplied** 102:13

**n**

**n** 5:1 11:11 15:21 45:11 190:23 219:22 219:23 223:9,9 223:10,10
**nails** 41:20
**name** 5:9,13 6:14 15:20 21:20 35:23 36:20 41:20,25 54:19,25 143:9
**names** 78:17 175:8 222:1
**national** 25:22 29:24 73:2,5 73:13,23 74:2 75:10 77:4 80:18 82:14 118:22 131:10 132:8 146:20 180:16 181:2 204:11,18,24 205:25 206:7 206:12 231:19 231:23 243:12 243:20 244:25 246:18
**nature** 48:22
**navigator** 151:4,7
**ne** 1:19 4:14
**nearest** 97:9
**nearly** 31:8
**necessarily** 88:9 159:20 180:4 219:8
**necessary** 225:21 253:9
**need** 8:3 13:16 79:17,22,23 82:21 83:3,15 84:7 86:16,17 88:9 89:5,13 109:24 110:1 117:24 126:15 129:8 144:4 160:19 161:6 175:6,18 176:3 176:8,11 185:24 189:24 205:10 212:17 216:10 232:20 237:3,17 239:6
**needed** 41:14 41:18 42:18 81:8 87:6 89:1 91:18 108:7 141:22 187:9 190:21 191:1 234:3
**needs** 79:14,18 82:20 89:23 112:9 176:2 205:11,14 246:14
**negotiate** 186:24
**negotiating** 177:24
**never** 46:16 47:13 62:12 213:1 246:24
**new** 29:15 41:16,23 69:3 69:4 75:15 76:2,12,17 82:9,10 128:5 206:23,24 211:23 236:15 239:4
**nfly** 190:23
**nickname** 35:23 41:20
**nicknamed** 36:18
**night** 151:5,6,7 151:10,10
**nilly** 89:21
**nine** 106:14,15 177:5,12,15
**nineties** 36:3
**nods** 7:15
**non** 222:17
**norm** 91:14
**normal** 13:9 23:12 27:9 84:11 90:11 125:18 185:22 185:23
**normally** 13:22 23:20 25:17 78:10 83:18

85:4 86:18 88:23 94:18 98:20 105:8,18 105:20 120:18 122:10 126:5 172:17 245:13
**northern** 1:1
**northville** 6:17
**notarized** 252:13
**notary** 254:24
**note** 99:22 173:19 195:9 199:4
**noted** 253:3,4
**notes** 18:25
**notice** 106:21 116:11,13,17 116:18 117:2,6 117:25 118:2 118:20,25 119:8 121:4,7 121:13,16,22 122:2,3,7,11,12 122:17 125:19 126:19 183:1 184:8 185:1,6 185:12,18,19 189:1,2,7,23 193:7,15 194:3 194:7,12
**noticing** 249:18
**notification** 85:9 111:18,19 111:21 112:2,7 119:7,11,25 120:12 238:23
**notifications** 188:21 237:22 238:2
**notified** 47:6 108:1 122:20 188:14,16
**notify** 81:12,18 82:2,14 83:2,3 108:11,16 109:23 110:3,5 112:17 113:23 114:3 117:14 125:11 130:12 229:6 230:7,15 230:18
**notifying** 30:2 82:7
**noting** 252:9
**november** 128:9 140:4,18 140:18 142:19 143:2 144:2 145:10 147:8 149:16 154:5,6 154:11,11 155:8,8 156:5 180:15 197:18
**npc** 231:13
**number** 28:11 28:14 79:6,13 113:9 126:4 134:20 148:1 156:15,18 157:12,13,21 157:22 160:11 176:8 180:2 183:14 197:11 199:11 231:17 236:14,17 237:21 240:6
**numbered** 135:14
**numbers** 136:4 176:10
**nvg** 151:3
**nw** 4:4

**o**

**o** 5:1 11:11 42:2 45:11 168:10 223:9 223:10
**object** 150:20 209:9 233:10 233:24 234:12 234:18 235:5 235:25 237:7 238:10 240:25 241:14 242:1 242:15 243:4
**objection** 9:1 10:9 31:11 38:2 58:21 61:20 77:11 90:6 91:14 96:12 102:7 116:20 117:8 117:20 118:11 119:1 120:15 121:6,19 123:1 128:1 132:24 167:11 178:16 179:5,7 181:24 184:2 185:7,14 186:20 190:1 194:4 201:14 203:2,14 207:9 216:11 227:21 228:23 229:21 230:8,17 232:1 232:10 245:24 246:13 248:12
**objections** 218:4
**obligation** 112:7 249:14 251:10
**obligations** 23:1,6 30:10 30:16 84:20 112:18,24,25 113:16,22 114:4 120:13 125:14
**obtain** 66:13 69:19 75:13 96:20,24 97:1 98:10 145:21
**obtaining** 69:21 70:1 105:7 145:24
**obvious** 176:11
**obviously** 61:7 173:1 216:15

**occasion** 16:6 80:16 81:5,12 81:18 82:1 105:3 130:18
**occasionally** 80:22 85:20,21 94:3 237:20 242:25
**occasions** 105:21 199:2
**occur** 125:5,13 236:23 238:8,9
**occurred** 11:9 35:21 108:24
**occurring** 160:4
**ocga** 249:6,7,20 253:6
**october** 124:14 128:4 138:20 138:22 139:3 139:15,16,22 140:3 141:23 141:23 142:19 142:24 143:1 143:23 146:15 146:16,18 147:4,9,15 149:4 154:5,10 154:11 155:8 156:5 175:23 200:8,9
**offensive** 75:9 79:25
**office** 10:18 17:23 18:16 21:11 25:10 27:2 32:14,24 33:24 34:6,9 34:17 35:12 41:11,19 43:3 43:12,18,23 44:6 107:2 108:8 128:24 141:21 142:2 143:19 222:19
**officer** 18:5 71:16 72:14,16 74:15 75:10 76:17 79:25 88:6 100:1,8 100:15 117:12 164:22,24 165:3 169:21 169:23 170:13 186:15 187:9 231:15 248:14 251:14
**offices** 252:4,13
**officially** 76:1 119:25 146:24 178:4
**oh** 9:4 37:15 50:25 148:8 161:6 170:5 215:13 247:9
**ohio** 182:3
**okay** 7:10,11 8:1,2,7,8 10:5 18:20 60:4 66:9 104:20 116:6,8 121:21 128:3 147:11 148:11 169:4 175:5 193:11 201:6 228:12
**old** 75:25 101:23 111:23
**once** 12:17,18 16:17 42:19 109:25 160:1 198:2 207:16 252:12
**operating** 41:22 42:11
**operations** 2:9 50:13 59:23 76:2,4 78:24 84:16,17 109:20 111:14
**opinion** 36:13 47:12 118:16 121:20 226:10
**opinions** 36:6 220:15
**opportunity** 204:19,25 205:2
**opposed** 110:15
**opposite** 225:24
**ops** 238:19
**optimize** 112:10
**option** 17:14 129:18
**order** 2:8,16,17 2:18,19,21 10:2 11:17,20 12:5 36:14 40:2 46:15 47:3 51:8 64:7 79:8 81:16 84:2 86:16,17 88:9 89:6 95:10,10,20,24 109:16 119:18 119:24,25 120:3,4,17,24 125:24 128:2 128:22 129:5 130:19 131:1 144:16,19 156:10,14,25 158:12,17 159:11,20 160:13,17,20 160:23 161:13 162:24 167:24 169:9 171:8,11 173:13,18 174:17 177:5 179:3,15 180:3 180:15,23 182:7,9 184:17 186:8 188:15 189:19,20 194:17 197:12 199:17 204:14

204:21 225:23 236:7,7 237:5 237:18 243:2
**ordered** 120:14 163:23 236:13
**ordering** 250:2 252:17
**orders** 40:5,7 40:10 46:4,7 46:11 47:22 48:25 49:1,2,3 51:3,19,21 52:9,12 64:9 64:10 73:4 84:19 95:1,6,8 96:11,20,24 97:4,12,15,25 98:1,4 99:18 120:5,22 123:8 123:8,20 124:10 125:21 125:22,25 126:2,3,11 127:2,12,14,18 128:5,7,16 129:7 138:17 157:17,25 158:4 159:7,8 159:17,18,22 159:22 160:2 161:10 163:3 163:10,17 173:20,23 174:13 176:21 177:11,13 180:1,6,8 181:22 236:14 236:18,20,24 238:6 240:7
**organizing** 164:25
**original** 121:1 194:19 252:16 252:19
**outcome** 251:8
**outline** 61:17
**outside** 90:5 91:19 92:4 104:7 232:6,7 238:13
**overall** 79:15 84:10
**overlap** 49:3,25
**overlapping** 157:25
**overpromised** 128:16
**own** 11:13 47:14 69:17 85:18 90:10 214:3
**owned** 29:13

**p**

**p** 5:1 15:21
**p.m.** 104:23 152:12 195:4 230:23 248:19
**package** 56:23 113:11,24
**page** 2:3 3:8 28:17 39:5 54:20 57:9 58:1,15 59:7 60:7 99:23 111:15 133:18 133:19 134:10 135:14,15 136:9,18 138:7 138:9 139:14 144:22 145:9,9 146:4,9 153:5 153:6 154:4 158:20 159:6 165:25 166:24 168:15 169:6 172:2 178:10 181:13 183:12 184:11 187:13 187:18 188:23 192:23 193:19 193:20 197:10 197:17 200:5 217:21,22 253:12,15,18 253:21 254:1,4 254:7,10,13,16
**pages** 131:11 131:12,12,13 131:14,23 132:15 197:9 253:9
**paid** 15:12 18:17 51:17,19 53:5,12 92:7 92:10,17,22 93:2,2,11,14 101:19 102:6,9 124:4 140:6,15 141:8 144:18 168:18,22 169:17 170:3 172:2 180:6 182:8 190:20 191:8 227:4,9 227:14,20 231:13 234:23
**paragraph** 57:9 58:1 59:7 112:5 114:7 173:20 211:23 226:24 239:1
**parameters** 104:16
**parental** 204:1 204:2
**parkshore** 4:9
**part** 19:23 42:9 52:16 64:3 77:3 78:8 80:14 94:4,9 106:17 111:3 122:16 130:15 130:16 175:7 179:11 201:4 202:6 204:19 206:5 211:23 220:8,22 224:1 238:12 240:18

**participant** 9:5
**participate** 17:17 18:2 104:2 174:7 175:12 187:1 192:14 216:12 222:11
**participated** 8:24 17:24 18:4 179:10 192:17 221:8 246:2,8,20
**participating** 174:4 191:24 226:11
**participation** 9:4 223:19
**particular** 12:9 25:20 46:5 47:24 61:1 70:6 73:7 74:16 75:1 81:20 82:3,13 86:25 87:13 122:17 124:2 126:23 135:9 151:9,12 168:1 173:18 177:13 223:23
**particularly** 178:8 231:18
**particulars** 32:18 165:11
**parties** 249:20 250:2 251:14 252:17
**parts** 80:14 215:25
**party** 9:5 249:15,21 251:8,11
**passed** 10:1 125:9 200:24
**password** 250:1,2
**past** 108:9
**patrick** 1:3 5:6 5:22,24 163:24 164:8,11,20 209:20,22
**pause** 31:16 63:12 65:17
**pay** 15:11 30:12 49:3 92:23,24,25 93:6,7,9,10,18 93:25 102:12 102:13,15,20 103:1,4,9,16,21 103:22 171:8 205:20
**payback** 168:9 168:11,11
**paying** 53:14
**payment** 180:5 228:2
**pcars** 153:3,16 154:3 155:7 168:13 169:18 172:1 173:3 239:16 240:3
**pcs** 105:11
**pdf** 99:18 252:9
**peachtree** 1:19 4:14 5:8
**pending** 8:6 165:13 207:7 207:13
**pension** 53:17
**people** 27:12 89:21 155:23 176:3,8,12,16 176:24 204:25 205:10 235:3 244:4 248:4
**pepper** 4:13
**perceive** 34:10 118:21 211:20
**perceived** 34:18 40:17
**percent** 110:21 187:19
**perception** 12:16
**perfectly** 241:23
**perform** 110:1 117:15 118:5 168:5 169:9 197:19 236:21 237:5,18 240:23 243:2
**performed** 117:13 170:17 229:9
**performing** 29:23 51:9,13 229:4
**period** 22:10 23:15,19,25 24:6,7,19,23 34:16 35:3,6,7 35:13 38:6,8 38:20 39:2,11 39:16,17 40:8 42:21 43:7 51:12,18 53:19 60:22 61:2,5 61:25 88:10 89:9 90:23 92:12 93:1,1,6 93:13 96:14 97:13 100:14 103:4,5,8,9 104:4 106:12 106:16,18 125:25 127:1,3 127:17,17,24 134:22 138:15 138:19 139:1 140:14,24 141:5 144:1,5 144:11 146:11 146:13,14 151:12,20 152:21 161:17 162:20,25 163:2,11 167:3 167:23 168:2 170:1 175:3

177:15 179:3 186:9 190:25 191:5,11,13,21 192:4,18,23 194:12 205:16 206:13 208:6 208:17 214:15 214:22 215:10 219:25 224:13 228:5 245:6,9 245:11
**periods** 40:11 53:15 85:3,16 88:19,20,20 89:5,7,10,19,22 92:5,14,15,18 92:22 93:4,20 94:1 104:7 105:24 106:7 106:21 107:9 114:12 125:3 127:14 128:15 141:6,7,12,24 143:23 144:12 145:11 147:3 162:22 163:7 167:9 173:8 227:4,9
**perrin** 15:19 17:11 18:2 57:19,20
**person** 17:20 17:21 25:2,7 26:8 32:12,14 41:19 54:22 55:3 75:21 84:15 94:19 143:8 151:16 152:3 210:22 210:25 220:8 222:17
**person's** 15:18
**personal** 36:6 87:20,23 88:15 98:8 99:5 106:13 143:15 143:22 240:23
**philosophies** 36:1
**phone** 10:17 21:10 22:20 26:12,16,17 32:7 33:9,12 33:13 41:17 57:21 128:23 142:15,16 143:25 210:22 210:24 224:14 224:19 225:14
**phonecalls** 142:1
**phrase** 231:7
**phrases** 166:11
**physical** 84:12 123:8 224:24
**physically** 97:7 97:9 98:8 99:12
**pick** 187:4
**piece** 53:8 84:3 100:16,19,22 101:1,4,8 103:10
**pilot** 9:11 10:14 10:24 11:3,15 11:17,19,22 12:1,3,16 21:16 25:13,14 26:21 27:10 30:23 31:1 32:2 36:2 42:23 48:14 61:3 66:4,17 68:20,21 76:15 77:22 79:9 100:1,4,8,9 101:24 102:17 102:19 103:2 105:11,13 106:14 112:6 114:2 146:23 147:20 149:25 150:6 202:3,9 204:14 205:3 218:4 223:6 224:15 235:16 239:5
**pilot's** 10:18 17:23 21:11 25:10 27:2 32:14,24 33:24 34:6,9,17 35:12 41:11 43:3,12,18,22 44:6 66:5,7,21 107:2 108:8 112:9 114:13 128:24 141:21 142:2 222:19
**pilots** 11:1 18:6 21:18,22 22:18 24:9 25:20,21 25:23 26:19 44:1 79:8,16 150:7 190:18 196:8 202:7 219:14 221:19 221:23 224:5 224:10 227:2,8 227:13,15,18 228:5 229:18 235:4 240:22 243:23 245:4
**pinned** 74:9
**pipeline** 73:3 146:22
**place** 15:7 18:18 31:1 45:23 62:17 68:13 70:24 85:9 97:10 120:3 124:2 159:1 249:19
**placed** 38:12
**plaintiff** 5:21 5:23 6:3,4 207:16,21 209:3

**plaintiff's** 3:4
**plaintiffs** 1:6 4:2,7 215:23 222:2
**plan** 113:14 165:4
**planned** 46:16 46:23 87:3 124:19 164:15 175:5
**planner** 30:10 30:14
**planning** 123:17,18 186:15 189:21
**plans** 124:9
**play** 80:6,11 115:7
**played** 121:12
**plays** 121:17
**please** 5:12 6:7 6:14 7:23 47:1 99:20 116:3 120:10 123:21 156:9 168:14 182:22 197:9 252:13,22 253:9,9
**plus** 93:3 94:19 103:13 113:15 137:16,17
**podcast** 211:7 211:9,25 212:3
**podcasts** 211:10
**point** 2:11,12 2:13 8:3 33:2 57:22 60:1 68:8 73:3 74:17 104:4,5 108:10,15 131:10 132:7,8 132:11,13,20 139:7,11,16 142:24 143:1 143:14 158:20 169:19 170:4,5 174:17 175:24 194:25 209:4 212:9,12,20 220:2 223:18
**pointed** 38:22 238:25
**points** 103:23 104:1,3 133:12 133:13,21,22 134:9,21,24 135:1,7 136:7 136:10 137:10 137:11,12,13 137:22,23 139:8,17,23 140:10,25 145:5,11 172:3 173:4
**policies** 27:12
**policy** 109:10 111:21,23,24 114:19 239:3
**portion** 38:15 74:13 96:5 127:14 177:4 216:1
**portions** 88:4
**position** 71:13 71:19 72:4,13 73:11 76:19 79:24 80:1,4 84:18 86:8 117:15,23 118:5,14,15 232:15,19,21 232:23 236:15 242:23
**positions** 99:21
**possibility** 233:16
**possible** 56:2 170:19 171:14 171:19 172:12 172:22 194:19 222:21 242:3
**post** 76:10 105:25 106:25 113:16 171:7 229:22 230:1 236:8 237:3 242:19
**postdates** 173:22
**posted** 16:8 162:23 170:21 194:22 229:19 229:25
**posting** 12:8 16:3 106:4,5 238:1
**posts** 105:18,18
**potential** 20:18 220:24 221:16
**potentially** 175:8 176:12 177:12 179:24 192:21 217:12 220:11 227:15
**powerful** 205:12
**practically** 174:19
**practice** 109:22 109:25 125:11 158:11,15 185:12,15,17 185:22,23 230:6,12
**pre** 9:7,9,13,14 9:17,24,25 10:12,21 11:8 12:11,20 13:7 13:13,16,21 14:6,14,15,22 14:23 15:22,24 17:4,7,15 19:3 19:8,10 229:19 229:22,25 230:1
**precise** 213:18
**predictable** 238:14

**prefer** 111:6
**preparation** 64:3
**prepare** 49:20 50:5 62:15,16 62:19
**prepared** 190:14
**preparing** 40:6
**prescribed** 42:23
**present** 4:16 34:15 80:15 120:12
**presented** 157:19 249:1
**pressure** 224:2 224:4,9
**presumably** 134:20 174:24 186:19
**pretty** 33:21 123:9 176:11 205:18 217:12
**prevented** 159:8
**previous** 7:8 12:15 60:21 107:12 111:24 112:16,22 152:1 173:5 179:9 199:9 245:6
**previously** 81:14
**primary** 76:16 149:24,25 150:18 151:1 153:2,3 166:20 166:25
**print** 252:10
**prior** 29:12 32:20 82:17 105:15 143:9 146:25 150:25 161:6 175:21 175:24 188:14 189:20 205:5 230:9
**priorities** 78:15 78:18,20,25 79:2,5 233:1 233:13
**priority** 79:7 79:14 81:10,11 82:25 233:7
**private** 66:16 66:21 70:25 147:20
**pro** 206:16
**probably** 56:8 56:15 58:13 67:10 68:10 103:4 112:20 165:21 169:20 174:9 177:10 188:16 202:15 202:16 205:4 210:24 215:4 220:23 222:9 234:1,20
**probation** 23:14,20 24:11 41:16 42:16,17 42:19,21
**probationary** 23:15,19,25 24:6,7,19 34:22 35:3,6 35:13,15 43:7
**problem** 128:18,21
**problems** 98:25
**procedure** 253:6
**proceeding** 8:16,19,22,25 197:14,14 249:1,21 250:1 251:7,13
**proceedings** 31:16 63:12 65:17 249:12
**process** 9:12,13 10:11 14:14,16 14:17 55:7 105:6,10 107:6 107:8 122:22 124:23 125:19 202:5,10 243:25 246:6
**processing** 189:17
**produce** 77:20 81:15
**produced** 64:9 160:2 173:19 249:22
**produces** 77:19 78:14 132:20
**product** 189:5
**production** 252:23
**professional** 249:14 251:11
**profit** 114:11 115:6,11,15
**programming** 11:18
**prohibited** 249:19
**prohibitions** 249:8
**project** 164:22 164:24 165:3 169:21,23 170:13 187:8 248:14
**proposed** 3:1 5:24
**proscribed** 158:25
**protected** 90:12,14,19 91:3 250:1,2
**protections** 90:21 222:23
**protects** 91:4
**protocol** 201:7

**provide** 27:6,19 50:1 106:21 116:12 117:25 118:1,1,23,25 119:9,11 121:13 122:1,1 122:2,12,13,17 125:19 185:12 185:19 197:2 205:12 249:18
**provided** 57:16 118:20 184:24 185:5 188:25 189:2,23 190:20 193:7 193:10,15,23 193:24 194:3 194:12 197:6
**provider** 241:20
**providing** 122:7,10 126:19 185:1 185:18,24 194:7
**public** 254:24
**published** 127:15 158:17 163:3 179:15
**pull** 28:8 98:1,9 167:23
**pulled** 151:14 176:24
**pulling** 88:11
**purporting** 227:18
**purpose** 27:7 27:20 155:22 155:23 196:3,6 203:10
**purposes** 147:20 181:5
**pursuant** 42:22 253:6
**pursue** 13:21 73:19
**pursued** 69:25
**pushed** 125:8
**put** 38:14 108:5 113:2,9 179:17 189:19 193:13 231:13
**puts** 78:17,23
**putting** 44:6 221:13

**q**

**q&a** 131:23
**qualifications** 176:4,5
**qualified** 79:16
**quarantine** 190:25 191:2 191:14,17,19 191:20 192:3 192:11,16
**question** 7:7,8 7:9,10,23,24,25 8:1,6,7 20:13 27:13,17,18 29:16 30:6 38:22 41:9,14 42:17 43:1 52:7 56:13 59:2 61:23 63:16,17,22 94:13 97:20 107:24 119:5 121:2 122:15 155:21 159:4 175:15 178:6,7 178:8,18 191:15 201:5 203:19 206:5 217:24 225:8 226:14 227:17 227:17 233:11 233:25 234:13 237:8 240:15 241:1,15 242:2 246:23
**questioned** 225:10
**questioning** 225:14
**questions** 6:24 6:25 7:15,21 13:12 32:15 35:17 54:8 95:18 116:3 132:16 181:12 230:21 231:2,6 231:17 234:22 235:12 237:13 237:21 239:15 240:6 241:6 243:6,10,13 249:22 251:5
**quick** 217:13
**quote** 143:20 147:15

**r**

**r** 4:3 5:1 15:21 15:21 36:22,23 42:2,2 219:18 219:18,22,23 252:2
**raised** 57:8
**ramification** 192:2 224:22
**randal** 1:3 6:4 209:16
**range** 139:6
**ranging** 141:13
**rank** 74:5,8
**rata** 206:16
**rate** 101:14,19 102:13
**rates** 101:25 102:2
**rating** 66:22 67:24,25 68:2 68:5,9,11,14 69:3,5,6
**reach** 14:5,9 34:2 42:4 44:23 48:19,20 55:14 86:23 216:21

**reached** 14:13 44:24 55:25 143:5 216:20
**reaction** 222:16 223:20
**read** 27:16 54:6 58:11 63:15 112:14 114:7 114:15,16 116:4,15 165:15 213:8 227:5 252:8 253:2
**readiness** 79:7 79:9,15,21,23 79:24 83:21 84:10,12,13,20 84:22 85:1 86:4 144:17 232:15,19
**reading** 147:23
**reads** 28:17 58:2 112:6 114:10 116:10 135:17 148:13 148:19,25 149:8 158:21 159:6 218:22 226:24
**ready** 76:14 116:7
**real** 65:13
**reality** 82:20
**realize** 175:15
**realized** 26:21 47:9
**really** 30:20 80:11,19 85:12 108:4 120:3 150:22 155:23 158:18 167:20 174:18 176:23 178:5 196:7 205:10,11,14 206:2 215:14 248:7
**reason** 39:20 42:15 46:1 89:17,18 109:4 109:11,12,17 155:18 165:24 166:1,4 178:13 195:10,12,15 195:17 200:11 201:4,12,15,18 201:25 212:18 234:1,7 247:21 247:24 248:7 253:14,17,20 253:23 254:3,6 254:9,12,15,18
**reasonable** 116:13 121:4,7 121:10,17,18 121:21,23 122:3,6,9,9
**reasonably** 126:13
**reasoning** 129:3
**reasons** 169:15 196:10 234:16 241:19 253:8
**recall** 11:10 13:6,7 14:18 14:20 16:2,13 16:25 17:1 19:5,6,9,24 20:8 21:5,7,21 22:6 23:2 24:9 25:6 26:14,16 29:17,20 30:7 30:9,11,21,24 31:8,9,12,20,23 32:7,21 33:18 34:8 36:10,12 36:24 37:5,10 37:25 38:19,23 38:25 40:14,15 41:8,10,13 43:10 44:5,12 45:19,21 46:1 48:21 49:24 50:21 54:17 55:17 56:2 57:4,6 58:7,10 58:20 59:5,8 59:12,14 63:2 63:3,6,18,19,23 64:2,12 81:1 107:23 141:2 142:18,25 156:3,6,8,22,24 160:4,15,22 163:5 164:12 170:10 171:19 174:4 179:9 185:1,8 186:12 189:12 192:20 194:7,10,11,22 198:14 199:15 199:16,20,25 200:20,22 207:1,25 208:10,12 210:8,9 211:6 212:1,7,8,10 213:21 216:15 217:10 223:17 240:4 243:16 245:14
**recalled** 40:20
**receipt** 107:24 119:24
**receive** 57:10 59:2 64:20 65:1 85:8 95:8 95:20,24 103:18 112:18 158:12 235:13 235:15
**received** 41:17 58:12,14,16,20 110:9 120:11 126:24 140:25 141:25 142:22 145:11 156:13 206:6 224:14

229:19 238:6
**receives** 249:21
**receiving** 162:24 224:19 236:18
**recent** 43:15
**recently** 110:19 110:23 212:21
**recess** 61:12 104:23 152:12 195:4 230:23
**recognize** 28:6 28:10,13,20 49:11 53:23 109:25 111:12 111:20 114:18 114:20 131:7 131:18 132:4 185:24 196:19 226:18
**recognizing** 31:8
**recollect** 12:10
**recollection** 29:5,9 32:1 100:7 102:3,5 165:18 179:2 189:10 190:13 193:6 197:21 198:13 200:14 219:1
**recommends** 118:1
**reconcile** 52:12
**record** 2:4 5:3 5:5,13 6:14 31:14,15,17 61:11,13 63:10 63:11,13 65:15 65:16,18 104:22,24 152:11,13 155:16 164:11 187:12,19 195:3,5 230:22 230:24 248:18 249:12,13,22 251:6
**recorded** 18:23 18:24 30:11 240:17 241:7
**recording** 19:5
**records** 38:6 130:22 146:25 195:18 198:5 198:10 240:8
**recovery** 228:9
**red** 174:2 176:7 177:1
**reduced** 251:5
**reep** 1:4 4:7 6:4 209:16 221:21
**refer** 79:12 83:20 117:6 148:8 166:11 166:14,19
**reference** 166:7 200:5
**referenced** 40:13 181:3
**references** 166:8,9,25 195:10
**referred** 15:18 25:24
**referring** 80:8 93:9 116:18 120:17 138:9 139:19 148:9 208:8
**refers** 138:4
**reflect** 38:6 139:10 147:25 151:12,19,23 163:11 180:8 201:20 228:20
**reflected** 28:9 50:6 55:23 96:11 102:1 147:16 162:21 169:18 171:24 178:22 179:4 181:20 182:9 187:14 200:11 201:10 228:22 229:2
**reflecting** 40:7 162:11,15 182:19 184:7
**reflection** 195:13
**reflects** 60:9,17 152:25 158:3 162:4,7,20 163:7,17 167:7 168:18 169:7 169:12 172:2,7 173:4,5,20 178:19,24 181:14 183:7 183:17 197:17
**refresh** 32:1 200:14
**regard** 195:23
**regarding** 19:2 19:16 20:15 34:10,18 44:17 54:4 116:1 238:2
**regional** 10:21 10:23 15:2,17 17:8 142:9 143:3
**regular** 216:2
**regularly** 35:15 84:23 85:6 92:13 207:2 215:2 220:9
**regulation** 115:25
**regulations** 249:5
**related** 42:13 46:3 154:16 155:12 157:17
**relates** 124:1
**relating** 250:1

**relationship** 42:22 249:12 251:9
**relative** 251:7
**relayed** 45:13 45:22
**released** 81:17
**relevant** 117:19
**relied** 130:9
**remainder** 52:18 100:4 188:16
**remains** 114:23 239:3
**remember** 12:11 16:1 19:13 21:19 25:15 32:25 33:20 35:22 37:9,14 45:24 54:24 64:6 158:18 164:15 175:16 199:23 200:2 208:14 208:25 212:13 226:3 231:7,20 232:16 233:2 233:17 234:10 234:24 235:24 237:24 239:17 240:8,19 241:8 243:13
**remembered** 224:15
**remote** 247:21 248:8,9
**remotely** 169:20,22 246:14
**remove** 231:7
**removed** 38:12 39:23 60:25 231:10,12 236:9
**repay** 206:14 206:15
**repeatedly** 11:18
**rephrase** 7:24
**replace** 205:13
**report** 2:14 145:20,22 147:1 158:25 169:18 175:1,2 240:3 249:13
**reported** 161:20 163:5 165:19
**reporter** 5:11 6:7 7:4,12,16 7:17 27:18 63:17 249:1,3 249:7,9,23,24
**reporting** 190:23 249:6 249:18
**repository** 250:2
**represent** 5:13 28:8 115:24 173:17 184:6 184:23 227:2,7 227:18 229:18
**representations** 249:4
**representative** 3:1 5:24 18:6 20:14,16 21:2 34:9,17 35:12 45:7,8 48:6 66:12 143:11 143:13 227:1,2
**representatives** 19:15 73:15
**representing** 5:10 7:1
**represents** 182:25 184:1
**request** 12:2 49:25 50:4,7 57:9,13 109:17 123:12 132:13 145:22 202:2 233:23 246:19
**requested** 145:25 246:23 246:24 252:8
**requests** 96:18 97:4
**require** 30:18 80:2,5 109:6 110:2,9 119:22 159:12,18
**required** 109:5 109:7 115:2,4 122:11 144:16 155:25 156:2 190:24 229:17 232:14,18 241:12
**requirement** 83:19,22 109:9 112:8 179:16
**requirements** 83:25 84:1 86:9 87:23 91:6
**requires** 46:24 109:10 158:12
**requiring** 30:12
**reschedule** 224:18
**research** 214:4
**researching** 214:19
**reserve** 20:11 25:18,22,25 26:4 102:10,10 110:16,21 113:8 137:13 143:13 171:14 172:16 188:8 235:3 240:12
**reserved** 248:20
**reserves** 26:7 29:25 41:2

174:23,24
**reservist** 103:21
**reservists** 92:10 174:25 235:16,17
**resigned** 221:24
**resolution** 10:20 16:22 17:10,13 19:3 19:7 52:14,15 52:16,17 124:12,20
**resolutions** 123:16,22,23
**resolve** 15:4 49:24 54:15
**resolved** 13:13 13:15,17 14:24 15:1,10 53:10 208:9,13,20,21
**resolving** 14:11
**resource** 88:8 88:17 89:14 144:19 145:25 151:15,16
**resources** 21:13 84:25 87:2 112:10 126:7
**respect** 20:6 23:6 38:20 79:15 82:7,8 95:19 108:1 111:21 118:19 158:10 175:17 182:7 197:23 214:19 233:1
**respond** 210:16
**responded** 47:13
**response** 13:4,9 32:8 33:7,8,9 46:17 50:3,6 96:18 97:4 145:22 152:2 197:17,20 199:4 217:22 220:20 243:16
**responses** 3:1 7:14,19 13:11 112:16 196:22 196:25
**responsibilities** 24:5,8 30:1,3 76:11 92:2
**responsibility** 75:14,18 252:9
**responsible** 164:25
**restate** 178:18
**restriction** 108:9
**result** 14:21,22 18:14 130:1 208:24
**retain** 195:18 216:23
**retained** 208:11
**retention** 206:7 206:8
**retire** 137:20
**retired** 26:7 36:3 41:1
**retirement** 103:24 104:9 114:11 115:6 115:11,15 137:23
**retribution** 220:24 221:1
**return** 38:14 44:17 46:4,11 47:2,7,16 48:1
**returned** 24:19 33:25 34:3,14 37:15 46:6 52:17 100:20 144:2 252:15 252:19
**returning** 35:5 40:14 46:22 47:3
**review** 62:25 97:17 249:1 252:9
**reviewing** 63:2 63:3,18,19 64:3 226:24
**rid** 72:12
**rides** 79:17
**right** 7:19 8:9 13:14,17,18 18:21 36:16 37:21 42:25 61:16 64:18 67:14 87:24 88:2 91:16 93:9,19 94:1 103:16 105:2 106:9 110:10 111:16 113:10 113:24 119:7 122:18 124:4 126:18 130:12 133:23 135:13 135:14 136:16 137:20,24 138:8 142:21 144:5 147:9,10 148:18,24 149:7,22 151:11 155:9 156:13 157:19 157:24 161:9 164:3,5 168:15 168:25 173:1,2 173:12 179:22 180:14 181:2 181:13 183:18 184:19 186:8 187:22 190:6 191:22 195:7 198:2,10,19,24 203:17 208:6 209:5,13

213:23 219:20 220:4,18,22 222:8 229:6,10 230:16 231:5
**robbing** 87:2 88:16 89:13
**rogs** 197:6
**role** 48:10 71:17 75:8,9 76:12,22,25 77:3,10 79:20 80:6,12,15 82:9,10 91:7,9 91:11,12,23 102:10 121:12
**room** 5:12
**roswell** 252:24
**rotc** 65:3
**roughly** 103:11 127:17 165:11 174:7 205:23 214:13
**rounds** 166:20
**row** 31:5 37:17 39:4 60:9,12 134:12 135:16 135:24 136:2,7 136:12,13
**rows** 39:10 60:8 101:17 150:2
**rsd** 85:6
**rule** 253:6
**rules** 6:22 15:13 91:4 248:8 249:5 253:6
**run** 70:10 165:5 247:12 247:13
**running** 6:17 139:14

**s**

**s** 5:1 71:11,12 148:13 223:9 223:10
**saab** 71:22,23 71:25 72:5
**saabs** 72:12
**safe** 165:10 220:17,23 222:9
**safety** 196:7 220:22
**sake** 203:11
**salary** 29:14,15
**sanders** 4:13
**sat** 137:25
**satisfactory** 138:2
**saturday** 88:23 91:20 129:8
**saved** 99:11,14
**saw** 107:19
**saying** 14:2 33:20 41:17 45:24 46:1 47:6 59:6 121:22 122:8 129:7,17 144:3 171:18 172:19 172:22 179:25
**says** 59:21 78:25 99:23 107:1 117:1,11 120:23 121:10 158:24 166:4 180:21 182:1 191:19 199:7 218:2 242:17
**schedule** 16:8 17:15 19:4 22:22 29:12 30:19 35:24 36:14 37:2,10 77:20,23 78:2 78:3,5,10,14,17 79:3 80:7,16 81:1,11,19 82:2,12,23 83:17 85:14,15 85:17 104:12 104:16 105:11 105:13,19 110:9 112:19 113:12,14,20 114:3,13 128:12 167:21 171:8 172:20 187:5 229:23 229:25 230:13 231:18,24 233:4 242:19
**scheduled** 35:15 47:7 84:23 85:6,7 92:13 114:14 168:3 175:23 231:19 239:7 242:10 243:20 243:22 244:8 244:14,16 245:2,8,11
**scheduler** 15:4 78:1,13 79:2 82:20 243:24
**schedules** 12:8 12:14 77:25 81:17 229:20 231:23
**scheduling** 10:17 13:2,3,5 13:23 15:3,3 16:19,21 17:14 43:5 112:10 230:12 232:9 233:1,8 237:14 237:15 244:11 245:7,15
**scheduling's** 13:9
**schedulings** 80:20
**school** 64:15,18 70:7 74:15 139:4 141:8,11
**science** 64:24 65:21 74:14
**screw** 221:5

**seal** 252:16
**sealed** 181:10
**searched** 98:12 98:19
**searches** 214:11
**searching** 214:17
**seasoning** 73:4
**seat** 84:5
**second** 12:4 15:22 26:19 28:17 31:4,14 38:7 60:3,7 63:8 68:14 72:16 112:5 114:7 134:10 135:15 136:2 147:24 148:3 148:13 159:6 169:6 181:13 183:12,16 184:10 188:10 200:6 208:14
**secondary** 166:10,12,18 166:19,20 167:1
**secondhand** 225:12
**section** 2:10 116:9 117:11 238:22 239:2 249:6
**sections** 249:7
**security** 87:23
**see** 28:11,17,18 28:24 29:3 31:6 37:23 39:7 42:21 50:15 58:5,6 58:17 60:8 99:23,25 100:5 101:14 110:4 112:12 113:14 114:3 116:25 133:23,25 134:2,10 135:20 136:21 138:10 140:4 144:24 145:9 152:22,23 153:8,10 154:6 154:20,22,25 155:2 162:2,5 162:9 165:25 169:19 171:10 179:15 180:24 181:2,15 183:11 184:11 187:15 188:4 188:13 192:24 193:4,19,21 195:8 197:10 197:15 198:5 198:22 200:5 230:21 238:23
**seeing** 31:25 183:9 189:14
**seek** 105:3 241:2 243:25
**seeking** 22:24 26:22 106:8 217:5,9 220:15 227:12 228:2,9 228:10,14 229:12
**seeks** 240:22
**seem** 135:25
**seemed** 27:9
**seen** 107:18,18 120:5 160:1 182:16 183:24
**seg** 1:7
**select** 132:14
**selected** 198:16 198:22,24
**selecting** 132:15
**self** 86:10
**send** 17:8 28:2 49:20 53:3 56:13,17 97:7 98:6 146:1 176:6 213:14 252:16,22
**sends** 56:12
**senior** 12:4 75:9 79:25 104:14 111:2,3 237:16
**seniority** 11:20 80:6,9,11 104:10,15 110:14,25 202:6
**sense** 115:1 149:12 174:9 194:20
**sent** 56:11,14 56:19 98:17,18 98:20 218:9,11
**sentence** 50:11 58:2 59:6 112:6 114:10 114:19,22 116:10,15,18 117:5,19 121:10 158:24 197:23 218:2 218:22 239:1
**sentences** 114:6
**separate** 26:12 26:17 38:15 57:14 69:14,17 140:9 205:6
**separated** 39:17 60:22
**separately** 45:3
**september** 2:5 49:14 54:10,12 55:24 56:1 59:10 70:19,21 85:11,13 125:5 144:25 155:3
**sequence** 31:9 31:12 32:11,25
**series** 6:24 40:7 40:8,10 68:15

135:18 136:20 138:12,21 140:2
**serve** 71:17 72:15 112:9 197:13 199:5 204:19,21,23 205:1 227:1 251:13
**served** 40:20
**service** 53:15 73:17 91:4,5 92:8 96:14 116:18 117:3,7 117:12,13,15 118:5,22 127:23,25 131:2 138:2 141:16 167:16 167:24 168:5 186:9 236:25 237:5,23 238:6 240:11,18,23 243:3
**services** 116:19 117:3,7,16 118:6 147:16 249:18
**serving** 40:21 235:13
**session** 102:25
**sessions** 87:10 173:6
**set** 3:2 77:17 78:16,18 85:3 85:15 87:10,20 98:3,11 125:21 144:24 196:23
**sets** 233:1
**setting** 104:11
**settlement** 10:19
**seven** 105:22 106:2,3,5,20 107:1,8 108:6 108:12,16 139:3
**several** 21:10 48:24 52:2 66:2 102:16 119:13 177:9 181:12 188:24 219:14 223:12 232:20 242:6 244:10
**sgr** 20:9
**share** 206:16
**sharing** 114:12 115:6,11,16
**sheet** 252:1
**shell** 78:9 176:4
**shift** 13:24
**short** 86:19 118:6 227:3,8 227:13,19 228:3,4,10,11 236:25 238:6
**shortchange** 47:11
**shortened** 182:11
**shorter** 127:3
**shortly** 72:23 235:21
**show** 27:24 49:9 53:22 56:9,23 61:16 89:16 95:17 111:11 115:23 131:6,17 132:3 145:16,17 157:4 159:21 160:20 163:16 172:10 173:11 174:12 180:13 182:14 186:7 190:10 196:18 226:17 234:7,9 239:16,21 240:2
**showed** 53:2
**showing** 28:9 89:21 154:9 173:12 234:17
**shown** 157:5
**shows** 31:5 37:18,20,21 39:10 60:12 228:16 239:19
**shutdown** 164:17,19
**sick** 166:6 169:7,9,12,14 170:16,20,21 170:24,24,25 171:4,6,8,10,15 171:17,20,24 172:7,8,11,13 172:14,21,25 173:1 195:10 195:13,19,22 195:23,24 196:3,9 240:24 241:8,12,13,17 241:17,25 242:8,13,18,19
**side** 171:11
**sign** 73:7,10 192:10 252:8
**signature** 248:20 251:17 252:3,20 254:20
**signed** 54:21 190:17 192:15 196:24 205:19 205:24 217:20 226:21 239:9 252:12,15,19
**similar** 9:25 63:3,20 95:21 95:24 96:11 161:4 208:1,2 210:10,10 214:5 220:16 231:24 232:9 235:3,16
**similarities** 10:3

**similarly** 1:4 7:16 145:8 171:22 245:16
**simply** 27:6,19 87:14 168:11
**simulator** 148:4,20 149:10,13,14 154:16,19,20 154:22 155:2 155:15,16,17 155:19,19,25 156:1,4
**simultaneously** 54:16
**single** 67:8,17 84:5 163:11 199:19
**sitting** 21:8 102:3 119:19 167:6 193:6 201:19
**situated** 1:5
**situation** 12:20 13:13 16:6 123:13 167:22 186:24
**situations** 118:20
**six** 79:10 80:2
**sixth** 39:10
**slash** 48:14
**slightly** 82:25
**slip** 12:4,13 13:8 16:4,5
**slips** 16:3
**sm** 148:4
**sma010c** 148:19 155:1
**small** 203:23 205:20 206:1
**sodo** 79:25
**solely** 249:15 251:12
**solutions** 5:10 249:11,18
**somebody** 23:3 120:2 160:18 205:11 225:7
**somewhat** 27:9 220:9
**soon** 41:18 109:23 112:8 117:25 125:19 126:19 171:15 195:1
**sorenson** 206:21,22 207:7,12,20 209:2,12,24 210:6,16,19 211:5 212:24 213:20,25 214:16,18,21 216:3 218:7 219:7 220:10 222:2
**sorry** 27:13 36:19 42:10 75:22 76:4 118:24 143:18 144:8 146:15 147:11 148:8 156:10 170:23 171:2 187:17 188:4 210:2
**sort** 11:18 94:23 133:17 158:19 206:7
**sorties** 79:10,11 80:2 83:20 104:6 144:15 146:9
**sought** 240:18 247:3
**source** 244:7
**speak** 44:20 47:25 142:11 142:12 220:5
**specific** 24:5 37:14 52:5 115:8 129:2 160:15 249:20
**specifically** 11:10 36:10 37:8 45:19 102:9 107:7 117:10 120:17 158:10 170:12 175:16 217:21 224:12 239:5 243:18,24 249:5
**specifics** 13:6 16:1,14 26:14 219:8
**specifies** 92:9 95:11 239:5
**specify** 116:11
**speculate** 179:8
**speculation** 90:7
**spell** 15:20 96:7
**spells** 96:3
**split** 60:17 188:9
**spoke** 14:18 17:1 20:16,20 20:25 21:1 32:12,22 33:3 35:25 54:22 142:15 143:2 211:4 214:18 218:19 219:24 220:2
**spoken** 19:14 19:19,20 20:13 21:4 219:6,13 220:3
**spousal** 226:13
**spreadsheet** 64:11 77:21 100:5
**squadron** 36:3 40:21,24,25 44:24 45:5,9 73:12 75:20 76:15,17 77:14 77:19 78:1,16 79:8,14 96:23

96:25 97:10,12 141:16 146:1 156:19 176:18 238:12 244:19 244:21,22,24 244:25 245:2,6 245:12,15 247:14 248:5
**squadrons** 243:24 244:1 245:17
**stack** 64:8
**stamped** 238:22
**stand** 42:10 136:23
**stands** 76:18 137:9,25 138:25 144:10
**start** 28:23 29:1 63:7,24 82:17 123:17 146:24 157:25 162:1,7,12,16 175:21 194:20
**started** 15:9 33:4 65:11 71:14 73:4 97:16 126:18 128:23 205:5 238:3 242:23
**starting** 64:14 135:19 138:19 163:1 220:19
**starts** 38:18 60:24 124:14 128:14 146:17 146:18 147:8 164:10
**state** 5:12 6:13 73:13 249:9 251:2
**stated** 251:4
**statement** 102:19 253:8
**states** 1:1 50:11 58:3 59:18 156:15,18
**statistics** 146:10 148:1
**status** 58:3,9 86:17,17,24 90:12,14,20,22 91:2 92:11 144:19 159:1 183:18 207:15 212:19 217:11
**stay** 205:6
**step** 9:12 10:16 10:20 13:10,13 14:2
**stepped** 215:15 215:17
**steps** 13:20
**stimulator** 155:14
**stone** 2:7
**stopping** 60:1
**street** 1:19 4:14 5:8
**strongly** 118:1
**structure** 104:18 234:23 235:2
**stuck** 245:4
**student** 146:18 147:1,15,18,20 150:17,21,23 150:24
**studied** 64:17
**subcontractor** 249:10,16 251:12
**subject** 21:21 23:25 35:18 41:6 49:13 218:3 246:5,11
**subjects** 21:21
**submission** 113:23
**submit** 77:13 80:24 105:8,9 105:17 107:14 108:25 128:14 238:1
**submits** 77:22
**submitted** 47:2 55:15,17 77:25 81:4 107:12 249:23,24
**submitting** 113:19 237:22
**subpart** 132:9
**subscribed** 254:21
**subsection** 116:3,9 117:6
**subsequent** 35:5
**subsequently** 74:19 223:3
**substance** 253:7
**sued** 61:18,25 62:2,3,5,7
**suffer** 130:3
**suggestion** 143:15
**suite** 1:21 4:5,9 4:14 252:23
**suited** 241:24
**suits** 210:10,10 210:13
**summarizes** 135:6
**summary** 2:11 2:12,13,15 131:11 132:7,8 132:12,13,20 133:10,11,20 135:3,10 146:7 146:9 152:16 153:17 154:8 154:18 215:24 239:11
**summer** 48:12 64:19 85:13

100:21 107:10 107:15,17 108:22,23
**sunday** 89:1 109:15,15 129:8 171:1
**superiors** 192:6
**supervisor** 15:4 54:23
**supervisor's** 54:24
**supervisors** 13:24
**support** 3:4 20:10 21:14 94:24,25 143:12
**suppose** 27:12 160:18 247:6
**supposed** 98:22 106:25 120:7 120:12 159:23 165:2,3,4 191:19 242:13 242:17
**sure** 13:7 15:8 16:25 19:23 27:11 28:4 30:20 31:23 33:22 34:1,13 54:6 55:22 56:15,16 61:25 66:24 68:20 70:17 87:18 89:12,13 95:14 96:15 97:20 104:21 120:2 128:25 129:3 130:10 137:7 165:12 168:1 181:25 190:4 193:17 207:14 213:23 214:14 215:15 216:6 217:18 220:8 224:11 240:1 242:16
**svc** 137:25
**swap** 245:5
**swapped** 130:23 199:16 245:3
**swaps** 130:19 131:1
**swear** 6:7 73:12
**sworn** 6:9 254:21
**system** 28:10 96:16,19 97:1 97:18,25 98:2 99:17,17 152:5 188:9 190:7
**systems** 184:7,9 184:24

**t**

**t** 149:1,11,12 168:10 223:10
**t38ciff** 148:6 149:1
**table** 133:11,14 133:16,20,21 133:23 134:9 134:19 135:5 136:7
**tables** 133:13 133:15,17 134:8
**tag** 33:1
**take** 7:13 8:3,5 17:24 18:18 22:22 23:12 29:16,17 36:13 45:13 61:10 62:12 70:20 80:2 85:9 116:4 117:18 118:14 124:2 126:15 128:6 143:15,22 152:10 157:1 164:18 165:14 165:23 166:16 169:5 181:9 190:22 191:4 195:2 197:9 200:4 203:11 203:18 204:9 204:20 217:20 222:11 224:14 237:6,18 238:16 239:10 239:22 241:12 241:13,17,25
**taken** 15:6,13 32:19 43:25 105:5 196:11 196:13 199:21 201:13,16,21 203:25 204:2 227:13 242:5 251:4
**takes** 52:24 78:14 105:12 128:3 177:9
**talk** 20:4 42:4 47:23 54:18 55:2 142:17 143:7 176:19 207:2,20,23 209:11 212:18 214:7,21 215:1 215:5 217:1 220:8,10,13 222:3,14,24 223:11,21
**talked** 20:23 21:6 26:20 43:18 44:3 143:17 201:9 209:2,18,22 210:5 212:2,4 212:11 217:3 218:10 219:11 220:6 223:3 224:11,13 226:1,4 244:4 244:12 247:10

**talking** 18:20 21:7 54:5 202:24 210:13 211:7,9,15,24 232:5 243:23
**targeted** 21:12
**teaming** 33:1
**technically** 52:1 177:21
**technology** 64:17,25
**telephone** 55:2 55:4
**tell** 45:17 113:6 131:18 145:19 146:3,4 147:3 149:23 150:3 167:6,13 180:22 206:25 209:24 210:6 210:19 212:5 215:8,17 220:20 222:6 223:16 225:19
**telling** 234:4
**tells** 106:24
**ten** 21:6 31:9 71:5 140:3 144:24 202:14 202:16,18 204:15
**tend** 245:19
**tended** 222:8 223:21
**tenure** 108:10
**term** 22:7,11,15 24:18,20,25 32:20 33:4,15 33:22,25 34:14 35:2,6 37:25 38:20 40:1 72:18,20 83:23 117:24 118:6 118:13 125:20 202:23 227:3,8 227:13,19 228:3,4,10,11 231:12 236:25 238:6
**terminal** 50:1 51:2,5,18,22
**terminated** 221:19,22
**terms** 11:15 83:20,22 100:9 109:22 233:8 233:22 234:15 234:22 241:11 245:2 249:16 251:12
**tertiary** 166:21 167:1
**testified** 6:10 8:9,11,12,15,18 8:21 40:19 50:9 70:4 245:21
**testify** 216:8
**testifying** 8:24
**testimony** 22:10 25:19 30:13 32:13 36:17 58:19 81:2 112:23 130:8 173:5 177:14 179:9 199:10 206:11 213:24 216:4 230:9 253:2,7
**thank** 28:3 194:23 197:7 210:2
**theresa** 44:22 45:4,7 48:3 49:24 50:4 51:7
**thing** 14:3 116:4 131:22 157:22 220:18 220:22 222:5,8 222:15 247:5
**things** 79:17 86:12 119:6,10 119:13,17 161:8 195:21 245:16
**think** 14:15 15:8 21:3 27:10,21 30:24 30:25 32:5 35:23 36:15 41:20 44:7 46:24 48:24 50:9 56:21 61:19,21 62:5 66:24 70:4 94:11 95:13 97:22 99:3 107:12,14,21 114:24 115:4 115:17 119:19 120:16 129:1 130:17 133:7 138:5 142:5 143:9 149:10 150:23 157:9 157:22 158:9 158:17 161:1 163:2 166:21 174:15 177:5,6 177:18 182:6 184:21 187:7 190:3,19 191:9 192:20 194:21 200:17 201:1,6 204:10 205:18 205:19 207:2 208:18 212:16 212:16 215:13 215:15,19,25 217:10 218:8 218:13,18 220:3,6,23 221:16 222:8 223:10 224:15 230:10,10,11 230:12 235:22 238:16 243:18

245:13
**thinking** 56:22 107:7 200:18 205:6 216:7
**third** 54:20 57:8 60:8,9 117:1 133:19 147:24 148:5,6 148:19 162:11 183:17 187:23 188:24 193:19
**thirds** 144:22 165:24 183:12 192:24
**thoroughly** 98:13
**thought** 16:12 22:25 36:5,11 45:24 160:12 189:18 198:6 220:17 222:7
**three** 22:23 24:10,13 79:11 80:3 85:23 89:7 132:14 133:17 134:8 177:10 182:9 196:15 220:13 222:25
**thursday** 83:15 83:18 89:1 128:11
**tied** 180:4,5
**tier** 175:22
**tight** 47:9
**time** 2:15 5:4 10:4 14:2 15:8 16:13 17:15 18:15 21:12 22:11 24:10,23 25:11,16 26:5 34:14,16 39:2 41:2 42:16,19 45:19 48:11 53:19 70:18 71:20 72:16 74:25 77:24 79:13 80:14 85:3,10 88:12 89:19,25 90:23 97:13 100:14 100:25 108:7 113:17 116:4 125:12 126:1 126:15 127:1,3 129:15 140:14 142:9 144:1,7 146:7,11,24 147:4 149:24 149:25 150:3,9 150:9,14,16,17 150:17,18,19 150:21,23,24 150:24,25 151:1,3,4,4,13 151:19,20 152:7,16 153:1 153:2,3,17,22 154:2,8,18 155:15,17,24 155:25 158:25 160:8,13,22,24 162:20 164:5 165:21 167:4,9 170:20 171:4 172:21 177:10 178:14 180:16 181:1 185:25 187:2 188:14 188:17 190:3,6 190:22 192:4 192:23 195:22 199:24 200:21 202:2,5,11,22 202:24 203:3,9 204:16 205:17 207:3,23 208:6 209:14 210:1,5 210:11,18 211:3,4 212:3 212:23 213:18 213:19,21 214:1,3,7,12,17 215:11 217:14 217:16 219:12 222:10 223:2 224:17 228:5 228:25 231:2 233:5,8 236:1 239:11 240:16 240:17 242:5 242:19 243:7 243:21,22 244:11 245:6 246:11,19 248:5 249:21 252:19
**timeline** 142:21 218:1
**timer** 204:19
**times** 13:25 19:18,19 44:16 44:19 74:2 78:10 81:5 85:23 91:21 97:6 130:22 177:8 196:13 199:23 200:15 202:11,16 208:2 222:20 229:8 236:17 242:5 246:8
**timestamp** 183:21 184:4
**title** 99:23,25 100:3 101:14 116:25
**today** 6:23 7:5 21:8 58:19 62:1,2,4,16,17 102:4 119:20 125:1 167:7 193:7 197:22 201:19 227:10 231:6,16 232:13 233:15 234:6 239:3
**today's** 64:3 199:10

**toff** 168:10
**together** 39:10 45:5 206:23
**told** 129:17 143:3 174:16 207:1 209:4 210:12 213:2 215:11,19 221:13 225:17
**tomorrow** 89:5 161:7
**took** 26:23 29:6 29:9 31:1 40:2 45:23 75:18 126:8,10 167:3 167:8 178:24 179:13 195:13 200:16 204:10 227:3,8,19 239:24 240:23
**top** 28:16 116:25 124:5 133:17 149:8 217:22
**topics** 35:16 214:22
**total** 134:20 137:15,17,22 149:19 150:9 150:24 155:24 177:5,10 183:13 186:21 199:1
**touch** 24:11
**tour** 139:4 141:8,12
**toward** 103:23 135:16 151:4
**track** 130:25 146:25
**tracked** 213:1
**tracking** 157:12,13 212:20,25
**tracks** 99:16
**train** 74:19 155:16 160:9
**trained** 74:23 75:3,5
**trainer** 74:24 149:1
**training** 29:13 30:9,19 40:6 40:11 41:15,23 42:9,9,16 47:7 65:6 73:3 74:10,12,13,15 74:16 79:18,19 79:19 84:13,14 84:15,23,24 85:2,19 86:3,5 86:7,11,23,25 87:6,10,24 88:4,10,11,14 88:18,19 89:2 89:4,7,10,22,25 90:9,10,17 92:12,15,16,18 92:19,22 93:1 93:1,13,20 94:4,9,11,12,14 94:15,16,16,18 94:22 95:2,8 95:12,20 96:3 96:5 102:25 103:6,11 104:1 104:4,4 124:9 124:11,16,19 127:13 128:15 137:2 139:1 141:4,9 144:11 144:12,20 146:22 154:16 154:16,19,22 155:3,12,14 156:1 165:6 173:14,25 175:5 180:24 181:6 182:3 205:3 233:17 233:20 236:7 242:21 244:10 245:22 246:3,9 246:20,25 247:1,3,7,15,22 248:10,13
**trainings** 90:5 95:23
**transcript** 7:18 249:21 251:4,6 252:9,16,19 253:2
**transcripts** 249:21 250:1
**transferred** 75:15,19,24
**transferring** 76:12
**transitioned** 100:23 101:1,4 101:7 232:23
**transitioning** 100:8
**transport** 66:4 68:20,21
**transportation** 164:11
**travel** 124:10 165:12 175:2 179:17,19,24 180:2
**traveling** 179:21
**treated** 11:3
**tricare** 103:20
**trickles** 124:8
**tried** 97:22 108:5 235:22
**trigger** 112:21 112:23
**trip** 11:11,17 11:20,23 12:1 12:3,7,17 15:5 15:9,11,13,25 16:7,11,15,17 18:17,19 52:10 123:17 164:15 164:16,18,20 164:23 165:8

170:13 171:6,7 171:8 175:17 191:14,16,21 194:19 195:23 195:24 199:20
**trips** 10:1,1 11:25 16:3 110:24 111:1,4 111:6 203:23 223:12 237:5 240:12 243:2
**trout** 6:17
**troutman** 4:13
**true** 21:14 82:6 82:8 114:25 115:1,3 169:16 232:22 249:22 251:6
**trust** 160:19
**truth** 161:1 225:24
**try** 6:23 7:24 82:22 160:24 176:19 236:1
**trying** 7:13 16:7 27:14 42:25 49:24 52:12 54:14 77:16 79:1 87:8 88:13 98:7 121:25 124:1 129:1,2 174:18 180:24 187:4 203:8,12 217:11,25
225:7,11 243:25
**tully** 46:14,18 46:21 47:6 48:13
**turn** 60:7 158:20 178:9 200:4 238:21
**turning** 138:7
**twenty** 142:3
**twice** 71:19 197:25 203:12 215:4
**two** 9:8 12:11 19:10,24 20:24 22:23 24:10,13 25:16,23 26:16 26:17,17,18 28:23 40:5 67:23 80:13 88:23 93:4,21 93:25 97:22 99:4,4 101:13 105:13 106:16 114:6 118:7 124:14,14,16 127:17 139:17 139:23 140:10 144:22 145:5 145:11 150:2,8 156:5 165:24 172:3 173:4,6 173:8 177:7,8 177:11 183:12 187:8 189:21
192:21,24 199:2,23 200:2 200:18 202:17 202:20 203:5 205:19,23
**type** 28:18 69:2 69:5 71:25 94:15 180:25 181:4 235:15
**types** 78:17
**typewriting** 251:5
**typical** 112:20 230:5
**typically** 79:6 85:7,13,17 86:20 87:1 91:19 94:5 102:18 105:6 112:19 123:7 124:16 169:25 175:20 176:10 202:20 229:24
**typo** 58:23 59:7

**u**

**u** 36:23
**uh** 7:17,17
**ultimately** 14:10 53:11 127:2 138:18 161:1 189:23 192:10 205:8 215:24 216:17
**unable** 169:15 241:23,24
**unavailable** 241:18
**unclassified** 98:23
**under** 11:3 23:16 50:13 51:24 52:8 59:21 76:1 91:3 104:18 105:11 112:5 116:13 121:11 136:10 172:15 191:18,19,20 195:10 200:11 201:7 222:23 251:5
**underneath** 190:25
**undersigned** 253:2
**understand** 6:25 7:23 25:19 27:12,14 30:13 36:17 42:25 43:4 48:5 61:23 69:8 75:9 83:1 85:8 87:9 88:14 95:7,13 110:8 112:16 115:10 116:17 117:5,10 119:5 121:25 124:1 125:10 130:8 134:19 135:24

142:21 147:13 152:1 153:15 153:18 154:14 157:6 173:5 174:19 182:18 199:9 203:12 205:23 216:3 217:25 227:23 230:5 241:2
**understanding** 23:8,10,18 38:5,10,11 39:15,19 45:6 45:14 54:2,12 60:16,19,20 78:19 102:12 118:4,10 134:6 143:11 159:10 159:13 160:14 162:19 166:11 169:8,11 174:11 181:21 182:24 183:4,6 183:25 188:2 196:2 204:14 212:19 213:24 225:2,13 228:8 228:12,13 232:8 233:22 234:15 235:1,8 235:9,14,19 240:21 241:11 241:16,22 242:12 244:2 247:17
**understood** 7:20 8:1 12:15 13:11 15:14 16:11 32:13 80:23 83:20 112:22 115:9 177:14 194:23 206:11 240:16
**undertake** 122:2
**uniformed** 116:19 117:3,7 117:12,16 118:5 147:16
**unintelligible** 216:13
**union** 8:25 10:19,23 14:6 14:13,16,18 45:7 48:6 107:21 143:5
**unit** 73:8,10 75:15,16,25 76:2 81:6,13 81:18,19 82:2 82:7,14 83:2 84:22 85:2 88:25 89:8 96:21,22 97:3 97:6,14 123:16 124:16 176:1 233:12 246:23
**unit's** 85:19
**united** 1:1
**units** 88:24 124:8 175:24 232:3,5 243:12 243:16,19,21 244:8,10,13,14 244:16
**university** 64:16
**unquote** 147:15
**unresolved** 53:12 208:20
**unsuccessful** 14:10
**unsuited** 241:24
**upcoming** 108:1,11 125:11
**updated** 183:2
**upgrade** 23:21 23:22,24 24:2 40:3 69:4 79:18 84:6
**upgraded** 71:22 101:2,3 101:6
**upgrades** 84:2 84:2,3
**upholding** 22:25 23:6
**uploaded** 182:20 184:8 250:2
**ups** 56:23
**use** 16:2 82:21 83:23 89:18 127:13 144:18 167:15 202:11 242:7 253:9
**used** 74:25 75:2 78:4 83:23 167:16 168:4,8 204:3,4 231:6 240:17
**userra** 20:2,17 20:18,20 53:18 73:20 112:11 116:1,10 207:17 219:10 222:23
**uses** 79:2
**using** 88:15 151:7,10 202:23
**usually** 81:8 94:23 110:7,12 123:6 176:9 180:9 202:17 208:15
**utas** 92:13
**utilize** 130:18

**v**

**vacation** 165:21 166:8,8 166:9,10,12,12 166:15,16,16 166:18,20,25 167:1,1,3,8,15 167:16,17,23

168:3 201:9,10 201:20 202:2,5 202:11,19,22 202:23,25 203:3,5,11,11 203:18,24 229:10 240:17
**vacations** 201:13,16 202:17,21
**vacuum** 181:10
**vague** 210:1
**vaguely** 198:14
**validly** 234:16
**value** 135:22 138:3
**values** 134:14 134:15 135:10 135:18 136:12 149:23 150:8
**variable** 175:15
**variables** 77:18 78:4,7
**variants** 69:16
**varies** 94:23
**variety** 237:12
**various** 134:15 134:21 195:10
**verbal** 7:14,19 120:17,22 125:23 159:7 159:11 160:17 173:20 174:17 224:2,4
**verbatim** 249:13
**verification** 196:25
**veritext** 5:10 249:10,18 252:13,23
**versus** 5:7 30:1 46:4 102:11 223:23 236:10 244:2
**vets** 55:9
**video** 5:4,5 55:5
**videographer** 4:18 5:3,11 6:1 6:6 31:15,17 61:11,13 63:11 63:13 65:16,18 104:22,24 152:11,13 195:3,5 230:22 230:24 248:18
**videotaped** 1:15
**view** 15:6 52:24 132:21 136:5
**vindictive** 222:20
**violation** 11:5,8 15:25 73:20
**violations** 19:16,22 20:1 20:18,19 207:17
**virtual** 17:19
**vision** 151:5,6 151:10
**voco** 160:16
**voice** 55:5,6 129:17,20 142:14,22
**volunteer** 177:20
**volunteered** 156:6
**volunteers** 176:9,9
**vs** 1:7

**w**

**wait** 110:4 114:1,2 122:13 126:12 198:22 242:4,6
**waiving** 218:3
**wake** 242:11
**want** 34:13 47:10,11 82:16 95:13 116:5 138:8 161:24 168:14,16 169:5 173:2 176:15,16 217:23 224:25 225:4,9 226:23
**wanted** 21:12 24:10 83:8,10 86:22 89:2,4 99:20 130:13 136:6,8 187:7 204:12 205:6 247:7,16
**warning** 175:14,18
**washburn** 3:9 4:12 5:14,14 6:12 9:2 10:10 27:23 28:1,4,5 31:13,19 38:4 49:8 53:21 59:1 60:3,5 61:10,15,22 62:1,3,6 63:10 63:15 64:1 65:15,20 77:15 90:13 91:15 95:16 96:13 102:8 104:19 105:1 111:10 115:22 116:24 118:18 119:3 120:20 121:8 121:24 123:3 131:5,16 132:2 133:1 145:15 152:10,15 157:3 163:15 173:10 178:17 179:18 180:12 182:5,13,23 183:5 184:5 185:10,16 186:6,23 190:5 190:9 194:6,15 195:2,6 196:1

196:17 197:2,7 197:8 201:17 202:1 203:7,16 207:11 209:10 210:2,4 216:19 217:4,8 226:16 228:1 229:3 230:4,14,20 231:1 232:1,10 233:10,24 234:12,18 235:5,25 237:7 238:10 240:25 241:14 242:1 242:15 243:4,9 246:1 248:16
**washington** 4:5
**waste** 150:16
**way** 9:6 18:23 33:21 36:15 44:3 46:14 81:23 84:21 85:24 92:10 93:14 97:7,15 98:1 102:1 108:4 117:1 124:5 126:9 128:6 129:25 132:20 144:22 157:10 160:17 163:4 165:25 170:19 175:19 180:9 183:12 187:19 192:24 193:19 205:12 208:12 210:17 221:4,7 231:22 238:1
**wayne** 244:19 244:23
**ways** 97:23 102:16 108:3 132:14 159:15 243:25
**we've** 60:1 152:8 194:24
**weather** 81:9
**webb** 219:15 220:4,5 222:3 222:4
**website** 55:9,10 55:11
**wedding** 234:19
**wednesday** 89:3
**week** 78:1,2,13 81:20 82:21 83:7 87:7 158:7 175:19 176:23 177:11 237:2 245:13
**weekend** 85:25 86:1 88:24 89:7,8,11 164:16 238:13
**weekends** 85:5 86:21 89:16 91:18,24 96:7 98:11 204:23 234:8,9,17 237:2 245:19
**weekly** 81:1 82:1
**weeks** 124:16 177:7,11 186:22 187:1,8 203:5
**welcome** 217:24
**went** 18:15 35:24 47:19 64:16 69:3 70:5,7 71:10 72:14,17 97:11 97:25 98:3 125:20 177:9 198:5 244:9
**whatsapp** 98:19
**white** 16:4
**whiteboard** 113:13
**wife** 226:7,10
**wife's** 200:1,3 201:8
**willing** 227:1
**willow** 70:10
**willy** 89:21
**wing** 84:25 85:18,18
**winged** 146:19 146:23 150:25
**wise** 83:17
**witness** 6:7 120:24 197:13 199:6 216:14
**witnesses** 249:24
**wondering** 221:15
**word** 99:19 122:8 217:19
**words** 8:6 11:13 38:7 134:14 159:18 180:6
**work** 22:4 23:16 25:21 30:11 46:6,11 47:2,7,16,16,19 48:2 52:13,17 53:2 70:5 88:1 101:20 104:18 109:6 110:2 119:22 158:11 170:1 171:12 172:18 180:9 196:9 197:12 197:18 198:6 199:5,13,14 228:17 229:17 246:14 248:8
**workcation** 203:24
**worked** 30:14 70:7,24 170:15 191:12 222:18

**working** 9:11 11:3,12,15 30:9 42:24 49:4 61:3 90:18 101:24 102:17 106:14 128:10 155:19 169:20,22 171:20,21 191:9 202:9 239:5 248:8,9
**works** 170:20
**worry** 41:21 42:7
**worth** 124:15 124:18
**writes** 51:1
**written** 19:1 114:16,20 159:8,17,18,22 208:4 235:10
**wrong** 120:11 161:9

**x**

**x** 113:12

**y**

**y** 190:23 219:23
**yeah** 12:21 35:14 61:9 64:8 79:6 80:11 85:5 88:3 89:15,17 90:17 94:15 98:20 106:10 109:25 114:17 119:13 121:25 125:24 128:2 129:9 135:11 136:5 146:17 151:15 157:1 158:18 160:3 166:23 169:2 172:17 176:15 182:18 187:7 187:18 189:5 198:4,14 201:6 201:24 202:8 203:21 206:18 209:1 210:24 212:1,13 214:14 215:7 217:12,14 224:11,17 225:11,16 227:11 245:10 248:9
**year** 9:19,19 18:12 21:9 23:13,20 24:3 24:14,21 61:4 61:6 65:12 74:9 75:17 85:3,7,10,12,14 85:23 87:4 88:21,22,22 96:4 106:23 107:7 123:15 124:6,13,17 127:17 128:5 128:13 133:12 133:13,21,22 134:13,14,16 134:22,25 135:9 137:13 138:5,10 175:22 202:17 202:21 203:6 203:13 205:5 205:22,24 206:5,13,17 207:5,6 211:7 212:21 213:22 236:19
**year's** 135:7
**years** 21:6 31:9 43:15 52:2 61:7,8 92:24 135:12 200:2 200:18 203:4 204:15 205:19 205:24 210:25
**yep** 143:21
**yesterday** 62:20
**younger** 204:13
**ypsilanti** 70:10

**z**

**z** 149:1
**zero** 138:6,6
**zoom** 4:8 6:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.