# EXHIBIT 2

ORIGINAL

DEPARTMENT OF THE AIR FORCE
NATIONAL GUARD BUREAU
127 OPERATIONS GROUP (ACC)
28252 WILBUR WRIGHT BLVD, BLDG 34
SELFRIDGE ANGB MI 48045-5202

Personnel Data - Privacy Act of 1974 (5 USC 552a)

ORDER NUMBER Z8F1BM
FILING SEQUENCE NUMBER R-K000029 26 Apr 2017
AROWS TRACKING NUMBER 7799123

1. TYPE OF DUTY / AUTHORITY: ACTIVATION NON CONTINGENCY (MPA) (TITLE 10) 10 USC 12301 (D) & AFI 36-2619

2. PURPOSE: Non-Contingency MPA Tour in support of ACC JTACS/CAS MPA SPT17

3. This is a pay only order. Travel authorization will be completed using Defense Travel System (DTS).

4. ADDRESSING:
CAPT, BEST, BENJAMIN, A, 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, E91CFL9V
13766 MILTON DR, BELLEVILLE, MI 48111-2353, UNITED STATES

5. ITINERARY: 21 Apr 2017 - 22 May 2017 (32 WK-DY, 32 CAL-DY)
Transportation:
FROM: 13766 MILTON DR, BELLEVILLE, MI 48111-2353, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 13766 MILTON DR, BELLEVILLE, MI 48111-2353, UNITED STATES

6. Point of Contact Information. POC: TSGT MARIO JIMENEZ; Commercial Phone: 5862392109; DSN Phone: 2732109; Commercial FAX: n/a; DSN FAX: n/a; Email: MARIO.JIMENEZ12.MIL@MAIL.MIL

7. For Duty With: ACC JTACS/CAS MPA SPT17 at 107 FIGHTER SQUADRON (21 Apr 2017 thru 22 May 2017)

8. Member is assigned to the 201 MSS, ANGRC, Andrews AFB, MD for ADCON, and attached for a Federal Training Mission to HQ AIR COMBAT COMMAND (HQ ACC) for OPCON and Specified ADCON. Member is further directed to perform duty at 107 FIGHTER SQUADRON, SELFRIDGE ANGB, MI, UNITED STATES. While performing under these orders, member is subject to the Uniform Code of Military Justice(UCMJ).

9. This active duty order does not constitute authority to deploy from the unit location. If further deployment is required after reporting to Commander of assigned unit, a Contingency Exercise Deployment (CED) order must be published and furnished to the individual prior to departure. Deploying personnel must out-process through the servicing Military Personnel Flight as directed.

10. Members are required to keep in their possession, at all times, a copy of this order.

11. REPORTING DATA . Effective and expiration dates of active duty are listed on this order. Member(s) is/are directed to proceed to their home unit of assignment and report to commander of organization assigned, not later than the effective date listed on this order. Failure to report within prescribed time limits will place the member in AWOL status. Thirty-one days after reporting AWOL status, the member will be placed in deserter status IAW AFI 36-2911, Desertion and Unauthorized Absence. GENERAL INSTRUCTIONS: Member is to perform indicated duty at home station. Personnel are non-rated, not on flying status unless otherwise indicated. Personnel on flying status are authorized to take part in flying activities during the period of these

ORIGINAL



orders.

12. Activation Information
AERO Rating: Yes
Flying Status: Yes
CMAS: 2073549
Command Code: 1C
Mean Code: 233
Tour Indicator: 00000
Executive Order: 89999M - MANDAYS (ALL OTHERS)

13. Effective date of active duty is 21 Apr 2017. Individual is directed to proceed to n/a. Report to commander of organization assigned, not later than 2017/04/21 0730. Failure to report within prescribed time limits will place the member in AWOL status. Thirty-one days after reporting AWOL status, the member will be placed in deserter status IAW AFI 36-2911, Desertion and Unauthorized Absence.

14. ADDITIONAL INFORMATION. Individuals serving on Active Federal Service for a period more than 30 days are entitled to comprehensive health care coverage under TRICARE. IAW AFI 36-3026(I), Identification Cards for Members of the Uniformed Services, Their Eligible Family Members, and Other Eligible Personnel, 20 Dec 02, para 1.19.4, it is the member's responsibility to ensure their DEERS record reflects the proper active duty dates if orders are in excess of 30 days. TRICARE enrollment procedures can also be found at the following site: http://www.tricare.osd.mil/reserve. This active duty order does not constitute authority to deploy from the home unit of assignment location. If further deployment is required after reporting to Commander of assigned unit, the applicable Contingency Exercise Deployment (CED) or TDY order must be published and furnished to the individual prior to departure. Deploying personnel must out-process through the servicing Military Personnel Flight as directed.

15. The period of service under these orders may be exempt from the five-year limit as provided in Title 38 USC 4312 (c)(4)(B) under the Uniformed Services Reemployment Rights Act (USERRA). Please contact your Human Resource Office (HRO), Military Personnel Management Office (MPMO), or Employer Support Guard Reserve (ESGR) Point of Contacts as applicable for further guidance. Additional Guidance is available on the Mypers website.

16. The Verbal Orders of the Commander (VOCO) on 25 Apr 2017 are confirmed; circumstances prevented written orders in advance.

17. A certified pay order with all associated modifications must be submitted to Military Pay within 5 working days after the end of the tour for payment processing.

18. Member may be entitled to BAH I

19. Officer is entitled to BAS type N

20. Department of Defense organizations requiring order validation, please contact the AROWS Help Desk at 1-240-612-7717 (DSN: 612-7717).

21. This is a pay only order. Travel authorization will be completed using Defense Travel System (DTS).

22. CERTIFICATION: WUC: 1C Perstempo: H
Fund Cite:
P&A 5773500 327 511 525725
APC: 30111C

ORIGINAL



CIC: n/a
Estimates: Travel: $0.00 Per Diem: $0.00 Rental Car: $0.00
Certifying Official: /s/ GS-7 JAMES A DONALDSON /s/

23. AUTHENTICATION:

BY ORDER OF THE SECRETARY OF THE AIR FORCE

/S/OFFICIAL/S/

SHAWN E. HOLTZ, LT. COL, MIANG
Commander

DISTRIBUTION: A

R-K000029, 127 OPERATIONS GROUP, 26 Apr 2017

STATEMENT OF DUTY(INITIAL)
[E-Certification]

Member with dependents

Member was not assigned government housing/government dorms.

I certify I reported for duty at 06:00 hours on 21 APR 2017 and/or was released from duty at _______ hours on _______.

BENJAMIN BEST
Printed Name of Member

cn=BEST.BENJAMIN.AUGUST.1385444806,ou=USAF,ou=PKI,ou=DoD,o=U.S. Government,c=US
Signature of Member

KELLI MARTIN
Printed Name of Attendance Certifying Official
(Duty Supervisor)

cn=MARTIN.KELLI.ANNE.1093074870,ou=USAF,ou=PKI,ou=DoD,o=U.S. Government,c=US
Signature of Attendance Certifying Official
(Duty Supervisor)