# EXHIBIT 3

ORIGINAL

MICHIGAN AIR NATIONAL GUARD
127 OPERATIONS GROUP (ACC)
28252 WILBUR WRIGHT BLVD, BLDG 34
SELFRIDGE ANGB MI 48045-5202

Personnel Data - Privacy Act of 1974 (5 USC 552a)

ORDER NUMBER Z8P86R
FILING SEQUENCE NUMBER A-K000147 27 Jun 2017
AROWS TRACKING NUMBER 8035511

1. TYPE OF DUTY / AUTHORITY: ANNUAL TRAINING STATE (TITLE 32) 32 USC 502(A)

2. PURPOSE: Training Duty RED FLAG 2017

3. This is a pay only order. Travel authorization will be completed using Defense Travel System (DTS).

4. ADDRESSING:
CAPT, BEST, BENJAMIN, A, 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, E91CFL9V, INCENTIVE PAY A
13766 MILTON DR, BELLEVILLE, MI 48111-2353, UNITED STATES

5. ITINERARY: 16 Jun 2017 - 24 Jun 2017 (9 WK-DY, 9 CAL-DY)
Transportation:
FROM: 13766 MILTON DR, BELLEVILLE, MI 48111-2353, UNITED STATES
TO: RED FLAG 2017-EIELSON AFB, 00000, EIELSON AFB, AK 99702-0000, UNITED STATES
RETURN TO: 13766 MILTON DR, BELLEVILLE, MI 48111-2353, UNITED STATES

6. Point of Contact Information. POC: SSGT JUSTIN FRENCH; Commercial Phone: 5862394662; DSN Phone: 2734662; Commercial FAX: n/a; DSN FAX: n/a; Email: JUSTIN.R.FRENCH7.MIL@MAIL.MIL

7. For Duty With: RED FLAG 2017 at RED FLAG 2017-EIELSON AFB (16 Jun 2017 thru 24 Jun 2017)

8. By direction of the governor of this state the member will perform duty as indicated.

9. Members are required to keep in their possession, at all times, a copy of this order.

10. The Verbal Orders of the Commander (VOCO) on 26 Jun 2017 are confirmed; circumstances prevented written orders in advance.

11. A certified pay order with all associated modifications must be submitted to Military Pay within 5 working days after the end of the tour for payment processing.

12. Member may be entitled to ACIP

13. Member may be entitled to BAH II

14. Officer is entitled to BAS type N

15. Department of Defense organizations requiring order validation, please contact the AROWS Help Desk at 1-240-612-7717 (DSN: 612-7717).

16. This is a pay only order. Travel authorization will be completed using Defense Travel System (DTS).

17. CERTIFICATION: WUC: EA Perstempo: H
Fund Cite:
P&A 5773850 567 4156 52101/02 380100
APC: E9A1EA

ORIGINAL



CIC: n/a
Estimates: Travel: $0.00 Per Diem: $0.00 Rental Car: $0.00
Certifying Official: /s/ SSGT AMANDA SMITH /s/

18. AUTHENTICATION:

BY ORDER OF THE GOVERNOR / COMMANDING GENERAL

/S/OFFICIAL/S/

SHAWN E. HOLTZ, LT. COL, MIANG
Commander

DISTRIBUTION: I

A-K000147, 127 OPERATIONS GROUP, 27 Jun 2017

STATEMENT OF DUTY

( ) Member without dependents

( ) Member with dependents

( ) Married to Military Member
Status of Spouse (if known)
( ) a. Spouse on Active Duty or AGR status
( ) b. Spouse not on Active Duty
( ) c. Active duty/AGR spouse claims child/children for BAH purposes

( ) Member was assigned government housing/government dorms.

( ) Member was not assigned government housing/government dorms.

I certify,

1) I reported for duty at __________ (time) hours on __________ (date) and/or was

released from duty at __________ (time) hours on __________ (date).

2) I was the owner/operator of the Privately Owned Vehicle (POV)
(Use DD Form 1351-2 for claims other than POV MILEAGE.)

Start Date __________ End Date __________ POV Miles __________

_______________________________________________
Printed Name of Member

_______________________________________________
Signature of Member

_______________________________________________
Printed Name of Attendance Certifying Official
(Duty Supervisor)

_______________________________________________
Signature of Attendance Certifying Official
(Duty Supervisor)