# EXHIBIT 6

ORIGINAL

DEPARTMENT OF THE AIR FORCE
NATIONAL GUARD BUREAU
127 OPERATIONS GROUP (ACC)
28252 WILBUR WRIGHT BLVD, BLDG 34
SELFRIDGE ANGB MI 48045-5202

Personnel Data - Privacy Act of 1974 (5 USC 552a)

ORDER NUMBER ZA8HJ8
FILING SEQUENCE NUMBER R-K000028 28 Jan 2019
AROWS TRACKING NUMBER 9683495

1. TYPE OF DUTY / AUTHORITY: ACTIVATION PARTIAL MOBILIZATION (PM) (TITLE 10) 10 USC 12302 & AFI 10-402

2. PURPOSE: In Support of - Contingency: 13223J - OPERATION FREEDOM SENTINEL

3. This is a pay only order. Travel authorization will be completed using Defense Travel System (DTS).

4. ADDRESSING:
CAPT, BEST, BENJAMIN, A, 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, E91CFL9V, INCENTIVE PAY A
49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

5. ITINERARY: 30 May 2019 - 25 Aug 2019 (86 WK-DY, 88 CAL-DY)
Transportation:
FROM: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

6. Point of Contact Information. POC: TSGT MARIO JIMENEZ; Commercial Phone: 586-239-2109; DSN Phone: 273-2109; Commercial FAX: n/a; DSN FAX: n/a; Email: MARIO.JIMENEZ12.MIL@MAIL.MIL

7. For Duty With: 107 EXPEDITIONARY FS at 107 FIGHTER SQUADRON (30 May 2019 thru 25 Aug 2019)

8. Member is assigned to the 201 MSS, ANGRC, Andrews AFB, MD for ADCON, and attached for a Federal Operations Mission to HQ AIR COMBAT COMMAND (HQ ACC) for OPCON and Specified ADCON. Member is further directed to perform duty at 107 FIGHTER SQUADRON, SELFRIDGE ANGB, MI, UNITED STATES. While performing under these orders, member is subject to the Uniform Code of Military Justice(UCMJ).

9. This active duty order does not constitute authority to deploy from the unit location. If further deployment is required after reporting to Commander of assigned unit, a Contingency Exercise Deployment (CED) order must be published and furnished to the individual prior to departure. Deploying personnel must out-process through the servicing Military Personnel Flight as directed.

10. Members are required to keep in their possession, at all times, a copy of this order.

11. REPORTING DATA . Effective and expiration dates of active duty are listed on this order. Member(s) is/are directed to proceed to their home unit of assignment and report to commander of organization assigned, not later than the effective date listed on this order. Failure to report within prescribed time limits will place the member in AWOL status. Thirty-one days after reporting AWOL status, the member will be placed in deserter status IAW AFI 36-2911, Desertion and Unauthorized Absence. GENERAL INSTRUCTIONS: Member is to perform indicated duty at home station. Personnel are non-rated, not on flying

ORIGINAL



status unless otherwise indicated. Personnel on flying status are authorized to take part in flying activities during the period of these orders.

12. Activation Information
AERO Rating: No
Flying Status: Yes
UTC: 3FVF1
Task ID: 2128711
Command Code: n/a
Mean Code: n/a
Man Day ID: n/a
Tour Title: n/a
Reserve Active Duty Reason: H - INVOL MOBILIZATION (PARTIAL 10 USC 12301, 12302, 688)
Executive Order: 13223J - OPERATION FREEDOM SENTINEL
Partial Mobilization Number: 1596

13. ADDITIONAL INFORMATION, Based on these orders to Active Federal Service for a period of 31 days or more in support of a contingency operation dated after 28 October 2004, members and eligible dependents may be eligible for TRICARE benefits. IAW (I), Identification Cards for Members of the Uniformed Services, Their Eligible Family Members and Other Eligible Personnel, 20 Dec 02, para 1.19.4, it is the members responsibility to ensure their DEERS record reflects the proper active duty dates if orders are in excess of 30 days. Eligibility period for this benefit begins upon notification or receipt of Delayed-Effective-Date order to active duty or up to ninety (90) days prior to written or verbal notification of being placed on active duty. Benefits are effective the date you receive notification that you are (or will be) ordered to active duty for a period of 31 days or more in support of a contingency operation as defined in provisions of law, 10 U.S.C. 101(a)(13)(b). If service is 90 days continuous in support of a contingency, prior to deactivation, member must declare intent to enroll in TRICARE Reserve Select (TRS) Program. Members should contact their servicing MPF for eligibility and current benefit information regarding TRS. It is suggested members review their eligibility period by logging onto the Guard/Reserve portal at https://www.dmdc.osd.mil/appj/esgr/index.jsp before submitting claims to TRICARE. Claim procedures have been posted at http://www.tricare.osd.mil/claims. TRICARE enrollment procedures can also be found at the following site: http//www.tricare.osd.mil/reserve. This order contains information protected under the Privacy Act of 1974. This active duty order does not constitute authority to deploy from the activated location. If further deployment is required after reporting to the Commander of assigned unit, the applicable Contingency, Exercise, Deployment (CED) or TDY order must be published and furnished to the individual prior to departure. Deploying personnel must out-process through the servicing Military Personnel Flight as directed.

14. The period of service under these orders may be exempt from the five-year limit as provided in Title 38 USC 4312 (c)(4)(B) under the Uniformed Services Reemployment Rights Act (USERRA). Please contact your Human Resource Office (HRO), Military Personnel Management Office (MPMO), or Employer Support Guard Reserve (ESGR) Point of Contacts as applicable for further guidance. Additional Guidance is available on the Mypers website.

15. A certified pay order with all associated modifications must be submitted to Military Pay within 5 working days after the end of the tour for payment processing.

16. Member may be entitled to ACIP

ORIGINAL



17. Member may be entitled to BAH I

18. Officer is entitled to BAS type N

19. Department of Defense organizations requiring order validation, please contact the AROWS Help Desk at 1-240-612-7717 (DSN: 612-7717).

20. This is a pay only order. Travel authorization will be completed using Defense Travel System (DTS).

21. CERTIFICATION: WUC: 1C Perstempo: H
Fund Cite:
P&A 5793500 329 511 525725

CIC: n/a
Estimates: Travel: $0.00 Per Diem: $0.00 Rental Car: $0.00
Certifying Official: /s/ TSGT MATTHEW TE SELLERS /s/

22. AUTHENTICATION:

BY ORDER OF THE SECRETARY OF THE AIR FORCE

/S/OFFICIAL/S/

NANCY M. DAKIN, COL, MIANG
Commander

DISTRIBUTION: A

STATEMENT OF DUTY

( ) Member without dependents

( ) Member with dependents

( ) Married to Military Member
Status of Spouse (if known)
( ) a. Spouse on Active Duty or AGR status
( ) b. Spouse not on Active Duty
( ) c. Active duty/AGR spouse claims child/children for BAH purposes

( ) Member was assigned government housing/government dorms.

( ) Member was not assigned government housing/government dorms.

I certify,

1) I reported for duty at ___________ (time) hours on ___________ (date) and/or was

released from duty at ___________ (time) hours on ___________ (date).

2) I was the owner/operator of the Privately Owned Vehicle (POV)
(Use DD Form 1351-2 for claims other than POV MILEAGE.)

Start Date ___________ End Date ___________ POV Miles ___________

_______________________________________________
Printed Name of Member

_______________________________________________
Signature of Member

_______________________________________________
Printed Name of Attendance Certifying Official
(Duty Supervisor)

_______________________________________________
Signature of Attendance Certifying Official
(Duty Supervisor)