# EXHIBIT 7

ORIGINAL

DEPARTMENT OF THE AIR FORCE
NATIONAL GUARD BUREAU
127 OPERATIONS GROUP (ACC)
28252 WILBUR WRIGHT BLVD, BLDG 34
SELFRIDGE ANGB MI 48045-5202

Personnel Data - Privacy Act of 1974 (5 USC 552a)

ORDER NUMBER ZA8HJ8
FILING SEQUENCE NUMBER R-K000056 01 Mar 2019
AROWS TRACKING NUMBER 9683495/1

1. TYPE OF DUTY / AUTHORITY: ACTIVATION PARTIAL MOBILIZATION (PM) (TITLE 10) 10 USC 12302 & AFI 10-402

2. PURPOSE: In Support of - Contingency: 13223J - OPERATION FREEDOM SENTINEL

3. ADDRESSING:
CAPT, BEST, BENJAMIN, A, 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, E91CFL9V, INCENTIVE PAY A
49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

4. ITINERARY: 30 May 2019 - 12 Aug 2019 (73 WK-DY, 75 CAL-DY)
Transportation:
FROM: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

5. MODIFIED TO DELETE:
ITINERARY: 30 May 2019 - 25 Aug 2019 (86 WK-DY, 88 CAL-DY)
Transportation:
FROM: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

For Duty With: 107 EXPEDITIONARY FS at 107 FIGHTER SQUADRON (30 May 2019 thru 25 Aug 2019)

6. MODIFIED TO INCLUDE:
ITINERARY: 30 May 2019 - 12 Aug 2019 (73 WK-DY, 75 CAL-DY)
Transportation:
FROM: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

For Duty With: 107 EXPEDITIONARY FS at 107 FIGHTER SQUADRON (30 May 2019 thru 12 Aug 2019)

7. This modification and all previous modifications (if applicable) must accompany the original order.

Special Order R-K000028, 28 JAN 2019

8. CERTIFICATION: WUC: 1C Perstempo: H
Fund Cite:
P&A 5793500 329 511 525725

ORIGINAL



CIC: n/a
Estimates: Travel: $0.00 Per Diem: $0.00 Rental Car: $0.00
Certifying Official: /s/ SSGT JEFFERY M BARRON /s/

9. AUTHENTICATION:

BY ORDER OF THE SECRETARY OF THE AIR FORCE

/S/OFFICIAL/S/

NANCY M. DAKIN, COL, MIANG
Commander

DISTRIBUTION: A