# EXHIBIT 8

ORIGINAL

DEPARTMENT OF THE AIR FORCE
NATIONAL GUARD BUREAU
127 OPERATIONS GROUP (ACC)
28252 WILBUR WRIGHT BLVD, BLDG 34
SELFRIDGE ANGB MI 48045-5202

Personnel Data - Privacy Act of 1974 (5 USC 552a)

ORDER NUMBER ZA8HJ8
FILING SEQUENCE NUMBER R-K000066 23 May 2019
AROWS TRACKING NUMBER 9683495/2

1. TYPE OF DUTY / AUTHORITY: ACTIVE DUTY - PARTIAL MOBILIZATION 10 USC 12302

2. PURPOSE: In Support of - Contingency: 13223J - OPERATION FREEDOM SENTINEL

3. ADDRESSING:
CAPT, BEST, BENJAMIN, A, 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, E91CFL9V, INCENTIVE PAY A
49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

4. ITINERARY: 26 May 2019 - 13 Aug 2019 (78 WK-DY, 80 CAL-DY)
Transportation:
FROM: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

5. MODIFIED TO DELETE:
TYPE OF DUTY / AUTHORITY: ACTIVATION PARTIAL MOBILIZATION (PM) (TITLE 10) 10 USC 12302 & AFI 10-402

ITINERARY: 30 May 2019 - 12 Aug 2019 (73 WK-DY, 75 CAL-DY)
Transportation:
FROM: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

For Duty With: 107 EXPEDITIONARY FS at 107 FIGHTER SQUADRON (30 May 2019 thru 12 Aug 2019)

The period of service under these orders may be exempt from the five-year limit as provided in Title 38 USC 4312 (c)(4)(B) under the Uniformed Services Reemployment Rights Act (USERRA). Please contact your Human Resource Office (HRO), Military Personnel Management Office (MPMO), or Employer Support Guard Reserve (ESGR) Point of Contacts as applicable for further guidance. Additional Guidance is available on the Mypers website.

6. MODIFIED TO INCLUDE:
TYPE OF DUTY / AUTHORITY: ACTIVE DUTY - PARTIAL MOBILIZATION 10 USC 12302

ITINERARY: 26 May 2019 - 13 Aug 2019 (78 WK-DY, 80 CAL-DY)
Transportation:
FROM: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES
TO: 107 FIGHTER SQUADRON, 28252 WILBUR WRIGHT, BLDG 34, SELFRIDGE ANGB, MI 48045-5202, UNITED STATES
RETURN TO: 49151 RUNNING TROUT LN, NORTHVILLE, MI 48168-0000, UNITED STATES

ORIGINAL



For Duty With: 107 EXPEDITIONARY FS at 107 FIGHTER SQUADRON (26 May 2019 thru 13 Aug 2019)

This period of service is ordered under 10 USC 12302. Therefore, the service is exempt under USERRA's five-year service limitation (38 USC 4312(c)). Questions regarding this period of service may be directed to 2D LT JESSICA KELLY (5862394474, USAF.MI.127-WG.MBX.HRO@MAIL.MIL).

7. This modification and all previous modifications (if applicable) must accompany the original order.

   Special Order R-K000028, 28 JAN 2019
   Special Order R-K000056, 01 MAR 2019

8. CERTIFICATION: WUC: 1C Perstempo: H
   Fund Cite:
   P&A 5793500 329 511 525725

   CIC: n/a
   Estimates: Travel: $0.00 Per Diem: $0.00 Rental Car: $0.00
   Certifying Official: /s/ SSGT JEFFERY M BARRON /s/

9. AUTHENTICATION:

   BY ORDER OF THE SECRETARY OF THE AIR FORCE

   /S/OFFICIAL/S/

   NANCY M. DAKIN, COL, MIANG DISTRIBUTION: A
   Commander