# EXHIBIT 10

**MICHIGAN AIR NATIONAL GUARD**
**127TH OPERATION SUPPORT SQUADRON (ACC)**
**SELFRIDGE ANG BASE, MICHIGAN**

18 September 2019

MEMORANDUM FOR: Delta Pilot Leave

FROM: 107FS/CC

SUBJECT: Major Benjamin A. Best Military Leave

Major Benjamin A. Best was on Active Duty for Contingency Operations and under my command from 01Jun2019 to 26JUL2019. Major Best was then on terminal leave from 27JUL2019-08AUG2019 when his orders ended.

BOEDING.BRIAN.M.1140918098 Digitally signed by BOEDING.BRIAN.M.1140918098 Date: 2019.09.18 14:31:54 -04'00'

BRIAN M. BOEDING, LtCol, MI ANG
107th Fighter Squadron Commander