# EXHIBIT 12

FOR OFFICIAL USE ONLY

PREPARED 02 APR 2024 11:32 INDIVIDUAL FLYING TIME SUMMARY (PA) AS OF 02 APR 2024 PCN SA036-F70

REQUEST PERIOD FROM: 01 JAN 2023 TO: 02 APR 2024

NAME: BEST, BENJAMIN A SSAN: ***-**-9822 GRADE: MAJ PRI CREW POS: P PRI AIRCRAFT: A010C
CMD: ANG WING: 0127WGHWG UNIT: 0107FTRSQ ACFT OPLOC: VGMZ

| MDS | DATE | TAIL NUMB | DUTY POSN | PRI | SEC | INST | EVAL | OTH | TOTAL | SRT | CMB | CMB SRT | C/S | C/S SRT | NITE | INS | SIM INS | NVG | RES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A010C | 11 MAY 23 | 80-0163 | MPAE | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 1 |
| | 15 MAY 23 | 80-0265 | IPAE | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 1 |
| | 23 MAY 23 | 78-0689 | MPAE | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 2.0 | 0.0 | 0.0 | 1 |
| | 15 JUN 23 | 80-0196 | IPAE | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | 1.2 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 10 JUL 23 | 80-0196 | IPAE | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 2.1 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 11 JUL 23 | 80-0196 | IPAE | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 2.0 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 07 AUG 23 | 78-0689 | IPAE | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 2.0 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 08 AUG 23 | 80-0258 | IPAE | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 2.0 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 10 AUG 23 | 80-0255 | IPAE | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 | 1.8 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 09 SEP 23 | 80-0221 | IPAE | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 | 1.8 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 2 |
| | 23 OCT 23 | 80-0255 | MPAE | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 07 DEC 23 | 78-0658 | MPAE | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 20 DEC 23 | 80-0269 | MPAE | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 10 JAN 24 | 80-0255 | MPAE | 1.2 | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.5 | 0.0 | 0.0 | 3 |
| | 10 JAN 24 | 80-0255 | IPAE | 1.0 | 0.0 | 0.9 | 0.0 | 0.0 | 1.9 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 31 JAN 24 | 80-0258 | IPAE | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 1.5 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.4 | 0.0 | 0.0 | 1 |
| | 18 MAR 24 | 79-0088 | IPBE | 0.8 | 0.0 | 0.8 | 0.0 | 0.0 | 1.6 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.5 | 0.0 | 0.0 | 3 |

| A010C SUMMARY | PRI | SEC | INST | EVAL | OTH | TOTAL | SRT | CMB | CMB SRT | C/S | C/S SRT | NITE | INS | SIM INS | NVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIRCRAFT: | 12.8 | 0.0 | 16.1 | 0.0 | 0.0 | 28.9 | 17 | 0.0 | 0 | 0.0 | 0 | 0.0 | 3.4 | 0.0 | 0.0 |
| SIMULATOR: | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | N/A | N/A | N/A | N/A | 0.0 | 0.0 | 0.0 | 0.0 |
| RPA: | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 |

| MDS | DATE | TAIL NUMB | DUTY POSN | PRI | SEC | INST | EVAL | OTH | TOTAL | SRT | CMB | CMB SRT | C/S | C/S SRT | NITE | INS | SIM INS | NVG | RES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMA010C | 10 JUL 23 | 00-0001 | MPAE | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 08 SEP 23 | 00-0001 | MPAE | 1.5 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 10 JAN 24 | 00-0001 | MP | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |
| | 20 FEB 24 | 00-0000 | MP | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | 1 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 3 |



CONFIDENTIAL



The information herein is For Official Use Only (FOUO) which must be protected under the Freedom of Information Act of 1966 and Privacy Act of 1974, as amended.
Unauthorized disclosure or misuse of this PERSONAL INFORMATION may result in criminal and/or civil penalties.

PREPARED 02 APR 2024 11:32 INDIVIDUAL FLYING TIME SUMMARY (PA) AS OF 02 APR 2024 PCN SA036-F70

REQUEST PERIOD FROM: 01 JAN 2023 TO: 02 APR 2024

NAME: BEST, BENJAMIN A SSAN: ***-**-9822 GRADE: MAJ PRI CREW POS: P PRI AIRCRAFT: A010C
CMD: ANG WING: 0127WGHWG UNIT: 0107FTRSQ ACFT OPLOC: VGMZ

| MDS | DATE | TAIL NUMB | DUTY POSN | PRI | SEC | INST | EVAL | OTH | TOTAL | SRT | CMB | CMB SRT | C/S | C/S SRT | NITE | INS | SIM INS | NVG | RES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SMA010C SUMMARY | PRI | SEC | INST | EVAL | OTH | TOTAL | SRT | CMB | CMB SRT | C/S | C/S SRT | NITE | INS | SIM INS | NVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIRCRAFT: | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 |
| SIMULATOR: | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 4 | N/A | N/A | N/A | N/A | 0.0 | 0.0 | 0.0 | 0.0 |
| RPA: | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 |

| GRAND TOTALS | PRI | SEC | INST | EVAL | OTH | TOTAL | SRT | CMB | CMB SRT | C/S | C/S SRT | NITE | INS | SIM INS | NVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIRCRAFT: | 12.8 | 0.0 | 16.1 | 0.0 | 0.0 | 28.9 | 17 | 0.0 | 0 | 0.0 | 0 | 0.0 | 3.4 | 0.0 | 0.0 |
| SIMULATOR: | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 4 | N/A | N/A | N/A | N/A | 0.0 | 0.0 | 0.0 | 0.0 |
| RPA: | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 |

ANG PAGE 2



CONFIDENTIAL



The information herein is For Official Use Only (FOUO) which must be protected under the Freedom of Information Act of 1966 and Privacy Act of 1974, as amended.
Unauthorized disclosure or misuse of this PERSONAL INFORMATION may result in criminal and/or civil penalties.