**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PATRICK HALEY and RANDAL REEP, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant | Civil Action No. 1:21-cv-01076-SEG<br><br>**Third Declaration of Colin M. Downes in Support of Plaintiffs' Motion for Class Certification** |

I, Colin M. Downes, declare as follows:

1. I am a partner at the law firm Barton & Downes LLP, which is co-counsel for Plaintiff Patrick Haley and proposed Class representative Benjamin A. Best ("Best") in the above-captioned matter. I am an active member of the bars of New York and the District of Columbia and have been admitted to practice before this Court *pro hac vice*. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. I reviewed records of short-term military leave taken by Best contained in data produced in this litigation by Defendant Delta Air Lines, Inc. ("Delta") bearing Bates number DELTA_5963. I identified approximately 134 days of short-term military leave over a period of approximately seven years. I

have also reviewed Best's PCARS produced in this litigation by Best and bearing Bates number BEST_31-55. Cross referencing Best's short-term military leave entries in Delta's data and Best's PCARS, I identified five days of short-term military leave that were not reflected by a corresponding service record in his PCARS, representing approximately 3.7% of Best's short-term military leave days as reflected in Delta's data.

3. Attached are true and correct copies of the following documents:

**Exhibit 12:** Data produced by Delta in this litigation bearing Bates number DELTA_00018301;

**Exhibit 13:** Delta's Amended Responses to Benjamin Best's First Set of Interrogatories dated April 12, 2024;

**Exhibit 14:** Excerpts of the deposition of Adam J. McLean taken by counsel for Delta in *Sorenson v. Delta Air Lines, Inc.*, No. 1:17-cv-00541-ELR (N.D. Ga.) by videoconference on August 31, 2021;

**Exhibit 15:** Best's Point Credit Summary dated February 10, 2024, produced in this litigation by Best and bearing Bates number BEST_31-55.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of May 2024 at Washington, DC

*/s/ Colin M. Downes*
Colin M. Downes