# Exhibit 12

| emp_nb | dt | Atvy_Stt_Cc | post_tm_gmt |
|---|---|---|---|
| 155375 | 7/2/2016 | MLOA | |
| 155375 | 7/3/2016 | MLOA | |
| 155375 | 7/4/2016 | MLOA | |
| 155375 | 7/5/2016 | MLOA | |
| 155375 | 7/6/2016 | MLOA | |
| 155375 | 7/7/2016 | MLOA | |
| 155375 | 7/8/2016 | MLOA | |
| 155375 | 7/9/2016 | MLOA | |
| 155375 | 10/1/2016 | MLOA | |
| 155375 | 10/2/2016 | MLOA | |
| 155375 | 10/6/2016 | SICK | |
| 155375 | 10/7/2016 | SICK | |
| 155375 | 11/5/2016 | MLOA | |
| 155375 | 11/6/2016 | MLOA | |
| 155375 | ######## | MLOA | |
| 155375 | ######## | PJRY | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | MLOA | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | SICK | |
| 155375 | ######## | MLOX | |
| 155375 | 3/2/2017 | SICK | |
| 155375 | 3/3/2017 | SICK | |
| 155375 | 3/4/2017 | SICK | |
| 155375 | 3/5/2017 | SICK | |
| 155375 | 3/6/2017 | SICK | |
| 155375 | 3/7/2017 | SICK | |
| 155375 | 3/8/2017 | SICK | |
| 155375 | 3/9/2017 | SICK | |
| 155375 | 3/10/2017 | SICK | |
| 155375 | 3/12/2017 | MLOA | |
| 155375 | 4/9/2017 | MLOA | |
| 155375 | 4/10/2017 | MLOA | |
| 155375 | 4/11/2017 | MLOA | |

| | | |
|---|---|---|
| 155375 | 4/12/2017 | MLOA |
| 155375 | 4/13/2017 | MLOA |
| 155375 | 4/19/2017 | MLOA |
| 155375 | 4/21/2017 | MLOA |
| 155375 | 4/22/2017 | MLOA |
| 155375 | 4/24/2017 | MLOA |
| 155375 | 4/25/2017 | MLOA |
| 155375 | 4/26/2017 | MLOA |
| 155375 | 4/27/2017 | MLOA |
| 155375 | 4/28/2017 | MLOA |
| 155375 | 4/29/2017 | MLOA |
| 155375 | 4/30/2017 | MLOA |
| 155375 | 5/2/2017 | MLOA |
| 155375 | 5/3/2017 | MLOA |
| 155375 | 5/4/2017 | MLOA |
| 155375 | 5/5/2017 | MLOA |
| 155375 | 5/6/2017 | MLOA |
| 155375 | 5/7/2017 | MLOA |
| 155375 | 5/8/2017 | MLOA |
| 155375 | 5/9/2017 | MLOA |
| 155375 | 5/10/2017 | MLOA |
| 155375 | 5/11/2017 | MLOA |
| 155375 | 5/12/2017 | MLOA |
| 155375 | 5/13/2017 | MLOA |
| 155375 | 5/14/2017 | MLOA |
| 155375 | 5/15/2017 | MLOA |
| 155375 | 5/25/2017 | MLOA |
| 155375 | 6/17/2017 | MLOA |
| 155375 | 6/18/2017 | MLOA |
| 155375 | 6/19/2017 | MLOA |
| 155375 | 6/20/2017 | MLOA |
| 155375 | 6/21/2017 | MLOA |
| 155375 | 6/26/2017 | SICK |
| 155375 | 6/27/2017 | SICK |
| 155375 | 6/28/2017 | SICK |
| 155375 | 6/29/2017 | SICK |
| 155375 | 7/25/2017 | MLOA |
| 155375 | 7/27/2017 | IVD |
| 155375 | 7/28/2017 | IVD |
| 155375 | 7/29/2017 | IVD |
| 155375 | 7/30/2017 | IVD |
| 155375 | 8/20/2017 | MLOA |
| 155375 | 8/24/2017 | PVAC |
| 155375 | 8/25/2017 | PVAC |

| | | |
|---|---|---|
| 155375 | 8/26/2017 | PVAC |
| 155375 | 8/27/2017 | PVAC |
| 155375 | 8/28/2017 | PVAC |
| 155375 | 8/29/2017 | PVAC |
| 155375 | 8/30/2017 | PVAC |
| 155375 | 9/13/2017 | MLOA |
| 155375 | 9/18/2017 | SICK |
| 155375 | 9/19/2017 | SICK |
| 155375 | 9/20/2017 | SICK |
| 155375 | 9/21/2017 | SICK |
| 155375 | 9/26/2017 | MLOA |
| 155375 | 10/4/2017 | MLOA |
| 155375 | ######## | MLOA |
| 155375 | 11/4/2017 | MLOA |
| 155375 | ######## | SICK |
| 155375 | ######## | SICK |
| 155375 | ######## | SICK |
| 155375 | ######## | SICK |
| 155375 | ######## | SICK |
| 155375 | ######## | SICK |
| 155375 | ######## | SICK |
| 155375 | 12/2/2017 | MLOA |
| 155375 | 12/3/2017 | MLOA |
| 155375 | ######## | MLOA |
| 155375 | 1/6/2018 | MLOA |
| 155375 | 1/14/2018 | SICK |
| 155375 | 1/15/2018 | SICK |
| 155375 | 1/16/2018 | SICK |
| 155375 | 2/17/2018 | MLOA |
| 155375 | 3/3/2018 | MLOA |
| 155375 | 4/7/2018 | MLOA |
| 155375 | 4/8/2018 | MLOA |
| 155375 | 5/6/2018 | MLOA |
| 155375 | 5/7/2018 | SICK |
| 155375 | 5/8/2018 | SICK |
| 155375 | 5/9/2018 | SICK |
| 155375 | 5/10/2018 | SICK |
| 155375 | 6/27/2018 | MLOA |
| 155375 | 7/18/2018 | IVD |
| 155375 | 7/24/2018 | IVD |
| 155375 | 7/25/2018 | IVD |
| 155375 | 7/26/2018 | IVD |
| 155375 | 7/29/2018 | MLOA |
| 155375 | 7/30/2018 | MLOA |

| | | | |
|---|---|---|---|
| 155375 | 7/31/2018 | MLOA | |
| 155375 | 8/1/2018 | MLOA | |
| 155375 | 8/2/2018 | MLOA | |
| 155375 | 8/3/2018 | MLOA | |
| 155375 | 8/4/2018 | MLOA | |
| 155375 | 8/13/2018 | MLOA | |
| 155375 | 8/14/2018 | MLOA | |
| 155375 | 8/15/2018 | MLOA | |
| 155375 | 8/16/2018 | MLOA | |
| 155375 | 8/17/2018 | MLOA | |
| 155375 | ######## | PVAC | |
| 155375 | ######## | PVAC | |
| 155375 | ######## | PVAC | |
| 155375 | ######## | MLOA | 2018-12-09 02:06:25.000000+00:00 |
| 155375 | ######## | MLOA | 2018-12-09 02:06:25.000000+00:00 |
| 155375 | 2/10/2019 | SVAC | 2019-01-14 15:05:35.000000+00:00 |
| 155375 | 2/11/2019 | SVAC | 2019-01-14 15:05:35.000000+00:00 |
| 155375 | 2/12/2019 | SVAC | 2019-01-14 15:05:35.000000+00:00 |
| 155375 | 2/13/2019 | SVAC | 2019-01-14 15:05:35.000000+00:00 |
| 155375 | 2/14/2019 | SVAC | 2019-01-14 15:05:35.000000+00:00 |
| 155375 | 2/15/2019 | SVAC | 2019-01-14 15:05:35.000000+00:00 |
| 155375 | 2/16/2019 | SVAC | 2019-01-14 15:05:35.000000+00:00 |
| 155375 | 1/25/2019 | SICK | 2019-01-25 12:59:10.000000+00:00 |
| 155375 | 1/26/2019 | SICK | 2019-01-25 12:59:10.000000+00:00 |
| 155375 | 1/27/2019 | SICK | 2019-01-25 12:59:10.000000+00:00 |
| 155375 | 1/28/2019 | SICK | 2019-01-25 12:59:10.000000+00:00 |
| 155375 | 1/29/2019 | SICK | 2019-01-25 12:59:10.000000+00:00 |
| 155375 | 1/30/2019 | SICK | 2019-01-25 12:59:10.000000+00:00 |
| 155375 | 1/31/2019 | SICK | 2019-01-29 12:18:15.000000+00:00 |
| 155375 | 2/1/2019 | SICK | 2019-01-29 12:18:15.000000+00:00 |
| 155375 | 2/6/2019 | SICK | 2019-02-05 12:07:27.000000+00:00 |
| 155375 | 2/7/2019 | SICK | 2019-02-05 12:07:27.000000+00:00 |
| 155375 | 2/8/2019 | SICK | 2019-02-05 12:07:27.000000+00:00 |
| 155375 | 2/9/2019 | SICK | 2019-02-05 12:07:27.000000+00:00 |
| 155375 | 2/25/2019 | SICK | 2019-02-05 12:08:42.000000+00:00 |
| 155375 | 2/26/2019 | SICK | 2019-02-05 12:08:42.000000+00:00 |
| 155375 | 2/27/2019 | SICK | 2019-02-05 12:08:42.000000+00:00 |
| 155375 | 2/28/2019 | SICK | 2019-02-05 12:08:42.000000+00:00 |
| 155375 | 3/9/2019 | MLOA | 2019-02-21 15:19:31.000000+00:00 |
| 155375 | 3/9/2019 | MLOX | 2019-02-21 17:28:36.000000+00:00 |
| 155375 | 3/8/2019 | MLOX | 2019-02-28 22:00:53.000000+00:00 |
| 155375 | 3/14/2019 | SICK | 2019-03-13 12:45:41.000000+00:00 |
| 155375 | 3/15/2019 | SICK | 2019-03-13 12:45:41.000000+00:00 |
| 155375 | 3/16/2019 | SICK | 2019-03-13 12:45:41.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 5/13/2019 | MLOA | 2019-04-12 10:27:17.000000+00:00 |
| 155375 | 4/25/2019 | SICK | 2019-04-25 00:35:52.000000+00:00 |
| 155375 | 4/26/2019 | SICK | 2019-04-25 00:35:52.000000+00:00 |
| 155375 | 5/18/2019 | IVD | 2019-05-13 17:01:49.000000+00:00 |
| 155375 | 5/19/2019 | IVD | 2019-05-13 17:01:49.000000+00:00 |
| 155375 | 6/1/2019 | MLOA | 2019-05-23 20:13:41.000000+00:00 |
| 155375 | 6/2/2019 | MLOA | 2019-05-23 20:13:45.000000+00:00 |
| 155375 | 6/3/2019 | MLOA | 2019-05-23 20:13:45.000000+00:00 |
| 155375 | 8/27/2019 | PVAC | 2019-07-12 12:58:19.000000+00:00 |
| 155375 | 8/28/2019 | PVAC | 2019-07-12 12:58:19.000000+00:00 |
| 155375 | 8/29/2019 | PVAC | 2019-07-12 12:58:19.000000+00:00 |
| 155375 | 8/30/2019 | PVAC | 2019-07-12 12:58:19.000000+00:00 |
| 155375 | 8/31/2019 | PVAC | 2019-08-12 17:14:21.000000+00:00 |
| 155375 | 9/1/2019 | SUPP | 2019-08-12 17:14:21.000000+00:00 |
| 155375 | 9/15/2019 | MLOA | 2019-08-17 00:00:52.000000+00:00 |
| 155375 | 9/15/2019 | MLOX | 2019-08-20 11:52:56.000000+00:00 |
| 155375 | 9/21/2019 | IVD | 2019-08-28 21:29:44.000000+00:00 |
| 155375 | 9/22/2019 | IVD | 2019-08-28 21:29:44.000000+00:00 |
| 155375 | ######## | MLOA | 2019-09-12 16:27:57.000000+00:00 |
| 155375 | 9/22/2019 | SICK | 2019-09-22 11:27:11.000000+00:00 |
| 155375 | 9/23/2019 | SICK | 2019-09-22 11:27:13.000000+00:00 |
| 155375 | 9/24/2019 | SICK | 2019-09-22 11:27:13.000000+00:00 |
| 155375 | 9/25/2019 | SICK | 2019-09-22 11:27:13.000000+00:00 |
| 155375 | ######## | IVD | 2019-09-23 21:31:30.000000+00:00 |
| 155375 | ######## | MLOA | 2019-10-18 00:10:17.000000+00:00 |
| 155375 | ######## | MLOA | 2019-10-24 20:22:34.000000+00:00 |
| 155375 | ######## | MLOX | 2019-10-24 21:50:51.000000+00:00 |
| 155375 | 11/2/2019 | MLOA | 2019-10-25 01:40:13.000000+00:00 |
| 155375 | 11/3/2019 | MLOA | 2019-10-25 01:40:13.000000+00:00 |
| 155375 | 11/2/2019 | MLOX | 2019-10-25 02:15:56.000000+00:00 |
| 155375 | 11/3/2019 | MLOX | 2019-10-25 02:15:56.000000+00:00 |
| 155375 | 12/3/2019 | SICK | 2019-12-02 14:25:25.000000+00:00 |
| 155375 | 12/4/2019 | SICK | 2019-12-02 14:25:25.000000+00:00 |
| 155375 | ######## | MLOA | 2019-12-07 01:23:02.000000+00:00 |
| 155375 | ######## | MLOX | 2019-12-07 03:02:15.000000+00:00 |
| 155375 | 12/8/2019 | SICK | 2019-12-07 12:44:00.000000+00:00 |
| 155375 | 12/9/2019 | SICK | 2019-12-07 12:44:00.000000+00:00 |
| 155375 | ######## | SICK | 2019-12-07 12:44:00.000000+00:00 |
| 155375 | ######## | SICK | 2019-12-07 12:44:00.000000+00:00 |
| 155375 | ######## | MLOA | 2019-12-12 23:46:24.000000+00:00 |
| 155375 | ######## | MLOA | 2019-12-16 13:24:32.000000+00:00 |
| 155375 | 1/8/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/9/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/10/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 1/11/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/12/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/13/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/14/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/15/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/16/2020 | SICK | 2020-01-08 11:27:27.000000+00:00 |
| 155375 | 1/31/2020 | MLOA | 2020-01-13 12:28:13.000000+00:00 |
| 155375 | 2/12/2020 | SVAC | 2020-01-13 12:28:13.000000+00:00 |
| 155375 | 2/13/2020 | SVAC | 2020-01-13 12:28:13.000000+00:00 |
| 155375 | 2/14/2020 | SVAC | 2020-01-13 12:28:13.000000+00:00 |
| 155375 | 2/15/2020 | SVAC | 2020-01-13 12:28:13.000000+00:00 |
| 155375 | 1/22/2020 | MLOX | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/23/2020 | MLOA | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/24/2020 | MLOA | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/25/2020 | MLOA | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/26/2020 | MLOA | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/27/2020 | MLOA | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/28/2020 | MLOX | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/29/2020 | MLOX | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 1/30/2020 | MLOX | 2020-01-14 16:46:40.000000+00:00 |
| 155375 | 2/2/2020 | MLOA | 2020-01-28 04:25:10.000000+00:00 |
| 155375 | 2/6/2020 | SICK | 2020-02-05 13:28:59.000000+00:00 |
| 155375 | 2/7/2020 | SICK | 2020-02-05 13:28:59.000000+00:00 |
| 155375 | 2/8/2020 | SICK | 2020-02-05 13:28:59.000000+00:00 |
| 155375 | 4/4/2020 | MLOA | 2020-03-21 11:07:52.000000+00:00 |
| 155375 | 4/5/2020 | MLOA | 2020-03-26 01:52:00.000000+00:00 |
| 155375 | 4/5/2020 | MLOX | 2020-03-26 02:39:09.000000+00:00 |
| 155375 | 4/3/2020 | SICK | 2020-04-02 23:42:35.000000+00:00 |
| 155375 | 4/7/2020 | SICK | 2020-04-06 15:29:40.000000+00:00 |
| 155375 | 4/8/2020 | SICK | 2020-04-06 15:29:40.000000+00:00 |
| 155375 | 4/9/2020 | SICK | 2020-04-06 15:29:40.000000+00:00 |
| 155375 | 4/11/2020 | SICK | 2020-04-11 16:50:39.000000+00:00 |
| 155375 | 4/12/2020 | SICK | 2020-04-11 16:50:39.000000+00:00 |
| 155375 | 4/13/2020 | SICK | 2020-04-11 16:50:39.000000+00:00 |
| 155375 | ######## | PVAC | 2020-05-20 06:04:27.000000+00:00 |
| 155375 | ######## | PVAC | 2020-05-20 06:04:27.000000+00:00 |
| 155375 | ######## | PVAC | 2020-05-20 06:04:27.000000+00:00 |
| 155375 | ######## | PVAC | 2020-05-20 06:04:27.000000+00:00 |
| 155375 | ######## | PVAC | 2020-05-20 06:04:27.000000+00:00 |
| 155375 | ######## | PVAC | 2020-05-20 06:04:27.000000+00:00 |
| 155375 | ######## | PVAC | 2020-05-20 06:04:27.000000+00:00 |
| 155375 | 2/14/2021 | TVAC | 2020-05-20 08:09:58.000000+00:00 |
| 155375 | 2/15/2021 | TVAC | 2020-05-20 08:09:58.000000+00:00 |
| 155375 | 2/16/2021 | TVAC | 2020-05-20 08:09:58.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 2/17/2021 | TVAC | 2020-05-20 08:09:58.000000+00:00 |
| 155375 | 2/18/2021 | TVAC | 2020-05-20 08:09:58.000000+00:00 |
| 155375 | 2/19/2021 | TVAC | 2020-05-20 08:09:58.000000+00:00 |
| 155375 | 2/20/2021 | TVAC | 2020-05-20 08:09:58.000000+00:00 |
| 155375 | 3/28/2021 | SVAC | 2020-05-20 08:58:57.000000+00:00 |
| 155375 | 3/29/2021 | SVAC | 2020-05-20 08:58:57.000000+00:00 |
| 155375 | 3/30/2021 | SVAC | 2020-05-20 08:58:57.000000+00:00 |
| 155375 | 3/31/2021 | SVAC | 2020-05-20 08:58:57.000000+00:00 |
| 155375 | 4/1/2021 | SVAC | 2020-05-20 08:58:58.000000+00:00 |
| 155375 | 4/2/2021 | SVAC | 2020-05-20 08:58:58.000000+00:00 |
| 155375 | 4/3/2021 | SVAC | 2020-05-20 08:58:58.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:39.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:39.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:39.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:39.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:40.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:40.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:40.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:40.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:42:40.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:43:10.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:43:10.000000+00:00 |
| 155375 | ######## | SICK | 2020-10-18 11:43:10.000000+00:00 |
| 155375 | 11/9/2020 | SICK | 2020-11-08 11:36:54.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-08 11:36:54.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-08 11:36:54.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-08 11:36:54.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-08 11:36:54.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-15 10:14:59.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-15 10:14:59.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-15 10:14:59.000000+00:00 |
| 155375 | ######## | SICK | 2020-11-15 10:14:59.000000+00:00 |
| 155375 | ######## | PVAC | 2021-01-09 15:50:08.000000+00:00 |
| 155375 | ######## | PVAC | 2021-01-09 15:50:08.000000+00:00 |
| 155375 | ######## | PVAC | 2021-01-09 15:50:08.000000+00:00 |
| 155375 | ######## | PVAC | 2021-01-09 15:50:08.000000+00:00 |
| 155375 | ######## | PVAC | 2021-01-09 15:50:08.000000+00:00 |
| 155375 | ######## | PVAC | 2021-01-09 15:50:08.000000+00:00 |
| 155375 | ######## | PVAC | 2021-01-09 15:50:08.000000+00:00 |
| 155375 | 2/27/2022 | SVAC | 2021-01-21 19:16:11.000000+00:00 |
| 155375 | 2/28/2022 | SVAC | 2021-01-21 19:16:11.000000+00:00 |
| 155375 | 3/1/2022 | SVAC | 2021-01-21 19:16:11.000000+00:00 |
| 155375 | 3/2/2022 | SVAC | 2021-01-21 19:16:11.000000+00:00 |
| 155375 | 3/3/2022 | SVAC | 2021-01-21 19:16:11.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 3/4/2022 | SVAC | 2021-01-21 19:16:11.000000+00:00 |
| 155375 | 3/5/2022 | SVAC | 2021-01-21 19:16:11.000000+00:00 |
| 155375 | 1/27/2021 | SICK | 2021-01-27 07:02:07.000000+00:00 |
| 155375 | 1/28/2021 | SICK | 2021-01-27 07:02:07.000000+00:00 |
| 155375 | 1/29/2021 | SICK | 2021-01-27 07:02:07.000000+00:00 |
| 155375 | 1/30/2021 | SICK | 2021-01-27 07:02:07.000000+00:00 |
| 155375 | 1/31/2021 | SICK | 2021-01-27 07:02:37.000000+00:00 |
| 155375 | 2/1/2021 | SICK | 2021-01-27 07:02:37.000000+00:00 |
| 155375 | 4/25/2021 | TVAC | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 4/26/2021 | TVAC | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 4/27/2021 | TVAC | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 4/28/2021 | TVAC | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 4/29/2021 | TVAC | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 4/30/2021 | TVAC | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 5/1/2021 | TVAC | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 5/2/2021 | SUPT | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 5/3/2021 | SUPT | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 5/4/2021 | SUPT | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 5/5/2021 | SUPT | 2021-02-02 18:34:33.000000+00:00 |
| 155375 | 2/23/2022 | SUPS | 2021-02-04 22:39:46.000000+00:00 |
| 155375 | 2/24/2022 | SUPS | 2021-02-04 22:39:46.000000+00:00 |
| 155375 | 2/25/2022 | SUPS | 2021-02-04 22:39:46.000000+00:00 |
| 155375 | 2/26/2022 | SUPS | 2021-02-04 22:39:46.000000+00:00 |
| 155375 | 3/6/2021 | SVAC | 2021-02-12 15:00:54.000000+00:00 |
| 155375 | 3/7/2021 | SVAC | 2021-02-12 15:00:54.000000+00:00 |
| 155375 | 3/8/2021 | SVAC | 2021-02-12 15:00:54.000000+00:00 |
| 155375 | 3/9/2021 | SVAC | 2021-02-12 15:00:54.000000+00:00 |
| 155375 | 4/17/2021 | MLOA | 2021-03-05 00:03:13.000000+00:00 |
| 155375 | 4/18/2021 | MLOA | 2021-03-05 00:03:13.000000+00:00 |
| 155375 | 4/8/2021 | MLOA | 2021-04-05 23:43:46.000000+00:00 |
| 155375 | 4/9/2021 | MLOA | 2021-04-07 16:24:29.000000+00:00 |
| 155375 | 5/15/2021 | MLOA | 2021-04-24 14:07:05.000000+00:00 |
| 155375 | 5/16/2021 | MLOA | 2021-04-24 14:07:05.000000+00:00 |
| 155375 | 5/15/2021 | MLOX | 2021-04-24 16:40:29.000000+00:00 |
| 155375 | 5/16/2021 | MLOX | 2021-04-24 16:40:29.000000+00:00 |
| 155375 | 6/3/2021 | MLOA | 2021-05-26 00:41:58.000000+00:00 |
| 155375 | 6/4/2021 | MLOA | 2021-05-26 00:41:58.000000+00:00 |
| 155375 | 6/5/2021 | MLOA | 2021-05-26 00:41:58.000000+00:00 |
| 155375 | 6/6/2021 | MLOA | 2021-05-26 00:41:58.000000+00:00 |
| 155375 | 6/3/2021 | MLOX | 2021-05-26 02:24:07.000000+00:00 |
| 155375 | 6/4/2021 | MLOX | 2021-05-26 02:24:07.000000+00:00 |
| 155375 | 6/5/2021 | MLOX | 2021-05-26 02:24:07.000000+00:00 |
| 155375 | 6/6/2021 | MLOX | 2021-05-28 16:31:49.000000+00:00 |
| 155375 | 6/26/2021 | IVD | 2021-05-31 21:05:36.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 6/27/2021 | IVD | 2021-05-31 21:05:36.000000+00:00 |
| 155375 | 6/16/2021 | SICK | 2021-06-15 12:41:06.000000+00:00 |
| 155375 | 6/17/2021 | SICK | 2021-06-15 12:41:06.000000+00:00 |
| 155375 | 6/18/2021 | SICK | 2021-06-15 12:41:06.000000+00:00 |
| 155375 | 6/19/2021 | SICK | 2021-06-15 12:41:06.000000+00:00 |
| 155375 | 6/20/2021 | SICK | 2021-06-15 12:41:06.000000+00:00 |
| 155375 | 7/24/2021 | IVD | 2021-06-20 22:11:42.000000+00:00 |
| 155375 | 7/17/2021 | IVD | 2021-06-21 21:08:41.000000+00:00 |
| 155375 | 7/8/2021 | MLOA | 2021-07-07 01:22:10.000000+00:00 |
| 155375 | 7/20/2021 | SICK | 2021-07-19 21:11:18.000000+00:00 |
| 155375 | 7/21/2021 | SICK | 2021-07-19 21:11:18.000000+00:00 |
| 155375 | 7/22/2021 | SICK | 2021-07-19 21:11:18.000000+00:00 |
| 155375 | 7/28/2021 | IVDS | 2021-07-21 21:06:22.000000+00:00 |
| 155375 | 9/1/2021 | MLOA | 2021-08-24 16:50:17.000000+00:00 |
| 155375 | 9/2/2021 | MLOA | 2021-08-24 16:50:17.000000+00:00 |
| 155375 | 9/3/2021 | MLOA | 2021-08-24 16:50:17.000000+00:00 |
| 155375 | 9/4/2021 | MLOA | 2021-08-24 16:50:17.000000+00:00 |
| 155375 | 9/5/2021 | MLOA | 2021-08-24 16:50:17.000000+00:00 |
| 155375 | 9/6/2021 | MLOA | 2021-08-24 16:50:17.000000+00:00 |
| 155375 | 9/7/2021 | MLOX | 2021-08-24 16:50:37.000000+00:00 |
| 155375 | 9/8/2021 | MLOX | 2021-08-24 16:50:37.000000+00:00 |
| 155375 | 9/9/2021 | MLOA | 2021-08-24 16:50:44.000000+00:00 |
| 155375 | 9/10/2021 | MLOA | 2021-08-24 16:51:07.000000+00:00 |
| 155375 | 9/11/2021 | MLOA | 2021-08-24 16:51:07.000000+00:00 |
| 155375 | 9/12/2021 | MLOA | 2021-08-24 16:51:07.000000+00:00 |
| 155375 | 9/13/2021 | MLOX | 2021-08-24 16:51:07.000000+00:00 |
| 155375 | 9/14/2021 | MLOX | 2021-08-24 16:51:07.000000+00:00 |
| 155375 | 9/15/2021 | MLOX | 2021-08-24 16:51:07.000000+00:00 |
| 155375 | 9/16/2021 | MLOX | 2021-08-24 16:51:07.000000+00:00 |
| 155375 | 9/17/2021 | MLOA | 2021-08-24 16:51:14.000000+00:00 |
| 155375 | 9/18/2021 | MLOA | 2021-08-24 16:51:14.000000+00:00 |
| 155375 | 9/1/2021 | MLOX | 2021-08-25 02:28:49.000000+00:00 |
| 155375 | 9/20/2021 | MLOA | 2021-09-16 22:35:43.000000+00:00 |
| 155375 | 9/23/2021 | MLOA | 2021-09-18 16:26:24.000000+00:00 |
| 155375 | 9/23/2021 | MLOX | 2021-09-18 21:08:07.000000+00:00 |
| 155375 | 10/1/2021 | DIF | 2021-09-30 15:42:41.000000+00:00 |
| 155375 | 10/2/2021 | DIF | 2021-09-30 15:42:41.000000+00:00 |
| 155375 | 10/3/2021 | DIF | 2021-09-30 15:42:41.000000+00:00 |
| 155375 | 10/4/2021 | DIF | 2021-09-30 15:42:41.000000+00:00 |
| 155375 | ######## | SICK | 2021-10-15 11:08:18.000000+00:00 |
| 155375 | ######## | SICK | 2021-10-15 11:08:18.000000+00:00 |
| 155375 | ######## | SICK | 2021-10-15 11:08:18.000000+00:00 |
| 155375 | ######## | MLOX | 2021-10-19 00:33:55.000000+00:00 |
| 155375 | ######## | MLOA | 2021-10-19 00:33:55.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | ######## | MLOA | 2021-10-19 00:33:55.000000+00:00 |
| 155375 | ######## | MLOA | 2021-10-19 00:33:55.000000+00:00 |
| 155375 | 12/4/2021 | MLOA | 2021-11-22 03:01:43.000000+00:00 |
| 155375 | 12/5/2021 | MLOA | 2021-11-22 03:01:43.000000+00:00 |
| 155375 | 12/4/2021 | MLOX | 2021-11-22 03:21:48.000000+00:00 |
| 155375 | 12/5/2021 | MLOX | 2021-11-22 03:21:48.000000+00:00 |
| 155375 | 12/1/2021 | SICK | 2021-11-30 12:11:56.000000+00:00 |
| 155375 | 12/2/2021 | SICK | 2021-11-30 12:11:56.000000+00:00 |
| 155375 | 12/3/2021 | SICK | 2021-11-30 12:11:56.000000+00:00 |
| 155375 | 12/7/2021 | MLOA | 2021-12-05 04:29:33.000000+00:00 |
| 155375 | ######## | SICK | 2021-12-15 13:25:56.000000+00:00 |
| 155375 | 7/31/2022 | PVAC | 2022-01-10 17:03:52.000000+00:00 |
| 155375 | 8/1/2022 | PVAC | 2022-01-10 17:03:52.000000+00:00 |
| 155375 | 8/2/2022 | PVAC | 2022-01-10 17:03:52.000000+00:00 |
| 155375 | 8/3/2022 | PVAC | 2022-01-10 17:03:52.000000+00:00 |
| 155375 | 8/4/2022 | PVAC | 2022-01-10 17:03:52.000000+00:00 |
| 155375 | 8/5/2022 | PVAC | 2022-01-10 17:03:52.000000+00:00 |
| 155375 | 8/6/2022 | PVAC | 2022-01-10 17:03:52.000000+00:00 |
| 155375 | 2/17/2022 | SUPS | 2022-01-12 11:57:53.000000+00:00 |
| 155375 | 2/18/2022 | SUPS | 2022-01-12 11:57:53.000000+00:00 |
| 155375 | 2/19/2022 | SVAC | 2022-01-12 11:57:53.000000+00:00 |
| 155375 | 2/20/2022 | SVAC | 2022-01-12 11:57:53.000000+00:00 |
| 155375 | 2/21/2022 | SVAC | 2022-01-12 11:57:53.000000+00:00 |
| 155375 | ######## | SVAC | 2022-01-20 15:19:27.000000+00:00 |
| 155375 | ######## | SVAC | 2022-01-20 15:19:27.000000+00:00 |
| 155375 | ######## | SVAC | 2022-01-20 15:19:27.000000+00:00 |
| 155375 | ######## | SVAC | 2022-01-20 15:19:27.000000+00:00 |
| 155375 | 12/1/2022 | SVAC | 2022-01-20 15:19:27.000000+00:00 |
| 155375 | 12/2/2022 | SVAC | 2022-01-20 15:19:27.000000+00:00 |
| 155375 | 12/3/2022 | SVAC | 2022-01-20 15:19:27.000000+00:00 |
| 155375 | 7/23/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 7/24/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 7/25/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 7/26/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 7/27/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 7/28/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 7/29/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 7/30/2022 | SUPP | 2022-01-24 17:59:38.000000+00:00 |
| 155375 | 2/19/2023 | TVAC | 2022-02-01 14:10:19.000000+00:00 |
| 155375 | 2/20/2023 | TVAC | 2022-02-01 14:10:19.000000+00:00 |
| 155375 | 2/21/2023 | TVAC | 2022-02-01 14:10:19.000000+00:00 |
| 155375 | 2/22/2023 | TVAC | 2022-02-01 14:10:19.000000+00:00 |
| 155375 | 2/23/2023 | TVAC | 2022-02-01 14:10:19.000000+00:00 |
| 155375 | 2/24/2023 | TVAC | 2022-02-01 14:10:19.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 2/25/2023 | TVAC | 2022-02-01 14:10:19.000000+00:00 |
| 155375 | 3/28/2022 | SVAC | 2022-02-14 15:52:17.000000+00:00 |
| 155375 | 3/29/2022 | SVAC | 2022-02-14 15:52:17.000000+00:00 |
| 155375 | 3/30/2022 | SVAC | 2022-02-14 15:52:17.000000+00:00 |
| 155375 | 3/31/2022 | SVAC | 2022-02-14 15:52:17.000000+00:00 |
| 155375 | 4/7/2022 | MLOA | 2022-03-24 00:48:13.000000+00:00 |
| 155375 | 4/8/2022 | MLOA | 2022-03-24 00:48:13.000000+00:00 |
| 155375 | 4/9/2022 | MLOA | 2022-03-24 00:48:13.000000+00:00 |
| 155375 | 4/10/2022 | MLOA | 2022-03-24 00:48:13.000000+00:00 |
| 155375 | 4/7/2022 | MLOX | 2022-03-24 12:26:21.000000+00:00 |
| 155375 | 4/8/2022 | MLOX | 2022-03-24 12:26:21.000000+00:00 |
| 155375 | 4/9/2022 | MLOX | 2022-03-24 12:26:21.000000+00:00 |
| 155375 | 4/10/2022 | MLOX | 2022-03-27 02:44:14.000000+00:00 |
| 155375 | 4/12/2022 | MLOA | 2022-04-08 16:31:20.000000+00:00 |
| 155375 | 5/2/2022 | SICK | 2022-05-01 12:01:34.000000+00:00 |
| 155375 | 5/3/2022 | SICK | 2022-05-01 12:01:34.000000+00:00 |
| 155375 | 5/4/2022 | SICK | 2022-05-01 12:01:34.000000+00:00 |
| 155375 | 5/5/2022 | SICK | 2022-05-01 12:01:34.000000+00:00 |
| 155375 | 5/6/2022 | SICK | 2022-05-01 12:01:34.000000+00:00 |
| 155375 | 6/3/2022 | MLOA | 2022-05-09 23:34:15.000000+00:00 |
| 155375 | 6/2/2022 | MLOA | 2022-05-30 10:45:15.000000+00:00 |
| 155375 | 6/4/2022 | MLOA | 2022-05-31 22:26:13.000000+00:00 |
| 155375 | 6/5/2022 | MLOA | 2022-05-31 22:26:13.000000+00:00 |
| 155375 | 7/18/2022 | IVD | 2022-06-20 11:51:37.000000+00:00 |
| 155375 | 8/7/2022 | MLOA | 2022-07-19 22:17:39.000000+00:00 |
| 155375 | 8/12/2022 | MLOA | 2022-07-27 01:58:03.000000+00:00 |
| 155375 | 8/28/2022 | SICK | 2022-08-28 00:21:31.000000+00:00 |
| 155375 | 8/29/2022 | SICK | 2022-08-28 00:21:31.000000+00:00 |
| 155375 | 8/30/2022 | SICK | 2022-08-28 00:21:31.000000+00:00 |
| 155375 | ######## | MLOA | 2022-09-09 20:17:35.000000+00:00 |
| 155375 | ######## | MLOA | 2022-10-08 17:13:54.000000+00:00 |
| 155375 | ######## | SVAC | 2022-10-12 16:41:39.000000+00:00 |
| 155375 | ######## | SVAC | 2022-10-12 16:41:39.000000+00:00 |
| 155375 | ######## | SVAC | 2022-10-12 16:41:39.000000+00:00 |
| 155375 | ######## | SICK | 2022-10-16 10:55:21.000000+00:00 |
| 155375 | ######## | SICK | 2022-10-16 10:55:21.000000+00:00 |
| 155375 | ######## | SICK | 2022-10-16 10:55:21.000000+00:00 |
| 155375 | ######## | SICK | 2022-10-16 10:55:21.000000+00:00 |
| 155375 | 11/1/2022 | SICK | 2022-11-01 23:32:50.000000+00:00 |
| 155375 | 11/2/2022 | SICK | 2022-11-01 23:32:50.000000+00:00 |
| 155375 | 11/3/2022 | SICK | 2022-11-01 23:32:50.000000+00:00 |
| 155375 | 11/4/2022 | SICK | 2022-11-01 23:32:50.000000+00:00 |
| 155375 | ######## | DIF | 2022-11-09 14:00:23.000000+00:00 |
| 155375 | ######## | DIF | 2022-11-09 14:00:23.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | ######## | DIF | 2022-11-09 14:00:23.000000+00:00 |
| 155375 | ######## | DIF | 2022-11-09 14:00:23.000000+00:00 |
| 155375 | 12/7/2022 | SICK | 2022-12-06 23:36:54.000000+00:00 |
| 155375 | 12/8/2022 | SICK | 2022-12-06 23:36:54.000000+00:00 |
| 155375 | 12/9/2022 | SICK | 2022-12-06 23:36:54.000000+00:00 |
| 155375 | ######## | SICK | 2022-12-13 12:34:15.000000+00:00 |
| 155375 | ######## | SICK | 2022-12-13 12:34:15.000000+00:00 |
| 155375 | ######## | SICK | 2022-12-13 12:34:15.000000+00:00 |
| 155375 | 1/9/2023 | IVD | 2022-12-23 03:37:46.000000+00:00 |
| 155375 | 1/10/2023 | IVD | 2022-12-23 03:37:46.000000+00:00 |
| 155375 | 3/26/2023 | TVAC | 2023-01-03 19:20:11.000000+00:00 |
| 155375 | 3/27/2023 | TVAC | 2023-01-03 19:20:11.000000+00:00 |
| 155375 | 3/28/2023 | TVAC | 2023-01-03 19:20:11.000000+00:00 |
| 155375 | 3/29/2023 | TVAC | 2023-01-03 19:20:11.000000+00:00 |
| 155375 | 3/30/2023 | TVAC | 2023-01-03 19:20:11.000000+00:00 |
| 155375 | 7/23/2023 | PVAC | 2023-01-09 20:07:00.000000+00:00 |
| 155375 | 7/24/2023 | PVAC | 2023-01-09 20:07:00.000000+00:00 |
| 155375 | 7/25/2023 | PVAC | 2023-01-09 20:07:00.000000+00:00 |
| 155375 | 7/26/2023 | PVAC | 2023-01-09 20:07:00.000000+00:00 |
| 155375 | 7/27/2023 | PVAC | 2023-01-09 20:07:00.000000+00:00 |
| 155375 | 7/28/2023 | PVAC | 2023-01-09 20:07:00.000000+00:00 |
| 155375 | 7/29/2023 | PVAC | 2023-01-09 20:07:00.000000+00:00 |
| 155375 | 3/24/2024 | SVAC | 2023-01-20 16:41:46.000000+00:00 |
| 155375 | 3/25/2024 | SVAC | 2023-01-20 16:41:46.000000+00:00 |
| 155375 | 3/26/2024 | SVAC | 2023-01-20 16:41:46.000000+00:00 |
| 155375 | 3/27/2024 | SVAC | 2023-01-20 16:41:46.000000+00:00 |
| 155375 | 3/28/2024 | SVAC | 2023-01-20 16:41:46.000000+00:00 |
| 155375 | 3/29/2024 | SVAC | 2023-01-20 16:41:46.000000+00:00 |
| 155375 | 3/30/2024 | SVAC | 2023-01-20 16:41:46.000000+00:00 |
| 155375 | ######## | TVAC | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | TVAC | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | TVAC | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | TVAC | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | TVAC | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | TVAC | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | TVAC | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | SUPT | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | SUPT | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | SUPT | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | SUPT | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | ######## | SUPT | 2023-01-31 20:44:16.000000+00:00 |
| 155375 | 7/30/2023 | SUPP | 2023-02-07 22:04:59.000000+00:00 |
| 155375 | 7/31/2023 | SUPP | 2023-02-07 22:04:59.000000+00:00 |
| 155375 | 8/1/2023 | SUPP | 2023-02-07 22:04:59.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 8/2/2023 | SUPP | 2023-02-07 22:04:59.000000+00:00 |
| 155375 | 8/3/2023 | SUPP | 2023-02-07 22:04:59.000000+00:00 |
| 155375 | 2/10/2023 | SICK | 2023-02-09 12:43:06.000000+00:00 |
| 155375 | 2/11/2023 | SICK | 2023-02-09 12:43:06.000000+00:00 |
| 155375 | 2/12/2023 | SICK | 2023-02-09 12:43:06.000000+00:00 |
| 155375 | 2/13/2023 | SICK | 2023-02-09 12:43:06.000000+00:00 |
| 155375 | 2/14/2023 | SICK | 2023-02-09 12:43:06.000000+00:00 |
| 155375 | 2/15/2023 | SICK | 2023-02-09 12:43:06.000000+00:00 |
| 155375 | 2/16/2023 | SICK | 2023-02-09 12:43:06.000000+00:00 |
| 155375 | 4/13/2023 | MLOA | 2023-03-07 20:16:39.000000+00:00 |
| 155375 | 5/1/2023 | JURY | 2023-04-10 14:51:25.000000+00:00 |
| 155375 | 4/17/2023 | SICK | 2023-04-16 12:26:53.000000+00:00 |
| 155375 | 4/18/2023 | SICK | 2023-04-16 12:26:53.000000+00:00 |
| 155375 | 4/19/2023 | SICK | 2023-04-16 12:26:53.000000+00:00 |
| 155375 | 4/20/2023 | SICK | 2023-04-16 12:26:53.000000+00:00 |
| 155375 | 6/13/2023 | MLOA | 2023-05-19 21:21:14.000000+00:00 |
| 155375 | 7/12/2023 | SICK | 2023-07-11 23:52:24.000000+00:00 |
| 155375 | 7/13/2023 | SICK | 2023-07-11 23:52:24.000000+00:00 |
| 155375 | 8/12/2023 | SUPP | 2023-07-12 16:31:54.000000+00:00 |
| 155375 | 8/13/2023 | SUPP | 2023-07-12 16:31:54.000000+00:00 |
| 155375 | 8/14/2023 | SUPP | 2023-07-12 16:31:54.000000+00:00 |
| 155375 | 9/21/2023 | IVD | 2023-08-31 02:08:58.000000+00:00 |
| 155375 | 9/13/2023 | MLOA | 2023-09-07 19:20:47.000000+00:00 |
| 155375 | 9/13/2023 | MLOX | 2023-09-07 21:18:27.000000+00:00 |
| 155375 | 9/23/2023 | IVD | 2023-09-15 21:22:00.000000+00:00 |
| 155375 | 9/17/2023 | SICK | 2023-09-17 12:02:16.000000+00:00 |
| 155375 | 9/18/2023 | SICK | 2023-09-17 12:02:16.000000+00:00 |
| 155375 | 9/19/2023 | SICK | 2023-09-17 12:02:16.000000+00:00 |
| 155375 | 9/20/2023 | SICK | 2023-09-17 12:02:16.000000+00:00 |
| 155375 | 9/22/2023 | SICK | 2023-09-17 12:02:35.000000+00:00 |
| 155375 | 9/24/2023 | SICK | 2023-09-17 12:02:35.000000+00:00 |
| 155375 | ######## | MLOA | 2023-09-19 18:29:16.000000+00:00 |
| 155375 | ######## | MLOA | 2023-10-10 18:29:21.000000+00:00 |
| 155375 | 11/1/2023 | TVAC | 2023-10-13 19:11:49.000000+00:00 |
| 155375 | 11/2/2023 | TVAC | 2023-10-13 19:11:49.000000+00:00 |
| 155375 | 11/3/2023 | TVAC | 2023-10-13 19:11:49.000000+00:00 |
| 155375 | 11/4/2023 | TVAC | 2023-10-13 19:11:49.000000+00:00 |
| 155375 | 11/5/2023 | TVAC | 2023-10-13 19:11:49.000000+00:00 |
| 155375 | ######## | SICK | 2023-10-25 00:48:20.000000+00:00 |
| 155375 | ######## | SICK | 2023-10-25 00:48:20.000000+00:00 |
| 155375 | ######## | SICK | 2023-10-25 00:48:20.000000+00:00 |
| 155375 | 12/1/2023 | MLOA | 2023-11-20 13:08:24.000000+00:00 |
| 155375 | 12/2/2023 | MLOA | 2023-11-20 13:08:24.000000+00:00 |
| 155375 | 12/3/2023 | MLOA | 2023-11-20 13:08:24.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 12/1/2023 | MLOX | 2023-11-20 17:30:34.000000+00:00 |
| 155375 | 12/2/2023 | MLOX | 2023-11-20 17:30:34.000000+00:00 |
| 155375 | 1/6/2024 | IVD | 2023-12-28 12:37:49.000000+00:00 |
| 155375 | 7/28/2024 | PVAC | 2024-01-10 19:45:56.000000+00:00 |
| 155375 | 7/29/2024 | PVAC | 2024-01-10 19:45:56.000000+00:00 |
| 155375 | 7/30/2024 | PVAC | 2024-01-10 19:45:56.000000+00:00 |
| 155375 | 7/31/2024 | PVAC | 2024-01-10 19:45:56.000000+00:00 |
| 155375 | 8/1/2024 | PVAC | 2024-01-10 19:45:56.000000+00:00 |
| 155375 | 8/2/2024 | PVAC | 2024-01-10 19:45:56.000000+00:00 |
| 155375 | 8/3/2024 | PVAC | 2024-01-10 19:45:56.000000+00:00 |
| 155375 | 1/21/2024 | SICK | 2024-01-20 12:32:40.000000+00:00 |
| 155375 | 1/22/2024 | SICK | 2024-01-20 12:32:40.000000+00:00 |
| 155375 | 1/23/2024 | SICK | 2024-01-20 12:32:40.000000+00:00 |
| 155375 | 8/25/2024 | SVAC | 2024-01-22 14:51:31.000000+00:00 |
| 155375 | 8/26/2024 | SVAC | 2024-01-22 14:51:31.000000+00:00 |
| 155375 | 8/27/2024 | SVAC | 2024-01-22 14:51:31.000000+00:00 |
| 155375 | 8/28/2024 | SVAC | 2024-01-22 14:51:31.000000+00:00 |
| 155375 | 8/29/2024 | SVAC | 2024-01-22 14:51:32.000000+00:00 |
| 155375 | 8/30/2024 | SVAC | 2024-01-22 14:51:32.000000+00:00 |
| 155375 | 8/31/2024 | SVAC | 2024-01-22 14:51:32.000000+00:00 |
| 155375 | 1/25/2024 | SICK | 2024-01-23 19:24:41.000000+00:00 |
| 155375 | 1/26/2024 | SICK | 2024-01-23 19:24:41.000000+00:00 |
| 155375 | 1/27/2024 | SICK | 2024-01-23 19:24:41.000000+00:00 |
| 155375 | 1/28/2024 | SICK | 2024-01-23 19:24:41.000000+00:00 |
| 155375 | 1/29/2024 | SICK | 2024-01-23 19:24:41.000000+00:00 |
| 155375 | 1/30/2024 | SICK | 2024-01-23 19:24:41.000000+00:00 |
| 155375 | 3/2/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/3/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/4/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/5/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/6/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/7/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/8/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/9/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/10/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/11/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/12/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/13/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/14/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/15/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 3/16/2024 | MLOA | 2024-01-24 19:53:03.000000+00:00 |
| 155375 | 2/1/2024 | SICK | 2024-01-30 15:32:42.000000+00:00 |
| 155375 | 2/2/2024 | SICK | 2024-01-30 15:32:42.000000+00:00 |
| 155375 | 2/3/2024 | SICK | 2024-01-30 15:32:42.000000+00:00 |

| | | | |
|---|---|---|---|
| 155375 | 2/4/2024 | SICK | 2024-01-30 15:32:42.000000+00:00 |
| 155375 | 3/16/2025 | TVAC | 2024-01-31 15:41:33.000000+00:00 |
| 155375 | 3/17/2025 | TVAC | 2024-01-31 15:41:33.000000+00:00 |
| 155375 | 3/18/2025 | TVAC | 2024-01-31 15:41:33.000000+00:00 |
| 155375 | 3/19/2025 | TVAC | 2024-01-31 15:41:33.000000+00:00 |
| 155375 | 3/20/2025 | TVAC | 2024-01-31 15:41:33.000000+00:00 |
| 155375 | 3/21/2025 | TVAC | 2024-01-31 15:41:33.000000+00:00 |
| 155375 | 3/22/2025 | TVAC | 2024-01-31 15:41:33.000000+00:00 |