# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEREMY SORENSON, an individual,
RANDAL REEP, an individual,
RANDAL SMITH, an individual,
ADAM MCLEAN, an individual,
and JAMES DOYLE, an individual,
on behalf of themselves and
all others similarly situated,
Plaintiffs,

vs. CIVIL ACTION FILE NO. 1:17-cv-00541-ELR

DELTA AIR LINES, INC.,
a Delaware Corporation,
Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REMOTE DEPOSITION OF
ADAM J. MCLEAN

August 31, 2021
10:05 a.m.

(All attendees appeared remotely via videoconferencing and/or teleconferencing.)

Joel P. Moyer, CCR 2745
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Deposition of ADAM J. MCLEAN
August 31, 2021

THE COURT REPORTER: I would just ask that you stipulate to my ability to swear in the witness remotely and that we can conduct this deposition remotely.

MR. BISBEE: So stipulated by Delta.

MR. STONEBARGER: Yes, stipulated.

ADAM J. MCLEAN,

having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. BISBEE:

**Q Good morning, Mr. McLean. We met off the record a few moments ago, but always nice to do introductions on the record as well.**

**My name is Lincoln Bisbee. I'm counsel for Delta Air Lines in a lawsuit brought by you and several other individuals primarily titled Sorenson, et al., versus Delta. I'm with the law firm of Morgan, Lewis & Bockius.**

**Let me start by asking you: Have you ever been deposed before?**

A I have not.

**Q All right. So let me give you a little**

overseas and all of the areas that you hear about on TV.

**Q So, again, that to me feels like a very mission critical role. I would assume that there wasn't time to be multitasking while serving as the commander in that position?**

A The commander is constantly multitasking.

**Q I guess I mean multitasking in terms of doing military and nonmilitary things at the same time. I assume a hundred percent of your efforts needed to be devoted to the military while you were serving in that role while actually in there, not when you're, you know, relieved of duty and you're off, you know, working for Delta or doing whatever else?**

A We stay mission focused. I guess --

**Q Would it --**

A -- I'm not understanding your question.

**Q Would it have been appropriate for you to be on duty as the commander of the -- the 63rd Air Refueling; right?**

A Yes.

**Q Would it have been appropriate for you to be on duty in that position and then**

**simultaneously sending emails for Delta or monitoring the status of your reserve duty or something like that, or was your commitment to the military such that a hundred percent of your focus while on duty was your military service?**

A No. That -- not -- it was not always a hundred percent requirement.

**Q So it would have been appropriate for you in your view to do work for Delta while simultaneously on the clock as the commander and the person in the charge of the 63rd Air Refueling?**

MR. STONEBARGER: Objection to the form of the question.

A I felt I could -- yes, I could perform administrative tasks. While on a 30-hour layover sitting in a hotel room for Delta Air Lines, I could definitely review performance reports.

BY MR. BISBEE:

**Q So the extent to which you would be able to multitask Delta work and military work would depend upon the position you held in any given point of time. Is that fair to say?**

A When I would be operating a Delta aircraft, there is no other opportunity to do anything else.

**Q Okay. And I didn't use the word "intentionally" and purposely so. A misrepresentation can be unintentional. You would agree with me; correct?**

A Yeah, I guess. And without seeing the circumstance and the dates and reviewing the documents, I can't testify to if that's accurate or not.

**Q Okay. The second enumerated policy violation says, "you served at least 123 days of military duty that was not reported to Delta, and you did not provide required notice."**

**Would you agree that you served at least some number of days of military duty but did not report those days to Delta?**

A I'm sure I served some days but nowhere near 123.

**Q Okay. So there were days when you served military duty but did not report those days to Delta?**

A I don't know specifics. But as I mentioned, I did military work on layovers, and I did military work while on long call, and I did military work in the pilot lounge while on short call. So, yeah, I did the work. I didn't do the

work on the aircraft.

**Q Enumeration No. 3 says, "on 50 of those 123 days you were on military duty without informing Delta at the same time you were on Delta reserve duty, i.e., on standby to be readily available to fill in for other Delta pilots, impermissibly creating a conflict between your military and Delta obligations and receiving double pay."**

**Would you agree that there were days in you were on both military duty and on Delta reserve duty?**

A Those were travel days when, because of the distance from my home of record to my duty station, they would provide me one day of travel.

So typically, the pattern was I'd be released at noon from -- from duty if -- if I didn't have a trip assigned prior to noon. So if I had flying assigned to my schedule prior to noon on the last day of reserve, then I could fly that.

At noon, I was released from duty. I then would report to Tampa. My orders -- my first duty day for the military was the following day. It would typically be a Thursday. So typically, I would be get off of reserve on Wednesday. My

**page 7.**

A 7?

**Q Yeah. And you flew a rotation for Delta on September 23rd, 2014, and this is another date where you were performing military duty on that same day; correct?**

A Yes. That's what the record shows.

**Q Okay. And that's AFTP. What does that stand for again?**

A Aircraft -- or air crew -- air crew flight training period.

**Q Okay. So you were conducting active training on that day for the military?**

A I very well could have -- probably doing computer-based training.

**Q I see. Okay. And so, again, it's your view that you were able to both fly for Delta and then before or after that flight do the military-based training?**

A Yeah. If -- if while waiting for the -- the van to report to the airport or on the layover, yes, I could do computer-based training in my hotel room on a non-interference basis.

**Q Because you did not post military leave on that day; correct?**

A I'll -- if I flew a trip, then, no, I didn't.

**Q Right. Right. Because if you had posted military leave, Delta wouldn't have scheduled you for a trip; right?**

A They would taken -- well, they would have taken me off the trip.

**Q Fair. Okay. I want to look at a couple more examples with you. Let's look back at McLean 262. That's page 5. On November 13th and 14th, 2013, you were on reserve duty for Delta. And on those same dates, you were again flying for the military; correct?**

A No. That's a single training period. Again, you can do ground training on the AFTP. They were single training periods that are four-hour periods.

**Q I see. So you would do those remotely from any location. Is that your testimony?**

A You have -- I don't know where I was on November 13th and 14th.

**Q But did you need to be on the base, for example, to complete those computer-based trainings?**

A No. No.