**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PATRICK HALEY, RANDAL REEP, individually and BENJAMIN BEST, individually and on behalf of himself and all others similarly situated,

*Plaintiffs*,

v.

DELTA AIRLINES, INC.,

*Defendant*

Civil Action No. 1:21-cv-01076-SEG

**Plaintiffs' Renewed Motion for Class Certification**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff Benjamin Best moves the Court to do the following:

1. Certify the claim in this case on behalf of the following Classes:

(1) All current and former pilots who work or worked for Delta Air Lines, Inc. ("Delta") in the United States or its territories or possessions who took short-term military leave (i.e., a military leave of 30 consecutive days or fewer) from their employment from Delta as a pilot from April 30, 2007 to the date of judgment in this action, as reflected by Delta's military leave data (the "Damages Class"); and

(2) all pilots currently employed by Delta who are also currently members of the uniformed services (the "Injunction Class").

Excluded from the Classes are the judge assigned to this case and any of her relatives.

2. Certify the Damages Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and certify the Injunction Class pursuant to Federal Rule of Civil Procedure 23(b)(2) (or, in the alternative, 23(b)(3));

3. Appoint Plaintiff Benjamin A. Best as the Class Representative of both Classes; and

4. Appoint R. Joseph Barton and Michael Scimone as Co-Lead Class Counsel, and local counsel Stephen Anderson as Liaison Class Counsel pursuant to Rule 23(g).

The grounds for this motion are set forth in the accompanying memorandum of law as well as the prior briefing submitted by Plaintiff (Doc. Nos. 118, 126, 143, 147, 169, 171, 178) and the attachments submitted thereto

Dated: January 12, 2026 Respectfully submitted,

*/s/ R. Joseph Barton*

R. Joseph Barton*
THE BARTON FIRM LLP
1633 Connecticut Ave., NW
Suite 200
Washington D.C. 20009
Tel: (202) 734-7046
Email: jbarton@thebartonfirm.com

*/s/ Stephen J. Anderson* (by permission)
Stephen J. Anderson
Georgia Bar No. 018325
Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth GA 30096
Tel: (770) 820-0893
Email: sanderson@attorneykennugent.com

Michael J. Scimone*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Tel: (212) 245-1000
Email: mscimone@outtengolden.com

Peter Romer-Friedman*
Robert Friedman*
GUPTA WESSLER PLLC
2001 K Street NW, Suite 850 North
Washington, D.C. 20006
Tel: (202) 888-1741
Email: peter@guptawessler.com
Email: robert@guptawessler.com

Matthew Z. Crotty*
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
Email: matt@crottyandson.com

Thomas G. Jarrard*
LAW OFFICE OF THOMAS G.
JARRARD LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Email: Tjarrard@att.net

*Attorneys for Plaintiffs Haley & Best*

*Admitted *pro hac vice*

*/s/ Crystal L. Matter* (by permission)
Crystal L. Matter*
Matter Law, APC
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Tel: 916-735-7495
Email: crystal@matterlawapc.com

*/s/ Alexander Covey* (with permission)
Alexander Cyclone Covey
Georgia Bar. No 1907417
Kneupper & Covey PC
11720 Amber Park Dr
Ste 160 PMB 1271
Alpharetta, GA 30009
Tel: 678-928-6806
Fax: 855-596-3707
Email: cyclone@kneuppercovey.com

*Attorneys for Plaintiffs Reep & Best*

*Admitted *pro hac vice*