**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PATRICK HALEY, RANDAL REEP, individually and BENJAMIN BEST, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-01076-SEG<br><br>**[PROPOSED] Order Granting Plaintiffs' Renewed Motion for Class Certification** |

Upon consideration of Plaintiffs' Renewed Motion for Class Certification (ECF No. __), the Motion is hereby **GRANTED** as follows:

1. The claim in this case is certified pursuant to Federal Rule of Civil Procedure 23(b)(3) on behalf of the following class:

> All current and former pilots who work or worked for Delta Air Lines, Inc. ("Delta") in the United States or its territories or possessions who took short-term military leave (i.e., a military leave of 30 consecutive days or fewer) from their employment from Delta as a pilot from April 30, 2007 to the date of judgment in this action, as reflected by Delta's military leave data (the "Damages Class"); and

2. The claim in this case is also certified pursuant to Federal Rule of Civil Procedure 23(b)(2) as follows:

> All pilots currently employed by Delta who are also currently members of the uniformed services (the “Injunction Class”).

3. Excluded from the Classes are the judge assigned to this case and any of her relatives;

4. Benjamin A. Best is hereby appointed as the Class Representative of both Classes; and

5. Pursuant to Federal Rule of Civil Procedure Rule 23(g), R. Joseph Barton and Michael Scimone are hereby appointed as Co-Lead Class Counsel, and local counsel Stephen Anderson is hereby appointed as Liaison Class Counsel.

**IT IS SO ORDERED**.

DATED: ____________________

________________________________
HON. SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE